ORIGINAL

FILED
AUG 16 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HALLWOOD PLAZA, INC.,

Plaintiff,

vs.

06-589 C

THE UNITED STATES,

Defendant.

_______________________________________/

MIZEROWSKI & ASSOCIATES, P.C.
TIMOTHY W. MIZEROWSKI (P43772)
Attorney for Claimant
131 Ferland Street
Walled Lake, MI 48390
(248) 926-9205
(248) 926-9210 (fax)

_______________________________________/

## CORPORATE DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, Hallwood Plaza, Inc., hereby states that it has no parent corporation nor does any publicly held corporation own 10% or more of its stock.

Dated: August 15, 2006

George Kashat
George Kashat, President
Hallwood Plaza, Inc.