IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HALLWOOD PLAZA, INC., Plaintiff, | |
| v. | No. 06-589C (Judge Christine O.C. Miller) |
| THE UNITED STATES, Defendant. | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Joan M. Stentiford, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Attention: Classification Unit
1100 L Street, NW, 8th Floor
Phone: (202) 616-0341
Fax: (202) 514-8624

Dated: October 6, 2006

/s/JOAN M. STENTIFORD
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division

CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/JOAN M. STENTIFORD