IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HALLWOOD PLAZA, INC. | ) | |
| | ) | No. 06-589 |
| Plaintiff, | ) | (Judge Christine O.C. Miller) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant United States respectfully requests a thirty-day enlargement of time, to and including November 15, 2006, to file a response to the complaint. Our response is currently due on October 16, 2006. No previous requests for enlargement of time have been made. On October 6, counsel for defendant spoke with Timothy Mizerowski, counsel for the plaintiff, who indicated he does not oppose this motion.

Upon being assigned responsibility for this matter, defendant's counsel promptly forwarded a copy of the complaint to the General Services Agency, Office of General Counsel. Counsel was first able to speak to the agency counsel on September 13, 2006, at which time he believed he would be able to provide a timely litigation report. Subsequently, the agency has advised us that it will be unable to provide counsel with the statutorily required litigation report in sufficient time for counsel to prepare a response to the complaint by the current due date, because he has been unable to confer with the regional agency employees owing to unanticipated business-related travel in the past month.

For the foregoing reasons, this enlargement is necessary for the agency to

prepare a litigation report, and for counsel to prepare a thorough response, and to obtain the necessary supervisory review of the Government's response.

Defendant therefore respectfully requests the Court to grant this motion for enlargement of time of thirty days, to and including, October 30, 2006, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

MARK A. MELNICK
Assistant Director

/s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

October 10, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this _10th_ day of October, 2006, the foregoing “DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME”, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__/s/ Joan M. Stentiford___
JOAN M. STENTIFORD