* * * * * * * * * * * * * * * * * * * * * * * * * *

**HALLWOOD PLAZA, INC.,** *

Plaintiff, *

v. * No. 06-589C

**THE UNITED STATES,** * (Filed January 8, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the parties' Joint Preliminary Status Report filed on December 22, 2006,

**IT IS ORDERED,** as follows:

1. The parties shall file a Joint Status Report by April 30, 2007, to report on the progress of discovery.

2. The deadline for discovery will be set following the filing of that report.

s/ Christine O.C. Miller

______________________________________________

**Christine Odell Cook Miller**
Judge