IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HALLWOOD PLAZA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-589C |
| | ) | (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT ON DISCOVERY

Pursuant to Order of this Court, the parties, by their representative attorneys, respectfully submit this Joint Status Report regarding the progress of Discovery:

The parties have been unable to complete discovery in this matter. Unfortunately, the trial demands of the attorney's and the schedules of some of the witnesses have prevented the taking of depositions in this matter. The parties request ninety (90) additional days in which to complete discovery.

The parties request the following dates be set:

1) Discovery to be completed on or before August 1, 2007.

2) Reports from retained experts under Rule 26(a)(2) due:

i. from Plaintiff by June 15, 2007
ii. from defendant by July 15, 2007

3) The parties are under a continuing obligation under Rule 26(e) to update all discovery responses timely and in good faith. Discovery requests shall be supplemented and fully amended no later than 30 days before the end of discovery.

**Other Items**

(1) The parties do not request a conference with the Court before entry of the scheduling order.

(2) The parties request a pre-trial conference with the Court on or about September 4, 2007

(3) The parties propose that all potentially dispositive motions should be filed on or before September 4, 2007.

(4) Final lists of witnesses and exhibits under Rule 26(a)(3) should be due, if necessary, no later than 30 days after resolution of all dispositive motions.

(5) Parties should have 30 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

(6) Time of trial shall be evaluated at the pre-trial conference.

s/ Timothy W. Mizerowski
Timothy Mizerowski, Esq.
Mizerowski & Associates, P.C.
131 Ferland Street
Walled Lake, Michigan
Phone (248) 926-9205
Fax (248) 926-9210

Attorney for Plaintiff

s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

Attorneys for Defendant