# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * 

**HALLWOOD PLAZA, INC.,** *

Plaintiff, *

v. * No. 06-589C

**THE UNITED STATES,** * (Filed May 4, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * 

**ORDER**

Further to the parties' Joint Status Report on Discovery filed on April 30, 2007,

**IT IS ORDERED,** as follows:

1. Plaintiff shall exchange expert reports with defendant by June 15, 2007.

2. Defendant shall exchange expert reports with plaintiff by July 15, 2007.

3. All discovery shall be completed by August 1, 2007.

4. Any dispositive motion shall be filed by September 4, 2007. A schedule for further proceedings will be entered after a decision on any such motion.

5. In the event that a dispositive motion is not filed, a status conference shall be held at 2:00 p.m., on Thursday, September 13, 2007, in the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC. Counsel for plaintiff shall notify the court at 202/357-6620 by September 6, 2007, if he wishes to participate by telephone conference call to be placed by the court. The parties shall be prepared to schedule all pretrial proceedings and trial.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge