# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**HALLWOOD PLAZA, INC.,** *

Plaintiff, *

v. * No. 06-589C

**THE UNITED STATES**, * (Filed Sept. 5, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Due to an unforeseen scheduling problem, ¶ 5 of the order entered on May 4, 2007, is modified only insofar as the status conference shall be held at 3:00 p.m. on Thursday, September 20, 2007.

s/ Christine O.C. Miller

________________________________________

**Christine Odell Cook Miller**
Judge