# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

**HALLWOOD PLAZA, INC.,** *

Plaintiff, *

v. * No. 06-589C

**THE UNITED STATES**, * (Filed Sept. 5, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the parties' joint telephonic request this date,

**IT IS ORDERED**, as follows:

1. Paragraph 3 of the order entered on May 4, 2007, is modified insofar as the discovery deadline is extended to September 30, 2007.

2. Paragraph 4 of the order entered on May 4, 2007, is modified only insofar as any dispositive motion shall be filed by October 30, 2007.

3. The order entered earlier this date rescheduling the status conference is vacated.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge