IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HALLWOOD PLAZA, INC. | ) | |
| | ) | No. 06-589 |
| Plaintiff, | ) | (Judge Christine O.C. Miller) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant United States respectfully requests a 14-day enlargement of time, to and including November 13, 2007, to file a motion for summary judgment. Our motion is currently due on October 30, 2007. No previous requests for enlargement of time have been made by the Government for this purpose.

This brief extension is necessary because Government counsel was responsible for filing an appellate brief in Rick's Mushroom Service v. United States, Federal Circuit 2007-5137 which was filed on October 15, 2007. Additionally, the undersigned trial attorney was responsible for preparing and participating in the trial in Bell-BCI v. United States, 03-1613C, which took place on October 15 through October 22, 2007.

On October 26,2007, counsel for defendant spoke with Timothy Mizerowski, counsel for the plaintiff, who indicated he does not oppose this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

MARK A. MELNICK
Assistant Director

/s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

October 29, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this _29th_ day of October, 2007, the foregoing “DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME”, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__/s/ Joan M. Stentiford___
JOAN M. STENTIFORD