IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HALLWOOD PLAZA, INC. , | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-589C |
| | ) | (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S APPENDIX TO MOTION FOR SUMMARY JUDGMENT**

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

Attorneys for Defendant

# TABLE OF CONTENTS


| Document Description | Page |
|---|---|
| Solicitation for Offers Number GS-05B-17564 | 1 |
| Request for Best and Final Offers | 87 |
| Acceptance of Hallwood's Best and Final Offer | 90 |
| Lease No. GS-05B-17564 awarded February 23, 2005 | 91 |
| SSA Special Requirements | 95 |
| Hallwood's Cost Proposal Through EXCEL Construction | 112 |
| Letter Dated February 24, 2005, from George Kashat, President of Hallwood Plaza To Jerry Kosman, Contracting officer | 115 |
| Notice to Proceed Dated February 28, 2005 | 116 |
| Hallwood's Estimate of Proposed Additional Costs Dated March 31, 2005 | 117 |
| Letter from George Kashat to Jerry Kosman dated April 5, 2005 | 121 |
| Electronic Mail Message Dated April 5, 2005 from Jerry Kosman To George Kashat | 123 |
| Supplemental Lease Agreement No. 1 | 124 |
| Supplemental Lease Agreement No. 2 | 125 |
| Supplemental Lease Agreement No. 3 | 127 |
| Hallwood's Certified Claim to Contracting Officer Dated September 15, 2005 | 128 |
| Contracting Officer's Final Decision Dated October 13, 2005 | 142 |
| Excerpts From Deposition of Jerry Kosman | 145 |
| Design Intent Drawings | 156 |

Revised Drawings Resulting From Pre-Constructon
Meeting Held On March 16, 2005 ............................................................ 163

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 13th day of November, 2007, the "DEFENDANT'S APPENDIX TO MOTION FOR SUMMARY JUDGMENT", was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Joan M. Stentiford
JOAN M. STENTIFORD