# SOLICITATION FOR OFFERS

**THE GENERAL SERVICES ADMINISTRATION**

**FOR**

SOCIAL SECURITY ADMINISTRATION

**IN**

FLINT, MICHIGAN

NAME: GERALD K. KOSMAN

TITLE: CONTRACTING OFFICER

The information collection requirements contained in this Solicitation/Contract, that are not required by the regulation, have been approved by the Office of Management and Budget pursuant to the Paperwork Reduction Act and assigned the OMB Control No. 3090-0163.

TABLE OF CONTENTS


| | | |
|---|---|---|
| **1.0** | **SUMMARY** | 4 |
| 1.1 | AMOUNT AND TYPE OF SPACE (SEP 2000) | 4 |
| 1.2 | AREA OF CONSIDERATION | 4 |
| 1.3 | LOCATION: INSIDE OR OUTSIDE CITY CENTER | 4 |
| 1.5 | UNIQUE REQUIREMENTS | 4 |
| 1.6 | LEASE TERM | 4 |
| 1.7 | OFFER DUE DATE | 4 |
| 1.8 | OCCUPANCY DATE (SEP 2000) | 4 |
| 1.9 | HOW TO OFFER | 4 |
| 1.10 | RENTAL RATE DETERMINATION | 6 |
| 1.11 | TENANT IMPROVEMENTS (SEP 2000) | 7 |
| 1.12 | TENANT IMPROVEMENT ALLOWANCE COST SETTLEMENT | 8 |
| 1.13 | NEGOTIATIONS (SEP 2000) | 8 |
| 1.14 | PRice EVALUATION (present value) (jun 2003) | 9 |
| 1.15 | HISTORIC PREFERENCE, GSAR 552.270-2 (VARIATION) (SEP 1999) | 9 |
| 1.16 | AWARD (JAN 1997) | 9 |
| 1.17 | ACCESSIBILITY FOR NEW CONSTRUCTION (SEP 2000) | 10 |
| 1.18 | SEISMIC SAFETY FOR NEW CONSTRUCTION (SEP 2000) | 10 |
| 1.19 | LABOR STANDARDS (AUG 2003) | 10 |
| **2.0** | **AWARD FACTORS** | 11 |
| 2.1 | ACCESSIBILITY AND SEISMIC SAFETY (SEP 2000) | 11 |
| 2.2 | AWARD BASED ON PRICE (SEP 2000) | 13 |
| **3.0** | **MISCELLANEOUS** | 14 |
| 3.1 | UNIT COSTS FOR ADJUSTMENTS | 14 |
| 3.2 | SUBSEQUENT TENANT IMPROVEMENTS $100,000 OR LESS (SEP 2000) | 14 |
| 3.3 | ALTERNATE PROPOSALS | 14 |
| 3.4 | TAX ADJUSTMENT (SEP 2000) | 14 |
| 3.5 | PERCENTAGE OF OCCUPANCY | 15 |
| 3.6 | OPERATING COSTS (SEP 2000) | 15 |
| 3.7 | OPERATING COSTS BASE (SEP 2000) | 16 |
| 3.8 | RENTABLE SPACE (SEP 2000) | 16 |
| 3.9 | ANSI/BOMA OFFICE AREA SQUARE FEET (SEP 2000) | 16 |
| 3.10 | COMMON AREA FACTOR (SEP 2000) | 16 |
| 3.11 | APPURTENANT AREAS | 16 |
| 3.13 | ADJUSTMENT FOR VACANT PREMISES, GSAR 552.270-16 (VARIATION) (SEP 1999) | 16 |
| 3.14 | RELOCATION ASSISTANCE ACT (MARCH 2002) | 16 |
| 3.15 | CHANGE OF INTEREST (NOV 2002) | 16 |
| 3.16 | EVIDENCE OF CAPABILITY TO PERFORM (SEP 2000) | 17 |
| 3.17 | CONSTRUCTION SCHEDULE | 17 |
| 3.18 | CONSTRUCTION SCHEDULE OF TENANT IMPROVEMENTS (SEP 2000) | 17 |
| 3.19 | PROGRESS REPORTS (SEP 2000) | 19 |
| 3.20 | CONSTRUCTION INSPECTIONS | 19 |
| **4.0** | **GENERAL ARCHITECTURE** | 20 |
| 4.1 | QUALITY AND APPEARANCE OF BUILDING EXTERIOR (SEP 2000) | 20 |
| 4.2 | CONSTRUCTION WASTE MANAGEMENT (SEP 2000) | 20 |
| 4.3 | EXISTING FIT-OUT, SALVAGED, OR RE-USED BUILDING MATERIAL (SEP 2000) | 20 |
| 4.4 | INDOOR AIR QUALITY DURING CONSTRUCTION (SEP 2000) | 21 |
| 4.5 | WORK PERFORMANCE (SEP 2000) | 21 |
| 4.6 | BUILDING SYSTEMS (JAN 1997) | 21 |
| 4.7 | SPACE EFFICIENCY (SEP 2000) | 21 |
| 4.8 | FLOOR PLANS AFTER OCCUPANCY | 21 |
| 4.9 | CAD AS-BUILT FLOOR PLANS (SEP 2000) | 21 |
| 4.10 | FLOORS AND FLOOR LOAD (SEP 2000) | 21 |
| 4.11 | EXITS AND ACCESS (SEP 1991) | 21 |
| 4.12 | WINDOWS (SEP 2000) | 22 |
| 4.13 | ACCESSIBILITY (SEP 2000) | 22 |
| 4.14 | LANDSCAPING (SEP 2000) | 22 |
| **5.0** | **ARCHITECTURAL FINISHES** | 23 |
| 5.1 | RECYCLED CONTENT PRODUCTS (COMPREHENSIVE PROCUREMENT GUIDELINES) (SEP 2000) | 23 |
| 5.2 | ENVIRONMENTALLY PREFERABLE BUILDING PRODUCTS AND MATERIALS (SEP 2000) | 23 |
| 5.3 | LAYOUT, FINISHES, AND COLORBOARDS (SEP 2000) | 23 |
| 5.4 | WOOD PRODUCTS (SEP 2000) | 23 |
| 5.5 | ADHESIVES AND SEALANTS (SEP 2000) | 23 |
| 5.6 | INSULATION: THERMAL, ACOUSTIC, AND HVAC (SEP 2000) | 23 |
| 5.7 | CEILINGS (SEP 2000) | 24 |
| 5.8 | WALL COVERINGS (SEP 2000) | 24 |

5.9 PAINTING (SEP 2000) ... 24
5.10 DOORS: EXTERIOR (SEP 2000) ... 25
5.11 DOORS: SUITE ENTRY (SEP 2000) ... 25
5.12 DOORS: INTERIOR (SEP 2000) ... 25
5.13 DOORS: HARDWARE (SEP 2000) ... 25
5.14 DOORS: IDENTIFICATION (SEP 2000) ... 25
5.15 PARTITIONS: GENERAL (SEP 2000) ... 25
5.16 PARTITIONS: PERMANENT (SEP 2000) ... 25
5.17 PARTITIONS: SUBDIVIDING ... 26
5.18 FLOOR COVERING AND PERIMETERS (SEP 2000) ... 26
5.19 CARPET TILE (SEP 2000) – Tenant improvement info ... 26
5.20 ACOUSTICAL REQUIREMENTS (SEP 2000) ... 27
5.21 WINDOW COVERINGS (SEP 2000) ... 27

**6. 0 MECHANICAL, ELECTRICAL, PLUMBING ... 27**
6.1 MECHANICAL, ELECTRICAL, PLUMBING: GENERAL (SEP 2000) ... 27
6.2 ENERGY COST SAVINGS (SEP 2000) ... 27
6.3 DRINKING FOUNTAINS (SEP 2000) ... 27
6.4 TOILET ROOMS (SEP 2000) ... 28
6.5 TOILET ROOMS: FIXTURE SCHEDULE (SEP 2000) ... 28
6.6 JANITOR CLOSETS (SEP 2000) ... 29
6.7 HEATING AND AIR CONDITIONING (SEP 2000) ... 29
6.8 VENTILATION (SEP 2000) ... 29
6.9 VENTILATION: TOILET ROOMS (DEC 1993) ... 30
6.10 ELECTRICAL: GENERAL (SEP 2000) ... 30
6.11 ELECTRICAL: DISTRIBUTION (SEP 2000) ... 30
6.12 ELECTRICAL: ADDITIONAL DISTRIBUTION SPECIFICATIONS ... 30
6.13 TELECOMMUNICATIONS: DISTRIBUTION AND EQUIPMENT (SEP 2000) ... 30
6.14 TELECOMMUNICATIONS: LOCAL EXCHANGE ACCESS (SEP 2000) ... 31
6.15 DATA DISTRIBUTION (SEP 2000) ... 31
6.16 ELECTRICAL, TELEPHONE, DATA FOR SYSTEMS FURNITURE (SEP 2000) ... 31
6.17 ADDITIONAL ELECTRICAL CONTROLS ... 31
6.18 ELEVATORS (SEP 2000) ... 31
6.19 LIGHTING: INTERIOR AND PARKING (SEP 2000) ... 32

**7. 0 SERVICES, UTILITIES, MAINTENANCE ... 32**
7.1 SERVICES, UTILITIES, MAINTENANCE: GENERAL ... 32
7.2 NORMAL HOURS ... 32
7.3 OVERTIME USAGE (SEP 2000) ... 32
7.4 UTILITIES ... 32
7.5 UTILITIES: SEPARATE FROM RENTAL (SEP 2000) ... 32
7.6 BUILDING OPERATING PLAN ... 32
7.7 JANITORIAL SERVICES ... 32
7.8 SCHEDULE OF PERIODIC SERVICES ... 33
7.9 LANDSCAPE MAINTENANCE ... 33
7.10 SECURITY (SEP 2000) ... 33
7.11 SECURITY: ADDITIONAL REQUIREMENTS ... 34
7.12 MAINTENANCE AND TESTING OF SYSTEMS (SEP 2000) ... 34

