| GENERAL SERVICES ADMINISTRATION<br>PUBLIC BUILDING SERVICE<br>SUPPLEMENTAL LEASE AGREEMENT | Supplemental Lease Agreement No. 2 | Date:<br>April 20, 2005 |
|---|---|---|
| | To Lease No.: GS-05B-17564 | |

ADDRESS OF PREMISES 4909 Clio Road
Flint, MI 48504

THIS AGREEMENT, made and entered into this date by and between
Hallwood Plaza, Inc

Whose address is ATT: George Kashat
20411 W. 12 Mile Road #201
Southfield, MI 48076

hereinafter called the lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:
WHEREAS, the parties hereto desire to amend the above Lease.

NOW THEREFORE, Supplemental Lease Amendment 1 is issued to amend the lease GS-05B-17564 effective April 8, 2005 as follows: The purpose of Supplemental Lease Amendment No.2 is to re-establish the correct rent amount, as a result of the final Tenant Improvement costs to be amortized over the term of the lease. The Lease provisions affected by this Supplemental Lease Agreement are amended herein an incorporated into Lease No. GS-05B-17564. The following lease paragraphs shall be changed in their entirety as follows:

- The lessor shall provide two handicap parking spaces close to the employee entry with signs that read "reserved for handicapped SSA employees only.
- Change order items on page 2 of this Amendment shall be incorporated into the total Tenant Improvements amortized over the firm two years of the lease, at 10% interest. The new Tenant improvement amount of $330681.05 amortized over the initial 24 months of the lease, at 10% interest adds $15,259.25 per month to the overall rent payment.

2. The Government shall pay the Lessor annual rent of $333,619.32 ($33.97/usf and $31.05/rsf) at the rate of $27,801.61 per Month in arrears for the first twenty-four months of the lease. The Government shall pay the Lessor annual rent of $150,555.96 ($15.33/usf and $14.01/rsf) at a rate of $12,546.33per Month in arrears for the last twenty-four months of the lease (subject to operating cost escalation). Initial rent includes a total $330,681.05 ($18.64/usf, $17.04/rsf) for Tenant Improvements amortized over the first twenty-four months at 10% interest. Initial rent also includes $69,707.00 ($7.10/usf, $6.49/rsf) for Operating costs to be adjusted annually per SFO GS-05B-17564 section 3.6. Rent for a lesser period shall be prorated.
The change in total tenant improvements to be provided by the lessor (over the amount stated in SLA #1) is a result of the attached list of change orders to be included in the final space.
Rent checks shall be made payable to:

HALLWOOD PLAZA, INC
20411 W. 12 MILE RD. #201
SOUTHFIELD MI. 48076

All other terms and conditions of the lease shall remain in force and effect.
Page 1 of 2

IN WITNESS WHEREOF, the parties subscribed their names as of the above date.

LESSOR: HALLWOOD PLAZA, INC

BY: George Kashat
GEORGE (Signature) KASHAT

President
(Title)

IN PRESENCE OF:
Doris C. Mitchell
DORIS C. (Signature) MITCHELL

20411 W. Twelve Mile Road, Suite #201
Southfield, (Address) MI 48076

UNITED STATES OF AMERICA: GENERAL SERVICES ADMINISTRATION

BY: [signature]
GERALD K. KOSMAN (Signature)

CONTRACTING OFFICER
(Official Title)

The following changes are incorporated into the tenant improvement cost:

1. Vestibule at the public entry of aluminum and glass with a matching set of double doors with a power assist handicap door opener on one side. $21,550.00

2. A second public restroom, identical to the one in the prior submitted government drawings, needed per local code, at a cost of $10,659.00

3. A L shaped privacy wall in front of the public restrooms painted like the rest of the waiting area.. $3,440.00

4. 12 Bollards installed on the sidewalk in front of the lease premises $5,680.00

5. Wire mesh installation in rear wall interior demising wall (10 gage) $4,260.00

6. Two offices of approximately 150 square feet $9,380.00

7. Store front sign. 18" individual metal letters "Social Security Administration" $3,400.00

8. Three additional outlets in rear multi purpose room. $240.00

9. HVAC system for computer room $4,680.00

10. 3 doors mechanical lock 26D key over 5 button lock w/Best IC key override, 3 locations $1,490.00

