(d) Where overhead feeds are used, junction boxes shall be installed for electrical connections, for isolated ground outlets and convenience outlets (convenience and IG outlets must be in separate conduit until they feed at the junction boxes). Raceways will be provided throughout the furniture panels to distribute the electrical, telephone, and data cable. The Lessor shall provide all electrical service wiring and connections to the furniture at designated junction points.

**4.2 IWS/LAN CONFIGURATION--GENERAL INFORMATION**
**SEE ATTACHMENT No. 2 of this package**

## 5.0 SPECIFIC ROOM INFORMATION

The following paragraphs delineate the specific room type area and any special requirements.

### 5.1. ADP ROOM
Approximately 340 square feet

A. Architectural
The entry door to the room shall be solid wood core or metal sheathed with hinges mounted inside the room. The room shall be secured with a six-pin tumbler, off master lock with a deadbolt lock having a minimum throw of 1". All keys to the room shall be controlled by SSA. The floor covering shall be smooth vinyl tile. A carbon dioxide fire extinguisher is required. This room must be secure from other than Social Security Administration (SSA) employees; therefore, no equipment other than SSA equipment (data equipment, telephone equipment) can be placed in this room. The IG electrical panel that powers SSA's LAN equipment must be located in the ADP room. An additional sheet of plywood, 4' x 4' will be mounted on one wall per the design intent plans. The plywood must have a smooth surface (Class C or better) and should be treated with at least two coats of flame retardant paint or sealant.

B. Heating, Ventilating and Air Conditioning (HVAC) Requirements
In general, the ADP Room shall be maintained at a temperature range of between 68°F and 78°F during office hours and no less than 55°F nor more than 80°F during non office hours, 24 hours per day, 7 days per week. Relative humidity will be maintained between 20 and 80 percent. The room shall be separately zoned and have its own separate thermostatic control inside the room. The HVAC system shall be designed to supply on the average 6 complete air changes per hour with a minimum of 20 percent fresh air.

Both the telephone system, as described in the "Telephone Equipment" paragraph in the TELEPHONE section of this Solicitation, and the computer equipment will be installed in the ADP Room.

A. Finishes:
1. Walls: Painted
2. Floors: Vinyl floor tile

### 5.2. MULTIPURPOSE ROOM
Approximately 300 square feet

A. Cabinets and Sink:
Provide a double basin stainless steel (equivalent to Elkay Celebrity GECR-3321) with hot and cold water lines, drain, garbage disposal, paper towel holder and soap dispenser. The sink is to be mounted in wood cabinets with Formica brand (or equivalent) laminate counter with 4" back splash. Cabinets are to be divided into one 48" open cabinet (to meet ADA guidelines) for sink base and two 24" cabinets. The 24" cabinets are to have one adjustable shelf, full depth, one 6" high drawer and two 12" wide doors. Doors and drawers are to be provided with one 4" wire pull each. Upper cabinets are to be 96" in length, divided into 4 equal units and 26" high overall. Each unit is to have two adjustable shelves full depth and two 12" doors full height. Each door is to have one 4" wire pull. All finishes are to be Formica brand laminate (or equivalent). Finishes should be applied pursuant to Manufacturer's specifications to avoid laminate from separating from countertop.

B. Dry Marker Board
Install a 36" high (from the floor), 4' wide x 8' long dry marker board across the length of one wall of the video teleconference room. The dry marker board shall be 3/4" particleboard with 22 gauge face sheet and porcelain writing surface. Butt joints are to be splined. Color DMB-7 (white) with black plastic Tee-edge molding (#551T). The board must have an eraser shelf.

**5.3. STORAGE ROOM**

Approximately 340 square feet

This room requires both resilient floor covering and painted walls. It should be constructed in accordance with the specifications for general office space.

**5.4. EMPLOYEE RESTROOMS (Shell Space)**

Both a men's and women's restroom shall be provided for exclusive use by SSA employees. This set of restrooms shall be directly accessible from the employee area and shall conform to all handicapped accessibility standards set forth in this Solicitation. The restrooms shall also conform to the requirements set forth in the "Restrooms" paragraph in the MECHANICAL, ELECTRICAL, PLUMBING section and in the "Wall Covering: Physical Requirements" paragraph in the ARCHITECTURAL FINISHES section of this Solicitation. The female employee's restroom will be equipped with a wall cabinet unit approximately 24" x 2" wide. The cabinet should be hung approximately 5' from the floor.

**5.5. RECEPTION AREA**

The Lessor is responsible for providing and installing the following reception room items:

A. Finishing Requirements
The reception area requires walk-off mats in entrances and lobbies. The maintenance, cleaning, replacement and storage of these mats, when not in use, is the responsibility of the lessor.

B. Literature Display Cabinet
Provide two wall mounted literature display cabinets 36" wide x 24" high with either no pocket dividers or adjustable width dividers for forms and literature (equivalent or better than Model 436-2P or Model 433P from Peter Pepper Products, Inc. 17929 S. Susana Road, Compton, CA 90224, GSA Contract No: GS-OOF-3875A).

C. Bulletin Board
Provide a wall mounted bulletin board with solid oak frame and 2 windowed doors with total dimensions of 36" high and 48" wide (equal to or better than model QRT-364 from Nationwide Office Supply, 44 Sea Cliff Avenue, Glen Cove, NY 11542) or (equal to or better than Model No. 308-RC from Claridge Company, Palatine, Illinois, telephone: (847) 991-8822).

D. Signs
Provide up to six professionally prepared signs with wording such as "No Smoking," "Take a Number And Be Seated," "Social Security Numbers," etc. Use of universally recognized symbols is encouraged. Exact wording will be provided by local management.

Wording will be either in English, Spanish or possibly another foreign language. The preferred colors for English signs are white lettering on a royal blue background. Preferred colors for Spanish signs are royal blue lettering on a white background.

Signs are to be installed on the wall or hung from the ceiling. They should be at least 12" high and 18" wide and have rounded corners. Signs should be equal to or better than Module 9.1 provided by Innerface Architectural Signage, Inc., 5320 Webb Parkway, Lilburn, Georgia 30247 (770-921-5566).

C. Take a Number System
Lessor shall provide a take a number system in the rececption area.

F. Barrier wall in the reception area
1. A wall painted on both sides in a color to be selected by the government, will enclose the reception area. This wall shall have an approximate one foot opening along the top to aid in balanceing the heat, air and ventilation.

The wall will have at least two doors and one cased opening 42" off the floor, through which three reception work stations can be faciitatied. Additional doors will be added when the space configuration requires them. The door will be standard size and equipped with an automatic door closer, locking panic hardware on the inside, with a five-button combination lock and lever hardware on the reception area side of the door. The door will open toward the reception area and have a vertical light within 10" of the latch side of the door. The light should be 6" wide and 5' long and consist of a non-breakable transparent material.

G. Public Restroom
As part of the tenant improvements, the lessor shall provide a unisex restroom in the reception area that is fully compliant with ADA codes. Walls shall portude through the drop ceiling for sound and odor reduction.

**6.1 ATTACHMENT No. 1**




IWS - LAN RACK GROUNDING DETAIL

**6.2. ATTACHMENT NO. 2**

**SSA INTELLIGENT WORKSTATION/LOCAL AREA NETWORK (IWS/LAN) REQUIREMENTS FOR SITE PREPARATION**

**8.10.1 IWS/LAN CONFIGURATION--GENERAL INFORMATION**

The IWS/LAN components located in the SSA office will consist of Ethernet switches, workstations, and printers. The LAN will consist of an IBM compatible PC file server equipped with fixed disk storage, CD ROM, removable storage and tape back up.

