IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HALLWOOD PLAZA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-589-C |
| | ) | (Judge Christine O.C. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), Plaintiff Hallwood Plaza, Inc. respectfully requests a 21 day enlargement of time to and including January 4, 2008 to file its Response to Defendant's Motion for Summary Judgment. Plaintiff's Response is currently due on December 14, 2007. No previous requests for enlargement of time have been made by the Plaintiff for this purpose.

This brief extension is necessary because Plaintiff's counsel is responsible for filing an appellate brief in Adams v. Hodge, Michigan Court of Appeals #279023 which is due on December 20, 2007. Also, due to the undersigned trial attorney's trial schedule, additional time to prepare the answer is required.

On December 10, 2007, counsel for Plaintiff spoke with Joan M. Stentiford, trial counsel for the Defendant, who indicated she does not oppose this motion.

Respectfully submitted,

/s/ TIMOTHY W. MIZEROWSKI
MIZEROWSKI & ASSOCIATES, P.C.
Attorney for Defendants
131 Ferland Street
Walled Lake, MI 48390
(248) 926-9205

December 11, 2007

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 11th day of December, 2007, the foregoing "PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME", was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Timothy W. Mizerowski
TIMOTHY W. MIZEROWSKI