**8. 0 SAFETY AND ENVIRONMENTAL MANAGEMENT ... 35**
8.1 OCCUPANCY PERMIT (SEP 2000) ... 35
8.2 FIRE AND LIFE SAFETY (SEP 2003) ... 35
8.3 automatic sPRINKLER SYSTEM (SEP 2003) ... 35
8.4 FIRE ALARM SYSTEMS (SEP 2003) ... 35
8.5 OSHA REQUIREMENTS (SEP 2000) ... 35
8.6 ASBESTOS (SEP 2000) ... 35
8.7 INDOOR AIR QUALITY (SEP 2000) ... 36
8.8 RADON IN AIR (SEP 2000) ... 36
8.9 RADON IN WATER (SEP 2000) ... 37
8.10 HAZARDOUS MATERIALS (OCT 1996) ... 37
8.11 RECYCLING (SEP 2000) ... 37

**9. 0 TENANT IMPROVEMENTS ... 38**
9.1 TENANT IMPROVEMENTS PRIOR TO THE GOVERNMENT'S INITIAL ACCEPTANCE OF SPACE (SEP 2000) ... 38

1.0 SUMMARY

1.1 **AMOUNT AND TYPE OF SPACE (SEP 2000)**

A. The General Services Administration (GSA) is interested in leasing approximately 11,294 rentable square feet of space. The rentable space shall yield a minimum of 8,928 ANSI/BOMA Office Area (previously Usable) square feet to a maximum of 9,821 ANSI/BOMA Office Area square feet, available for use by tenant for personnel, furnishings, and equipment. Refer to the "ANSI/BOMA Office Area Square Feet" paragraph in the MISCELLANEOUS section of this Solicitation for Offers (SFO).

B. The Offer shall 1) be for space located in a quality building of sound and substantial construction as described in this SFO, 2) have a potential for efficient layout, 3) be within the square footage range to be considered, and 4) be in compliance with all of the Government's minimum requirements set forth herein. For purposes of this SFO, the definition of ANSI/BOMA Office Area square feet is in the "ANSI/BOMA Office Area Square Feet" paragraph in the MISCELLANEOUS section of this SFO.

C. To demonstrate potential for efficient layout, the Offeror may be requested to provide a test fit layout at the Offeror's expense when the space offered contains certain features like:

1. atriums, light wells, or other areas interrupting contiguous spaces;

2. irregular space configurations; or

3. other unusual building features.

4. The Government will advise the Offeror if the test fit layout demonstrates that the Government's requirement cannot be accommodated within the space offered. The Offeror will have the option of increasing the ANSI/BOMA Office Area square footage offered, provided that it does not exceed the maximum ANSI/BOMA Office Area square footage in this SFO. If the Offeror is already providing the maximum ANSI/BOMA Office Area square footage and cannot house the Government's space requirements, then the Government will advise the Offeror that the offer is unacceptable.

D. Unless otherwise noted, all references in this SFO to square feet shall mean ANSI/BOMA Office Area square feet.

1.2 **AREA OF CONSIDERATION**

Must be located within the city limits of Flint, Michigan, in an area North of Court Street.

1.3 **LOCATION: OUTSIDE CITY CENTER**

A. OUTSIDE OF CITY CENTER NEIGHBORHOOD:

1. Space shall be located in a prime commercial district with attractive, prestigious, professional surroundings with a prevalence of modern design and/or tasteful rehabilitation in modern use. Streets and public sidewalks shall be well-maintained.
2. *Parking.*
   a. The parking-to-square-foot ratio available on-site shall at least meet current local code requirements, or in the absence of a local code requirement, on-site parking shall be available at a ratio of 1 space for every 250 rentable square feet of Government-demised area.

3. *Location Amenities.*
   a. Adequate eating facilities shall be located within three blocks. Other employee services, such as retail shops, cleaners, banks, etc., shall be located within three blocks.

1.4 **UNIQUE REQUIREMENTS**

To be submitted with government drawing.

1.5 **LEASE TERM**

The lease term is for 4 years (2 years firm). GSA may terminate this lease with 60 days written notice to the Lessor any time after the firm term.

1.6 **OFFER DUE DATE**

Offers are due by November 29, 2004 and shall remain open until award.

1.7 **OCCUPANCY DATE (SEP 2000)**

Occupancy is required 3/1/05

1.8 **HOW TO OFFER**

A. Offers shall be submitted to the Contracting Officer at:
General Services Administration
Attention: Gerald K. Kosman
230 S. Dearborn, Suite 3622
Chicago, IL 60604

B. The following documents, properly executed, shall be submitted no later than the close of business on the offer due date.

1. Solicitation for Offers (SFO) - Enclosed.

2. SFO Attachments:

   a. Attachment #1 – Lease Costs Breakdown Summary (enclosed)

   b. Attachment #2 – Definition of Building Shell and Tenant Improvements (enclosed)

   c. Attachment #3 – General Requirements (enclosed)

   d. Attachment #4 – Document Security Form (enclosed)

3. GSA Form 1364, Proposal to Lease Space (enclosed).

4.GSA Form 1217, Lessor's Annual Cost Statement (enclosed).

5.GSA form 3516A, Solicitation Provisions (enclosed)

6. GSA Form 3517, General Clauses (enclosed).

7. GSA Form 3518, Representatives and Certifications (enclosed).

8. All plans submitted for consideration shall have been generated by a Computer Aided Design (CAD) program which is compatible with the latest release of AutoCAD. The required file extension is .DWG. Clean and purged files shall be submitted on 3-1/2-inch double-sided, high density diskettes, or, if approved by the Contracting Officer, on CD-ROM or QIC (1/4-inch cartridge) tape. All submissions shall be accompanied with a written matrix indicating the layering standard to ensure that all information is recoverable. Plans shall include a proposed corridor pattern for typical floors and/or partial floors. All architectural features of the space shall be accurately shown (including columns, mechanical, electrical, and janitorial rooms, shearing walls, etc).

   a. Plans shall reflect corridors in place or the proposed corridor pattern for both a typical full (single-tenant) floor and/or partial (multi-tenant) floor. The corridors in place or proposed corridors shall meet local code requirements for issuance of occupancy permits.

   b. GSA will review the corridors in place and/or proposed corridor pattern to make sure that these achieve an acceptable level of safety as well as to ensure that these corridors provide public access to all essential building elements. The Offeror will be advised of any adjustments that are required to the corridors for the purpose of determining the ANSI/BOMA Office Area space. The required corridors may or may not be defined by ceiling-high partitions. Actual corridors in the approved layout for the successful Offeror's space may differ from the corridors used in determining the ANSI/BOMA Office Area square footage for the lease award.

9. An hourly overtime rate for overtime use of heating and cooling. Refer to the "Overtime Usage" paragraph in the SERVICES, UTILITIES, MAINTENANCE section of this SFO. If proposed rate is different than recommended by an independent Government estimate, the Offeror may be required to submit worksheets justifying overtime energy usage and rates.

10. Any other information (such as a fact sheet, 5" wide x 3" high or larger color photograph, site plan, location map, and tax parcel map) in case of multiple tax parcels for an offered building, etc., in order for the Government to perform a complete and adequate analysis of the offered property. Such information may also be requested by the Government, and in such circumstances, shall be submitted by the Offeror within 5 working days of the request.

11. Written acknowledgement and permission to represent other owners for the same SFO if a leasing agent or owner's representative is presenting buildings for multiple ownership groups.

12. If applicable, the agents' disclosure and authorization from each ownership entity to offer in this SFO and/or represent multiple buildings with different ownerships, which may have conflicting interests. Owners and agents in conflicting interest situations are advised to exercise due diligence with regard to ethics, independent pricing, and Government procurement integrity requirements. In such cases, the Government reserves the right to negotiate with the owner directly.

13. Documents supporting evidence of capability to perform. Refer to the "Evidence of Capability to Perform" paragraph in the MISCELLANEOUS section of this SFO.

C. Refer to GSA Form 3516, Solicitation Provisions, for additional instructions. If additional information is needed, the Contracting Officer (or the Contracting Officer's designated representative) should be contacted.

D. There will be no public opening of offers, and all offers will be confidential until the lease has been awarded. However, the Government may release proposals outside the Government to a Government-support contractor to assist in the evaluation of offers. Such Government contractors shall be required to protect the data from unauthorized disclosure. The Offeror who desires to maximize protection of information in the offer may apply the restriction notice to the offer as described in GSA Form 3516, Solicitation Provision, 552.270-1 (d), *Restriction on Disclosure and Use of Data.*

E. <u>IMPORTANT CLARIFICATIONS TO OFFER REQUIREMENTS</u>:

1. Rate structure required from subparagraph B shall include the following:

   a. A lease rate per square foot for the building shell rental, fully serviced. It is the intent of the Government to lease a building shell with a Tenant Improvement Allowance. All improvements in the base building, lobbies, common areas, and core areas shall be provided by the Lessor, at the Lessor's expense. This rate shall include, but not limited to, property financing (exclusive of Tenant Improvement), insurance, taxes, management, profit, etc., for the building. The building shell rental rate

shall also include all basic building systems and common area buildout, including base building lobbies, common areas, and core areas, etc., exclusive of the ANSI/BOMA Office Area space offered as required in this SFO.

b. The annual cost (per usable and rentable square foot) for the cost of services and utilities. This equals line 27 of GSA Form 1217, Lessor's Annual Cost Statement, divided by the building size (shown on the top of both GSA Form 1364, Proposal to Lease Space, and Form 1217) for usable and rentable square feet respectively.

c. An annualized percentage interest rate to be used by the Lessor to amortize the cost of the Tenant Improvement Allowance over the firm term of the lease.

d. The annual amortized cost of the Tenant Improvement Allowance. Such amortization shall be expressed as a cost per usable and rentable square foot per year. Tenant Improvements shall be all alterations for the Government-demised area above the building shell buildout. The Tenant Alteration Allowance shall be $ 19.00 per ANSI/BOMA Office Area square foot. Such alterations shall be described and identified in the drawings used to construct the Government-demised area. The Tenant Alteration Allowance, which is to be provided by the Lessor to the Government for Tenant Improvements, shall be made available at lease execution.

e. A fully-serviced lease rate per usable and rentable square foot as a summation of the amounts broken out in the subparagraphs a, b, and d for the lease.

f. A fully-serviced lease rate per usable and rentable square foot for that portion of the lease term extending beyond the firm term. The rate proposed for this portion of the term shall not reflect any Tenant Improvements as they will have been fully amortized over the firm term.