11. 2 standing sign on concrete block ("Handicap parking for SSA Employees Only") $480.00

12. Submersible Sewage Pump system needed for public restrooms. $24,040.00

13. 10% administration fee to provide the above items. $8,929.90

TOTAL $98,228.90

INITIALS: ____ & ____
LESSOR GOVERNMENT

| GENERAL SERVICES ADMINISTRATION<br>PUBLIC BUILDINGS SERVICE<br><br>SUPPLEMENTAL LEASE AGREEMENT | AGREEMENT<br>NO. 3 | 9-13-05 |
|---|---|---|
| | TO LEASE NO.<br>GS-05B-17564 | |

ADDRESS OF PREMISES 4909 Clio Road
Flint, MI 48504

THIS AGREEMENT, made and entered into this date by and between
HALLWOOD PLAZA, INC.

whose address is:

ATT: George Kashat
20411 W. 12 Mile Road #201
Southfield, MI 48076

hereinafter called the Lessor and the UNITED STATES OF AMERICA, hereinafter called the Government:

WHEREAS, the parties hereto mentioned desire to amend the above Lease. NOW THEREFORE, these parties for the consideration hereinafter mentioned covenant and agree that the said Lease is amended, effective August 11, 2005 as follows:

Supplemental Lease Agreement (SLA) No 3 is issued to document the commencement date of the lease.

Paragraph 2 of the Lease is deleted in its entirety and replaced with the following.

2. TO HAVE AND TO HOLD the said premises with their appurtenances for the term beginning on August 11, 2005 through August 10, 2009, subject to termination and renewal rights as may be hereinafter set forth.

All other term and conditions of the Lease remain unchanged
This is page 1 of 1

IN WITNESS WHEREOF, the parties subscribed their names as of the above date.

LESSOR: HALLWOOD PLAZA, INC — HALLWOOD PLAZA, INC

BY George Kashat (Signature) — ATT: GEORGE KASHAT - PRESIDENT (Owner)

BY ______ (Signature) — ______ (Owner)

Tammy Albauna — 2428 Common Rd. Warren, MI 48092
IN THE PRESENCE OF (Signature) — (Address)

UNITED STATES OF AMERICA: GENERAL SERVICES ADMINISTRATION

BY [signature]
Gerald K. Kosman
(Signature)

CONTRACTING OFFICER
(Title)

GSA DC 68-117 GSA FORM 276

# Hallwood Plaza, Inc.

GEORGE KASHAT - PRESIDENT

20411 W. Twelve Mile Road, Suite 201
Southfield, MI 48076
(248) 352-5520 Fax (248) 352-0035


September 15, 2005

Paul M. Schmitt & Jerry Kosman
US General Services Administration
230 S. Dearborn Street
Room 3622
Chicago, IL 60604

Dear Mr. Schmitt & Mr. Kosman:

As you are no doubt aware, my organization entered into a lease agreement with the General Services Administration which included making certain improvements to an existing retail tenant space in Hallwood Plaza, 4909 Clio Rd., Flint, Michigan. There were a number of items contained within the SFO Lease Agreement which were uncharacteristic of a retail tenant space of which we are used to dealing with in our daily activities. As such, certain features required by the lease were not interpreted by us and therefore <u>not included in the contractor's original cost estimates</u>. Those items were significant to the dollar value of the construction contract and integral to the proper operation of the SSA's activities. Upon a closer review of the documentation we became aware of many items which required inclusion in the construction program. Those items are listed separately and account for unallocated expenditures in the amount of $142,926.86.

We are very aware of the need to adequately satisfy the design and construction requirements of the SSA's offices and specifically Flint North. It is because of this that we modified our scope of work to include many items not apparent to us upon first reading of the SFO Lease Agreement. Additionally, a meeting on March 16, 2005 between yourselves, Homeland Security and our design and construction team yielded several additional items which were added to enhance the project further.