Workstations consist of IBM compatible PC desktop computers with fixed disk storage, floppy disk storage, and Ethernet adapters for connection to the LAN via the Ethernet switch. Laser printers and dot matrix printers will be attached to the LAN either at the file server, workstation, or centrally located to the workstations via Ethernet interface.

All of the critical components of the LAN cabinet will be powered by an Uninterruptable Power Supply (UPS) in case of power failure. The UPS shall be provided by others.

Lessor is not responsible for the installation of the equipment -- only the site preparation.

If the work is to be done in an existing, operating SSA office, the SSA operation must continue the contractor must provide proper phasing of the work so as not to interfere with SSA operations.

**8.10.2 HEATING, VENTILATION, AND AIR CONDITIONING (HVAC) REQUIREMENTS**

The ADP room shall be maintained between 68 degrees and 78 degrees Fahrenheit. The HVAC system must be capable of maintaining ± 2 degrees F. of the thermostat setting. This condition must be maintained 24 hours a day, 7 days a week. HVAC shall be thermostatically controlled within the room and be independent of the house system. The equipment located in the ADP room will be operational 24 hours a day, 7 days a week.

The IWS/LAN equipment located in the office area will operate in a standard office environment.

**8.10.3 MATERIALS AND EQUIPMENT TO BE PROVIDED BY THE LESSOR AS PART OF THE LEASE**

DATA CABLE AND ACCESSORIES

1. Category 5E PVC cables, Berktek # 532281 or equivalent in non-plenum ceilings; Mohawk # M56168 or equivalent in plenum ceilings.
2. Category 5E RJ-45 T568A connector; AMP # 1116604-3 or equivalent.
3. Category 5E modular patch panel to be mounted in IWS/LAN cabinet and data outlets as needed to serve IWS/LAN workstations and equipment.
4. Faceplates, AMP SL series mounted in recessed outlet box inside columns or walls. Provide surface mounted box if interior of wall or column cannot be accessed.
5. Free standing single-device housings with a faceplate and a magnetic backing (IBM # 4760486) for all IWS/LAN equipment fed through the modular furniture.
6. A 12" wide wire mesh cable tray, mounted vertically on wall of ADP room behind LAN cabinet extending from 6 inches above the ceiling to 6 inches from the floor for routing the data cables.
7. A No. 6 AWG copper ground conductor with THHN insulation, installed in ¾- inch conduit from the LAN cabinet location to the isolated ground electrical panel (Panel RP-G) that provides power to the LAN cabinet. Terminate one end of the #6 ground conductor at the equipment ground bus in panel RP-G and leave 10 feet of #6 ground conductor neatly coiled at the LAN cabinet end for future connection to the LAN cabinet (by others) terminated with a ground lug.
8. One 4'x8'x1/2" sheet of plywood painted to match ADP room wall color. Mount at the Telephone switch location.

ELECTRICAL EQUIPMENT AND ACCESSORIES

1. One isolated ground panelboard (to be identified as RP-G) with the following features:
   - 208Y/120 volt, 3-phase, 4-wire with fully rated neutral bus and separate copper ground and isolated ground buses.

- Minimum short-circuit rating of 10,000 RMS amperes.
- Main circuit breaker, minimum ampacity equal to 125 percent of the total connected load as called for in this package and shown on the approved floor plans plus 25 percent space capacity based on equipment loads as listed in the table below.
- Bolt-on type, 20 ampere, molded-case branch circuit breakers. Provide 25 percent spare breakers.
- Typed circuit directory card matching the installed circuit layout.

2. General purpose receptacle panelboard (to be identified as RP-A) with the following features:

   - 208Y/120 volt, 3-phase, 4-wire with fully rated neutral bus and separate copper ground bus.
   - Minimum short-circuit rating of 10,000 RMS amperes.
   - Main circuit breaker, minimum ampacity equal to the total load as called for in this package and shown on the approved floor plans, plus 25 percent spare capacity, sized per NEC requirements.
   - One 3 -pole branch circuit breaker to feed panel RP-G sized to match the main circuit breaker in RP-G.
   - Bolt-on type, 20 ampere, molded-case branch circuit breakers. Provide 20 percent spare breakers.
   - Typed circuit directory card matching the installed circuit layout.

3. Isolated ground (IG) duplex receptacles, orange colored, NEMA 5-20R, Hubbell IG 5362, Arrow Hart IG 5362, or equal; orange colored.

4. General purpose duplex receptacles, ivory colored, NEMA 5-20R, Hubbell, Arrow Hart, or equal.

5. Building wire, THHN/THWN insulation, solid or stranded copper wire for No. 10 AWG and smaller; stranded copper wire for sizes No. 8 AWG and larger. Provide minimum size of No. 12 AWG.

**8.10.4 SITE PREPARATION**

1. ELECTRICAL INSTALLATION - GENERAL

A) Install electrical equipment and accessories in accordance with the National Electrical Code and all local codes and ordinances.

B) Install branch circuiting in electrical metallic tubing (EMT), minimum size 3/4". Install no more than three homeruns per conduit. Compression fittings are to be used on all conduit connections.

C) Do not install isolated ground and non-isolated ground circuits in the same conduit.

D) For non-isolated ground circuits provide one equipment ground wire per conduit run.

E) For isolated ground circuits provide one neutral and one isolated ground wire for each circuit. In addition, provide one equipment ground wire per conduit run.

F) Metal-clad cable, Type MC, may be installed recessed in walls if all neutral wires, isolated ground wires and equipment ground wires as listed above are contained in the cable.

G) Provide color coding on 208Y/120 volt feeders and branch circuits as follows:

- Phase A - black
- Phase B - red
- Phase C - blue
- Neutral - white (provide red plastic tape at each splice point for neutral wires originating from the isolated ground panelboard.
- Ground - green
- Isolated Ground - Green with yellow bands or stripes. Solid green wire with yellow tape at splice/termination points is not acceptable.

H) Provide color coding on 480Y/277 volt feeders and branch circuits as follows:

- Phase A - brown
- Phase B - orange
- Phase C - yellow
- Neutral - white
- Ground - green

2. ELECTRICAL INSTALLATION - ISOLATED GROUND POWER

A) Install RP-G in the ADP room, per the location indicated on the design intent plans. Do not locate the panel in the zone identified for the LAN cabinet.

B) Provide a power feeder to the panel, preferably originating from RP-A, consisting of three phase conductors, one full-size neutral, one equipment ground (minimum No. 6 AWG) and one isolated ground conductor (minimum No. 6 AWG).

C) The isolated ground conductor feeding RP-G must originate from either the building service ground or the neutral/ground bond of the local 208Y/120 volt transformer feeding RP-G and it must be run inside the feeder conduit. Provide one continuous isolated ground conductor from point of origin to RP-G.

D) Provide isolated ground branch circuiting to isolated ground (IG) duplex receptacles in IWS/LAN systems furniture workstations. Connect a maximum of four workstations per 20-amp circuit. Provide an isolated ground (IG) duplex receptacle and isolated ground branch circuiting for each IWS/LAN workstation not associated with systems furniture, such as in the Manager's Office. The approved floor plan will show the location and number of workstations.

E) Provide an IG duplex receptacle and isolated ground branch circuiting for each IWS/LAN printer (LP or DP) or digital copier (DC). The approved floor plan will show the location and quantities.