**1.9 RENTAL RATE DETERMINATION**

A. It is the intent of the Government to lease a full serviced warm lit shell with a tenant improvement allowance for the specified lease term in Section 1.7 "Lease Term' in this SFO. The Government will evaluate all components of the rental rate as identified in Attachment #1, "Lease Costs Breakdown Summary" and GSA Form 1217 by the Offeror. In addition to compliance with the SFO requirements, the components that will be unique to each offer, expressed in BOMA Office Usable square feet are:

| | |
|---|---|
| 1. Warm Lit Shell rent per square foot | 5. Property tax per square foot |
| 2. Lessor's cost of capital (interest rate) to amortize Tenant Improvement Allowance | 6. Parking cost per space if not included in shell rental rate |
| 3. Utility cost per square foot | 7. Other unique property costs |
| 4. Janitorial service per square foot | |

**B.** Rental Rate Components:

(1) **Warm Lit Shell:**

(a). The warm lit shell rental rate shall include all owner expenses (items 29-32 on GSA Form 1217) including but not limited to: property financing (exclusive of tenant improvements), insurance, management, profit, etc. for the building. The shell rental rate shall also include all basic building systems and common area build out including: base building lobbies; common areas, and core areas, etc exclusive of the BOMA Office Usable space offered as required in this solicitation.

(b). Demolition of any existing conditions in the proposed Government demised space or any common or core areas will be done as part of the shell base rate. If acceptable to the Contracting Officer, some or all of the existing building improvements may be allowed "as is" providing the acceptable "as is" feature is functionally adequate and is in like new condition.

(c). All existing or contemplated improvements within the definition of warm list shell shall conform to or exceed the quality standards identified throughout this solicitation. The following building systems and finishes shall be provided as defined in this solicitation and shall be installed and coordinated with the tenant improvements defined in paragraph (2) below.

Base Building

- The base building structure and building enclosure components (windows, with exterior finishes) are complete (No window treatments, i.e. blinds, draperies, etc).

- The base building electrical and mechanical systems are complete and functional (central fire alarm, chiller plant, cooling towers, etc).

- Restrooms shall be completed and operational in accordance with Paragraph 6.4, "Toilet Rooms".

- Building cores on each floor with leasable space contain the following:
  - a tappable domestic water riser, a service sanitary drain, and sanitary vent, all ready for extension to tenant demised area(s);
  - electrical power distribution panels and circuit breakers available in an electrical closet, with capacity at 277/480 volt and 120/208 volt 3 phase, 4 wiring providing 7 watts per BOMA office usable (9 watts per rentable) square foot;
  - a designated connection point to the central fire alarm system, for extension to tenant demised area(s);
  - a distribution backboard within a wire closet for connection to tenant's telephone lines.

Tenant Areas

- A broom clean concrete floor slab, with level floor not varying more than ¼" over ten (10) foot horizontal run in accordance with American Concrete Institute (ACI) Standards, is provided.

- Gypsym wallboard, spackled and prime painted, on exterior perimeter walls, and interior core walls are provided.

- Common corridor stud walls, without gypsum board on demised tenant premises' side, and without suite entry door are provided.
- A full installed 2x2 foot suspended acoustical ceiling, with 2x2 parabolic fluorescent (or other building standard such as 2'0" x 4'0") fixtures installed in the ceiling grid for an open office plan at the rate of 1 fixture per 80 BOMA office usable (100 rentable) square feet, is provided.
- Central heating, ventilation and air conditioning systems are installed and operational, including, as appropriate, main and branch lines, VAV boxes, dampers, flex ducts and diffusers, for an open office layout. Conditioned air through medium pressure ductwork at a rate of .75 cfm/square foot of BOMA office area is provided.

(d) All Offeror's administrative, overhead, design costs, and other associated project fees necessary to prepare construction documents to complete all tenant improvements contemplated by the Government shall be included as part of the shell base rental rate. It is the successful Offeror's responsibility to prepare all documentation (working drawings, etc) required to receive construction permits.

(2) **Tenant Improvement Allowance**

(a) Tenant Improvements shall be defined as all alterations for the Government demised area over and above the warm lit shell buildout.

(b) A Tenant Improvement Allowance rate shall include all hard costs including: General Contractor fee and subcontractor's profit and overhead costs associated with providing all contemplated Government improvements and shall include electrical, telephone, data, plumbing, doors, partitions, and any other Government specific improvement within the offered BOMA Office usable square foot area of the building and on the Government's Tenant Improvement Design Intent Drawings. General Contractor fees for the tenant improvements will be stated as a percentage (%) of the total tenant improvement cost and negotiated prior to lease award. The General Contracting fee amount will be identified after lease award and completion of contract documents and the Government's, Lessor's and/or General Contractor's selection of subcontractors.

(c) All tenant improvements contemplated by the Government shall be provided by the Lessor. After award, the Government's design intent drawings shall further define the Tenant Improvement Requirements.

(d) To be considered responsive to this procurement, each Offeror is required to provide written evidence that a conditional commitment of funds in the amount of $ 19.00 per *usable* square foot of offered space can be obtained to provide tenant improvements contemplated by the Government. Each Offeror is additionally required to provide: amount of loan; Offeror's cost of capital (expressed as an annual percentage rate); length of loan commitment.

(e) Payment will not be made by the Government in instances where the Government accepts fixtures and/or other tenant improvements already in place. However, the Lessor will be reimbursed for costs to repair or improve the fixture(s) and/or any other improvements already in place.

(3) **Operating Cost Base**
Applicable costs listed on GSA Form 1217, items 5-26, Lessor's Annual Cost Statement, when negotiated and agreed upon, will be used to determine the base rate for operating costs adjustment. The base cost for the operating cost adjustment will be established prior to lease execution and will be expressed as a dollar per square foot rate.

(4) **Real Estate Tax Cost Base**
Base year taxes are the real estate taxes for the first twelve (12) month period coincident with full assessment, or may be an amount negotiated by the parties that reflects an agreed upon base for a fully assessed value of the property.

**1.10 TENANT IMPROVEMENTS (SEP 2000)**

A. The Tenant Improvement Allowance shall be used for building out the Government-demised area in accordance with the Government-approved design intent drawings. All Tenant Improvements required by the Government for occupancy shall be performed by the successful Offeror as part of the rental consideration, and all improvements shall meet the quality standards and requirements of this SFO and GSA Form 3517, General Clauses.

B. The Tenant Improvement Allowance shall include all the Offeror's administrative costs, general contractor fees, subcontractor's profit and overhead costs, Offeror's profit and overhead, design costs, and other associated project fees necessary to prepare construction documents to complete the Tenant Improvements. It is the successful Offeror's responsibility to prepare all documentation (working drawings, etc.) required to receive construction permits. **NO COSTS ASSOCIATED WITH THE BUILDING SHELL SHALL BE INCLUDED IN THE TENANT IMPROVEMENT PRICING.**

## 1.11 TENANT IMPROVEMENT ALLOWANCE COST SETTLEMENT

A. After award of the lease contract to the successful Offeror, the Government will provide Tenant Improvement design intent layout drawings to the Lessor. The Lessor must then provide the Contracting Officer with the construction documents for review prior to commencement of construction and a detailed cost proposal (CSI formatted by trade) of the tenant improvements contemplated in the Lessor's construction documents. A minimum of three (3) qualified contractors must be invited to participate in the competitive proposal process. Each participant must compete independently in the process. The Lessor's cost proposals must contain sufficient detail to allow the Government to determine the reasonableness of costs included in the proposals. The total actual tenant improvement cost shall be amortized over the firm term of the lease and identified as follows:

1. Each submitted proposal must be reviewed by the Government. The Government reserves the right to determine if bids satisfy the scope of work, that the price is reasonable, and that the Offeror is qualified to perform the work. The Government reserves the right to be present during negotiation sessions between the Lessor and potential contractors.

2. If the Contracting Officer determines the Lessor's cost proposal for the tenant improvements is fair and reasonable, the Contracting Officer will advise the Lessor the costs are reasonable. The Contracting Officer will modify the lease contract with a Supplemental Lease Agreement to incorporate the actual tenant improvement costs into the rental rate.

3. If the Lessor's cost proposal exceeds the Government's independent estimate, one or more of the following actions shall occur:

   a. The Contracting Officer will advise the Lessor of any substantial cost deviations by trade.

   b. The Contracting Officer may delete some of the requirements contemplated by the Government.

   c. The Lessor shall obtain the necessary funds to complete the Tenant Improvement alterations contemplated by the Government. The total actual tenant improvement costs will be amortized over the firm-term of the lease at the Lessor's cost of capital submitted with the Lessor's "Best and Final" Offer.