THE FOLLOWING PRESENTATION EXPLAINS THE REASONS AND CALCULATIONS OF THE REQUESTED UNDERSTATEMENT OF CONTRACT COSTS AND COSTS OF ADDITIONAL WORK WORK AND COST OVERRUN.

| ITEM | DESCRIPTION | COST | COST APPROVED BY GSA | UNDERSTATEMENT OF CONTRACT COSTS AND COST OF ADDITIONAL WORK | |
|---|---|---|---|---|---|
| 12 | Rear entrance door replacment | $ 1,200.00 | $ - | $ 1,200.00 | A |
| 14 | Ceiling demolition work and install new ceiling as a result of changes requested by GSA | $ 22,700.00 | $ - | $ 22,700.00 | B |
| 15 | Replace electrical light fixtures | $ 6,400.00 | $ - | $ 6,400.00 | C |
| 16 | Complete new duct work for individual zone system | $ 59,363.00 | $ 15,600.00 | $ 43,763.00 | D |
| 17 | Fire alarm system | $ 4,300.00 | $ - | $ 4,300.00 | E |
| 18 | City requirement of additional drawings due to changes requested by GSA | $ 19,875.00 | $ 6,612.00 | $ 13,263.00 | F |
| 19 | Roofing, new electrical to HVAC unit at front of building | $ 7,891.00 | $ - | $ 7,891.00 | G |
| 21 | Extra work requested by Inspector Dan Fenner - GSA | $ 10,000.26 | | $ 10,000.26 | H |
| 22 | Additional work for city requirement as a result of changes requested by GSA | $ 18,340.00 | $ - | $ 18,340.00 | I |
| | TOTAL | $ 150,069.26 | 22,212.00 | $ 127,857.26 | |
| 23 | Administration @ 10% of additional cost | $ 15,069.60 | | $ 15,069.60 | |
| | Understated contract costs and cost of additional work **AND COSTS OVERRUN** | 165,138.86 | 22,212.00 | $ 142,926.86 | |

# Hallwood Plaza, Inc.

GEORGE KASHAT - PRESIDENT

20411 W. Twelve Mile Road, Suite 201
Southfield, MI 48076
(248) 352-5520 Fax (248) 352-0035


A. Homeland Security Department indicated at a March 16, 2005 meeting that the door be changed to provide for a more secure condition.

B. As a result of extensive heating and air conditioning work which took place above the acoustical ceiling, the entire ceiling was removed to allow unfretted access to the plenum area above. The HVAC modifications were done per the lease agreement stipulations which required a new ductwork system. Attempting to patch or replace ceiling tile would have been unsightly and improper. The removal and replacement of the ceiling system was the most prudent answer.

C. Existing lighting fixtures were primarily placed and chosen to provide illumination for retail for retail environments. Having changed the use of this space to an office-type use, the replacement of old and out-dated lighting fixtures with less efficient ballasts was a proper move not only from an energy savings standpoint but from an illumination aspect.

D. HVAC system. Unlike a retail environment, offices generate different internal temperature conditions requiring a more elaborate and responsive heating and cooling system. As a result, an entirely new heating, cooling and ventilation system which includes fresh air and multiple zones for even temperature control was added. This system required the replacement of all existing rooftop heating and cooling unite ~~and the~~ addition of a damper control system, new ductwork, registers and sensing devices. In order to accomplish this, the existing acoustical lay-in ceiling and the lighting fixtures had to be removed and replaced.

E. The fire alarm system was not only required by the lease agreement but by local code based on the use of the space. It was previously unclear as to whether a system of this nature would be required and upon a plan review by the local jurisdiction it was deemed to be necessary to include it in the building. It provides a high degree of advance warning and life safety for the occupants as well as the contents within the offices.

F. Our interpretation of the design drawings provided by GSA indicated this was a complete set of documents which could be used for bidding, construction and permitting. After submitting them to the local building official, it was noted that deficiencies in the plans, modifications required per the job site meeting of

# Hallwood Plaza, Inc.

GEORGE KASHAT - PRESIDENT
20411 W. Twelve Mile Road, Suite 201
Southfield, MI 48076
(248) 352-5520 Fax (248) 352-0035

March 16, 2005 and for the clarification of several matters involving barrier-free access and design-related issues that new and more extensive plans needed to be obtained to secure a building permit and make the necessary corrections and additions to the plans, This expense was never programmed into the cost factors.

G. As a result of the addition of new rooftop mounted heating and cooling equipment to meet the temperature requirements of the SSA offices an additional new unit was required and subsequently installed. It required placement on the roof, new flashing, roof penetrations and electrical wiring in order to make it function. This was again a cost which was not comtemplated in the original lease negotiation.