F) Provide two IG duplex receptacles, and isolated ground branch circuiting for each LAN cabinet shown on the approved floor plan. Connect both receptacles to the same phase but on separate dedicated circuits.

G) All the receptacles for the computer equipment shall be isolated ground (IG) type and shall meet requirements of NEC 250 74 Exception No. 4.

H) Adhere to the following for maximum number of isolated ground receptacles per circuit and connection criteria. Maximum load per circuit is 16 amps.

| Equipment | Load (Amps) | Maximum Per Circuit | Allowable Connection Criteria |
|---|---|---|---|
| Workstation (IWS) | 4.0 | 4 | Only with other workstations, Not with printers, |
| Laser Printer (LP) | 7.8 | 2 | With other printers, |
| Digital Copier (DC) | 12.0 | 1 | Dedicated circuit |
| Dot Matrix Printer (DP) | 2.5 | 4 | With other printers |
| LAN cabinet (Critical equipment) | 2 | 1 | Dedicated circuit (same phase as LAN cabinet non-critical equipment). |
| LAN cabinet (Non-critical equipment) | 2 | 1 | Dedicated circuit (same phase as LAN cabinetcritical equipment). |

l) Label each isolated ground receptacle with the panel designation and circuit breaker number it is connected to (e.g. "G-14"). Place typed, self-adhesive label on receptacle faceplate. Handwritten labels are not acceptable. Identify each breaker at the panel and the devices it serves on the circuit directory.

3. ELECTRICAL INSTALLATION - GENERAL PURPOSE POWER

A) Install panel RP-A within SSA controlled space preferably in the electrical closet serving the floor SSA occupies.

B) Connect general purpose furniture receptacles to panel RP-A. Provide two circuits of different phases to each workstation telepower pole and connect the number "1" or "a" general purpose receptacles to one phase and the number "2" or "b" receptacles to the other. Connect not more than 10 receptacles per circuit. The same circuits may be used to serve multiple workstation groupings if the maximum number of receptacles per circuit is not exceeded.

C) Provide additional standard electrical circuits and install receptacles as shown on the approved floor plan.

D) Other building general purpose receptacles, mechanical loads and lighting may be connected to RP-A.

4. DATA CABLE INSTALLATION

A) Install cable in neat symmetrical lines parallel to the centerlines of the building construction.

B) Do not splice cable.

C) Install cable in single runs between outlets and IWS/LAN cabinet in ADP room.

D) Leave six inches of slack cable behind each outlet and 15 feet of slack cable as measured from the bottom of the wire mesh cable tray in the ADP room. After termination of cable onto patch panel and installation of patch panel into LAN cabinet coil excess cable in cable tray.

E) Provide modular patch panel(s) and mount in IWS/LAN cabinet provided by SSA's LAN vendor. Provide sufficient ports in patch panel(s) for 10 per cent spare capacity.

F) Data cable is to be a continuous run with no splices or butts and without kinks or sharp turns. The cable must not be laid immediately adjacent to fluorescent light, A/C power lines of motorized devices. Data cable must be installed to maintain the maximum separation from A/C power lines, six inches minimum.

G) Support all cables in ceiling space on adjustable J-hooks rated for Category 5E cable with rolled edges and integral retainer clips. Provide J-hooks at 5 feet on - center.

H) Ground cable tray according to N.E.C.

I) Install cable in modular furniture within internal cable raceways.

J) Terminate data cable at both ends with RJ-45 connector per TIA/EIA 568-A standards, with T568A wiring configuration.

K) Install data connector into patch panel in ADP room and into faceplate at each data outlet as indicated on plans.

L) Faceplates - Wall Mounted

1. Install each faceplate located at columns or walls in separate, recessed, wall-mounted outlet boxes.

M) Identify all the data cables at both ends by self-adhesive machine lettered (not handwritten) labels with the following numbering scheme. Attach labels onto faceplate of each data outlet and patch panels in ADP room.

1. Workstation cables - "C0001", "C0002", etc. (match the numbers with the modular furniture cubicle numbers, followed by workstations not associated with modular furniture, such as the Manager's Office).

1. Workstations in training area - "C" followed by four digit number in continuation of the workstation cable numbers under "1" above.

2. Laser printers - "C" followed by four digit number in continuation of the training workstation cable numbers under "2" above.

3. Digital Copiers – "C" followed by four digit number in continuation of the laser printer cable number under "3" above.

5. Line printers - "C" followed by four digit number in continuation of the digital copier cable number under "4" above (one per office).

N) Cable Bundling

1. Bundle and loosely tie-wrap cables, sequentially in groups of twelve beginning with C0001, in the ADP room.

2. Wrap cables with Velcro-type straps in a manner that allows cables to be connected to LAN ports as needed by SSA. Do not use plastic tie-wraps.

5. CABLE TESTING

A) Per TIA/EIA-TSB67 testing standards.

6. AS-BUILT DRAWINGS

A) Mark up, and provide to the Government, a desk layout drawing to show an "as built" status for electrical and data cabling, including an identification of all electrical and data circuits.

B) Discuss all cabling drawing with the local manager to assure that all marked-up drawings are clear and understood.

B. LESSOR REQUIREMENTS AND RESPONSIBILITIES - PHASE I

1. ELECTRICAL - The lessor shall:

a. Provide additional electrical power requirements such as transformers, power panels RP-A and RP-G, and feeders, as required to meet the anticipated power demands. If the office needs an air-cooled step down transformer, it shall be located a minimum 8 feet away from the ADP room. **This electrical riser information and a diagram of the electrical panels and feeders must be supplied to GSA within 30 days of the completion of lessor's working drawings. This information will be forwarded to SSA's electrical engineering firm to use for construction drawings for IWS/LAN and systems furniture installation.**

b. Determine the type of existing electrical service, e.g., 208Y/120 volts, 3 phase; or 480Y/277 volts, 3 phase; or 120/240 single phase. Verify that building service and transformer are large enough for the additional electric load.

c. Provide Isolated Grounding System as indicated in SSA's Official Policy on the following pages.

d. Provide wall or floor receptacles for IWS/LAN workstations, printers, etc. and IWS/LAN cabinet outside of the modular furniture area. These will be shown on the designer prepared floor plans. An IG duplex receptacle is required for each IWS/LAN workstation, printer, digital copier, fax, scanner, image server, and two IG receptacles are required for the IWS/LAN cabinet. Provide branch circuit wiring from the electrical power panels not to exceed the dedicated circuit requirements listed in paragraph A. 8. above.

e. Provide and install additional electrical outlets and telephone outlets outside of the modular furniture area in accordance with GSA specifications and where shown on the designer prepared floor plan.

f. Furnish and install suitably sized junction boxes, sufficient to handle the load, above the ceiling (with conduit) in the vicinity of the feeding points of the modular furniture panels.

g. Provide branch circuit wiring from power panels to the junction boxes combining circuits in different junction boxes and other IG duplex receptacles so as not to exceed the maximum limits indicated in A. 8. above.

h. Provide grounding wire for the LAN cabinet per "IWS/LAN cabinet Grounding Detail" below. The LAN cabinet will be delivered and installed by SSA's IWS/LAN contractor.

i. Temporarily cap-off the wiring in the junction boxes until modular furniture installation. Make all connections in power panels and keep the circuit breakers off.

j. Mark each circuit with the breaker number and the computer hardware (IWS/LAN workstation, printer, or IWS/LAN cabinet) to be connected to it. Identify each breaker at the panel and the devices it serves. Identify receptacles on the electrical layout drawing with the same standard alpha/numeric marking system. It is especially important that all circuits be clearly identified at the breakers of the power panel, the junction boxes, and on the electrical layout drawing to preclude error and facilitate connections in Phase II of the project.

k. Electrical conductors shall be labeled with a numerical code corresponding to the circuit breaker protecting the circuit.