4. If a mutual agreement on cost is reached following the above subparagraph 3, the Contracting Officer will modify the lease contract with a Supplemental Lease Agreement to incorporate the <u>actual</u> tenant improvement costs into the rental rate.

5. If a mutual agreement on cost cannot be reached, the Contracting Officer will advise the Lessor in writing not to proceed with the construction of the premises and will follow procedures identified in the "DISPUTES (OCT 1995)" paragraph found in the General Clauses section of the lease (GSA Form 3517).

6. The Government reserves the right to make cash payments for any or all work performed by the Lessor.

B. <u>Example of Tenant Improvement Allowance Costs Settlement</u>:

1. *Actual Tenant Improvement Allowance <u>Under</u> Government Estimate.*

   a. The Government tenant improvement allowance estimate for alterations is $28.00 per usable square foot. This rate, as defined in the solicitation, includes General Contractor fees.

   b. Building A offers 2,300 usable square feet and provides evidence from a lending institution that funds in the amount of $64,400.00 (2,300 sq. ft. x $28.00) will be made available at a rate of 8 percent compounded monthly for a term of three years. Building A's General Contractor fees are 8 percent of the total tenant alteration cost. Building A receives the award.

   c. After the Lessor's completion of contract documents, the project is bid by the Lessor, and a total cost of the tenant alterations is $50,000.00, $14,400.00 less than the Government estimate. The Contracting Officer agrees the bid is fair and reasonable. The $50,000.00 will be amortized over the firm term of the lease at the Lessor's cost of capital identified in the best and final offer. The Contracting Officer will modify the lease contract with a Supplemental Lease Agreement to incorporate the actual tenant improvement costs into the rental rate.

2. *Actual Tenant Improvement Allowance <u>Over</u> Government Estimate.*

   a. The Government tenant improvement allowance estimate for alterations is $28.00 per usable square foot. This rate, as defined in the solicitation, includes General Contractor fees.

   b. Building A offers 2,300 usable square feet and provides evidence from a lending institution that funds in the amount of $64,400.00 (2,300 sq. ft. x $28.00) will be made available at a rate of 8 percent compounded monthly for a term of three years. Building A's General Contractor fees are 8 percent of the total tenant alteration cost. Building A receives the award.

   c. After the Lessor's completion of contract documents, the project is bid by the Lessor, and the total cost of the tenant alterations is $66,000.00, $1,600.00 more than the Government estimate. The Contracting Officer agrees the bid is fair and reasonable. The Lessor's General Contractor will require an additional $128.00 in fees ($1,600 x 8 percent fee). The total cost of the alterations including additional General Contractor fees is $66,128.00. The initial $64,400.00 will be amortized over the firm term of the lease at the Lessor's cost of capital identified in the best and final offer. The remaining $1,728.00 will either be amortized over the firm term of the lease at the Lessor's "Best and Final" cost of capital or paid in a lump sum to the Lessor without any cost of capital applied.

## 1.12 NEGOTIATIONS (SEP 2000)

A. Negotiations will be conducted on behalf of the Government by the Contracting Officer (or the Contracting Officer's designated representative). The Contracting Officer is named on the cover of this SFO. GSA will negotiate rental price for the initial term, any renewal periods, and any other aspect of the offer as deemed necessary.

B. The Offeror shall not enter into negotiations concerning the space leased or to be leased with representatives of federal agencies other than the Contracting Officer or designee.

C. The Contracting Officer will conduct oral or written negotiations with all Offerors that are within the competitive range. The competitive range will be established by the Contracting Officer on the basis of cost or price and other factors (if any) that are stated in this SFO and will include all of the most highly rated proposals, unless the range is further reduced for purposes of efficiency.

D. All Offerors will be provided a reasonable opportunity to submit any cost or price, technical, or other revisions to their offer that may result from the negotiations. Negotiations will be closed with submission of final proposal revisions ("Best and Final" offers).

**1.13 PRICE EVALUATION (PRESENT VALUE) (JUN 2003)**

A. If annual CPI adjustments in operating expenses are included, the Offeror shall be required to submit the offer with the total "gross" annual price per rentable square foot and a breakout of the "base" price per rentable square foot for services and utilities (operating expenses) to be provided by the Lessor. The "gross" price shall include the "base" price.

B. The Offeror shall be required to submit plans and any other information to demonstrate that the rentable space yields ANSI/BOMA Office Area space within the required ANSI/BOMA Office Area range. The Government will verify the amount of ANSI/BOMA Office Area square footage and will convert the rentable prices offered to ANSI/BOMA Office Area prices, which will subsequently be used in the price evaluation.

C. If the offer includes annual adjustments in operating expenses, the base price per ANSI/BOMA Office Area square foot from which adjustments are made will be the base price for the term of the lease, including any option periods.

D. Evaluation of offered prices will be on the basis of the annual price per ANSI/BOMA Office Area square foot, including any option periods. The Government will perform present value price evaluation by reducing the prices per ANSI/BOMA Office Area square foot to a composite annual ANSI/BOMA Office Area square foot price, as follows:

1. Parking and wareyard areas will be excluded from the total square footage but not from the price. For different types of space, the gross annual per square foot price will be determined by dividing the total annual rental by the total square footage minus these areas.

2. If annual adjustments in operating expenses will not be made, the gross annual per square foot price will be discounted annually at 5 percent to yield a gross present value cost (PVC) per square foot.

3. If annual adjustments in operating expenses will be made, the annual per square foot price, minus the base cost of operating expenses, will be discounted annually at 5 percent to yield a net PVC per square foot. The operating expenses will be both escalated at 2.5 percent compounded annually and discounted annually at 5 percent, then added to the net PVC to yield the gross PVC.

4. To the gross PVC will be added:

a. The cost of Government-provided services not included in the rental escalated at 2.5 percent compounded annually and discounted annually at 5 percent.

b. The annualized (over the full term) per ANSI/BOMA Office Area square foot cost of any items which are to be reimbursed in a lump sum payment. (The cost of these items is present value; therefore, it will not be discounted.)

________________________________________

________________________________________

________________________________________

c. The cost of relocation of furniture and telecommunications, if applicable.

5. Commissions paid to GSA brokers will be subtracted from the gross PVC. Refer to the "Broker Commission" paragraph in the SUMMARY section of this SFO.

6. The sum of either subparagraphs 2 and 4 or subparagraphs 3 and 4 less 5, will be the per ANSI/BOMA Office Area square foot present value of the offer for price evaluation purposes.

**1.14 HISTORIC PREFERENCE, GSAR 552.270-2 (VARIATION) (SEP 1999)**

A. Preference will be given to Offerors of space in buildings in, or formally listed as eligible for inclusion in, the National Register of Historic Places, and to historically-significant buildings in historic districts listed in the National Register. Such preference will be extended to historic buildings and will result in award if:

1. The offer for space meets the terms and conditions of this SFO as well as any other offer received (It is within the discretion of the Contracting Officer to accept alternatives to certain architectural characteristics and safety features defined elsewhere in this SFO to maintain the historical integrity of the building, such as high ceilings, wooden floors, etc.) and

2. The rental is no more than 10 percent higher, on a total annual square foot (ANSI/BOMA Office Area) cost to the Government, than the lowest otherwise acceptable offer.

B. If more than one offer of an historic building is received and they meet the above criteria, an award will then be made to the lowest priced historic property offered.

**1.15 AWARD (JAN 1997)**

A. After conclusion of negotiations, the Contracting Officer will require the Offeror selected for award to execute the proposed lease prepared by GSA which reflects the proposed agreement of the parties.

B. The proposed lease shall consist of:

1. Standard Form 2 (or GSA Form 3626) U.S. Government Lease for Real Property,
2. required clauses,
3. required certifications and representations,
4. the pertinent provisions of the offer, and
5. the pertinent provisions of the SFO.

C. The acceptance of the offer and award of the lease by the Government occurs upon notification of unconditional acceptance of the offer or execution of the lease by the Contracting Officer and mailing or otherwise furnishing written notification or the executed lease to the successful Offeror.

**1.16 ACCESSIBILITY FOR NEW CONSTRUCTION (SEP 2000)**

To be considered for award, buildings to be constructed shall meet the new construction requirements of both the Americans With Disabilities Act Accessibility Guidelines (ADAAG) (Code of Federal Regulations 36 CFR Part 1191, App. A) and the Uniform Federal Accessibility Standards (UFAS) (Federal Register vol. 49, No. 153, August 7, 1984, reissued as FED. STD. 795, dated April 1, 1988, and amended by Federal Property Management Regulations 41 CFR, Subpart 101-19.6, Appendix A., 54 FR 12628, March 28, 1989). Where standards conflict, the more stringent shall apply.

**1.17 SEISMIC SAFETY FOR NEW CONSTRUCTION (SEP 2000)**

A. If an Offeror proposes to satisfy the requirements of this SFO through the construction of a new building or the construction of an addition to an existing building, then such new building or addition shall fully meet seismic safety standards, as described in subparagraphs B and C.

B. For those buildings or additions to buildings described in subparagraph A, the Offeror shall provide a written certification from a licensed structural engineer that the building(s) conforms to the seismic standards for new construction of the current (as of the date of this SFO) edition of the International Conference of Building Officials' (ICBO) *Uniform Building Code* (UBC), the Building Officials and Code Administrators (BOCA) *National Building Code*, or the Southern Building Code Congress International (SBCCI) *Standard Building Code.*

C. All design and engineering documents, including structural engineering calculations, shall be made available for review by the Government during design development to ensure compliance with seismic safety standards.