H. Extra work requested by Inspector Dan Fenner after the acceptance of the leased space.

I. During construction of the improvements there was found to be a lack of adequate fire resistance above the acoustical ceiling which, under some circumstances, could have led to conditions which would have been unfavorable in the event of a fire in another tenant space in the shopping center. As a result of this revelation,and the request of the City of Flint Building official, this situation was remedied which creates a safer environment for both the employees and visitors to the SSA Flint North offices.

Finally, I would like to mention the concept of Reasonableness.

The purpose of any lease is to collect a reasonable and market rent for the rented space. If the tenant (GSA) does not pay for the reasonable additional cost incurred in the amount of $142,926.86, it means that the tenant will be using the rented premises Rent Free for the duration of the lease. Is this Fair or Reasonable?

I request you strongly consider the request to fund the modifications and changes as noted herein. It was with the most sincere desire to provide you with all the necessary improvements that leads us to our request for you to consider absorbing the actual costs of the improvements to this space in order to allow us to break even on our expenditures which are necessary for a functional work environment for your employees and the citizens who will visit this site every day.

Sincerely yours,

George Kashat

GEORGE KASHAT - PRESIDENT

Hallwood Plaza, Inc.
GEORGE KASHAT - PRESIDENT
20411 W. Twelve Mile Road, Suite 201
Southfield, MI 48076
(248) 352-5520 Fax (248) 352-0035

CERTIFICATION

RE: GSA Lease No. GS-05B-17564 dated February 23, 2005 for the premises occupied by the Social Security Administration (SSA) located at 4909 Clio Road, Flint, MI., owned by Hallwood Plaza, Inc. (Lessor) and leased to the United States of America ("Government") acting by the General Services Administration ("GSA").

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the Contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the Contractor. The amount of the claim is one hundred forty two thousand nine hundred twenty six dollars eighty six cents ($142,926.86).

HALLWOOD PLAZA, INC.

George Kashat

GEORGE KASHAT - PRESIDENT

**CITY OF FLINT**
**DEVELOPMENT DIVISION**
*(Formerly Building & Safety Inspection)*
**1101 S. SAGINAW ST RM# S106**
**FLINT, MI 48502**

July 29, 2005

Subject: Social Security Building on Clio Rd

To Whom It May Concern:

This building was considered a use group type "M". It was renovated into a use group "B". Whenever a change of use occurs, construction documents must be submitted to our office for full review. These documents must include the total code upgrade including all barrier free issues. This particular instance included a fire separation between the use groups "M" and "B" which was quite a detailed process.

If I can provide any further information, please contact my office at 810.766.7284. Thank you.

Sincerely;

Mike Reiter
City of Flint Building Inspector

Design Engineering Group
4908 Mac Street Midland, MI 48640
989-832-5210 (phone) 989-832-5220 (fax) designeng@charter.net (e-mail)

July 25, 2005

Mr. George Kashat, President
Hallwood Plaza, Inc.
4901 Clio Road
Flint, Michigan 48502

RE: Flint, Michigan Social Security North Office Renovation

Dear Mr. Kashat:

In response to your request, I am furnishing you with this letter describing the conditions under which we were called upon to provide architectural design services for renovation of the above-captioned space.

Your shopping center, Hallwood Plaza, was constructed as a retail sales building. As such, the design of the building is tailored to meet the general needs of retail sales including lighting, electrical, heating and cooling, primary and emergency access/egress. When the Social Security offices were proposed for the space and the lease agreement was issued, several items which would normally not be included in the lease requirements for a retail space were mandated for the SSA offices. Apparently these items were overlooked by your representative and subsequently not included in the projected cost to complete the work. I am sure you are aware of the number of specific stipulations contained in the GSA's SFO and how this affected the ultimate construction budget. The major areas which were not included were zoned heating and cooling and electrical wiring and lighting. Associated costs also included removal and replacement of the acoustical lay-in ceiling and more extensive architectural design work to meet with the City of Flint Building Department's requirements for documentation and plan approval. I am sure had this information been more apparent it would have created a heightened awareness and hence there would not have been any need to address these matters. I believe you acted in a fashion that was not uncommon given your area of expertise however the anomalies of leasing office space and not retail space came to light during this process. I hope the General Services Administration may see their way toward assisting you to cover the necessary and required additional expenses you incurred during the construction of this project.