2. DATA CABLING - The lessor shall:

a. Provide category 5E, unshielded twisted pair data cables from the IWS/LAN cabinet in the ADP room to each of the printers and IWS/LAN workstations. Provide hangers and support for the cables in accordance with industry standards.

The total length of each cable will vary in accordance with the equipment location, office layout, and space configuration. Equipment distribution will generally be uniform throughout the work area.

b. Provide category 5E data connectors, patch panels, and wire mesh cable tray.

c. Identify all data cables at both ends by machine lettered (not handwritten) labels.

3. OTHER CONSTRUCTION

The lessor shall complete all other construction and alterations necessary to comply with this solicitation for offers. As phase II work, which is described below, is being completed the office must be ready for immediate use by SSA Personnel.

C. LESSOR REQUIREMENTS AND RESPONSIBILITIES - PHASE II

1. ELECTRICAL - The lessor shall:

a. Connect the pigtails of the pre-wired furniture panels to the branch circuit wiring in the junction boxes.

b. Turn on the circuit breakers in the power panels for the circuits feeding modular furniture and test each receptacle in the furniture to verify that it is energized and connected properly.

c. Identify each receptacle in the modular furniture by circuit number and the power panel, and update the directory in the power panel. Provide details on the electrical layout schematic to show the "as-built" status for all of the receptacles. A copy of the "as-built" plans shall be provided to the local manager.

d. Provide a grounding wire for the LAN cabinet.

2. DATA CABLING - The lessor shall:

a. Complete installation of the data cables from the IWS/LAN cabinet in the ADP room through the modular furniture panel raceways to each IWS/LAN workstation and each printer. Complete remaining installation of data cables outside of the modular furniture configuration.

b. Install data connectors at both ends of all data cables installed.

b. Make sure that both ends of each of the data cables are properly labeled. Provide details on the electrical layout schematic to show the "as-built" status for all the data cables.

c. Conduct testing of each channel (i.e. from the jack at the office end to the jack at the patch panel in the ADP room) for all data cable runs in accordance with TIA/EIA Testing Standards.

3. The lessor shall certify and submit the final "as-built" drawings, including the modular furniture wiring and cabling, to the local SSA manager.

All electrical/cabling work shall be performed in conformance with local electrical codes.

D. SCHEDULING AND COORDINATION

1. Lessor shall coordinate the access to the office with the local manager where space is currently occupied.

2. SSA may arrange to have the telephone equipment vendor complete the necessary telephone site preparation (precabling) activities during Phase I.

3. Following completion of Phase I site preparation, the office will be ready for furniture installation (Phase II). The agency will schedule a pre-installation meeting with GSA, the furniture installer, the telephone contractor and the lessor and his electrical and

data cabling contractor(s). The meeting agenda will include clarification of Phase II activities, scheduling and determination of the specific Phase II installation start and end dates. Lessor's electrical contract is required to attend this meeting.

4. It shall be necessary for the lessor to have an adequate number of electricians on the job to keep pace with the furniture installers. Work may be required after hours and on the weekend. Once the furniture installation begins on the designated date, the installation will proceed until the entire office has been completed.

5. All electrical/cabling work shall be completed in conformance with local electrical codes. GSA shall make final approval of the work performed.

E. INSPECTION AND AS-BUILT PLAN REQUIREMENTS

1. A pre-occupancy inspection of the completed work is to be made with representatives of the lessor, general contractor, electrical contractor, GSA, and SSA present.

2. The lessor shall furnish to GSA within two weeks of occupancy, as-built drawings of the completed work that shows the following as a minimum:

a. All usual building features such as partitions, doors, electrical panels and receptacles, telephone outlets, fire extinguishers, water fountains and plumbing fixtures.

b. All IWS/LAN component locations and identification markings for the following:

1) Special electrical panels and receptacles.

2) All electrical junction boxes where any IWS/LAN circuit components have been combined.

3) Data cable ends.

4) Intrusion alarm controls, sensors and related devices, where applicable.

5) Any unusual features that may exist in addition to those listed above.

3. **SSA has hired an electrical engineering firm to provide construction drawings for the IWS/LAN and systems furniture electrical** systems. Following completion of all work associated with the installation of the furniture and equipment, a "Pre-Travel Work Verification Form" (to be included in the SSA LAN construction document package) will be completed by the electrical and data contractors. This form (and associated required LAN info) will alert the electrical engineering firm to arrange for an inspection of the work performed to verify that it meets SSA requirements and complies with the construction drawings provided by the engineering firm. This form must be faxed as directed on the form with copy faxed to the Contracting Officer or designated Government representative within five (5) business days upon completion of SSA move.

The following information must also be submitted within 5 business days of Government's request for information along with the "Pre-Travel Verification" form before SSA site inspections can be scheduled:

- Cut sheet for the CAT 5e patch panel
- CAT5E Summary (top sheet) of the testing package (no CAT5 test results are acceptable substitutions for CAT5e test results)
- A testing report of one of the cables tested with a 5E tester
- Data catalogue cut sheet
- Data connector catalogue cut sheet (i.e. photocopy of the product catalogue from the actual cable installed)
- As built drawings (showing any relocated devices; circuit numbers that are different from the SSA provided LAN plans; and anything that has been approved but is different from the design intents)

4. LAN Site Inspection and Testing (SIT) – Lessor's electrical contractor shall attend the scheduled SIT (usually scheduled after receipt of aforementioned LAN information). The Lessor's contractor shall provide on-site supervision throughout the tests (can last ½ - 1 day) and shall correct deficiencies as noted by the SSA engineer. Any noted LAN deficiencies shall be corrected within 10 business days from the SIT. If SIT "failed", Lessor's electrical contractor to correct noted deficiencies within 10 business days of the SIT and shall be required to attend another SIT (re-inspection).

**8.10.6 DEFINITION OF TERMS SSA OFFICIAL POLICY**

Use of the National Electric Code (NEC), Federal Information Processing Standards (FIPS) Publication 94 and SSA Definition of Dedicated Lines, Isolated Ground, Feeders and Branch Circuits, Convenience Receptacle Branch Circuits, and a Description of the Modular Furniture Feeds.

1. NEC & FIPS PUB. 94

The NEC is published by the National Fire Protection Association (NFPA) and is part of most building codes. Compliance with the latest edition of this code is mandatory for electrical installation to safeguard persons and property from hazards arising from the use of electricity. Some local building codes may also have additional requirements. FIPS Publication 94 dated September 21, 1983 and published by the U.S. Department of Commerce/National Bureau of Standards, provides guidelines on electric power for ADP installations. SSA's Division of Realty and Space Management insists upon site installations conforming to both NEC and FIPS 94.

2. Dedicated Line

A dedicated line is a separate branch circuit that runs from an isolated ground (IG) receptacle or series of IG receptacles to the breaker with the same or similar type of equipment plugged into it. A dedicated circuit will not share phase, neutral or ground wires with any other circuits. It does not mean that each electrical device, such as a computer terminal, has its own breaker. This would overtax the quantity of breakers required in each panel board.