**1.18 LABOR STANDARDS (AUG 2003)**

A. If an Offeror proposes to satisfy the requirements of this SFO through the construction of a new building or the complete rehabilitation or reconstruction of an existing building, and the Government will be the sole or predominant tenant such that any other use of the building will be functionally or quantitatively incidental to the Government's use and occupancy, the following Federal Acquisition Regulation (FAR) clauses shall apply to work (including base building and tenant buildout) performed prior to the Government's acceptance of space as substantially complete. Full text versions of these clauses are available upon request from the Contracting Officer. Full text versions are also available at the following web site: *http://www.arnet.gov/far/*

52.222-4 Contract Work Hours and Safety Standards Act - Overtime Compensation

52.222-6 Davis-Bacon Act

52.222-7 Withholding of Funds

52.222-8 Payrolls and Basic Records

52.222-9 Apprentices and Trainees

52.222-10 Compliance with Copeland Act Requirements

52.222-11 Subcontracts (Labor Standards)

52.222-12 Contract Termination-Debarment

52.222-13 Compliance with Davis-Bacon and Related Act Regulations

52.222-14 Disputes Concerning Labor Standards

52.222-15 Certification of Eligibility

## 2.0 AWARD FACTORS

### 2.1 ACCESSIBILITY AND SEISMIC SAFETY (SEP 2000)

A. All offers received in response to this SFO will be evaluated to determine whether the offers fully meet National Institute of Standards and Technology (NIST) NISTIR 5382, Interagency Committee on Seismic Safety in Construction (ICSSC) RP 4, *Standards of Seismic Safety for Existing Federally Owned or Leased Buildings*, as modified below, and the accessibility requirements for new construction of the Americans With Disabilities Act Accessibility Guidelines (ADAAG) (Code of Federal Regulations 36 CFR Part 1191, App. A) and the Uniform Federal Accessibility Standards (UFAS) (Federal Register vol. 49, No. 153, August 7, 1984, reissued as FED. STD. 795, dated April 1, 1988, and amended by Federal Property Management Regulations CFR 41, Subpart 101-19.6, Appendix A, 54 FR 12628, March 28, 1989). Where standards conflict, the more stringent shall apply. If any offers are received which fully meet accessibility and seismic safety requirements, then other offers, which do not fully meet these requirements, will not be considered.

B. The following UFAS provisions are clearly more stringent than the ADAAG:

1. *Work Areas.* The UFAS requires that all areas be accessible where there may be employment of persons with disabilities. The ADAAG requires only that people with disabilities be able to approach, enter, and exit a work area. [UFAS 4.1.4; ADAAG 4.1.1(3)]

2. *Work Surface Scoping.* The UFAS requires that 5 percent of all fixed or built-in employee work surfaces be accessible. The ADAAG does not require work surfaces in work areas to be accessible. Both the UFAS and the ADAAG require that 5 percent of fixed tables in public or common use areas be accessible. [UFAS 4.1.2(17) and 4.32; ADAAG 4.1.1(3) and 4.1.3(18)]

3. *No Elevator Exception.* The UFAS has no exception to the elevator requirement in all multi-story buildings and facilities. The ADAAG provides an exception to the elevator requirement in certain buildings that are under three stories or have less than 3,000 square feet per story. [UFAS 4.1.2(5); ADAAG 4.1.3(5) Exception 1]

4. *Entrances in Multi-Grade Buildings.* The UFAS requires at least one principle entrance at each grade floor to a building to be accessible. The ADAAG requires that 1) at least 50 percent of all public entrances be accessible and 2) the number of exits required by the applicable building/fire code be used in determining the total number of accessible entrances required in a building or facility. The UFAS requires more accessible entrances in certain multi-grade buildings. [UFAS 4.1.2.(8); ADAAG 4.1.3(8)]

5. *Elevator Controls.* The UFAS requires elevator controls to be mounted no higher than 48 inches "unless there is a substantial increase in cost," in which case 54 inches is allowed. The ADAAG allows 54 inches whenever a parallel approach is provided. [UFAS 4.10.12(3); ADAAG 4.10.12(3)]

C. <u>FULL COMPLIANCE</u>:

1. "Fully meets" as used herein with regard to the accessibility requirements means the offer fully complies with both the ADAAG and the UFAS requirements for new construction, including but not limited to: Parking and Passenger Loading Zones, Accessible Route, Entrance and Egress, Ramps, Stairs, Handrails, Doors, Elevators, Telephones, Controls, Signage, Alarms, Drinking Fountains, Storage Facilities, Seating and Workstations, Assembly Areas, and Toilet Rooms. Where standards conflict, the more stringent shall apply.

2. "Fully meets" as used herein with regard to the seismic safety requirements means that the Offeror has provided a written certification (example available for the Contracting Officer) from a licensed structural engineer certifying that both the building design and construction are in full compliance with the life-safety performance level of NISTIR 5382, ICSSC RP 4, *Standards of Seismic Safety for Existing Federally Owned or Leased Buildings*, **AS MODIFIED HEREIN:**

   a. FEMA-178, *NEHRP Handbook for the Seismic Evaluation of Existing Buildings*, shall be replaced with FEMA-310, *Handbook for the Seismic Evaluation of Buildings: A Prestandard.*

b. Section 1.3.1, Post-Benchmark Buildings (Table 1: Advisory Benchmark Years) shall be replaced with the below table.

| BENCHMARK BUILDINGS (Table 3-1 of FEMA-310) | | | |
|---|---|---|---|
| | Model Building Seismic Design Provisions | | |
| BUILDING TYPE[1] | BOCA[ls] | SBCCI[ls] | UBC[ls] |
| Wood Frame, Wood Shear Panels (Type W1 and W2)[2] | 1992 | 1993 | 1976 |
| Wood Frame, Wood Shear Panels (Type W1A) | 1992 | 1993 | 1976 |
| Steel Moment Resisting Frame (Type S1 and S1A) | ** | ** | 1994[4] |
| Steel Braced Frame (Type S2 and S2A) | 1992 | 1993 | 1988 |
| Light Metal Frame (Type S3) | * | * | * |
| Steel Frame w/Concrete Shear Walls (Type S4) | 1992 | 1993 | 1976 |
| Reinforced Concrete Moment Resisting Frame (Type C1)[3] | 1992 | 1993 | 1976 |
| Reinforced Concrete Shear Walls (Type C2 and C2A) | 1992 | 1993 | 1976 |
| Steel Frame with URM Infill (Type S5 and S5A) | * | * | * |
| Concrete Frame with URM Infill (Type C3 and C3A) | * | * | * |
| Tilt-up Concrete (Type PC1 and PC1A) | * | * | 1997 |
| Precast Concrete (Type PC2 and PC2A) | * | * | * |
| Reinforced Masonry (Type RM1) | * | * | 1997 |
| Reinforced Masonry (Type RM2) | 1992 | 1993 | 1976 |
| Unreinforced Masonry (Type URM)[5] | * | * | 1991[6] |
| Unreinforced Masonry (Type URMA) | * | * | * |

1 Building Type refers to one of the Common Building Types defined in Table 2-2 of FEMA-310.
2 Buildings on hillside sites shall not be considered Benchmark Buildings.
3 Flat Slab Buildings shall not be considered Benchmark Buildings.
4 Steel Moment-Resisting Frames shall comply with Section 2213.7.1.2 of the Uniform Building Code.
5 URM buildings evaluated using the ABK Methodology (ABK, 1984) may be considered Benchmark Buildings.
6 Refers to the UBCB Section of the UBC.
ls Only buildings designed and constructed or evaluated in accordance with FEMA-310 and being evaluated to the Life-Safety Performance level may be considered Benchmark Buildings.
* No Benchmark year; building shall be evaluated using FEMA-310.
** Local provisions shall be compared with the UBC.

BOCA Building Officials and Code Administrators, *National Building Code*.
SBCCI Southern Building Code Congress International, *Standard Building Code*.
UBC International Conference of Building Officials, *Uniform Building Code*.

c. Section 1.3.2, Leased Buildings, shall be revised as follows:

i. Buildings leased by the federal Government are exempt from these standards if both of the following apply:
(a) The leased space is less than 10,000 square feet **AND**
(b) The building is located in Regions of Low Seismicity in accordance with FEMA-310. According to FEMA-310, buildings located on sites for which the design short-period response acceleration, $S_S$, is less than 0.167 gravity (g), or for which the design one-second period response acceleration, $S_1$, is less than 0.067 g, shall be considered to be located within Regions of Low Seismicity.

d. FEMA-310, *Handbook for the Seismic Evaluation of Buildings: A Prestandard*, can be obtained by calling the Federal Emergency Management Agency (FEMA) Distribution Center at (800) 480-2520.

e. NISTIR 5382, ICSSC RP 4, *Standards of Seismic Safety for Existing Federally Owned or Leased Buildings*, can be obtained from the Building and Fire Research Laboratory, National Institute of Standards and Technology, Gaithersburg, MD 20899.

D. SUBSTANTIAL COMPLIANCE:

1. In accordance with both the ADAAG and the UFAS, if no offer is received which fully meets accessibility requirements for new construction, but an offer(s) is received which substantially meets these requirements, then other offers which do not substantially meet these requirements will not be considered. "Substantially meets" as used herein with regard to the accessibility requirements means the offer fully complies with both the ADAAG and the UFAS requirements for Parking and Passenger Loading Zones, Accessible Route, Entrance and Egress, Doors, Drinking Fountains, Toilet Rooms.