Very truly yours,
DESIGN ENGINEERING GROUP, LLC

Ramsay P. Sadek

RPS:slf

***Liberty Total Comfort Systems***

Division of Diamond Detection Services, Inc.
25550 Grand River • Redford, Michigan 48240 • 1-800-245-9080 • 1-313-255-9080
Fax 1-313-255-1172

RE: **Hallwood Plaza Social Security Administration Office, Flint, Michigan H.V.A.C Retrofit Project Proposal**

To Whom It May Concern:

The specifications set forth by the GSA in their S.F.O. executed with the landlord of the above-captioned property indicates compliance with ANSI standards with regard to the heating, cooling and ventilation system for a 9,500 square foot office proposed for this location. The existing HVAC system is comprised of two rooftop units, one being 15 ton cooling capacity, the second being a 7.5 ton cooling capacity. There are two thermostats which control the temperature in this building which is approximately 206' in length. The current zones run the length of the 206' dimension (front to back).

In a retail environment this system bay be adequate, however, in an office environment, this system will not accommodate the necessary temperature variations created by people, lighting, solar gain and equipment-generated heat. In order to properly control the building to meet with the governmental and industry standards, we are proposing to install 3 (three) new roof top units, two of which are replacements for current equipment and the third is an entirely new unit to control the temperature at the front of the building along a full glass wall and entrance vestibule. The two existing units will have multiple zone characteristics allowing one unit to control temperature in several areas. A total of 6 (six) zones will be utilized for this building. Additionally, a separate unit with cooling only is proposed for the LAN computer room. This will provide lower temperatures to offset the heat gain from equipment located in this space. A split system cooling system will be utilized for this purpose.

As a result of the installation of the replacement and new rooftop units, new ductwork will be necessary to distribute the air. Zone dampers and supply and return air registers for each zone will have to be installed above the existing acoustical grid ceiling system. It is not practical to leave this ceiling in place to install such a system and as such we are requesting the ceiling be removed and replaced after our work is completed on the ductwork portion of the project.

Respectfully,

William (Mickey) McEvoy

# PROPOSAL

**LIBERTY TOTAL COMFORT**
**25550 Grand River**
**Redford, MI 48240**
**313-255-9080**
**313-255-1172 Fax**

**Date: 04-08-05**

| PROPOSAL SUBMITTED TO | WORK TO BE PERFORMED AT |
|---|---|
| Name: Hallwood Plaza Inc. | Job: Social Security Office |
| Street: 20411 w. 12 Mile | Street: 4109 Clio |
| City: Southfield Suite 201 | City: Flint |
| State: Mich | State: Mich 48504 |
| Telephone Number: 248-352-5520 Fax 248-352-0035 | Date of plans: |

**We are pleased to quote the above project per plans & specifications:**

Accepted 4/8/05

**TOTAL QUOTE $ 58,000.00**

To provide labor and material for the following ,to remove 2 existing rooftop units and install 2 adapter curbs, also install 1 new curb for front of office area. To install 3 new Carrier rooftop units 1- 15 ton 1- 7 ½ ton 1- 8 ½ ton. To install one 3 zone duct system from the 15 ton unit install one 2 zone duct system from the 71/2 ton. Also to install one new duct system from 8 ½ ton system. To install 3 economizer, 3 smoke detectors, 6 heating and cooling thermostats, one 3 zone control panel, one 2 zone control panel. all necessary grilles registers and diffusers To provide and install all necessary gas piping for 3 roof top units. To provide all necessary low voltage wiring for equipment installed by Liberty total comfort. To provide Crane truck to left 3 roof top units on roof and remove 2 existing units. To provide all necessary mechanical drawings and calculations for city approval. This contract includes all zone dampers and bypass dampers.