Noncompatible devices such as typewriters, coffeepots, printers, controllers, microwave ovens, etc., should not be plugged into the workstation dedicated line. Further, a series of printers should have a separate dedicated line and each Intelligent Workstation/Local Area Network (IWS/LAN) cabinet should have its own dedicated line. This requirement is to reduce line noise and avoid sudden common voltage drops created by noncompatible devices.

A branch circuit can power six convenience receptacles as limited by the NEC. The code states that the continuous current supplied by a branch circuit shall not exceed 80 percent of the branch circuit rating. This would be 16 amps for a 20-amp circuit breaker.

Each receptacle must be marked with the breaker number to which it is connected. This may assure that noncompatible devices are not connected to the same breaker and dedicated line.

3. Isolated Ground (IG) - For Receptacles

An IG in a branch circuit is a separate, insulated grounding wire that runs from an isolated grounding-type receptacle (usually orange in color) to the panel box. It is connected to a special insulated separate ground strip or bus which is in turn connected by an insulated wire to the main building service ground, avoiding any contact with the conduit, electrical boxes, and neutral bus. This grounding conductor may pass through one or more panel boxes without any connection to the panel box grounding terminal.

The main building service ground is a point at the electrical service entrance where the neutral of the incoming service or neutral of the service transformer is bonded to the service equipment ground. An IG should not run to an isolated earth ground or a water pipe.

This installation shall meet the requirements of FIPS PUB. 94 dated September 21, 1983; "Guidelines on Electric Power for ADP Installation" issued by the Bureau of Standards and the article 250-74 exception No. 4 of NEC.

The integrity of the isolated ground is essential to proper operation of the IWS/LAN equipment. The isolated ground is to be provided in addition to the electrical grounding as required by article 250 of the latest edition of the NEC, which is solely a safety requirement.

4. Feeder and Branch Circuit

A feeder is an electric circuit between the service equipment, such as a distribution board or a switchboard, and a panel board.

A branch circuit is an electrical circuit between a breaker in the panel board and receptacles or devices on the floor.

A 4 wire 120 volt branch circuit for IG receptacles will have one phase wire connected to a circuit breaker, one neutral connected to the neutral bus in the panel, and one insulated ground wire connected to the isolated ground bus in the panel and one equipment ground wire connected to the equipment ground bus. In addition, the conduit and all the non-current-carrying metallic parts of the system shall be grounded in accordance with the requirements of the NEC.

5. Convenience Receptacles Branch Circuits

One common neutral wire can be provided for two or three phase circuits provided these circuits are connected to circuit breakers of different phases. Consequently, two circuits connected to the same phase shall be provided with two separate neutral wires.

Therefore, a 4-wire 208-volt branch circuit will have two different phase wires, one neutral wire, and one equipment ground wire.

Similarly, a 5-wire 208-volt branch circuit will have three different phase wires, one neutral wire, and one equipment ground wire.

6. Modular Furniture Feed

A 7-wire 120/208-volt feed for the modular furniture will have one dedicated circuit and two convenience receptacle branch circuits. The dedicated circuit will have one phase wire, one neutral wire, and one IG wire. The two convenience receptacle branch circuits will have two phase wires, one neutral wire, and one safety ground wire. This safety ground wire will serve both the dedicated branch circuit and the convenience branch circuit.

7. IG Receptacle Circuiting Requirement

No more than four IG receptacles for IWS/LAN workstations per circuit.

No more than two IG receptacles for Laser printers per circuit.

Two IG receptacles each on a separate circuit for the IWS/LAN cabinet.

Digital copiers will be placed on a separate IG circuit.

If additional information is desired or you have questions about this policy, you may contact DRSM's electrical engineer, Mr. Rajindar Khanna, 410-966-9528.

8. Provide

The word "provide" signifies that the contractor shall "furnish and install".

9. The latest edition of the NEC shall be used when installing at subject site.

**8.10.7 ATTACHMENTS**

Reference Design Intent drawings for typical receptacle wiring diagrams.

Typical receptacle wiring in system furniture and typical IBM cable installation diagrams are available upon request.

EXCEL CONSTRUCTION

24225 W. 9 Mile Rd
Suite #212
Southfield, MI
48034

Tel (248)356-6466
Fax (248)356-6467

## Proposal for Social Security Administration Office in Hallwood plaza . City of Flint

Project Location ; Hallwood Plaza- 4909 Clio Rd Flint,MI.

Date; Feb.20 2005
To; General Services Administration Region 5
PBS, Realty Services Division
230 S. Dearborn street Chicago, IL 60604
Re; Gerald Kosman (G.S.A.)

Thank you for give us chance to bid Federal S.S.A. office construction project.
This estimations included all labor, materials, and equipment to complete finish project.
We here by estimate, as follows,;

**Site preparetion (Demolition work)**

| | | |
|---|---|---|
| 02225-320 | Metal stud demo. | $ 572- |
| 02225-340 | Door (Int.& Ext.) | $ 396- |
| 02225-380 | Carpet | $ 3,102- |
| 02200-400 | general clean up | $ 5,500- |
| 02200-730 | Dumster rental | $ 2,145- |
| 02200-840 | Drywall demo. | $ 480- |
| 02200-850 | Window demo. | $ 495- |
| 02200-550 | concrete slab cut. | $ 5,693- |

**Concrete work**

| | | |
|---|---|---|
| 03310 | 4" conc. Slab patch up | $ 495- |

**Metal framing work**

| | | |
|---|---|---|
| 05400-7400 | metal framing (stud) | $ 3,707- |

**Wood work**

| | | |
|---|---|---|
| 06050-720 | Plastic laminite countertop | $ 880- |
| 06200-500 | Plywood 3/4" Floor ramp | $ 385- |
| 06100-900 | underlayment ramp | $ 93- |
| 06410 | Kitchen cabinet | $ 1,760- |
| 06410 | Countertop | $ 2,200- |

**Thermal &Moisture protection**

| | | |
|---|---|---|
| 07210 | Sound insulation 1 1/2 thk | $ 2,867- |

**Door & Windows**

| | | |
|---|---|---|
| 08100 | Alum door & Frame 3ea. | $ 5,445- |
| 08110 | 3'x7' solid core door (4ea) | $ 1,254- |
| 08400 | Frame w/ Transom (3x7) 1ea. | $ 1,017- |
| 08710 | Hardware | $ 2,035- |
| 08800 | Glass ( tempered) door | $ 1,980- |