2. "Substantially meets" as used herein with regard to the seismic safety requirements will be determined by the Government based upon the Offeror's evaluation by a licensed structural engineer that specifically describes all exceptions to full compliance with the Model Building Seismic Design Provisions as shown in the Benchmark Buildings table above. The Offeror shall evaluate the building by using FEMA-310 and shall identify all deficiencies. Based upon the evaluation, the Contracting Officer will make an award to the Offeror which best meets both the seismic safety requirements and the other requirements of this SFO. Documentation of this evaluation shall be made available to the Government.

E. LESS THAN SUBSTANTIAL COMPLIANCE:
In accordance with both the ADAAG and the UFAS, if no offer is received which either fully or substantially meets the accessibility requirements of new construction, consideration will be given only to offers which meet the following minimum requirements:

1. At least one accessible route shall be provided from an accessible entrance to the leased space and all required accessible areas. At least one interior means of vertical access shall be provided. Elevators shall have complying Controls and Signage.

2. If parking is provided, then accessible spaces shall be included.

3. Accessible toilet rooms shall be provided as follows:

   a. Where more than one toilet room for each sex is provided on a floor on which the Government leases space, at least one toilet room for each sex on that floor shall be accessible.

   b. Where only one toilet room for each sex is provided on a floor on which the Government leases space, either one unisex toilet room or one toilet room for each sex on that floor shall be accessible.

   c. Where only one toilet room is provided in a building where the Government leases space, one unisex toilet room shall be accessible.

   d. In a qualified historic building where the Advisory Council on Historic Preservation determines that providing the above minimum accessible toilet facilities would threaten or destroy the historic integrity of the space, accessible unisex toilet room(s) shall be provided in the building.

F. If no offer is received which meets the minimum accessibility requirements described above, offers will not be considered unless a waiver of accessibility requirements is requested by the Contracting Officer and granted by the GSA Public Buildings Service Commissioner.

**2.2 AWARD BASED ON PRICE (SEP 2000)**

The lease will be awarded to the responsible Offeror whose offer conforms to the requirements of this SFO and is the lowest priced offer submitted. Refer to the "Price Evaluation" paragraph in the SUMMARY section of this SFO.

3.0 MISCELLANEOUS

3.1 UNIT COSTS FOR ADJUSTMENTS

A. The Offeror is required to state in the offer or in an attachment units prices for the items listed below. Prices shall be quoted as fully installed and finished. The unit prices may be used, upon acceptance by GSA, during the first year of the lease to price alterations costing $100,000 or less. These prices may be indexed or renegotiated to apply to subsequent years of the lease upon mutual agreement of the Lessor and the Government.

1. The cost per linear foot of office subdividing ceiling-high partitioning.
2. The cost per floor-mounted duplex electrical outlet.
3. The cost per wall-mounted duplex electrical outlet.
4. The cost per floor-mounted fourplex (double duplex) electrical outlet.
5. The cost per wall-mounted fourplex (double duplex) electrical outlet.
6. The cost per dedicated clean electrical computer receptacle.
7. The cost per floor-mounted telephone outlet.
8. The cost per wall-mounted telephone outlet.
9. The cost per interior door.
10. ______________________________
11. ______________________________
12. ______________________________

3.2 SUBSEQUENT TENANT IMPROVEMENTS $100,000 OR LESS (SEP 2000)

A. The Lessor may be requested to provide alterations during the term of the lease. Alterations will be ordered by issuance of GSA Form 276, Supplemental Lease Agreement, GSA Form 300, Order for Supplies or Services, or a Tenant Agency-approved form. The two clauses from GSA Form 3517, General Clauses, 552.232-25, *Prompt Payment* (Deviation FAR 52.232-25), and 552.232-70, *Invoice Requirements*, apply to orders for alterations. All orders are subject to the terms and conditions of this lease.

B. Orders may be placed by the 1) Contracting Officer, 2) GSA Buildings Manager, or 3) Tenant Agency officials when specifically authorized to do so by the Contracting Officer. The Contracting Officer will provide the Lessor with a list of Tenant Agency officials authorized to place orders and will specify any limitations on the authority delegated to Tenant Agency officials. The Tenant Agency officials are not authorized to deal with the Lessor on any other matters.

C. Payments for alterations ordered by the Tenant Agency will be made directly by the Tenant Agency placing the order.

3.3 ALTERNATE PROPOSALS

A. This SFO may specify certain items for which alternate proposals are required. For evaluation and negotiation, the offer shall state:

1. itemized costs for lump sum payment not to be included in the rental rate and
2. a rental rate which includes the costs of these items.

B. The Offeror shall provide costs for both methods of evaluation on GSA Form 1364, Proposal to Lease Space, in order to be considered for award. GSA may elect the option it deems most favorable.

3.4 TAX ADJUSTMENT (SEP 2000)

A. Real estate taxes, as referred to in this paragraph, are only those taxes which are assessed against the building and/or the land upon which the building is located, without regard to benefit to the property, for the purpose of funding general Government services. Real estate taxes shall not include, without limitation, general and/or special assessments, business improvement district assessments, or any other present or future taxes or governmental charges that are imposed upon the Lessor or assessed against the building and/or the land upon which the building is located.

B. Base year taxes as referred to in this paragraph are 1) the real estate taxes for the first 12-month period coincident with full assessment or 2) may be an amount negotiated by the parties that reflects an agreed upon base for a fully assessed value of the property.

C. The term "full assessment" as referred to in this paragraph means that the taxing jurisdiction has considered all contemplated improvements to the assessed property in the valuation of the same. Partial assessments for newly constructed projects or for projects under construction, conversion, or renovation will not be used for establishing the Government's base year for taxes.

D. The Lessor shall furnish the Contracting Officer with copies of all notices which may affect the valuation of said land and buildings for real estate taxes thereon, as well as all notices of a tax credit, all tax bills, and all paid tax receipts, or where tax receipts are not given, other similar evidence of payment acceptable to the Contracting Officer (hereinafter, evidence of payment), and a proper invoice (as described in GSA Form 3517, General Clauses, 552.232-75, *Prompt Payment*) of the tax adjustment including the calculation thereof, for each year that

real estate taxes are incurred during the lease term or any extension thereof. All such documents are due within 10 calendar days of receipt except that the proper invoice and evidence of payment shall be submitted within 60 calendar days after the date the tax payment is due from the Lessor to the taxing authority. **FAILURE TO SUBMIT THE PROPER INVOICE AND EVIDENCE OF PAYMENT WITHIN SUCH TIME FRAME SHALL BE A WAIVER OF THE RIGHT TO RECEIVE PAYMENT RESULTING FROM AN INCREASED TAX ADJUSTMENT UNDER THIS PARAGRAPH.**

E. The Government shall 1) make a single annual lump sum payment to the Lessor for its share of any increase in real estate taxes during the lease term over the amount established as the base year taxes or 2) receive a rental credit or lump sum payment for its share of any decreases in real estate taxes during the lease term below the amount established as the base year taxes. The amount of lump sum payment or rental credit shall be based upon evidence of valuation and payment submitted by the Lessor to the Contracting Officer in accordance with subparagraph D.

1. In the event of an increase in taxes over the base year, the Lessor shall submit a proper invoice of the tax adjustment including the calculation thereof together with evidence of payment to the Contracting Officer. **THE GOVERNMENT SHALL BE RESPONSIBLE FOR PAYMENT OF ANY TAX INCREASE OVER THE BASE YEAR TAXES ONLY IF THE PROPER INVOICE AND EVIDENCE OF PAYMENT IS SUBMITTED BY THE LESSOR WITHIN 60 CALENDAR DAYS AFTER THE DATE THE TAX PAYMENT IS DUE FROM THE LESSOR TO THE TAXING AUTHORITY.** The due date for making payment shall be the 30th calendar day after receipt of evidence of payment by the Contracting Officer or the 30th calendar day after the anniversary date of the lease, whichever is later. If the lease terminates before the end of a tax year, payment for the tax increase due as a result of this section for the tax year will be prorated based on the number of days that the Government occupied the space. No increase will be paid, due, or owing unless all evidence of valuation and payment has been previously submitted to the Contracting Officer. The Government's payment for its share of real estate taxes shall not include any late charges, interest, or penalties imposed by the taxing authority as a result of the Lessor's delinquency in paying such taxes or charges.

2. In the event of a decrease in taxes from the base year, or in the event of any refund or tax deduction, the Lessor shall notify the Contracting Officer in accordance with subparagraph D. The Government shall be entitled to, and shall receive a credit for, the prorata reduction in taxes applicable to the premises encumbered by this lease, regardless of whether the Government has made a tax payment for that year. The Government's share of the credit will be determined in accordance with subparagraph F and shall be taken as a deduction from the rent. Any credit due the Government after the expiration or earlier termination of the lease (including, but not limited to, credits resulting from a decrease in taxes pursuant to a tax credit due the Lessor; a reduction in the tax assessment; or a tax appeal proceeding for a year of the lease, or portion thereof) shall be made by a lump sum payment to the Government or as a rental credit to any succeeding lease as determined by the Contracting Officer. The Lessor shall remit any lump sum payment to the Government within 15 calendar days of payment by the taxing authority to the Lessor or the Lessor's designee. If the credit due to the Government is not paid by the due date, interest shall accrue on the late payment at the rate established by the Secretary of the Treasury under Section 12 of the Contract Disputes Act of 1978 (United States Code 41 USC 611) that is in effect on the day after the due date. The interest penalty shall accrue daily on the amount of the credit and shall be compounded in 30-day increments inclusive from the first day after the due date through the payment date. The Government shall have the right to pursue the outstanding balance of any tax credit using all such collection methods as are available to the United States to collect debts. Such collection rights shall survive the expiration of this lease.