**H.V.A.C.**

- Gas Piping
- Roof Cut / Patch
- Roof Top Units
- Service & Maint Existing
- Roof Opening Steel
- Unit Support Curbs
- Hydronic Piping
- Refrigeration Piping
- Condensate Drain Piping
- Sound Traps
- Pumps, Heating
- B-Vent
- Exhaust Fans
- VAV Boxes
- Duct Heaters
- Unit Heaters
- Exhaust Fans-Piping
- Fire Dampers
- Smoke Detectors
- Motor Operated Damper
- Metal Duct
- Flex Duct
- Fin Tube Radiation
- Infra Red Heaters
- Furnaces
- Condensers
- Duct Board
- Duct Insulation
- Diffusers-Grills
- Control Wiring
- Air Balance-Report-Certified
- Demolition
- Return Air Duct
- Pipe Insulation
- Water Heater
- Taxes/Permits Included
- Smoke Dampers
- Energy Recovery Units
- HRV Units

**EXCLUSIONS:** **No line voltage wiring , no fire dampers.**

Thank You for the opportunity to quote this project.
Respectfully,
Liberty Total Comfort

Customer Signature George Kashat

# PROPOSAL

**LIBERTY TOTAL COMFORT**
**25550 Grand River**
**Redford, MI 48240**
**313-255-9080**
**313-255-1172 Fax**

**Date: 03-09-05**

| PROPOSAL SUBMITTED TO | WORK TO BE PERFORMED AT |
|---|---|
| Name: Hallwood Plaza, Inc. | Job: |
| Street: 20411 W. 12 Mile Rd | Street: |
| City: Southfield Suite 201 | City: |
| State: Mich, 48076 | State: |
| Telephone Number: 248-352-5520 Fax 248-352-0035 | Date of plans: |

**We are pleased to quote the above project per plans & specifications:**

**TOTAL QUOTE $ 15,600.00**

Prior to revised Plans. Landlord Cost

To provide and install one carrier 15 ton rooftop heating and cooling unit with economizer.
To provide and install one curb adapter to adapt new unit to existing curb.
To provide and install to new heating and cooling thermostats and to smoke detectors.
To provide labor and material to tie electrical and gas pipe from existing to new unit.
To provide Crane to remove existing unit and install new rooftop.
All materials and equipment have a warranty for one year from date of installation.

**H.V.A.C.**

- Gas Piping
- Roof Cut / Patch
- Roof Top Units
- Service & Maint Existing
- Roof Opening Steel
- Unit Support Curbs
- Hydronic Piping
- Refrigeration Piping
- Condensate Drain Piping
- Sound Traps
- Pumps, Heating
- B-Vent
- Exhaust Fans
- VAV Boxes
- Duct Heaters
- Unit Heaters
- Exhaust Fans-Piping
- Fire Dampers
- Smoke Detectors
- Motor Operated Damper
- Metal Duct
- Flex Duct
- Fin Tube Radiation
- Infra Red Heaters
- Furnaces
- Condensers
- Duct Board
- Duct Insulation
- Diffusers-Grills
- Control Wiring
- Air Balance-Report-Certified
- Demolition
- Return Air Duct
- Pipe Insulation
- Water Heater
- Taxes/Permits Included
- Smoke Dampers
- Energy Recovery Units
- HRV Units

**EXCLUSIONS:** Any electrical at units not to code will have to be brought to code at additional cost. Any additional repairs to existing unit will be an additional cost.

Thank You for the opportunity to quote this project.
Respectfully,
Liberty Total Comfort

Customer Signature George Kashat 3/9/05
President of Hallwood Plaza, Inc.

EXCEL CONSTRUCTION

24225 W. 9 Mile Rd
Suite #212
Southfield, MI
48034

Tel (248)356-6466
Fax (248)356-6467

## Extra work for social security administration office in Flint Renovation work

porject location : Hallwood Plaza, -4909 Clio Rd Flint, MI.

Date ; June 7 05

To. George Kashat (owner)

Re: Additional work for city requirement

This estimations are additional cost for fire proofing and handicap code requirement from city building inspectors.