General Contractor
Construction Management
Custom Homes
Licensed / Insured

EXCEL CONSTRUCTION

24225 W. 9 Mile Rd
Suite #212
Southfield, MI
48034

Tel (248)356-6466
Fax (248)356-6467

| | | |
|---|---|---|
| **Finishes** | | |
| 09100 | wall partitions replacement | $ 3,186- |
| 09130 | Ceiling (2x2) susp grid refil | $ 1,205- |
| 09260 | Metal stud work | $14,325- |
| 09200 | Drywall work | $ 6,246- |
| 09500 | Ceiling tile patch work (2'x2') | $ 1,687- |
| 09510 | susp ceiling comp s system (repair) | $ 3,278- |
| 09510-760 | bath room ceiling (2x2) | $ 495- |
| 09658 | vinyl base 4" | $ 1,818- |
| 09658 | Vinyl tile 1/8"thk (12x12) | $ 3,283- |
| 09680 | Carpet install | $24,650- |
| 09900 | Paint work (one prime two coat) | $ 6,484- |
| **Specialities** | | |
| 10400 | Exterior sign work | $ 3,520- |
| 10820-1000 | 30" Grab bar (1) | $ 68- |
| 10820-1100 | 36" Grab bar (1) | $ 80- |
| 10820-2300 | Hand D ryer (1) | $ 688- |
| 10820-3100 | Mirror (1) | $ 158- |
| 10820-4200 | Napkin Dispenser (1) | $ 495- |
| 10820-6100 | Tissue Dispenser (1) | $ 30- |
| 10820-8000 | Waste Receptacle (1) | $ 270- |
| 10820-4600 | Soap Disp. (1) | $ 70- |
| **Mechanical** | | |
| 15412-200 | Drinking Fountain (1) | $ 1,821- — are free one code? |
| 15418-450 | Sink (Lav) (1) | $ 385- |
| 15418-600 | One sink (S.S) | $ 682- |
| 15418-900 | One Water Closet | $ 677- |
| 15480-200 | Water Heater (10 gal) | $ 1,897- |
| 15100--320 | 4" cast iron pipe | $ 3,300- |
| 15100-420 | 1" Copper pipe (Water line ) | $ 1,023- |
| 15155-160 | Drainage | $ 246- |
| 15155--170 | Clean out | $ 265- |
| 15155-780 | P- trap | $ 94- |
| 15155-940 | Vent | $ 40- |
| 15055 | Demolition Existing water heater | $ 220- |
| 15055-600 | Plumbing pipe demo. (existing) | $ 880- |
| **Electrical work** | | |
| 16056 | Demolition work | $ 4,200- ✓ |
| 16060 | Grounding & Bonding | $ 2,558- |
| 16120 | Conductor & Cables | $ 3,511- |
| 16100-900 | Wiring | $ 1,800- |
| 16132 | Conduit & Tubing | $11,009- |
| 16133 | Multi-outlet Assemblis | $ 1,462- |
| 16136 | Boxes | $ 5,045- |
| 16140 | Wiring [ Divices | $ 3,464- |
| 16220 | Motor & Generator | $ 430- |
| 16280 | Conditioneers (hook-up) | $ 756- |
| 16400 | Low Voltage Distribution | $ 1,025- |

General Contractor
Construction Management
Custom Homes
Licensed / Insured

Building Industry Association — Professional Master Builder

EXCEL CONSTRUCTION

24225 W. 9 Mile Rd
Suite #212
Southfield, MI
48034

Tel (248)356-6466
Fax (248)356-6467

| | | |
|---|---|---|
| 16440 | Switch bd. Panel & Cont centers | $ 2,020- |
| 16500 | Lighting | $ 480- |
| 16530 | Emergency Lighting | $ 1,480- |
| 01500 | Temp. Facility controls | $ 800- |
| 01559 | Equipment Rental | $ 2,000- |
| 01107 | architectural as built drawing fee | $ 6,612- |
| 01107-300 | Electrical as built drawing fee | $ 1,200- |
| 01250 | Contingencies (10%) | $ 16,530- |
| 01300-600 | Over Head & Profit (15%) | $ 24,796- |
| | **Total Bid.** | **$217,245-** |

Authorized signature _[signature]_ 2/21/05
Excel construction co. Date

Acceptance of proposal George Kashat 2/21/05
Owners signature Date

General Contractor
Construction Management
Custom Homes
Licensed / Insured

BUILDING INDUSTRY ASSOCIATION PROFESSIONAL MASTER BUILDER

three

# HALLWOOD PLAZA, INC.

GEORGE KASHAT – PRESIDENT
20411 W. TWELVE MILE ROAD, SUITE #201
SOUTHFIELD, MI 48076
Tel: (248) -352-5520 Fax: (248) 352-0035

February 24, 2005

General Services Administration
Client Service Team-5PC6
230 South Dearborn Street
Room 3622
Chicago, Illinois 60604

Attn: Jerry Kosman

Dear Mr. Kosman:

After a careful deliberation and evaluation of the proposed improvement costs, I am adding seven (7%) per cent as administrative costs in the amount of fifteen thousand two hundred seven dollars fifteen cents ($15,207.15) ($237,245.00 X 7% = $15,207.15).

I hope for immediate approval of these administrative costs.

Very truly yours,

George Kashat

GEORGE KASHAT – PRESIDENT OF
HALLWOOD PLAZA, INC.

Tot. TI
232,452.15
10,726.49/mo
128,717.88/yr

9821 USF / 10734 R.
13.11/USF 11.99/R

February 28, 2005

Hallwood Plaza, Inc.
ATT: George Kashat
20411 W. 12 Mile Road #201
Southfield, MI 48076

RE: NOTICE TO PROCEED WITH CONSTRUCTION
Lease No. GS-05B-17564.

Dear Mr. Kashat:

The Government accepts your proposal of $232,452.15 to provide the improvements specified in the Design Intent drawings dated 11/19/04, and detailed further in the SSA Special Requirements dated 12/7/04. This cost may be adjusted if future changes to the tenant improvement requirements materialize during the build out of the space. Only a Contracting Officer for the General Services Administration has the authority to approve changes under this lease agreement.

A Supplemental Lease Agreement (SLA) is attached for signature detailing the final agreement and made part of lease GS-05B-17564. If there are no change orders to the tenant improvements, the amount of $232,452.15 amortized over the firm 24 months of the lease, at your rate of 10%, increases the estimated amount used in your offer and the annual rental rate stated in the lease by an annualized $2.59/usf. Return both signed copies and two initialed copies of the previously sent SSA Special Requirements

Thank you for your continued effort on this project. I will be contacting you soon to verify the time and location of the pre-construction meeting at your office on March 16th with all parties involved. I am confident Hallwood Plaza, Inc will be able to provide the SSA with quality office space that they will enjoy for years to come. Call me at 312-353-8754 with any questions.

Sincerely,

Gerald K. Kosman
Contracting Officer
Realty Services Division

cc. SSA: C. Coleman
5PM: D. Fenner
5PEC-SSA: P. Schmitt, G. Kosman, 3-8754

# Hallwood Plaza, Inc.

GEORGE KASHAT – PRESIDENT
20411 W. Twelve Mile Road, Suite 201
Southfield, Michigan 48076
(248) 352-5520 Fax (248) 352-0035


## *FAX COVER SHEET*

DATE: March 31, 2005

ATTN.: Jerry Kosman

COMPANY:

FAX #: 1-312-886-3330 PHONE #:

FROM: George Kashat

NOTES / COMMENTS:

Detailed estimate of proposed additional costs



NUMBER OF PAGES INCLUDING COVER SHEET: 4

Mar 31 05 10:47a George Kashat (248) 352-0035 p.2

EXCEL CONSTRUCTION
24225 W. 9 Mile Rd
Suite #212
Southfield, MI
48034

Tel (248)356-6466
Fax (248)356-6467

**Proposal for Social Security Administration Office Renovation work**
**Hallwood Plaza - City of Flint Michigan**

Project Location: Hallwood Plaza - 4909 Clio Rd Flint, MI.

Date : March 29th 2005
To. General Services Administration Region 5
PBS, Realty Services Division
230 S. Dearborn street Chicago, Il. 60604
Re: Gerald Kosman (G.S.A.)

This estimations are additional cost we discussed at pre-construction meeting (GS-05B-17564) on march16 2005.