F. The Government shall pay its share of tax increases or shall receive its share of any tax decrease based on the ratio of the rentable square feet occupied by the Government to the total rentable square feet in the building or complex (percentage of occupancy). For the purpose of this lease, the Government's percentage of occupancy as of the date hereof is 4.32 – percent based upon an occupancy of 10,734 rentable square feet in a building of 248347 rentable square feet. This percentage shall be subject to adjustment to take into account additions or reductions of the amount of space as may be contemplated in this lease or amendments hereto. The block and lot/parcel or other identification numbers for the property, building(s), and parking areas(s) occupied under this lease are __________.

G. The Government may direct the Lessor upon reasonable notice to initiate a tax appeal, or the Government may decide to contest the tax assessment on behalf of the Government and the Lessor or for the Government alone. The Lessor shall furnish to the Government information necessary for appeal of the tax assessment in accordance with the filing requirements of the taxing authority. If the Government decides to contest the tax assessment on its own behalf or on behalf of the Government and the Lessor, the Lessor shall cooperate and use all reasonable efforts including, but not limited to, affirming the accuracy of the documents, executing documents required for any legal proceeding, and taking such other actions as may be required. If the Lessor initiates an appeal on behalf of the Government, the Government and the Lessor will enter into an agreement to establish a method for sharing expenses and tax savings.

**3.5 PERCENTAGE OF OCCUPANCY**

The percent of the building occupied by the Government, for purposes of tax adjustments, will be established during negotiations.

**3.6 OPERATING COSTS (SEP 2000)**

A. Beginning with the second year of the lease and each year thereafter, the Government shall pay adjusted rent for changes in costs for cleaning services, supplies, materials, maintenance, trash removal, landscaping, water, sewer charges, heating, electricity, and certain administrative expenses attributable to occupancy. Applicable costs listed on GSA Form 1217, Lessor's Annual Cost Statement, when negotiated and agreed upon, will be used to determine the base rate for operating costs adjustment.

B. The amount of adjustment will be determined by multiplying the base rate by the percent of change in the Cost of Living Index. The percent change will be computed by comparing the index figure published in the month of the lease commencement date with the index figure published in the month which begins each successive 12-month period. For example, a lease which commences in June of 1995 would use the index published in June of 1995, and that figure would be compared with the index published in June of 1996, June of 1997, and so on, to determine the percent change. The Cost of Living Index will be measured by the Department of Labor revised Consumer Price Index for wage earners and clerical workers, U.S. city average, all items figure, (1982 to 1984 = 100) published by the Bureau of Labor Statistics. Payment will be made with the monthly installment of fixed rent. Rental adjustments will be effective on the anniversary date of the lease.

C. If the Government exercises an option to extend the lease term at the same rate as that of the original term, the option price will be based on the adjustment during the original term. Annual adjustments will continue.

D. In the event of any decreases in the Cost of Living Index occurring during the term of the occupancy under the lease, the rental amount will be reduced accordingly. The amount of such reductions will be determined in the same manner as increases in rent provided under this paragraph.

E. The offer shall clearly state whether the rental is firm throughout the term of the lease or if it is subject to annual adjustment of operating costs as indicated above. If operating costs will be subject to adjustment, those costs shall be specified on GSA Form 1364, Proposal to Lease Space, contained elsewhere in this SFO.

**3.7 OPERATING COSTS BASE (SEP 2000)**

The base for the operating costs adjustment will be established during negotiations based upon ANSI/BOMA Office Area square feet.

**3.8 RENTABLE SPACE (SEP 2000)**

Rentable space is the area for which a tenant is charged rent. It is determined by the building owner and may vary by city or by building within the same city. The rentable space may include a share of building support/common areas such as elevator lobbies, building corridors, and floor service areas. Floor service areas typically include restrooms, janitor rooms, telephone closets, electrical closets, and mechanical rooms. The rentable space does not include vertical building penetrations and their enclosing walls, such as stairs, elevator shafts, and vertical ducts.

**3.9 ANSI/BOMA OFFICE AREA SQUARE FEET (SEP 2000)**

A. For the purposes of this SFO, the Government recognizes the American National Standards Institute/Building Owners and Managers Association (ANSI/BOMA) international standard (Z65.1-1996) definition for Office Area, which means "the area where a tenant normally houses personnel and/or furniture, for which a measurement is to be computed."

B. ANSI/BOMA Office Area square feet shall be computed by measuring the area enclosed by the finished surface of the room side of corridors (corridors in place as well as those required by local codes and ordinances to provide an acceptable level of safety and/or to provide access to essential building elements) and other permanent walls, the dominant portion (refer to Z65.1) of building exterior walls, and the center of tenant-separating partitions. Where alcoves, recessed entrances, or similar deviations from the corridor are present, ANSI/BOMA Office Area square feet shall be computed as if the deviation were not present.

**3.10 COMMON AREA FACTOR (SEP 2000)**

If applicable, the Offeror shall provide the Common Area Factor (a conversion factor(s) determined by the building owner and applied by the owner to the ANSI/BOMA Office Area square feet to determine the rentable square feet for the offered space).

**3.11 APPURTENANT AREAS**

The right to use appurtenant areas and facilities is included. The Government reserves the right to post Government rules and regulations where the Government leases space.

**3.12 ADJUSTMENT FOR VACANT PREMISES, GSAR 552.270-16 (VARIATION) (SEP 1999)**

A. If the Government fails to occupy any portion of the leased premises or vacates the premises in whole or in part prior to expiration of the term of the lease, the rental rate will be reduced.

B. The rate will be reduced by that portion of the costs per ANSI/BOMA Office Area square foot of operating expenses not required to maintain the space. Said reduction shall occur after the Government gives 30 calendar days prior notice to the Lessor and shall continue in effect until the Government occupies the premises or the lease expires or is terminated.

**3.13 RELOCATION ASSISTANCE ACT (MARCH 2002)**

A. If an Offeror proposes an improved site and new construction will result in the displacement of individuals or businesses, the successful Offeror shall be responsible for payment of relocation costs in accordance with the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970 (P.L. 91-646), as amended, and the implementing regulations at 49 CFR Part 24.

B. Offerors shall incorporate the cost of such assistance into their shell rental rate.

C. The successful Offeror shall give GSA the name of the person and agency to be providing the relocation assistance to site tenants. In addition, the successful Offeror must provide background information about the relocation agency and references for which the relocation agent has performed relocation assistance in the past. Depending upon the complexity of the relocation project, Offerors may be required to provide a relocation plan with final proposal revisions.

**3.14 CHANGE OF INTEREST (NOV 2002)**

(a) Notwithstanding anything to the contrary set forth in this Lease, Lessor shall have no right to assign this Lease until (1) the leasehold improvements have been completed in accordance with terms herein, including all punch list items, and the entire premises has been accepted by the Government as finally completed to the Government's satisfaction; and (2) any amounts due and owning to the Government hereunder have been paid in full or completely set off against this Lease. Any purported assignment prior to the completion of these conditions shall be null and void and of no effect.

(b) Lessor shall have no right to sell or make any transfer of ownership or control of the premises after final completion and acceptance of the premises by the Government without the prior written approval of the Government in accordance with Federal Acquisition Regulations ("FAR"). See 48 CFR Ch. 1 subpart 42.12. In addition to the requirements set forth in FAR, Lessor shall provide the Government with the following in order for the Government to determine if it is in its best interest to approve a transfer or change of ownership:

(1) A completed GSA Form 527, "Contractor's Qualifications and Financial Information, " a copy of which is attached. (This form takes approximately 6 weeks to process.)
(2) A contact person's name, address and phone number for at least five previous locations developed and managed by the proposed assignee or transferee.

(c) If the Government approves the sale or transfer of the Leased Premises, or change of interest or ownership in Lessor's entity, before the Government will change the payee for rent or other payments, it must be provided with the following:

(1) A letter from the assignee stating that the assignee is willing to assume, approve and adopt the Lease and agrees to be bound by its terms.
(2) A letter from the prior Lessor (assignor) waiving all rights under the Lease as against the United States of America, except unpaid rent through a specified date, usually the date of the ownership transfer.
(3) The IRS Tax Identification Number for the assignee.
(4) Appropriate evidence of transfer of title, ownership or control.
(5) If the premises is assigned or transferred by reason of death of Lessor, where there is no will, a copy of the letters of administration showing the name(s) of the new Lessor. Unless an interim court order is received, rents will be accrued and paid to the new owner(s) upon final settlement of the estate.
(6) Any other documents the Government may require pursuant to FAR.

**3.15 EVIDENCE OF CAPABILITY TO PERFORM (SEP 2000)**

A. AT THE TIME OF SUBMISSION OF OFFERS, THE OFFEROR SHALL SUBMIT TO THE CONTRACTING OFFICER:

1. Satisfactory evidence of at least a conditional commitment of funds in an amount necessary to prepare the space. Such commitments shall be signed by an authorized bank officer and at a minimum shall state: amount of loan; term in years; annual percentage rate; and length of loan commitment.

2. The name of the proposed construction contractor, as well as evidence of the contractor's experience, competency, and performance capabilities with construction similar in scope to that which is required herein.

3. The license or certification to practice in the state where the facility is located from the individual(s) and/or firm(s) providing architectural and engineering design services.

4. Compliance with local zoning laws or evidence of variances, if any, approved by the proper local authority.

5. Evidence of ownership or control of site.

B. AFTER AWARD:
Within thirty (30) days after award, the successful Offeror shall provide to the Contracting Officer evidence of:

1. A firm commitment of funds in an amount sufficient to perform the work.

2. Award of a construction contract for Tenant Improvements with a firm completion date.

3. Issuance of a building permit covering construction of the improvements.

**3.16 CONSTRUCTION SCHEDULE**

A. Within 7 days of lessor receipt of executed Supplemental Lease Agreement approving lessor cost proposal based on Tenant Improvements, the successful Offeror shall submit to the Contracting Officer a tentative construction schedule giving the dates on which the various phases of construction will be completed to coincide with the Government's required occupancy date. Refer to the "Occupancy Date" paragraph in the SUMMARY section of this SFO.