1. fire wall requirement ( 2hour) both tenant space and rear building area all around exterior wall (Approx 440feet )
   Demolition existing plaster ceiling and drop ceiling and install firewall (2hour) install concrete block 8" and four ply drywall with stud and fire stop insulation and seal from existing wall to under the roof deck.
   ~~$ 12,800-~~ 11,000-

2. Garage area ; rear side wall and door area patch with8" solid concrete block
   $ 860- 860-

3. Garage area fire wall; 2layers 5/8" drywall instaaed and fire seal under the roof deck
   $ 1,820- 1,500-

4. rearangement existing electrical conduit pipe above ceiling (rewiring , hanging, fix, all ceiling area electrical inspector wanted)
   $ 2,800- 2500-

5. rear storage area drop ceiling at rear entrance door approx 840 sf. install suspended metal w/ 2x4 drop ceiling
   $ 1280- 1280-

6. employee bath room city required one uni sex bath room one toilet one sink, dispensers (towel, tissue, napkin) mirror, grab bars handicap door auto system. Handicap sink. plumbing, electrical, mechanical work and partition work relocate existing junction box, one new door, and hardware.
   ~~$ 9,740-~~

7. relocate wall at corridor for clear space (44") demo. Existing wall and install new wall ( 8'x13'high )
   ~~$ 600-~~

8 Rear entrance door replacement w/ hard ware $ 1,200- 1200

Total ~~$ 31,100-~~ $18,340-

George Kashat
6/7/05

General Contractor
Construction Management
Custom Homes
Licensed / Insured

**DESIGN ENGINEERING GROUP, LLC.**
**4908 MAC STREET**
**MIDLAND, MICHIGAN 48640**

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 05/06/'05 | 85234 |

| BILL TO |
|---|
| Kashat Accounting and Tax Service<br>Attn: Mr. George Kashat<br>Southfield, MI 48034 |

| TERMS | DUE DATE | PROJECT |
|---|---|---|
| Net Cash | 05/06/'05 | Social Sec. Office, Flint |

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| Design services for renovation to Social Security office, Hallwood Plaza, Flint, MI<br>Provide additional services to comply with City of Flint building official's request for complete design documentation for the renovation of existing retail space. | 19,875.00 | 19,875.00 |
| Ck 1194<br>5/16/05<br>$ 19875.00 | | |
| | **Total** | $19,875.00 |

EXCEL CONSTRUCTION

24225 W. 9 Mile Rd
Suite #212
Southfield, MI
48034

Tel (248)356-6466
Fax (248)356-6467

**Extra work for SSA office Renovation work in Hallwood Plaza City of Flint.**

1 Roof curb work for two new roof top units & several stak (vent) on rubber roofing Inv. Attached.
$1,000

2 Glass replace work (ballet hole) and one bended mullion outside replacement work $ 680-

3 Three roof top unit electrical work connect from ro( p unit to main panel connection
Inv.# 6696 $6,891

4 Drainage sewer line clean up for building over to main line.
inv.#25140 $ 250-

Total $ 8,821-

General Contractor
Construction Management
Custom Homes
Licensed / Insured

EXCEL CONSTRUCTION PAGE 03/06

000

0·00G+

C

1,000·00 +
6,891·00 +

002

7,891·00G+

000

0·00G+

**HERBERT ROOFING & INSULATION, INC.**

(989) 754-8000 FAX (989) 754-2357

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| VERBAL-YOUNG | 248-835-8370 | 7-5-05 |

NAME: EXCEL CONSTRUCTION CO

ADDRESS: 24225 W. 9 mi. STE # 212
SouthField Mi. 48034

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| JM | | | X | | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | RETRO Fit 2 CURBS + SEVERAL STAX ON RUBBER ROOFING @ Hallwood PLAZA PIERSON RD. Flint | | 1000.00 |
| | Paid in Full ✓ # 2362 | | 1000.00 |
| | THANK! Jake | | |
| | Payment on receipt, 18% per annum interest will be charged on all accounts past due. | TAX | |
| RECEIVED BY | | TOTAL | ∅ |

All claims and returned goods MUST be accompanied by this bill. THANK YOU

5697

October 13, 2005

**Via FedEx #853401642808**

George Kashat, President
Hallwood Plaza, Inc.
20411 W. Twelve Mile Road, Suite 201
Southfield, MI 48076

Re: GSA Lease No. GS-05B-17564 dated February 23, 2005, for the Premises occupied by the Social Security Administration ("SSA") located at 4909 Clio Road Flint, MI, owned by Hallwood Plaza, Inc. ("Lessor"), and leased to the United States of America ("Government") acting by the General Services Administration ("GSA")

Dear Sir,

This is in response to your September 15, 2005 letter (attached), in which you request a lump sum payment in the amount of $142,926.86 for additional construction costs you incurred in producing an office space pursuant to GSA Lease No. GS-05B-17564 ("Lease). Your claim is denied in its entirety.