Also, we are going to submitted more additional cost items based on SSA special requirements, and Solicitation for offers. (document on march 16th 2005) sending to you for budget approval.
We here by estimate, as follows,;

**1. Vestibule ( includ s set of power assist double doors w/push button)**

| | | | |
|---|---|---|---|
| 08460- | set of power assist double doors w/ hardware. | | $ 6,480- |
| 08520-100 | Anodized alum. Sash 430 sf. | | $10,750- |
| 08800- | Glass | | $ 4,320- |
| | | **total** | **$21,550-** ✓ ok |

**2. second public bath room (at front space)**

| | | |
|---|---|---|
| 05410-400 | metal studs 3 1/2" @16"o'c | $ 1,280- |
| 09250-200 | 5/8"thk x rated drywall | $ 980- |
| 09900- | paint work (primer w/ two coat paint fin) | $ 880- |
| 07210- | Insulation (sound) work | $ 480- |
| 09130- | ceiling grid refill | $ 242- |
| 09500- | ceiling tile replacement | $ 378- |
| 09658- | Vinyl base (4" high) work | $ 320- |
| 09658- | Vinyl tile work (12"x12"x1/8") | $ 420- |
| 06132- | Conduit and piping work | $ 540- |
| 06136- | Boxes | $ 48- |
| 06100- | Electrical wiring | $ 480- |
| 06440- | switches | $ 40- |
| 06500- | light fixtures (2'x4' flourscent tube ) | $ 320- |
| 10820-110 | 30" grab bar (1) | $ 60- |
| 10820-1100 | 36" grab bar (1) | $ 80- |
| 10820-2300 | hand dryer (1) | $ 688- |
| 10820-3100 | mirror (1) | $ 158- |
| 10820-6100 | tissue dispenser (1) | $ 30- |
| 10820-8000 | waste receptacle (1) | $ 270- |
| 10820-4600 | soap dispenser (1) | $ 70- |

General Contractor
Construction Management
Custom Homes
Licensed / Insured

EXCEL CONSTRUCTION

24225 W. 9 Mile Rd
Suite #212
Southfield, MI
48034

Tel (248)356-6466
Fax (248)356-6467

| | | | |
|---|---|---|---|
| 15418-450 | lav sink (1) | | $ 385- |
| 15418-900 | water closet (1) | | $ 677- |
| 15100-320 | 4" drain pipe | | $ 580- |
| 15100-420 | 1" copper pipe | | $ 340- |
| 15155-160 | Drainage | | $ 246- |
| 15155-170 | clean out | | $ 265- |
| 15155-760 | P- trap | | $ 94- |
| 15155-940 | vent pipe | | $ 68- |
| 15830- | ceiling fan (1) | | $ 240- |
| | | Total | $10,659- ✓ok |

**3. Wall extending from the restrooms upfront as drawn by the homeland security ( Lshaped)**

| | | | |
|---|---|---|---|
| 05410-400 | metal stud work 3 1/2" @ 16" o.c. | | $ 1,880- |
| 09250-200 | 5/8" dry wall X rated | | $ 980- |
| 09900- | paint work ( primer w/ two coat paint finish ) | | $ 580- |
| | | Total | $ 3,440- ✓, ok. |

**4. Ballards installed on the sidewalk in front of lease premises to prevent vehicles from crash into storefront.**
6" dia. 48" above ground, 42" underground w/schedule 40 plastic on steel pipe. 12 each reqd. @ 5'-0" O.C. 12dia concrete fill underground for solid anchor. **$ 5,680-** ✓ ok.

**5. Wire mesh Installation; wall in corridor at backof the leased space leading to the rear emergency/delivery exit.**
10 gage expended wire mesh 4'x11' reinforcing structure. **$ 4,260-** ✓ ok.

**6. Two offices for manager and assistant manager; approx. 150 sf each as drawn in on the plans.**
8' high louver cut door.

| | | | |
|---|---|---|---|
| 05410-400 | Metal stud work | | $ 3,520- |
| 09250-200 | Drywall work | | $ 2840- |
| 09900- | paint work | | $ 960- |
| 08110- | doors w/ louver | | $ 780- |
| 08400- | door frames | | $ 180- |
| 16100- | electrical wiring work | | $ 420- |
| 08710- | Hardware | | $ 680- |
| | | Total | $ 9,380- ✓ ok |

**7. storefront sign work;**
Social Security Administration sign work **$ 3,400-** ✓ ok

**8. Extra electrical outlets ; rear break room/multi purpose room.**
three outlets required. **$ 240-** ✓ ok.

**9. HVAC system for computer room temperatures;**

| | | | |
|---|---|---|---|
| 15700- | Equipment (2 ton air con.) | | $ 1,880- |
| 15800- | Duct work | | $ 2,320- |
| 15820- | duct accessary | | $ 160- |
| 16100- | electrical wiring work | | $ 320- |
| | | Total | $ 4,680- ✓ ok |

**10. Push button door opener:**

continue next page

General Contractor
Construction Management
Custom Homes
Licensed / Insured

EXCEL CONSTRUCTION

24225 W. 9 Mile Rd
Suite #212
Southfield, MI
48034

Tel (248)356-6466
Fax (248)356-6467

| | |
|---|---|
| 3 doors mech lock 26D keyover 5 button mechanical lock w/ Best IC key override. 3 locations. | $ 1,490- ✓ ok |
| **11. handicap sign on Parking space :** two standing sign on concrete block ( ADA standard sign ) | $ 480- ✓ ok |
| **12. rear entrance door replacement** 3'x7' 13/4" thk 18 gage steel door w/ frame and hardware (special hinge and lock system) homeland security requirement | $ 1,200- No Prob @ SFO |
| **13. Install submersible Sewage Pump system.** | |
| 02315- Excavation & backfill | $ 3,400- |
| 02320- hauling | $ 620- |
| 02225-380 Floor demo and saw cut concrete 6"thk | $ 2,200- |
| 155440-800 Pump swage ejector system (6'high 3'dia meter) | $ 9,640- |
| 15155- Drainage work (plumbing work ) | $ 4,840- |
| 16150- Electrical wiring. | $ 1,880- |
| 16440- Motor control system | $ 1,460- |
| **Total** | $24,040- ✓ ok |
| **14. ceiling demolition work and install new ceiling (10,000 sf )** | |
| 02950- Demo. Ceiling | $ 7,800- |
| 02320- hauling | $ 480- |
| 09500- new drop ceiling system (2'x4') suspended. | $ 14,420- |
| **Total** | $22,700- No SFO |
| **15. Replace electrical light fixtures** | $ 6,400- in SFO |
| **16. Complete new duct work for individual zone control system** ( content 6-7 ) for tenant improvement | $ 55,000- SFO - NO |
| **17. Fire alarm system** included pull stations and strobes. | $ 4,000- NO |
| **18. City requirement additional drawings** city building dept. need more details mechnical, plan and building **Engineering and architectural drawing, reproduction required.** | $ 20,000- NO |
| **19. Roofing, new electrical to HVAC unit at front of building, gas line, roofcurb cut.** | $ 7,600- NOT ... HVAC NO |
| ? **20. Electrical system deficiencies, moving transformer; ( option )** | $ 11,000- ? |
| **21. Contingency:** | $ 10,000- |
| **Total Cost** | $ 227,199- |

Authorized Signature ______ 3/29/05
Excel construction co. Date

Acceptance of Proposal ______
Owners Signature Date

General Contractor
Construction Management
Custom Homes
Licensed / Insured

# Hallwood Plaza, Inc.

GEORGE KASHAT - PRESIDENT
20411 W. Twelve Mile Road, Suite 201
Southfield, MI 48076
(248) 352-5520 Fax (248) 352-0035


April 5,. 2004

Jerry Kosman
US General Services Administration
230 S. Dearborn Street
Room 3622
Chicago, IL 60604