B. The schedule shall include timing for completion of design and construction milestones including, but not limited to: 1) submittal of preliminary plans and specifications; 2) submittal of other working drawings; 3) issuance of a building permit; 4) completed construction documents; 5) start of construction; 6) completion of principal categories of work; 7) phased completion and availability for occupancy of each portion of the Government-demised area (by floor, block, or other appropriate category); and 8) final construction completion.

**3.17 CONSTRUCTION SCHEDULE OF TENANT IMPROVEMENTS (SEP 2000)**

A. The schedule shall be divided into six tasks for each phase. These are: 1) the generation of the design intent drawings; 2) the Government's approval of the design intent drawings; 3) the Lessor's generation of the Government's working/construction drawings; 4) the Government's review of the working/construction drawings; 5) the Lessor's construction of the subject leased area; and 6) the Government's acceptance of the Lessor's construction. Each of these tasks is detailed below. References to working days shall be based upon a 5-day work week (Monday through Friday, exclusive of federal holidays). References to "approval" shall mean such approval granted by the Contracting Officer. During the construction schedule, the Government may request regularly scheduled progress meetings and request that the Lessor keep meeting minutes of discussion topics and attendance. During design and construction, the Lessor may discover instances where the Government's directives conflict. In such cases, the Lessor shall immediately notify the Contracting Officer so that the Government may issue a determination as to how to proceed beyond the building shell.

B. DESIGN INTENT DRAWINGS:
The Government shall prepare and provide to the Lessor the Government's approved design intent drawings detailing the Tenant Improvements to be made by the Lessor within the Government-demised area within 120 days after award or receipt of accurate plans/CAD file (i.e. readable CAD file indicating window placement, required shear walls, columns, etc) from the Lessor, whichever is later. Lessor must advise Contracting Officer, the required building square footages or placements of any mechanical/electrical rooms (the 120 day timeframe will not commence until such information is provided). Also, any Lessor requested changes to the site plan, block plan, or elevation plans after lease award (which require the Government to alter its plans, or for which the Government must obtain approval from the Government tenant), the 120 day timeframe to deliver design intent plans ceases and will begin again from the date the Government has approved and incorporated the Lessor requested space changes. Design intent drawings, for the purposes of this lease, are defined

as fully-dimensioned drawings of the leased space which include enough information to prepare construction drawings and shall consist of: 1) furniture locations, telephone and data outlet types and locations; 2) specifications necessary for calculation of electrical and HVAC loads; and 3) all finish/color/signage selections. Design intent drawings shall be due to the Lessor within **120** calendar days from receipt of accurate/complete CAD plans as specified in Attachment No. 3 "General Requirements".

Associated plans, drawings, or specifications provided under this solicitation are intended for use by prospective bidders/offerors and their subcontractors and suppliers. In support of this requirement, the Government requires bidders/offerors to exercise reasonable care when handling documents relating to building drawings/plans, security equipment installations, and contract guard service to include:

1) Limiting reproduction and/or dissemination of covered materials only to person/parties related to this acquisition or otherwise authorized to receive such information;
2) Making every possible effort that is reasonable and prudent to prevent unauthorized disclosure of this information;
3) Upon award and completion of any appeals process, unsuccessful bidders/offerors making every reasonable and prudent effort to destroy or render useless all information/documentation received during this solicitation and/or appeal process; and
4) The awardee continuing the efforts required above throughout the entire term of the contract and for what specific time thereafter as may be necessary, as determined by the awardee.

C. WORKING/CONSTRUCTION DRAWINGS:
The Lessor shall prepare, out of the Tenant Improvement Allowance, final working/construction drawings for the improvements illustrated on the Government-approved design intent drawings. The working/construction drawings shall include all mechanical, electrical, plumbing, fire safety, lighting, structural, and architectural improvements scheduled for inclusion into the Government-demised area. Working/construction drawings shall also be annotated with all applicable specifications. The resulting product shall reflect requirements which are substantially the same as that specified by the Government-approved design intent drawings and shall incorporate neither extraneous additions nor deletions of requirements. The Lessor's working/construction drawings shall be due to the Government within **14** working days of the Government's approval of the design intent drawings. Working/construction drawings shall clearly identify 1) Tenant Improvements already in place and 2) the work to be done by the Lessor or others. The Government may also require at the time of submission of working/construction drawings that the Lessor submit a written price proposal along with adequate cost and pricing data for any costs or credits to the Government which are beyond the scope of the original SFO and its attachments. Any work shown on the working/construction drawings which is building shell shall be clearly identified as such.

D. REVIEW OF WORKING/CONSTRUCTION DRAWINGS:
The Government retains the right to review, and request modifications (if necessary) to, the Lessor's working/construction drawings prior to the Lessor's commencement of interior construction. If applicable, the Government's review of the working/construction drawings is limited to the working/construction drawings' conformance to the specific requirements of the SFO and to the approved design intent drawings. The Government shall perform all reviews of working/construction drawings within ten **(10)** working days of receipt of such from the Lessor. Should the Government require that modifications be made to the Lessor's working/construction drawings, the Government shall state such in writing to the Lessor, and the Lessor shall have five (5) working days to cure all noted defects before returning the working/construction drawings to the Government for a subsequent review. Upon complete Government review for conformance of the working/construction drawings to the design intent drawings, **A NOTICE TO PROCEED SHALL BE TRANSMITTED TO THE LESSOR,** and the Lessor shall obtain the necessary permits and shall commence construction of the space. Notwithstanding the Government's review of the working/construction drawings, the Lessor is solely responsible and liable for the technical accuracy of the working/construction drawings in meeting all requirements and provisions of the lease and the Government-approved design intent drawings.

E. CONSTRUCTION OF TENANT IMPROVEMENTS:
The Lessor shall construct all Tenant Improvements in accordance with 1) the Government approved design intents and associated Special Requirements and 2) all terms and conditions of the SFO. The Lessor shall complete Tenant Improvements within 90 calendar days (for new construction) or 60 calendar days (existing space) of receiving the Notice to Proceed from the Government. The Lessor shall furnish a detailed construction schedule (such as Critical Path Method) to the Government within 5 days of issuance of the notice to proceed. Such schedule shall also indicate the dates available for the Government contractors to install telephone/data lines or equipment. The Government reserves the right to access any space within the building during the conduct of interior construction for the purposes of performing inspections or for installing Government-furnished equipment. The Government shall coordinate with the Lessor the activity of Government contractors in order to minimize conflicts with, and disruption to, other contractors on site. Access shall not be denied to authorized Government officials including, but not limited to, Government contractors, subcontractors, or consultants acting on behalf of the Government with regard to this project.

F. ACCEPTANCE OF SPACE:
**Ten (10) days** prior to the completion of interior construction, the Lessor shall issue written notice to the Government to inspect the space. The Government shall have seven (7) working days to inspect and to either accept or reject the subject space.

1. Substantially completed space will be accepted by the Government subject to the completion of minor punch list items. Space which is not substantially complete will not be accepted by the Government. The phrase "substantially complete" shall mean that the tenant improvements, the common and other areas of the building, and all other elements necessary for the Government's access to the premises and occupancy, possession, use and enjoyment thereof as provided in this lease, shall have been completed or obtained. All local Government reviews and approvals, excepting only such minor matters as do not interfere with or materially diminish such access, occupancy, possession, use, or enjoyment are also required for space acceptance. Should the Government reject the Lessor's space as not substantially complete as defined herein, the Lessor shall immediately undertake remedial action and when ready shall issue a subsequent notice to inspect to the Government.

2. Before the Government will accept space, the Lessor shall provide to the Contracting Officer 1) evidence of the issuance of a building permit incorporating the construction of required improvements and 2) a copy of the Certificate of Occupancy.

G. RENT COMMENCEMENT:
The rent commencement date (for each increment) shall be the date that space acceptance is made by the Government. Any rental paid by the Government prior to actual occupancy shall be less the cost for services and utilities

H. LEASE COMMENCEMENT:
The Government shall issue GSA Form 276, Supplemental Lease Agreement, to establish the lease commencement date after the acceptance of all space. In any case, the lease commencement date shall not be prior to the rent commencement date.

**3.18 PROGRESS REPORTS (SEP 2000)**

After start of construction, at the Government's discretion, the successful Offeror shall submit to the Contracting Officer, written progress reports at intervals of **21 days**. Each report shall include information as to 1) percentage of the work completed by phase and trade; 2) a statement as to expected completion and occupancy date; 3) changes introduced into the work; and 4) general remarks on such items as material shortages, strikes, weather, etc. In addition, at the Government's discretion, the Lessor shall conduct weekly meetings to brief Government personnel and/or contractors regarding the progress of design and construction of the Government-demised area. Such meetings shall be held at a location to be designated by the Government.

**3.19 CONSTRUCTION INSPECTIONS**

A. Construction inspections will be made periodically by the Contracting Officer and/or designated technical representatives to review compliance with the SFO requirements and the final working drawings.

B. Periodic reviews, tests, and inspections by the Government are not to be interpreted as resulting in any approval of the Lessor's apparent progress toward meeting the Government's objectives but are intended to discover any information which the Contracting Officer may be able to call to the Lessor's attention to prevent costly misdirection of effort. The Lessor shall remain completely responsible for designing, constructing, operating, and maintaining the building in full accordance with the requirements of this SFO.