After carefully reviewing your claim, the Lease, Supplemental Lease Agreements1,2&3, correspondence, notes and change orders, GSA has determined that the added costs you are requesting are for items that were, either part of the Solicitation For Offers GS-05B-17564 (SFO) requirements mandatory to make your offer responsive, and then included in the required rent of your best and final offer dated January 18, 2005, or those Tenant Improvement (TI) costs agreed to in the Supplemental Lease Agreements #1 dated March 15, 2005 and #2 dated April 20, 2005.

**Narration of Items A – I**

The components of your claim have not been substantiated as justifiable added costs to your offer, and therefore, are not approved for payment. The below item lettering corresponds to the lettering used in your claim request letter dated September 15, 2005

A. Rear Door Replacement – The basic requirements for an exterior door is spelled out in the SFO section 5.10. The existing door was noted as not meeting the basic requirements. No upgrade to the door other than what was required in the SFO was given. Hardware was included in the TI negotiations.

B. Ceiling demolition and new ceiling. Any demolition work needed to provide a warm lit shell is the cost of the lessor per SFO 1.09. I also stipulates that a ceiling grid be a part of the shell rate of the offer and not a tenant improvement cost. It was originally thought that most of the existing ceiling could be used in the final government design. Changes to the ceiling grid were caused by a need to alter the mechanicals (HVAC) of the space which are also shell items of the

offer (SFO 6.7). The government space design attempted to maintain the original ceiling grid by not requiring partition walls to go through the grid and using existing partitions where possible.

C. Existing light fixtures were approved for use. The shell cost of the offer includes 1 fixture per 80 usable square feet, in this case 123 fixtures. Any additional fixtures needed would be included in the TI Cost bid which the lessor submitted and was accepted by Notice to Proceed letter dated February 28, 2005.

D. New duct work for HVAC: As stated above, all HVAC climate control specifications of the SFO are requirements of the shell space offered. Only the unit servicing the SSA data equipment room (ADP), needing to maintain a temperature range at all times, is considered an extra Tenant improvement cost per 5.1 of the Special Requirements. These specifications accompanied the government drawings showing the tenant improvements that the lessor presented a cost for and was accepted (see item G below).

E. The Fire alarm requirements are stated in SFO 8.4.

F. Added Drawing cost for changes: The lessor is responsible for all construction drawings required to obtain an occupancy permit (SFO 1.9 B (d)). There were changes in the government tenant improvements following a pre-construction meeting held on March 16, 2005 but changes requested by GSA were minor. Added TI costs $98,228.90, approved on SLA #2, included the $32,209.00 for an added public restroom and public entry vestibule. Any construction drawing costs incurred by the lessor should be included in that submitted amount.

The City of Flint required construction drawing changes by the lessor due to the need to conform to local fire codes and ADA regulations, not tenant improvement changes. This is stated in the memo from the Lessor's contractor, Excel Construction, dated 6/7/05. Examples of the construction required for permit were improved fire walls between tenant's spaces and the need for a second restroom for the amount of public traffic. Note: since separate restrooms for the public are considered to be a TI item, the government agreed to pay for its construction.

G. Electric to HVAC: As stated above, HVAC is the responsibility of the lessor and the cost to produce climate control was included in the shell rate offered. There was an addition of $4,680.00 added to the amount of Tenant Improvement costs incorporated into the final rent documented in SLA #2. This was to add supplemental HVAC, considered to be a TI item, to maintain the ADP room cool, as stated in item D above.

H. Dan Fenner is a property manager of GSA. During monitoring visits to the space during construction, he discovered conditions that did not meet the requirements of the lease. These corrective measures were mandatory for lease compliance and not recommendations or added requests of the government. Items noted include: Conduit to bring phone service to the space is the responsibility of the lessor (SFO Attachment No. 2). There is no added cost to improve the janitor room because this room is not a part of the leased space under contract but needed to supply necessary janitorial service of the lease. Data wiring, electrical wiring and door hardware are all tenant improvements that were included in the special requirements and noted on the government drawings that the lessor gave a cost for (SLA #1 added $232,452.15, later increased in SLA #2) and agreed to in the government's Notice to Proceed dated 2/28/05.