Dear Mr. Kosman:

Please review the following additional items requested during the meeting in accordance with new specs given to us the same date on March 16, 2005.

| ITEM | | |
|---|---|---|
| 12 | Rear Door Replacement – Home Land Security requested to replace the door & special hardware | $ 1,200 |
| 13 | Install submersible sewage pump system for the front public toilet – Sewage slope problem . | $ 24,040 – off |
| 14 | Complete Ceiling demolition and new ceiling for new duct System because of six zoning temperature requirement | $ 22,700 |
| 15 | Replace electrical light fixtures for all demolition and replacement (because of new ceiling and duct work). | $ 6,400 |
| 16 | Complete new duct work for individual zone control System (6-7 Spec) | $ 55,000 |
| 17 | Fire alarm system | $ 4,000 |
| 18 | City requirement additional drawing (for additional items for plumbing and mechanical and electrical system change) | $ 20,000 |
| 19 | Roofing new electrical to HVAC at front of building and gas line connection and roof curb | $ 7,600 |

| | | |
|---|---|---|
| 20 | Contingency | $ 10,000 |
| 22 | Administration @ 7% of approved additional costs | 130,940 |
| | | 9166 |
| | | 140,106 |

Very truly yours,

George Kashat

GEORGE KASHAT – PRESIDENT
HALLWOOD PLAZA, INC.

| | | | |
|---|---|---|---|
| GSA | Gerald K. Kosman/5PC6/R05/GSA/GOV<br>04/05/2005 12:05 PM | To | kashat3@aol.com, eolson@olsonretail.com |
| | | cc | chris.k.coleman@ssa.gov, dave.dawson@ssa.gov, selena.haavig@gsa.gov@GSA, Danny B. Fenner/5PM3G/R05/GSA/GOV |
| | | bcc | |
| | | Subject | Fw: Flint North Build Out |

Item 13, if necessary for the public restrooms, is a TI cost to be considered in the change order items along with items 1-11 below.

Jerry Kosman
312-353-8754
gerald.kosman@gsa.gov
----- Forwarded by Gerald K. Kosman/5PC6/R05/GSA/GOV on 04/05/2005 12:00 PM -----

| | | | |
|---|---|---|---|
| GSA | Gerald K. Kosman/5PC6/R05/GSA/GOV<br>04/04/2005 02:28 PM | To | George Kashat, Eric J Olson |
| | | cc | selena.haavig@gsa.gov@GSA, Danny B. Fenner/5PM3G/R05/GSA/GOV, chris.k.coleman@ssa.gov, paul.schmitt@gsa.gov@GSA, dave.dawson@ssa.gov |
| | | Subject | Flint North Build Out |

I got your list of items not included in the previously agreed to Tenant Improvements.

The following is a list of items that are to be included in the shell price comprising of your initial offer using the SFO you were sent. I see no need to address the following as they are to be provided in the initial offer:

12. Rear door replacement. (SFO 5.10)
14. Ceiling (SFO 1.9B)
15 Replace light fixtures. 123 included in shell ceiling. I had okayed the use of the current fixtures. Any additional to 123 are a TI. How many do you need to maintain the average lighting cited in SFO 6.19 1?
16. HVAC needed pursuant to SFO 6.7 is a shell related item.
17. If a fire alarm system is needed per code, it is at the cost of the lessor (SFO 8.4) in the shell rate.
18. All drawings needed to get construction permits is part of the shell cost (SFO 1.09 B1 (d)
19. See item 16
20. I do not know what you are required to do. We did not ask to have a transformer moved.

Based on your list, I will ask SSA if they would like to fund the following change order items.

1. Vestibule $21,550
2 Second public bathroom $10,659
3 Modesty wall blocking public rest room doors $3,440
4. Bollards $5,680
5. Demising wall security enhancement over that of SFO 5.16 $4,260
6 Two 150 sf office areas $9,380
7. Sign lettering installed on building facade $3,400
8. Added outlets (3) $240
9. HVAC for ADP room to maintain 24x7 temperature control $4,680
10. 3 mechanical code door locks $1,490
11. Handicap parking for SSA Employees only (2) $480
13 sewage pump system for public restroom $24,040

89,299



+ 109

| GENERAL SERVICES ADMINISTRATION<br>PUBLIC BUILDING SERVICE<br>SUPPLEMENTAL LEASE AGREEMENT | Supplemental Lease Agreement No. 1 | Date: 3-15-05 |
|---|---|---|
| | To Lease No.: GS-05B-17564 | |

ADDRESS OF PREMISES 4909 Clio Road, Flint, MI 48504

THIS AGREEMENT, made and entered into this date by and between
Hallwood Plaza, Inc

Whose address is
ATT: George Kashat
20411 W. 12 Mile Road #201
Southfield, MI 48076

hereinafter called the lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:
WHEREAS, the parties hereto desire to amend the above Lease.

NOW THEREFORE, Supplemental Lease Amendment 1 is issued to amend the lease GS-05B-17564 effective February 28, 2005 as follows: The purpose of Supplemental Lease Amendment No.1 is to establish the correct address of the demised premises. It also establishes the rent amount, as a result of the final Tenant Improvement costs to be amortized over the term of the lease. The Lease provisions affected by this Supplemental Lease Agreement are amended herein an incorporated into Lease No. GS-05B-17564. The following lease paragraphs shall be changed in their entirety as follows:

1. The Lessor hereby leases to the Government the following described premises: 9,821 usable square feet (10,7~~42~~ 39 rentable square feet) of contiguous ground floor office space, in a single story building, along with 43 on-site surface parking spaces, all located at 4909 Clio Road, Flint, MI 48504.

2. The Government shall pay the Lessor annual rent of $279,309.24 ($28.44/usf and $26.01/rsf) at the rate of $23,275.77 per Month in arrears for the first twenty-four months of the lease. The Government shall pay the Lessor annual rent of $150,490.68 ($15.32/usf and $14.02/rsf) at a rate of $12,540.89 per Month in arrears for the last twenty-four months of the lease (subject ot operating cost escalation). Initial rent includes $232,452.15 ($13.11/usf, $11.99/rsf) for estimated Tenant Improvements over the first twenty-four months. Initial rent includes $69,707.00 ($7.10/usf, $6.49/rsf) for Operating costs to be adjusted annually per SFO GS-05B-17564 3.6. Rent for a lesser period shall be prorated.
Any tenant improvemtent cost approved by the Government over $417,588.92 shall be reimbursed to lessor in a lump sum payment. The Government and Lessor agree that the final Tenant Improvement costs will be stated in a Supplemental Lease Agreement. Rent checks shall be made payable to:

HALLWOOD PLAZA, INC
20411 W. 12 MILE RD. #201
SOUTHFIELD MI. 48076

7. Add to the items making up the lease: (K) SSA Special Requirements of GS-05B-17564 dated 12/7/04.

All other terms and conditions of the lease shall remain in force and effect.

Page 1 of 1

IN WITNESS WHEREOF, the parties subscribed their names as of the above date.

LESSOR: HALLWOOD PLAZA, INC

BY: George Kashat (Signature) PRESIDENT (Title)

IN PRESENCE OF: Doris B. Mitchell (Signature)

1345 Berkshire Drive
Westland Michigan 48086
(Address)

UNITED STATES OF AMERICA: GENERAL SERVICES ADMINISTRATION

BY: [signature] GERALD K. KOSMAN (Signature) CONTRACTING OFFICER (Official Title)