# *EXHIBIT A*

# SOLICITATION FOR OFFERS

**THE GENERAL SERVICES ADMINISTRATION**

**FOR**

SOCIAL SECURITY ADMINISTRATION

**IN**

FLINT, MICHIGAN

NAME: GERALD K. KOSMAN

TITLE: CONTRACTING OFFICER

EXHIBIT
Kosman 1
DY 7/25/07

The information collection requirements contained in this Solicitation/Contract, that are not required by the regulation, have been approved by the Office of Management and Budget pursuant to the Paperwork Reduction Act and assigned the OMB Control No. 3090-0163.



10/13

# TABLE OF CONTENTS


**1.0 SUMMARY** ....................4
1.1 AMOUNT AND TYPE OF SPACE (SEP 2000) ....................4
1.2 AREA OF CONSIDERATION ....................4
1.3 LOCATION: INSIDE OR OUTSIDE CITY CENTER ....................4
1.5 UNIQUE REQUIREMENTS ....................4
1.6 LEASE TERM ....................4
1.7 OFFER DUE DATE ....................4
1.8 OCCUPANCY DATE (SEP 2000) ....................4
1.9 HOW TO OFFER ....................4
1.10 RENTAL RATE DETERMINATION ....................6
1.11 TENANT IMPROVEMENTS (SEP 2000) ....................7
1.12 TENANT IMPROVEMENT ALLOWANCE COST SETTLEMENT ....................8
1.13 NEGOTIATIONS (SEP 2000) ....................8
1.14 PRIce EVALUATION (present value) (jun 2003) ....................9
1.15 HISTORIC PREFERENCE, GSAR 552.270-2 (VARIATION) (SEP 1999) ....................9
1.16 AWARD (JAN 1997) ....................9
1.17 ACCESSIBILITY FOR NEW CONSTRUCTION (SEP 2000) ....................10
1.18 SEISMIC SAFETY FOR NEW CONSTRUCTION (SEP 2000) ....................10
1.19 LABOR STANDARDS (AUG 2003) ....................10

**2.0 AWARD FACTORS** ....................11
2.1 ACCESSIBILITY AND SEISMIC SAFETY (SEP 2000) ....................11
2.2 AWARD BASED ON PRICE (SEP 2000) ....................13

**3.0 MISCELLANEOUS** ....................14
3.1 UNIT COSTS FOR ADJUSTMENTS ....................14
3.2 SUBSEQUENT TENANT IMPROVEMENTS $100,000 OR LESS (SEP 2000) ....................14
3.3 ALTERNATE PROPOSALS ....................14
3.4 TAX ADJUSTMENT (SEP 2000) ....................14
3.5 PERCENTAGE OF OCCUPANCY ....................15
3.6 OPERATING COSTS (SEP 2000) ....................15
3.7 OPERATING COSTS BASE (SEP 2000) ....................16
3.8 RENTABLE SPACE (SEP 2000) ....................16
3.9 ANSI/BOMA OFFICE AREA SQUARE FEET (SEP 2000) ....................16
3.10 COMMON AREA FACTOR (SEP 2000) ....................16
3.11 APPURTENANT AREAS ....................16
3.13 ADJUSTMENT FOR VACANT PREMISES, GSAR 552.270-16 (VARIATION) (SEP 1999) ....................16
3.14 RELOCATION ASSISTANCE ACT (MARCH 2002) ....................16
3.15 CHANGE OF INTEREST (NOV 2002) ....................16
3.16 EVIDENCE OF CAPABILITY TO PERFORM (SEP 2000) ....................17
3.17 CONSTRUCTION SCHEDULE ....................17
3.18 CONSTRUCTION SCHEDULE OF TENANT IMPROVEMENTS (SEP 2000) ....................17
3.19 PROGRESS REPORTS (SEP 2000) ....................19
3.20 CONSTRUCTION INSPECTIONS ....................19

**4.0 GENERAL ARCHITECTURE** ....................20
4.1 QUALITY AND APPEARANCE OF BUILDING EXTERIOR (SEP 2000) ....................20
4.2 CONSTRUCTION WASTE MANAGEMENT (SEP 2000) ....................20
4.3 EXISTING FIT-OUT, SALVAGED, OR RE-USED BUILDING MATERIAL (SEP 2000) ....................20
4.4 INDOOR AIR QUALITY DURING CONSTRUCTION (SEP 2000) ....................21
4.5 WORK PERFORMANCE (SEP 2000) ....................21
4.6 BUILDING SYSTEMS (JAN 1997) ....................21
4.7 SPACE EFFICIENCY (SEP 2000) ....................21
4.8 FLOOR PLANS AFTER OCCUPANCY ....................21
4.9 CAD AS-BUILT FLOOR PLANS (SEP 2000) ....................21
4.10 FLOORS AND FLOOR LOAD (SEP 2000) ....................21
4.11 EXITS AND ACCESS (SEP 1991) ....................21
4.12 WINDOWS (SEP 2000) ....................22
4.13 ACCESSIBILITY (SEP 2000) ....................22
4.14 LANDSCAPING (SEP 2000) ....................22

**5.0 ARCHITECTURAL FINISHES** ....................23
5.1 RECYCLED CONTENT PRODUCTS (COMPREHENSIVE PROCUREMENT GUIDELINES) (SEP 2000) ....................23
5.2 ENVIRONMENTALLY PREFERABLE BUILDING PRODUCTS AND MATERIALS (SEP 2000) ....................23
5.3 LAYOUT, FINISHES, AND COLORBOARDS (SEP 2000) ....................23
5.4 WOOD PRODUCTS (SEP 2000) ....................23
5.5 ADHESIVES AND SEALANTS (SEP 2000) ....................23
5.6 INSULATION: THERMAL, ACOUSTIC, AND HVAC (SEP 2000) ....................23
5.7 CEILINGS (SEP 2000) ....................24
5.8 WALL COVERINGS (SEP 2000) ....................24

5.9 PAINTING (SEP 2000) ....24
5.10 DOORS: EXTERIOR (SEP 2000) ....25
5.11 DOORS: SUITE ENTRY (SEP 2000) ....25
5.12 DOORS: INTERIOR (SEP 2000) ....25
5.13 DOORS: HARDWARE (SEP 2000) ....25
5.14 DOORS: IDENTIFICATION (SEP 2000) ....25
5.15 PARTITIONS: GENERAL (SEP 2000) ....25
5.16 PARTITIONS: PERMANENT (SEP 2000) ....25
5.17 PARTITIONS: SUBDIVIDING ....26
5.18 FLOOR COVERING AND PERIMETERS (SEP 2000) ....26
5.19 CARPET TILE (SEP 2000) – Tenant improvement info ....26
5.20 ACOUSTICAL REQUIREMENTS (SEP 2000) ....27
5.21 WINDOW COVERINGS (SEP 2000) ....27

**6.0 MECHANICAL, ELECTRICAL, PLUMBING ....27**
6.1 MECHANICAL, ELECTRICAL, PLUMBING: GENERAL (SEP 2000) ....27
6.2 ENERGY COST SAVINGS (SEP 2000) ....27
6.3 DRINKING FOUNTAINS (SEP 2000) ....27
6.4 TOILET ROOMS (SEP 2000) ....28
6.5 TOILET ROOMS: FIXTURE SCHEDULE (SEP 2000) ....28
6.6 JANITOR CLOSETS (SEP 2000) ....29
6.7 HEATING AND AIR CONDITIONING (SEP 2000) ....29
6.8 VENTILATION (SEP 2000) ....29
6.9 VENTILATION: TOILET ROOMS (DEC 1993) ....30
6.10 ELECTRICAL: GENERAL (SEP 2000) ....30
6.11 ELECTRICAL: DISTRIBUTION (SEP 2000) ....30
6.12 ELECTRICAL: ADDITIONAL DISTRIBUTION SPECIFICATIONS ....30
6.13 TELECOMMUNICATIONS: DISTRIBUTION AND EQUIPMENT (SEP 2000) ....30
6.14 TELECOMMUNICATIONS: LOCAL EXCHANGE ACCESS (SEP 2000) ....31
6.15 DATA DISTRIBUTION (SEP 2000) ....31
6.16 ELECTRICAL, TELEPHONE, DATA FOR SYSTEMS FURNITURE (SEP 2000) ....31
6.17 ADDITIONAL ELECTRICAL CONTROLS ....31
6.18 ELEVATORS (SEP 2000) ....31
6.19 LIGHTING: INTERIOR AND PARKING (SEP 2000) ....32

**7.0 SERVICES, UTILITIES, MAINTENANCE ....32**
7.1 SERVICES, UTILITIES, MAINTENANCE: GENERAL ....32
7.2 NORMAL HOURS ....32
7.3 OVERTIME USAGE (SEP 2000) ....32
7.4 UTILITIES ....32
7.5 UTILITIES: SEPARATE FROM RENTAL (SEP 2000) ....32
7.6 BUILDING OPERATING PLAN ....32
7.7 JANITORIAL SERVICES ....32
7.8 SCHEDULE OF PERIODIC SERVICES ....33
7.9 LANDSCAPE MAINTENANCE ....33
7.10 SECURITY (SEP 2000) ....33
7.11 SECURITY: ADDITIONAL REQUIREMENTS ....34
7.12 MAINTENANCE AND TESTING OF SYSTEMS (SEP 2000) ....34

**8.0 SAFETY AND ENVIRONMENTAL MANAGEMENT ....35**
8.1 OCCUPANCY PERMIT (SEP 2000) ....35
8.2 FIRE AND LIFE SAFETY (SEP 2003) ....35
8.3 automatic sPRINKLER SYSTEM (SEP 2003) ....35
8.4 FIRE ALARM SYSTEMS (SEP 2003) ....35
8.5 OSHA REQUIREMENTS (SEP 2000) ....35
8.6 ASBESTOS (SEP 2000) ....35
8.7 INDOOR AIR QUALITY (SEP 2000) ....36
8.8 RADON IN AIR (SEP 2000) ....36
8.9 RADON IN WATER (SEP 2000) ....37
8.10 HAZARDOUS MATERIALS (OCT 1996) ....37
8.11 RECYCLING (SEP 2000) ....37

**9.0 TENANT IMPROVEMENTS ....38**
9.1 TENANT IMPROVEMENTS PRIOR TO THE GOVERNMENT'S INITIAL ACCEPTANCE OF SPACE (SEP 2000) ....38

## 1.0 SUMMARY

**1.1 AMOUNT AND TYPE OF SPACE (SEP 2000)**

A. The General Services Administration (GSA) is interested in leasing approximately 11,294 rentable square feet of space. The rentable space shall yield a minimum of 8,928 ANSI/BOMA Office Area (previously Usable) square feet to a maximum of 9,821 ANSI/BOMA Office Area square feet, available for use by tenant for personnel, furnishings, and equipment. Refer to the "ANSI/BOMA Office Area Square Feet" paragraph in the MISCELLANEOUS section of this Solicitation for Offers (SFO).

B. The Offer shall 1) be for space located in a quality building of sound and substantial construction as described in this SFO, 2) have a potential for efficient layout, 3) be within the square footage range to be considered, and 4) be in compliance with all of the Government's minimum requirements set forth herein. For purposes of this SFO, the definition of ANSI/BOMA Office Area square feet is in the "ANSI/BOMA Office Area Square Feet" paragraph in the MISCELLANEOUS section of this SFO.

C. To demonstrate potential for efficient layout, the Offeror may be requested to provide a test fit layout at the Offeror's expense when the space offered contains certain features like:

1. atriums, light wells, or other areas interrupting contiguous spaces;

2. irregular space configurations; or

3. other unusual building features.

4. The Government will advise the Offeror if the test fit layout demonstrates that the Government's requirement cannot be accommodated within the space offered. The Offeror will have the option of increasing the ANSI/BOMA Office Area square footage offered, provided that it does not exceed the maximum ANSI/BOMA Office Area square footage in this SFO. If the Offeror is already providing the maximum ANSI/BOMA Office Area square footage and cannot house the Government's space requirements, then the Government will advise the Offeror that the offer is unacceptable.

D. Unless otherwise noted, all references in this SFO to square feet shall mean ANSI/BOMA Office Area square feet.

**1.2 AREA OF CONSIDERATION**

Must be located within the city limits of Flint, Michigan, in an area North of Court Street.

**1.3 LOCATION: OUTSIDE CITY CENTER**

A. OUTSIDE OF CITY CENTER NEIGHBORHOOD:

1. Space shall be located in a prime commercial district with attractive, prestigious, professional surroundings with a prevalence of modern design and/or tasteful rehabilitation in modern use. Streets and public sidewalks shall be well-maintained.
2. *Parking.*
   a. The parking-to-square-foot ratio available on-site shall at least meet current local code requirements, or in the absence of a local code requirement, on-site parking shall be available at a ratio of 1 space for every 250 rentable square feet of Government-demised area.

3. *Location Amenities.*
   a. Adequate eating facilities shall be located within three blocks. Other employee services, such as retail shops, cleaners, banks, etc., shall be located within three blocks.

**1.4 UNIQUE REQUIREMENTS**

To be submitted with government drawing.

**1.5 LEASE TERM**

The lease term is for 4 years (2 years firm). GSA may terminate this lease with 60 days written notice to the Lessor any time after the firm term.

**1.6 OFFER DUE DATE**

Offers are due by November 29, 2004 and shall remain open until award.

**1.7 OCCUPANCY DATE (SEP 2000)**

Occupancy is required 3/1/05

**1.8 HOW TO OFFER**

A. Offers shall be submitted to the Contracting Officer at:
General Services Administration
Attention: Gerald K. Kosman
230 S. Dearborn, Suite 3622
Chicago, IL 60604

B. The following documents, properly executed, shall be submitted no later than the close of business on the offer due date.

1. Solicitation for Offers (SFO) - Enclosed.

2. SFO Attachments:

   a. Attachment #1 – Lease Costs Breakdown Summary (enclosed)

   b. Attachment #2 – Definition of Building Shell and Tenant Improvements (enclosed)

   c. Attachment #3 – General Requirements (enclosed)

   d. Attachment #4 – Document Security Form (enclosed)

3. GSA Form 1364, Proposal to Lease Space (enclosed).

4. GSA Form 1217, Lessor's Annual Cost Statement (enclosed).

5. GSA form 3516A, Solicitation Provisions (enclosed)

6. GSA Form 3517, General Clauses (enclosed).

7. GSA Form 3518, Representatives and Certifications (enclosed).

8. All plans submitted for consideration shall have been generated by a Computer Aided Design (CAD) program which is compatible with the latest release of AutoCAD. The required file extension is .DWG. Clean and purged files shall be submitted on 3-1/2-inch double-sided, high density diskettes, or, if approved by the Contracting Officer, on CD-ROM or QIC (1/4-inch cartridge) tape. All submissions shall be accompanied with a written matrix indicating the layering standard to ensure that all information is recoverable. Plans shall include a proposed corridor pattern for typical floors and/or partial floors. All architectural features of the space shall be accurately shown (including columns, mechanical, electrical, and janitorial rooms, shearing walls, etc).

   a. Plans shall reflect corridors in place or the proposed corridor pattern for both a typical full (single-tenant) floor and/or partial (multi-tenant) floor. The corridors in place or proposed corridors shall meet local code requirements for issuance of occupancy permits.

   b. GSA will review the corridors in place and/or proposed corridor pattern to make sure that these achieve an acceptable level of safety as well as to ensure that these corridors provide public access to all essential building elements. The Offeror will be advised of any adjustments that are required to the corridors for the purpose of determining the ANSI/BOMA Office Area space. The required corridors may or may not be defined by ceiling-high partitions. Actual corridors in the approved layout for the successful Offeror's space may differ from the corridors used in determining the ANSI/BOMA Office Area square footage for the lease award.

9. An hourly overtime rate for overtime use of heating and cooling. Refer to the "Overtime Usage" paragraph in the SERVICES, UTILITIES, MAINTENANCE section of this SFO. If proposed rate is different than recommended by an independent Government estimate, the Offeror may be required to submit worksheets justifying overtime energy usage and rates.

10. Any other information (such as a fact sheet, 5" wide x 3" high or larger color photograph, site plan, location map, and tax parcel map) in case of multiple tax parcels for an offered building, etc., in order for the Government to perform a complete and adequate analysis of the offered property. Such information may also be requested by the Government, and in such circumstances, shall be submitted by the Offeror within 5 working days of the request.

11. Written acknowledgement and permission to represent other owners for the same SFO if a leasing agent or owner's representative is presenting buildings for multiple ownership groups.

12. If applicable, the agents' disclosure and authorization from each ownership entity to offer in this SFO and/or represent multiple buildings with different ownerships, which may have conflicting interests. Owners and agents in conflicting interest situations are advised to exercise due diligence with regard to ethics, independent pricing, and Government procurement integrity requirements. In such cases, the Government reserves the right to negotiate with the owner directly.

13. Documents supporting evidence of capability to perform. Refer to the "Evidence of Capability to Perform" paragraph in the MISCELLANEOUS section of this SFO.

C. Refer to GSA Form 3516, Solicitation Provisions, for additional instructions. If additional information is needed, the Contracting Officer (or the Contracting Officer's designated representative) should be contacted.

D. There will be no public opening of offers, and all offers will be confidential until the lease has been awarded. However, the Government may release proposals outside the Government to a Government-support contractor to assist in the evaluation of offers. Such Government contractors shall be required to protect the data from unauthorized disclosure. The Offeror who desires to maximize protection of information in the offer may apply the restriction notice to the offer as described in GSA Form 3516, Solicitation Provision, 552.270-1 (d), *Restriction on Disclosure and Use of Data*.

E. <u>IMPORTANT CLARIFICATIONS TO OFFER REQUIREMENTS</u>:

1. Rate structure required from subparagraph B shall include the following:

   a. A lease rate per square foot for the building shell rental, fully serviced. It is the intent of the Government to lease a building shell with a Tenant Improvement Allowance. All improvements in the base building, lobbies, common areas, and core areas shall be provided by the Lessor, at the Lessor's expense. This rate shall include, but not limited to, property financing (exclusive of Tenant Improvement), insurance, taxes, management, profit, etc., for the building. The building shell rental rate

shall also include all basic building systems and common area buildout, including base building lobbies, common areas, and core areas, etc., exclusive of the ANSI/BOMA Office Area space offered as required in this SFO.

b. The annual cost (per usable and rentable square foot) for the cost of services and utilities. This equals line 27 of GSA Form 1217, Lessor's Annual Cost Statement, divided by the building size (shown on the top of both GSA Form 1364, Proposal to Lease Space, and Form 1217) for usable and rentable square feet respectively.

c. An annualized percentage interest rate to be used by the Lessor to amortize the cost of the Tenant Improvement Allowance over the firm term of the lease.

d. The annual amortized cost of the Tenant Improvement Allowance. Such amortization shall be expressed as a cost per usable and rentable square foot per year. Tenant Improvements shall be all alterations for the Government-demised area above the building shell buildout. The Tenant Alteration Allowance shall be $ 19.00 per ANSI/BOMA Office Area square foot. Such alterations shall be described and identified in the drawings used to construct the Government-demised area. The Tenant Alteration Allowance, which is to be provided by the Lessor to the Government for Tenant Improvements, shall be made available at lease execution.

e. A fully-serviced lease rate per usable and rentable square foot as a summation of the amounts broken out in the subparagraphs a, b, and d for the lease.

f. A fully-serviced lease rate per usable and rentable square foot for that portion of the lease term extending beyond the firm term. The rate proposed for this portion of the term shall not reflect any Tenant Improvements as they will have been fully amortized over the firm term.

**1.9 RENTAL RATE DETERMINATION**

A. It is the intent of the Government to lease a full serviced warm lit shell with a tenant improvement allowance for the specified lease term in Section 1.7 "Lease Term' in this SFO. The Government will evaluate all components of the rental rate as identified in Attachment #1, "Lease Costs Breakdown Summary" and GSA Form 1217 by the Offeror. In addition to compliance with the SFO requirements, the components that will be unique to each offer, expressed in BOMA Office Usable square feet are:

| | |
|---|---|
| 1. Warm Lit Shell rent per square foot | 5. Property tax per square foot |
| 2. Lessor's cost of capital (interest rate) to amortize Tenant Improvement Allowance | 6. Parking cost per space if not included in shell rental rate |
| 3. Utility cost per square foot | 7. Other unique property costs |
| 4. Janitorial service per square foot | |

**B.** Rental Rate Components:
(1) **Warm Lit Shell:**

(a). The warm lit shell rental rate shall include all owner expenses (items 29-32 on GSA Form 1217) including but not limited to: property financing (exclusive of tenant improvements), insurance, management, profit, etc. for the building. The shell rental rate shall also include all basic building systems and common area build out including: base building lobbies; common areas, and core areas, etc exclusive of the BOMA Office Usable space offered as required in this solicitation.

(b). Demolition of any existing conditions in the proposed Government demised space or any common or core areas will be done as part of the shell base rate. If acceptable to the Contracting Officer, some or all of the existing building improvements may be allowed "as is" providing the acceptable "as is" feature is functionally adequate and is in like new condition.

(c). All existing or contemplated improvements within the definition of warm list shell shall conform to or exceed the quality standards identified throughout this solicitation. The following building systems and finishes shall be provided as defined in this solicitation and shall be installed and coordinated with the tenant improvements defined in paragraph (2) below.

Base Building

- The base building structure and building enclosure components (windows, with exterior finishes) are complete (No window treatments, i.e. blinds, draperies, etc).

- The base building electrical and mechanical systems are complete and functional (central fire alarm, chiller plant, cooling towers, etc).

- Restrooms shall be completed and operational in accordance with Paragraph 6.4, "Toilet Rooms".

- Building cores on each floor with leasable space contain the following:
- a tappable domestic water riser, a service sanitary drain, and sanitary vent, all ready for extension to tenant demised area(s);
- electrical power distribution panels and circuit breakers available in an electrical closet, with capacity at 277/480 volt and 120/208 volt 3 phase, 4 wiring providing 7 watts per BOMA office usable (9 watts per rentable) square foot;
- a designated connection point to the central fire alarm system, for extension to tenant demised area(s);
- a distribution backboard within a wire closet for connection to tenant's telephone lines.

Tenant Areas
- A broom clean concrete floor slab, with level floor not varying more than ¼" over ten (10) foot horizontal run in accordance with American Concrete Institute (ACI) Standards, is provided.
- Gypsym wallboard, spackled and prime painted, on exterior perimeter walls, and interior core walls are provided.

- Common corridor stud walls, without gypsum board on demised tenant premises' side, and without suite entry door are provided.
- A full installed 2x2 foot suspended acoustical ceiling, with 2x2 parabolic fluorescent (or other building standard such as 2'0" x 4'0") fixtures installed in the ceiling grid for an open office plan at the rate of 1 fixture per 80 BOMA office usable (100 rentable) square feet, is provided.
- Central heating, ventilation and air conditioning systems are installed and operational, including, as appropriate, main and branch lines, VAV boxes, dampers, flex ducts and diffusers, for an open office layout. Conditioned air through medium pressure ductwork at a rate of .75 cfm/square foot of BOMA office area is provided.

(d) All Offeror's administrative, overhead, design costs, and other associated project fees necessary to prepare construction documents to complete all tenant improvements contemplated by the Government shall be included as part of the shell base rental rate. It is the successful Offeror's responsibility to prepare all documentation (working drawings, etc) required to receive construction permits.

(2) **Tenant Improvement Allowance**

(a) Tenant Improvements shall be defined as all alterations for the Government demised area over and above the warm lit shell buildout.

(b) A Tenant Improvement Allowance rate shall include all hard costs including: General Contractor fee and subcontractor's profit and overhead costs associated with providing all contemplated Government improvements and shall include electrical, telephone, data, plumbing, doors, partitions, and any other Government specific improvement within the offered BOMA Office usable square foot area of the building and on the Government's Tenant Improvement Design Intent Drawings. General Contractor fees for the tenant improvements will be stated as a percentage (%) of the total tenant improvement cost and negotiated prior to lease award. The General Contracting fee amount will be identified after lease award and completion of contract documents and the Government's, Lessor's and/or General Contractor's selection of subcontractors.

(c) All tenant improvements contemplated by the Government shall be provided by the Lessor. After award, the Government's design intent drawings shall further define the Tenant Improvement Requirements.

(d) To be considered responsive to this procurement, each Offeror is required to provide written evidence that a conditional commitment of funds in the amount of $ 19.00 per *usable* square foot of offered space can be obtained to provide tenant improvements contemplated by the Government. Each Offeror is additionally required to provide: amount of loan; Offeror's cost of capital (expressed as an annual percentage rate); length of loan commitment.

(e) Payment will not be made by the Government in instances where the Government accepts fixtures and/or other tenant improvements already in place. However, the Lessor will be reimbursed for costs to repair or improve the fixture(s) and/or any other improvements already in place.

(3) **Operating Cost Base**
Applicable costs listed on GSA Form 1217, items 5-26, Lessor's Annual Cost Statement, when negotiated and agreed upon, will be used to determine the base rate for operating costs adjustment. The base cost for the operating cost adjustment will be established prior to lease execution and will be expressed as a dollar per square foot rate.

(4) **Real Estate Tax Cost Base**
Base year taxes are the real estate taxes for the first twelve (12) month period coincident with full assessment, or may be an amount negotiated by the parties that reflects an agreed upon base for a fully assessed value of the property.

**1.10 TENANT IMPROVEMENTS (SEP 2000)**

A. The Tenant Improvement Allowance shall be used for building out the Government-demised area in accordance with the Government-approved design intent drawings. All Tenant Improvements required by the Government for occupancy shall be performed by the successful Offeror as part of the rental consideration, and all improvements shall meet the quality standards and requirements of this SFO and GSA Form 3517, General Clauses.

B. The Tenant Improvement Allowance shall include all the Offeror's administrative costs, general contractor fees, subcontractor's profit and overhead costs, Offeror's profit and overhead, design costs, and other associated project fees necessary to prepare construction documents to complete the Tenant Improvements. It is the successful Offeror's responsibility to prepare all documentation (working drawings, etc.) required to receive construction permits. **NO COSTS ASSOCIATED WITH THE BUILDING SHELL SHALL BE INCLUDED IN THE TENANT IMPROVEMENT PRICING.**

**1.11 TENANT IMPROVEMENT ALLC...ANCE COST SETTLEMENT**

A. After award of the lease contract to the successful Offeror, the Government will provide Tenant Improvement design intent layout drawings to the Lessor. The Lessor must then provide the Contracting Officer with the construction documents for review prior to commencement of construction and a detailed cost proposal (CSI formatted by trade) of the tenant improvements contemplated in the Lessor's construction documents. A minimum of three (3) qualified contractors must be invited to participate in the competitive proposal process. Each participant must compete independently in the process. The Lessor's cost proposals must contain sufficient detail to allow the Government to determine the reasonableness of costs included in the proposals. The total actual tenant improvement cost shall be amortized over the firm term of the lease and identified as follows:

1. Each submitted proposal must be reviewed by the Government. The Government reserves the right to determine if bids satisfy the scope of work, that the price is reasonable, and that the Offeror is qualified to perform the work. The Government reserves the right to be present during negotiation sessions between the Lessor and potential contractors.

2. If the Contracting Officer determines the Lessor's cost proposal for the tenant improvements is fair and reasonable, the Contracting Officer will advise the Lessor the costs are reasonable. The Contracting Officer will modify the lease contract with a Supplemental Lease Agreement to incorporate the actual tenant improvement costs into the rental rate.

3. If the Lessor's cost proposal exceeds the Government's independent estimate, one or more of the following actions shall occur:

   a. The Contracting Officer will advise the Lessor of any substantial cost deviations by trade.

   b. The Contracting Officer may delete some of the requirements contemplated by the Government.

   c. The Lessor shall obtain the necessary funds to complete the Tenant Improvement alterations contemplated by the Government. The total actual tenant improvement costs will be amortized over the firm-term of the lease at the Lessor's cost of capital submitted with the Lessor's "Best and Final" Offer.

4. If a mutual agreement on cost is reached following the above subparagraph 3, the Contracting Officer will modify the lease contract with a Supplemental Lease Agreement to incorporate the <u>actual</u> tenant improvement costs into the rental rate.

5. If a mutual agreement on cost cannot be reached, the Contracting Officer will advise the Lessor in writing not to proceed with the construction of the premises and will follow procedures identified in the "DISPUTES (OCT 1995)" paragraph found in the General Clauses section of the lease (GSA Form 3517).

6. The Government reserves the right to make cash payments for any or all work performed by the Lessor.

B. <u>Example of Tenant Improvement Allowance Costs Settlement</u>:

1. *Actual Tenant Improvement Allowance <u>Under</u> Government Estimate.*

   a. The Government tenant improvement allowance estimate for alterations is $28.00 per usable square foot. This rate, as defined in the solicitation, includes General Contractor fees.

   b. Building A offers 2,300 usable square feet and provides evidence from a lending institution that funds in the amount of $64,400.00 (2,300 sq. ft. x $28.00) will be made available at a rate of 8 percent compounded monthly for a term of three years. Building A's General Contractor fees are 8 percent of the total tenant alteration cost. Building A receives the award.

   c. After the Lessor's completion of contract documents, the project is bid by the Lessor, and a total cost of the tenant alterations is $50,000.00, $14,400.00 less than the Government estimate. The Contracting Officer agrees the bid is fair and reasonable. The $50,000.00 will be amortized over the firm term of the lease at the Lessor's cost of capital identified in the best and final offer. The Contracting Officer will modify the lease contract with a Supplemental Lease Agreement to incorporate the actual tenant improvement costs into the rental rate.

2. *Actual Tenant Improvement Allowance <u>Over</u> Government Estimate.*

   a. The Government tenant improvement allowance estimate for alterations is $28.00 per usable square foot. This rate, as defined in the solicitation, includes General Contractor fees.

   b. Building A offers 2,300 usable square feet and provides evidence from a lending institution that funds in the amount of $64,400.00 (2,300 sq. ft. x $28.00) will be made available at a rate of 8 percent compounded monthly for a term of three years. Building A's General Contractor fees are 8 percent of the total tenant alteration cost. Building A receives the award.

   c. After the Lessor's completion of contract documents, the project is bid by the Lessor, and the total cost of the tenant alterations is $66,000.00, $1,600.00 more than the Government estimate. The Contracting Officer agrees the bid is fair and reasonable. The Lessor's General Contractor will require an additional $128.00 in fees ($1,600 x 8 percent fee). The total cost of the alterations including additional General Contractor fees is $66,128.00. The initial $64,400.00 will be amortized over the firm term of the lease at the Lessor's cost of capital identified in the best and final offer. The remaining $1,728.00 will either be amortized over the firm term of the lease at the Lessor's "Best and Final" cost of capital or paid in a lump sum to the Lessor without any cost of capital applied.

**1.12 NEGOTIATIONS (SEP 2000)**

A. Negotiations will be conducted on behalf of the Government by the Contracting Officer (or the Contracting Officer's designated representative). The Contracting Officer is named on the cover of this SFO. GSA will negotiate rental price for the initial term, any renewal periods, and any other aspect of the offer as deemed necessary.

B. The Offeror shall not enter into negotiations concerning the space leased or to be leased with representatives of federal agencies other than the Contracting Officer or designee.

C. The Contracting Officer will conduct oral or written negotiations with all Offerors that are within the competitive range. The competitive range will be established by the Contracting Officer on the basis of cost or price and other factors (if any) that are stated in this SFO and will include all of the most highly rated proposals, unless the range is further reduced for purposes of efficiency.

D. All Offerors will be provided a reasonable opportunity to submit any cost or price, technical, or other revisions to their offer that may result from the negotiations. Negotiations will be closed with submission of final proposal revisions ("Best and Final" offers).

**1.13 PRICE EVALUATION (PRESENT VALUE) (JUN 2003)**

A. If annual CPI adjustments in operating expenses are included, the Offeror shall be required to submit the offer with the total "gross" annual price per rentable square foot and a breakout of the "base" price per rentable square foot for services and utilities (operating expenses) to be provided by the Lessor. The "gross" price shall include the "base" price.

B. The Offeror shall be required to submit plans and any other information to demonstrate that the rentable space yields ANSI/BOMA Office Area space within the required ANSI/BOMA Office Area range. The Government will verify the amount of ANSI/BOMA Office Area square footage and will convert the rentable prices offered to ANSI/BOMA Office Area prices, which will subsequently be used in the price evaluation.

C. If the offer includes annual adjustments in operating expenses, the base price per ANSI/BOMA Office Area square foot from which adjustments are made will be the base price for the term of the lease, including any option periods.

D. Evaluation of offered prices will be on the basis of the annual price per ANSI/BOMA Office Area square foot, including any option periods. The Government will perform present value price evaluation by reducing the prices per ANSI/BOMA Office Area square foot to a composite annual ANSI/BOMA Office Area square foot price, as follows:

1. Parking and wareyard areas will be excluded from the total square footage but not from the price. For different types of space, the gross annual per square foot price will be determined by dividing the total annual rental by the total square footage minus these areas.

2. If annual adjustments in operating expenses will not be made, the gross annual per square foot price will be discounted annually at 5 percent to yield a gross present value cost (PVC) per square foot.

3. If annual adjustments in operating expenses will be made, the annual per square foot price, minus the base cost of operating expenses, will be discounted annually at 5 percent to yield a net PVC per square foot. The operating expenses will be both escalated at 2.5 percent compounded annually and discounted annually at 5 percent, then added to the net PVC to yield the gross PVC.

4. To the gross PVC will be added:

   a. The cost of Government-provided services not included in the rental escalated at 2.5 percent compounded annually and discounted annually at 5 percent.

   b. The annualized (over the full term) per ANSI/BOMA Office Area square foot cost of any items which are to be reimbursed in a lump sum payment. (The cost of these items is present value; therefore, it will not be discounted.)

   ____________________________________________________________

   ____________________________________________________________

   ____________________________________________________________

   c. The cost of relocation of furniture and telecommunications, if applicable.

5. Commissions paid to GSA brokers will be subtracted from the gross PVC. Refer to the "Broker Commission" paragraph in the SUMMARY section of this SFO.

6. The sum of either subparagraphs 2 and 4 or subparagraphs 3 and 4 less 5, will be the per ANSI/BOMA Office Area square foot present value of the offer for price evaluation purposes.

**1.14 HISTORIC PREFERENCE, GSAR 552.270-2 (VARIATION) (SEP 1999)**

A. Preference will be given to Offerors of space in buildings in, or formally listed as eligible for inclusion in, the National Register of Historic Places, and to historically-significant buildings in historic districts listed in the National Register. Such preference will be extended to historic buildings and will result in award if:

1. The offer for space meets the terms and conditions of this SFO as well as any other offer received (It is within the discretion of the Contracting Officer to accept alternatives to certain architectural characteristics and safety features defined elsewhere in this SFO to maintain the historical integrity of the building, such as high ceilings, wooden floors, etc.) and

2. The rental is no more than 10 percent higher, on a total annual square foot (ANSI/BOMA Office Area) cost to the Government, than the lowest otherwise acceptable offer.

B. If more than one offer of an historic building is received and they meet the above criteria, an award will then be made to the lowest priced historic property offered.

**1.15 AWARD (JAN 1997)**

A. After conclusion of negotiations, the Contracting Officer will require the Offeror selected for award to execute the proposed lease prepared by GSA which reflects the proposed agreement of the parties.

B. The proposed lease shall consist of:

1. Standard Form 2 (or GSA Form 3626) U.S. Government Lease for Real Property,

2. required clauses,

3. required certifications and representations,

4. the pertinent provisions of the offer, and

5. the pertinent provisions of the SFO.

C. The acceptance of the offer and award of the lease by the Government occurs upon notification of unconditional acceptance of the offer or execution of the lease by the Contracting Officer and mailing or otherwise furnishing written notification or the executed lease to the successful Offeror.

**1.16 ACCESSIBILITY FOR NEW CONSTRUCTION (SEP 2000)**

To be considered for award, buildings to be constructed shall meet the new construction requirements of both the Americans With Disabilities Act Accessibility Guidelines (ADAAG) (Code of Federal Regulations 36 CFR Part 1191, App. A) and the Uniform Federal Accessibility Standards (UFAS) (Federal Register vol. 49, No. 153, August 7, 1984, reissued as FED. STD. 795, dated April 1, 1988, and amended by Federal Property Management Regulations 41 CFR, Subpart 101-19.6, Appendix A., 54 FR 12628, March 28, 1989). Where standards conflict, the more stringent shall apply.

**1.17 SEISMIC SAFETY FOR NEW CONSTRUCTION (SEP 2000)**

A. If an Offeror proposes to satisfy the requirements of this SFO through the construction of a new building or the construction of an addition to an existing building, then such new building or addition shall fully meet seismic safety standards, as described in subparagraphs B and C.

B. For those buildings or additions to buildings described in subparagraph A, the Offeror shall provide a written certification from a licensed structural engineer that the building(s) conforms to the seismic standards for new construction of the current (as of the date of this SFO) edition of the International Conference of Building Officials' (ICBO) *Uniform Building Code* (UBC), the Building Officials and Code Administrators (BOCA) *National Building Code*, or the Southern Building Code Congress International (SBCCI) *Standard Building Code.*

C. All design and engineering documents, including structural engineering calculations, shall be made available for review by the Government during design development to ensure compliance with seismic safety standards.

**1.18 LABOR STANDARDS (AUG 2003)**

A. If an Offeror proposes to satisfy the requirements of this SFO through the construction of a new building or the complete rehabilitation or reconstruction of an existing building, and the Government will be the sole or predominant tenant such that any other use of the building will be functionally or quantitatively incidental to the Government's use and occupancy, the following Federal Acquisition Regulation (FAR) clauses shall apply to work (including base building and tenant buildout) performed prior to the Government's acceptance of space as substantially complete. Full text versions of these clauses are available upon request from the Contracting Officer. Full text versions are also available at the following web site: *http://www.arnet.gov/far/*

52.222-4 Contract Work Hours and Safety Standards Act - Overtime Compensation

52.222-6 Davis-Bacon Act

52.222-7 Withholding of Funds

52.222-8 Payrolls and Basic Records

52.222-9 Apprentices and Trainees

52.222-10 Compliance with Copeland Act Requirements

52.222-11 Subcontracts (Labor Standards)

52.222-12 Contract Termination-Debarment

52.222-13 Compliance with Davis-Bacon and Related Act Regulations

52.222-14 Disputes Concerning Labor Standards

52.222-15 Certification of Eligibility

## 2.0 AWARD FACTORS

### 2.1 ACCESSIBILITY AND SEISMIC SAFETY (SEP 2000)

A. All offers received in response to this SFO will be evaluated to determine whether the offers fully meet National Institute of Standards and Technology (NIST) NISTIR 5382, Interagency Committee on Seismic Safety in Construction (ICSSC) RP 4, *Standards of Seismic Safety for Existing Federally Owned or Leased Buildings*, as modified below, and the accessibility requirements for new construction of the Americans With Disabilities Act Accessibility Guidelines (ADAAG) (Code of Federal Regulations 36 CFR Part 1191, App. A) and the Uniform Federal Accessibility Standards (UFAS) (Federal Register vol. 49, No. 153, August 7, 1984, reissued as FED. STD. 795, dated April 1, 1988, and amended by Federal Property Management Regulations CFR 41, Subpart 101-19.6, Appendix A, 54 FR 12628, March 28, 1989). Where standards conflict, the more stringent shall apply. If any offers are received which fully meet accessibility and seismic safety requirements, then other offers, which do not fully meet these requirements, will not be considered.

B. The following UFAS provisions are clearly more stringent than the ADAAG:

1. *Work Areas*. The UFAS requires that all areas be accessible where there may be employment of persons with disabilities. The ADAAG requires only that people with disabilities be able to approach, enter, and exit a work area. [UFAS 4.1.4; ADAAG 4.1.1(3)]

2. *Work Surface Scoping*. The UFAS requires that 5 percent of all fixed or built-in employee work surfaces be accessible. The ADAAG does not require work surfaces in work areas to be accessible. Both the UFAS and the ADAAG require that 5 percent of fixed tables in public or common use areas be accessible. [UFAS 4.1.2(17) and 4.32; ADAAG 4.1.1(3) and 4.1.3(18)]

3. *No Elevator Exception*. The UFAS has no exception to the elevator requirement in all multi-story buildings and facilities. The ADAAG provides an exception to the elevator requirement in certain buildings that are under three stories or have less than 3,000 square feet per story. [UFAS 4.1.2(5); ADAAG 4.1.3(5) Exception 1]

4. *Entrances in Multi-Grade Buildings*. The UFAS requires at least one principle entrance at each grade floor to a building to be accessible. The ADAAG requires that 1) at least 50 percent of all public entrances be accessible and 2) the number of exits required by the applicable building/fire code be used in determining the total number of accessible entrances required in a building or facility. The UFAS requires more accessible entrances in certain multi-grade buildings. [UFAS 4.1.2.(8); ADAAG 4.1.3(8)]

5. *Elevator Controls*. The UFAS requires elevator controls to be mounted no higher than 48 inches "unless there is a substantial increase in cost," in which case 54 inches is allowed. The ADAAG allows 54 inches whenever a parallel approach is provided. [UFAS 4.10.12(3); ADAAG 4.10.12(3)]

C. FULL COMPLIANCE:

1. "Fully meets" as used herein with regard to the accessibility requirements means the offer fully complies with both the ADAAG and the UFAS requirements for new construction, including but not limited to: Parking and Passenger Loading Zones, Accessible Route, Entrance and Egress, Ramps, Stairs, Handrails, Doors, Elevators, Telephones, Controls, Signage, Alarms, Drinking Fountains, Storage Facilities, Seating and Workstations, Assembly Areas, and Toilet Rooms. Where standards conflict, the more stringent shall apply.

2. "Fully meets" as used herein with regard to the seismic safety requirements means that the Offeror has provided a written certification (example available for the Contracting Officer) from a licensed structural engineer certifying that both the building design and construction are in full compliance with the life-safety performance level of NISTIR 5382, ICSSC RP 4, *Standards of Seismic Safety for Existing Federally Owned or Leased Buildings*, **AS MODIFIED HEREIN**:

   a. FEMA-178, *NEHRP Handbook for the Seismic Evaluation of Existing Buildings*, shall be replaced with FEMA-310, *Handbook for the Seismic Evaluation of Buildings: A Prestandard.*

b. Section 1.3.1, Post-Benchmark Buildings (Table 1: Advisory Benchmark Years) shall be replaced with the below table.

| BENCHMARK BUILDINGS (Table 3-1 of FEMA-310) | | | |
|---|---|---|---|
| | Model Building Seismic Design Provisions | | |
| BUILDING TYPE[1] | BOCA[ls] | SBCCI[ls] | UBC[ls] |
| Wood Frame, Wood Shear Panels (Type W1 and W2)[2] | 1992 | 1993 | 1976 |
| Wood Frame, Wood Shear Panels (Type W1A) | 1992 | 1993 | 1976 |
| Steel Moment Resisting Frame (Type S1 and S1A) | ** | ** | 1994[4] |
| Steel Braced Frame (Type S2 and S2A) | 1992 | 1993 | 1988 |
| Light Metal Frame (Type S3) | * | * | * |
| Steel Frame w/Concrete Shear Walls (Type S4) | 1992 | 1993 | 1976 |
| Reinforced Concrete Moment Resisting Frame (Type C1)[3] | 1992 | 1993 | 1976 |
| Reinforced Concrete Shear Walls (Type C2 and C2A) | 1992 | 1993 | 1976 |
| Steel Frame with URM Infill (Type S5 and S5A) | * | * | * |
| Concrete Frame with URM Infill (Type C3 and C3A) | * | * | * |
| Tilt-up Concrete (Type PC1 and PC1A) | * | * | 1997 |
| Precast Concrete (Type PC2 and PC2A) | * | * | * |
| Reinforced Masonry (Type RM1) | * | * | 1997 |
| Reinforced Masonry (Type RM2) | 1992 | 1993 | 1976 |
| Unreinforced Masonry (Type URM)[5] | * | * | 1991[6] |
| Unreinforced Masonry (Type URMA) | * | * | * |

1 Building Type refers to one of the Common Building Types defined in Table 2-2 of FEMA-310.
2 Buildings on hillside sites shall not be considered Benchmark Buildings.
3 Flat Slab Buildings shall not be considered Benchmark Buildings.
4 Steel Moment-Resisting Frames shall comply with Section 2213.7.1.2 of the Uniform Building Code.
5 URM buildings evaluated using the ABK Methodology (ABK, 1984) may be considered Benchmark Buildings.
6 Refers to the UBCB Section of the UBC.
ls Only buildings designed and constructed or evaluated in accordance with FEMA-310 and being evaluated to the Life-Safety Performance level may be considered Benchmark Buildings.
* No Benchmark year; building shall be evaluated using FEMA-310.
** Local provisions shall be compared with the UBC.

BOCA Building Officials and Code Administrators, *National Building Code.*
SBCCI Southern Building Code Congress International, *Standard Building Code.*
UBC International Conference of Building Officials, *Uniform Building Code.*

c. Section 1.3.2, Leased Buildings, shall be revised as follows:

i. Buildings leased by the federal Government are exempt from these standards if both of the following apply:
(a) The leased space is less than 10,000 square feet **AND**
(b) The building is located in Regions of Low Seismicity in accordance with FEMA-310. According to FEMA-310, buildings located on sites for which the design short-period response acceleration, $S_S$, is less than 0.167 gravity (g), or for which the design one-second period response acceleration, $S_1$, is less than 0.067 g, shall be considered to be located within Regions of Low Seismicity.

d. FEMA-310, *Handbook for the Seismic Evaluation of Buildings: A Prestandard*, can be obtained by calling the Federal Emergency Management Agency (FEMA) Distribution Center at (800) 480-2520.

e. NISTIR 5382, ICSSC RP 4, *Standards of Seismic Safety for Existing Federally Owned or Leased Buildings*, can be obtained from the Building and Fire Research Laboratory, National Institute of Standards and Technology, Gaithersburg, MD 20899.

D. SUBSTANTIAL COMPLIANCE:

1. In accordance with both the ADAAG and the UFAS, if no offer is received which fully meets accessibility requirements for new construction, but an offer(s) is received which substantially meets these requirements, then other offers which do not substantially meet these requirements will not be considered. "Substantially meets" as used herein with regard to the accessibility requirements means the offer fully complies with both the ADAAG and the UFAS requirements for Parking and Passenger Loading Zones, Accessible Route, Entrance and Egress, Doors, Drinking Fountains, Toilet Rooms.

2. "Substantially meets" as used herein with regard to the seismic safety requirements will be determined by the Government based upon the Offeror's evaluation by a licensed structural engineer that specifically describes all exceptions to full compliance with the Model Building Seismic Design Provisions as shown in the Benchmark Buildings table above. The Offeror shall evaluate the building by using FEMA-310 and shall identify all deficiencies. Based upon the evaluation, the Contracting Officer will make an award to the Offeror which best meets both the seismic safety requirements and the other requirements of this SFO. Documentation of this evaluation shall be made available to the Government.

E. LESS THAN SUBSTANTIAL COMPLIANCE:

In accordance with both the ADAAG and the UFAS, if no offer is received which either fully or substantially meets the accessibility requirements of new construction, consideration will be given only to offers which meet the following minimum requirements:

1. At least one accessible route shall be provided from an accessible entrance to the leased space and all required accessible areas. At least one interior means of vertical access shall be provided. Elevators shall have complying Controls and Signage.

2. If parking is provided, t..en accessible spaces shall be included.

3. Accessible toilet rooms shall be provided as follows:

   a. Where more than one toilet room for each sex is provided on a floor on which the Government leases space, at least one toilet room for each sex on that floor shall be accessible.

   b. Where only one toilet room for each sex is provided on a floor on which the Government leases space, either one unisex toilet room or one toilet room for each sex on that floor shall be accessible.

   c. Where only one toilet room is provided in a building where the Government leases space, one unisex toilet room shall be accessible.

   d. In a qualified historic building where the Advisory Council on Historic Preservation determines that providing the above minimum accessible toilet facilities would threaten or destroy the historic integrity of the space, accessible unisex toilet room(s) shall be provided in the building.

F. If no offer is received which meets the minimum accessibility requirements described above, offers will not be considered unless a waiver of accessibility requirements is requested by the Contracting Officer and granted by the GSA Public Buildings Service Commissioner.

**2.2 AWARD BASED ON PRICE (SEP 2000)**

The lease will be awarded to the responsible Offeror whose offer conforms to the requirements of this SFO and is the lowest priced offer submitted. Refer to the "Price Evaluation" paragraph in the SUMMARY section of this SFO.

## 3.0 MISCELLANEOUS

### 3.1 UNIT COSTS FOR ADJUSTMENTS

A. The Offeror is required to state in the offer or in an attachment units prices for the items listed below. Prices shall be quoted as fully installed and finished. The unit prices may be used, upon acceptance by GSA, during the first year of the lease to price alterations costing $100,000 or less. These prices may be indexed or renegotiated to apply to subsequent years of the lease upon mutual agreement of the Lessor and the Government.

1. The cost per linear foot of office subdividing ceiling-high partitioning.
2. The cost per floor-mounted duplex electrical outlet.
3. The cost per wall-mounted duplex electrical outlet.
4. The cost per floor-mounted fourplex (double duplex) electrical outlet.
5. The cost per wall-mounted fourplex (double duplex) electrical outlet.
6. The cost per dedicated clean electrical computer receptacle.
7. The cost per floor-mounted telephone outlet.
8. The cost per wall-mounted telephone outlet.
9. The cost per interior door.
10. ______________________________
11. ______________________________
12. ______________________________

### 3.2 SUBSEQUENT TENANT IMPROVEMENTS $100,000 OR LESS (SEP 2000)

A. The Lessor may be requested to provide alterations during the term of the lease. Alterations will be ordered by issuance of GSA Form 276, Supplemental Lease Agreement, GSA Form 300, Order for Supplies or Services, or a Tenant Agency-approved form. The two clauses from GSA Form 3517, General Clauses, 552.232-25, *Prompt Payment* (Deviation FAR 52.232-25), and 552.232-70, *Invoice Requirements*, apply to orders for alterations. All orders are subject to the terms and conditions of this lease.

B. Orders may be placed by the 1) Contracting Officer, 2) GSA Buildings Manager, or 3) Tenant Agency officials when specifically authorized to do so by the Contracting Officer. The Contracting Officer will provide the Lessor with a list of Tenant Agency officials authorized to place orders and will specify any limitations on the authority delegated to Tenant Agency officials. The Tenant Agency officials are not authorized to deal with the Lessor on any other matters.

C. Payments for alterations ordered by the Tenant Agency will be made directly by the Tenant Agency placing the order.

### 3.3 ALTERNATE PROPOSALS

A. This SFO may specify certain items for which alternate proposals are required. For evaluation and negotiation, the offer shall state:

1. itemized costs for lump sum payment not to be included in the rental rate and
2. a rental rate which includes the costs of these items.

B. The Offeror shall provide costs for both methods of evaluation on GSA Form 1364, Proposal to Lease Space, in order to be considered for award. GSA may elect the option it deems most favorable.

raph, are only those taxes which are assessed against the building and/or the land upon o benefit to the property, for the purpose of funding general Government services. Real ı, general and/or special assessments, business improvement district assessments, or any charges that are imposed upon the Lessor or assessed against the building and/or the land

h are 1) the real estate taxes for the first 12-month period coincident with full assessment or that reflects an agreed upon base for a fully assessed value of the property.

in this paragraph means that the taxing jurisdiction has considered all contemplated valuation of the same. Partial assessments for newly constructed projects or for projects will not be used for establishing the Government's base year for taxes.

er with copies of all notices which may affect the valuation of said land and buildings for real a tax credit, all tax bills, and all paid tax receipts, or where tax receipts are not given, other Contracting Officer (hereinafter, evidence of payment), and a proper invoice (as described in 5, *Prompt Payment*) of the tax adjustment including the calculation thereof, for each year that

INITIALS: GK & ________
LESSOR GOV'T

real estate taxes are incurr… during the lease term or any extension thereof. All such documents are due within 10 calendar days of receipt except that the proper invoice and evidence of payment shall be submitted within 60 calendar days after the date the tax payment is due from the Lessor to the taxing authority. **FAILURE TO SUBMIT THE PROPER INVOICE AND EVIDENCE OF PAYMENT WITHIN SUCH TIME FRAME SHALL BE A WAIVER OF THE RIGHT TO RECEIVE PAYMENT RESULTING FROM AN INCREASED TAX ADJUSTMENT UNDER THIS PARAGRAPH.**

E. The Government shall 1) make a single annual lump sum payment to the Lessor for its share of any increase in real estate taxes during the lease term over the amount established as the base year taxes or 2) receive a rental credit or lump sum payment for its share of any decreases in real estate taxes during the lease term below the amount established as the base year taxes. The amount of lump sum payment or rental credit shall be based upon evidence of valuation and payment submitted by the Lessor to the Contracting Officer in accordance with subparagraph D.

1. In the event of an increase in taxes over the base year, the Lessor shall submit a proper invoice of the tax adjustment including the calculation thereof together with evidence of payment to the Contracting Officer. **THE GOVERNMENT SHALL BE RESPONSIBLE FOR PAYMENT OF ANY TAX INCREASE OVER THE BASE YEAR TAXES ONLY IF THE PROPER INVOICE AND EVIDENCE OF PAYMENT IS SUBMITTED BY THE LESSOR WITHIN 60 CALENDAR DAYS AFTER THE DATE THE TAX PAYMENT IS DUE FROM THE LESSOR TO THE TAXING AUTHORITY.** The due date for making payment shall be the 30th calendar day after receipt of evidence of payment by the Contracting Officer or the 30th calendar day after the anniversary date of the lease, whichever is later. If the lease terminates before the end of a tax year, payment for the tax increase due as a result of this section for the tax year will be prorated based on the number of days that the Government occupied the space. No increase will be paid, due, or owing unless all evidence of valuation and payment has been previously submitted to the Contracting Officer. The Government's payment for its share of real estate taxes shall not include any late charges, interest, or penalties imposed by the taxing authority as a result of the Lessor's delinquency in paying such taxes or charges.

2. In the event of a decrease in taxes from the base year, or in the event of any refund or tax deduction, the Lessor shall notify the Contracting Officer in accordance with subparagraph D. The Government shall be entitled to, and shall receive a credit for, the prorata reduction in taxes applicable to the premises encumbered by this lease, regardless of whether the Government has made a tax payment for that year. The Government's share of the credit will be determined in accordance with subparagraph F and shall be taken as a deduction from the rent. Any credit due the Government after the expiration or earlier termination of the lease (including, but not limited to, credits resulting from a decrease in taxes pursuant to a tax credit due the Lessor; a reduction in the tax assessment; or a tax appeal proceeding for a year of the lease, or portion thereof) shall be made by a lump sum payment to the Government or as a rental credit to any succeeding lease as determined by the Contracting Officer. The Lessor shall remit any lump sum payment to the Government within 15 calendar days of payment by the taxing authority to the Lessor or the Lessor's designee. If the credit due to the Government is not paid by the due date, interest shall accrue on the late payment at the rate established by the Secretary of the Treasury under Section 12 of the Contract Disputes Act of 1978 (United States Code 41 USC 611) that is in effect on the day after the due date. The interest penalty shall accrue daily on the amount of the credit and shall be compounded in 30-day increments inclusive from the first day after the due date through the payment date. The Government shall have the right to pursue the outstanding balance of any tax credit using all such collection methods as are available to the United States to collect debts. Such collection rights shall survive the expiration of this lease.

F. The Government shall pay its share of tax increases or shall receive its share of any tax decrease based on the ratio of the rentable square feet occupied by the Government to the total rentable square feet in the building or complex (percentage of occupancy). For the purpose of this lease, the Government's percentage of occupancy as of the date hereof is 4.32 percent based upon an occupancy of 10,734 rentable square feet in a building of 248347 rentable square feet. This percentage shall be subject to adjustment to take into account additions or reductions of the amount of space as may be contemplated in this lease or amendments hereto. The block and lot/parcel or other identification numbers for the property, building(s), and parking areas(s) occupied under this lease are ________.

G. The Government may direct the Lessor upon reasonable notice to initiate a tax appeal, or the Government may decide to contest the tax assessment on behalf of the Government and the Lessor or for the Government alone. The Lessor shall furnish to the Government information necessary for appeal of the tax assessment in accordance with the filing requirements of the taxing authority. If the Government decides to contest the tax assessment on its own behalf or on behalf of the Government and the Lessor, the Lessor shall cooperate and use all reasonable efforts including, but not limited to, affirming the accuracy of the documents, executing documents required for any legal proceeding, and taking such other actions as may be required. If the Lessor initiates an appeal on behalf of the Government, the Government and the Lessor will enter into an agreement to establish a method for sharing expenses and tax savings.

**3.5 PERCENTAGE OF OCCUPANCY**

The percent of the building occupied by the Government, for purposes of tax adjustments, will be established during negotiations.

**3.6 OPERATING COSTS (SEP 2000)**

A. Beginning with the second year of the lease and each year thereafter, the Government shall pay adjusted rent for changes in costs for cleaning services, supplies, materials, maintenance, trash removal, landscaping, water, sewer charges, heating, electricity, and certain administrative expenses attributable to occupancy. Applicable costs listed on GSA Form 1217, Lessor's Annual Cost Statement, when negotiated and agreed upon, will be used to determine the base rate for operating costs adjustment.

B. The amount of adjustment will be determined by multiplying the base rate by the percent of change in the Cost of Living Index. The percent change will be computed by comparing the index figure published in the month of the lease commencement date with the index figure published in the month which begins each successive 12-month period. For example, a lease which commences in June of 1995 would use the index published in June of 1995, and that figure would be compared with the index published in June of 1996, June of 1997, and so on, to determine the percent change. The Cost of Living Index will be measured by the Department of Labor revised Consumer Price Index for wage earners and clerical workers, U.S. city average, all items figure, (1982 to 1984 = 100) published by the Bureau of Labor Statistics. Payment will be made with the monthly installment of fixed rent. Rental adjustments will be effective on the anniversary date of the lease.

…Government exercises an option to extend the lease term at the same rate as that of the original term, the option price will be based … adjustment during the original term. Annual adjustments will continue.

D. In the event of any decreases in the Cost of Living Index occurring during the term of the occupancy under the lease, the rental amount will be reduced accordingly. The amount of such reductions will be determined in the same manner as increases in rent provided under this paragraph.

E. The offer shall clearly state whether the rental is firm throughout the term of the lease or if it is subject to annual adjustment of operating costs as indicated above. If operating costs will be subject to adjustment, those costs shall be specified on GSA Form 1364, Proposal to Lease Space, contained elsewhere in this SFO.

**3.7 OPERATING COSTS BASE (SEP 2000)**

The base for the operating costs adjustment will be established during negotiations based upon ANSI/BOMA Office Area square feet.

**3.8 RENTABLE SPACE (SEP 2000)**

Rentable space is the area for which a tenant is charged rent. It is determined by the building owner and may vary by city or by building within the same city. The rentable space may include a share of building support/common areas such as elevator lobbies, building corridors, and floor service areas. Floor service areas typically include restrooms, janitor rooms, telephone closets, electrical closets, and mechanical rooms. The rentable space does not include vertical building penetrations and their enclosing walls, such as stairs, elevator shafts, and vertical ducts.

**3.9 ANSI/BOMA OFFICE AREA SQUARE FEET (SEP 2000)**

A. For the purposes of this SFO, the Government recognizes the American National Standards Institute/Building Owners and Managers Association (ANSI/BOMA) international standard (Z65.1-1996) definition for Office Area, which means "the area where a tenant normally houses personnel and/or furniture, for which a measurement is to be computed."

B. ANSI/BOMA Office Area square feet shall be computed by measuring the area enclosed by the finished surface of the room side of corridors (corridors in place as well as those required by local codes and ordinances to provide an acceptable level of safety and/or to provide access to essential building elements) and other permanent walls, the dominant portion (refer to Z65.1) of building exterior walls, and the center of tenant-separating partitions. Where alcoves, recessed entrances, or similar deviations from the corridor are present, ANSI/BOMA Office Area square feet shall be computed as if the deviation were not present.

**3.10 COMMON AREA FACTOR (SEP 2000)**

If applicable, the Offeror shall provide the Common Area Factor (a conversion factor(s) determined by the building owner and applied by the owner to the ANSI/BOMA Office Area square feet to determine the rentable square feet for the offered space).

**3.11 APPURTENANT AREAS**

The right to use appurtenant areas and facilities is included. The Government reserves the right to post Government rules and regulations where the Government leases space.

**3.12 ADJUSTMENT FOR VACANT PREMISES, GSAR 552.270-16 (VARIATION) (SEP 1999)**

A. If the Government fails to occupy any portion of the leased premises or vacates the premises in whole or in part prior to expiration of the term of the lease, the rental rate will be reduced.

B. The rate will be reduced by that portion of the costs per ANSI/BOMA Office Area square foot of operating expenses not required to maintain the space. Said reduction shall occur after the Government gives 30 calendar days prior notice to the Lessor and shall continue in effect until the Government occupies the premises or the lease expires or is terminated.

**3.13 RELOCATION ASSISTANCE ACT (MARCH 2002)**

A. If an Offeror proposes an improved site and new construction will result in the displacement of individuals or businesses, the successful Offeror shall be responsible for payment of relocation costs in accordance with the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970 (P.L. 91-646), as amended, and the implementing regulations at 49 CFR Part 24.

B. Offerors shall incorporate the cost of such assistance into their shell rental rate.

C. The successful Offeror shall give GSA the name of the person and agency to be providing the relocation assistance to site tenants. In addition, the successful Offeror must provide background information about the relocation agency and references for which the relocation agent has performed relocation assistance in the past. Depending upon the complexity of the relocation project, Offerors may be required to provide a relocation plan with final proposal revisions.

**3.14 CHANGE OF INTEREST (NOV 2002)**

(a) Notwithstanding anything to the contrary set forth in this Lease, Lessor shall have no right to assign this Lease until (1) the leasehold improvements have been completed in accordance with terms herein, including all punch list items, and the entire premises has been accepted by the Government as finally completed to the Government's satisfaction; and (2) any amounts due and owning to the Government hereunder have been paid in full or completely set off against this Lease. Any purported assignment prior to the completion of these conditions shall be null and void and of no effect.

(b) Lessor shall have no right to sell or make any transfer of ownership or control of the premises after final completion and acceptance of the premises by the Government without the prior written approval of the Government in accordance with Federal Acquisition Regulations ("FAR"). See 48 CFR Ch. 1 subpart 42.12. In addition to the requirements set forth in FAR, Lessor shall provide the Government with the following in order for the Government to determine if it is in its best interest to approve a transfer or change of ownership:

(1) A completed GSA Fo... 527, "Contractor's Qualifications and Financial Informatio.., a copy of which is attached. (This form takes approximately 6 weeks to process.)
(2) A contact person's name, address and phone number for at least five previous locations developed and managed by the proposed assignee or transferee.

(c) If the Government approves the sale or transfer of the Leased Premises, or change of interest or ownership in Lessor's entity, before the Government will change the payee for rent or other payments, it must be provided with the following:

(1) A letter from the assignee stating that the assignee is willing to assume, approve and adopt the Lease and agrees to be bound by its terms.
(2) A letter from the prior Lessor (assignor) waiving all rights under the Lease as against the United States of America, except unpaid rent through a specified date, usually the date of the ownership transfer.
(3) The IRS Tax Identification Number for the assignee.
(4) Appropriate evidence of transfer of title, ownership or control.
(5) If the premises is assigned or transferred by reason of death of Lessor, where there is no will, a copy of the letters of administration showing the name(s) of the new Lessor. Unless an interim court order is received, rents will be accrued and paid to the new owner(s) upon final settlement of the estate.
(6) Any other documents the Government may require pursuant to FAR.

**3.15 EVIDENCE OF CAPABILITY TO PERFORM (SEP 2000)**

A. <u>AT THE TIME OF SUBMISSION OF OFFERS, THE OFFEROR SHALL SUBMIT TO THE CONTRACTING OFFICER</u>:

1. Satisfactory evidence of at least a conditional commitment of funds in an amount necessary to prepare the space. Such commitments shall be signed by an authorized bank officer and at a minimum shall state: amount of loan; term in years; annual percentage rate; and length of loan commitment.

2. The name of the proposed construction contractor, as well as evidence of the contractor's experience, competency, and performance capabilities with construction similar in scope to that which is required herein.

3. The license or certification to practice in the state where the facility is located from the individual(s) and/or firm(s) providing architectural and engineering design services.

4. Compliance with local zoning laws or evidence of variances, if any, approved by the proper local authority.

5. Evidence of ownership or control of site.

B. <u>AFTER AWARD</u>:
Within thirty (30) days after award, the successful Offeror shall provide to the Contracting Officer evidence of:

1. A firm commitment of funds in an amount sufficient to perform the work.

2. Award of a construction contract for Tenant Improvements with a firm completion date.

3. Issuance of a building permit covering construction of the improvements.

**3.16 CONSTRUCTION SCHEDULE**

A. Within 7 days of lessor receipt of executed Supplemental Lease Agreement approving lessor cost proposal based on Tenant Improvements, the successful Offeror shall submit to the Contracting Officer a tentative construction schedule giving the dates on which the various phases of construction will be completed to coincide with the Government's required occupancy date. Refer to the "Occupancy Date" paragraph in the SUMMARY section of this SFO.

B. The schedule shall include timing for completion of design and construction milestones including, but not limited to: 1) submittal of preliminary plans and specifications; 2) submittal of other working drawings; 3) issuance of a building permit; 4) completed construction documents; 5) start of construction; 6) completion of principal categories of work; 7) phased completion and availability for occupancy of each portion of the Government-demised area (by floor, block, or other appropriate category); and 8) final construction completion.

**3.17 CONSTRUCTION SCHEDULE OF TENANT IMPROVEMENTS (SEP 2000)**

A. The schedule shall be divided into six tasks for each phase. These are: 1) the generation of the design intent drawings; 2) the Government's approval of the design intent drawings; 3) the Lessor's generation of the Government's working/construction drawings; 4) the Government's review of the working/construction drawings; 5) the Lessor's construction of the subject leased area; and 6) the Government's acceptance of the Lessor's construction. Each of these tasks is detailed below. References to working days shall be based upon a 5-day work week (Monday through Friday, exclusive of federal holidays). References to "approval" shall mean such approval granted by the Contracting Officer. During the construction schedule, the Government may request regularly scheduled progress meetings and request that the Lessor keep meeting minutes of discussion topics and attendance. During design and construction, the Lessor may discover instances where the Government's directives conflict. In such cases, the Lessor shall immediately notify the Contracting Officer so that the Government may issue a determination as to how to proceed beyond the building shell.

B. <u>DESIGN INTENT DRAWINGS</u>:
The Government shall prepare and provide to the Lessor the Government's approved design intent drawings detailing the Tenant Improvements to be made by the Lessor within the Government-demised area within 120 days after award or receipt of accurate plans/CAD file (i.e. readable CAD file indicating window placement, required shear walls, columns, etc) from the Lessor, whichever is later. Lessor must advise Contracting Officer, the required building square footages or placements of any mechanical/electrical rooms (the 120 day timeframe will not commence until such information is provided). Also, any Lessor requested changes to the site plan, block plan, or elevation plans after lease award (which require the Government to alter its plans, or for which the Government must obtain approval from the Government tenant), the 120 day timeframe to deliver design intent plans ceases and will begin again from the date the Government has approved and incorporated the Lessor requested space changes. Design intent drawings, for the purposes of this lease, are defined

as fully-dimensioned drawings of the leased space which include enough information to prepare construction drawings and shall consist of: 1) furniture locations, telephone and data outlet types and locations; 2) specifications necessary for calculation of electrical and HVAC loads; and 3) all finish/color/signage selections. Design intent drawings shall be due to the Lessor within **120** calendar days from receipt of accurate/complete CAD plans as specified in Attachment No. 3 "General Requirements".

Associated plans, drawings, or specifications provided under this solicitation are intended for use by prospective bidders/offerors and their subcontractors and suppliers. In support of this requirement, the Government requires bidders/offerors to exercise reasonable care when handling documents relating to building drawings/plans, security equipment installations, and contract guard service to include:

1) Limiting reproduction and/or dissemination of covered materials only to person/parties related to this acquisition or otherwise authorized to receive such information;
2) Making every possible effort that is reasonable and prudent to prevent unauthorized disclosure of this information;
3) Upon award and completion of any appeals process, unsuccessful bidders/offerors making every reasonable and prudent effort to destroy or render useless all information/documentation received during this solicitation and/or appeal process; and
4) The awardee continuing the efforts required above throughout the entire term of the contract and for what specific time thereafter as may be necessary, as determined by the awardee.

C. WORKING/CONSTRUCTION DRAWINGS:
The Lessor shall prepare, out of the Tenant Improvement Allowance, final working/construction drawings for the improvements illustrated on the Government-approved design intent drawings. The working/construction drawings shall include all mechanical, electrical, plumbing, fire safety, lighting, structural, and architectural improvements scheduled for inclusion into the Government-demised area. Working/construction drawings shall also be annotated with all applicable specifications. The resulting product shall reflect requirements which are substantially the same as that specified by the Government-approved design intent drawings and shall incorporate neither extraneous additions nor deletions of requirements. The Lessor's working/construction drawings shall be due to the Government within **14** working days of the Government's approval of the design intent drawings. Working/construction drawings shall clearly identify 1) Tenant Improvements already in place and 2) the work to be done by the Lessor or others. The Government may also require at the time of submission of working/construction drawings that the Lessor submit a written price proposal along with adequate cost and pricing data for any costs or credits to the Government which are beyond the scope of the original SFO and its attachments. Any work shown on the working/construction drawings which is building shell shall be clearly identified as such.

D. REVIEW OF WORKING/CONSTRUCTION DRAWINGS:
The Government retains the right to review, and request modifications (if necessary) to, the Lessor's working/construction drawings prior to the Lessor's commencement of interior construction. If applicable, the Government's review of the working/construction drawings is limited to the working/construction drawings' conformance to the specific requirements of the SFO and to the approved design intent drawings. The Government shall perform all reviews of working/construction drawings within ten **(10)** working days of receipt of such from the Lessor. Should the Government require that modifications be made to the Lessor's working/construction drawings, the Government shall state such in writing to the Lessor, and the Lessor shall have five (5) working days to cure all noted defects before returning the working/construction drawings to the Government for a subsequent review. Upon complete Government review for conformance of the working/construction drawings to the design intent drawings, **A NOTICE TO PROCEED SHALL BE TRANSMITTED TO THE LESSOR**, and the Lessor shall obtain the necessary permits and shall commence construction of the space. Notwithstanding the Government's review of the working/construction drawings, the Lessor is solely responsible and liable for the technical accuracy of the working/construction drawings in meeting all requirements and provisions of the lease and the Government-approved design intent drawings.

E. CONSTRUCTION OF TENANT IMPROVEMENTS:
The Lessor shall construct all Tenant Improvements in accordance with 1) the Government approved design intents and associated Special Requirements and 2) all terms and conditions of the SFO. The Lessor shall complete Tenant Improvements within 90 calendar days (for new construction) or 60 calendar days (existing space) of receiving the Notice to Proceed from the Government. The Lessor shall furnish a detailed construction schedule (such as Critical Path Method) to the Government within 5 days of issuance of the notice to proceed. Such schedule shall also indicate the dates available for the Government contractors to install telephone/data lines or equipment. The Government reserves the right to access any space within the building during the conduct of interior construction for the purposes of performing inspections or for installing Government-furnished equipment. The Government shall coordinate with the Lessor the activity of Government contractors in order to minimize conflicts with, and disruption to, other contractors on site. Access shall not be denied to authorized Government officials including, but not limited to, Government contractors, subcontractors, or consultants acting on behalf of the Government with regard to this project.

F. ACCEPTANCE OF SPACE:
**Ten (10) days** prior to the completion of interior construction, the Lessor shall issue written notice to the Government to inspect the space. The Government shall have seven (7) working days to inspect and to either accept or reject the subject space.

1. Substantially completed space will be accepted by the Government subject to the completion of minor punch list items. Space which is not substantially complete will not be accepted by the Government. The phrase "substantially complete" shall mean that the tenant improvements, the common and other areas of the building, and all other elements necessary for the Government's access to the premises and occupancy, possession, use and enjoyment thereof as provided in this lease, shall have been completed or obtained. All local Government reviews and approvals, excepting only such minor matters as do not interfere with or materially diminish such access, occupancy, possession, use, or enjoyment are also required for space acceptance. Should the Government reject the Lessor's space as not substantially complete as defined herein, the Lessor shall immediately undertake remedial action and when ready shall issue a subsequent notice to inspect to the Government.

2. Before the Government will accept space, the Lessor shall provide to the Contracting Officer 1) evidence of the issuance of a building permit incorporating the construction of required improvements and 2) a copy of the Certificate of Occupancy.

G. RENT COMMENCEMENT:
The rent commencement date (for each increment) shall be the date that space acceptance is made by the Government. Any rental paid by the Government prior to actual occupancy shall be less the cost for services and utilities

H. LEASE COMMENCEMENT.
The Government shall issue GSA Form 276, Supplemental Lease Agreement, to establish the lease commencement date after the acceptance of all space. In any case, the lease commencement date shall not be prior to the rent commencement date.

**3.18 PROGRESS REPORTS (SEP 2000)**

After start of construction, at the Government's discretion, the successful Offeror shall submit to the Contracting Officer, written progress reports at intervals of **21 days**. Each report shall include information as to 1) percentage of the work completed by phase and trade; 2) a statement as to expected completion and occupancy date; 3) changes introduced into the work; and 4) general remarks on such items as material shortages, strikes, weather, etc. In addition, at the Government's discretion, the Lessor shall conduct weekly meetings to brief Government personnel and/or contractors regarding the progress of design and construction of the Government-demised area. Such meetings shall be held at a location to be designated by the Government.

**3.19 CONSTRUCTION INSPECTIONS**

A. Construction inspections will be made periodically by the Contracting Officer and/or designated technical representatives to review compliance with the SFO requirements and the final working drawings.

B. Periodic reviews, tests, and inspections by the Government are not to be interpreted as resulting in any approval of the Lessor's apparent progress toward meeting the Government's objectives but are intended to discover any information which the Contracting Officer may be able to call to the Lessor's attention to prevent costly misdirection of effort. The Lessor shall remain completely responsible for designing, constructing, operating, and maintaining the building in full accordance with the requirements of this SFO.

## 4.0 GENERAL ARCHITECTURE

### 4.1 QUALITY AND APPEARANCE OF BUILDING EXTERIOR (SEP 2000)

The space offered shall be located in a modern building with a facade of stone, marble, brick, stainless steel, aluminum, or other permanent materials in good condition acceptable to the Contracting Officer. If not in a new office building, the space offered shall be in a building that has undergone, or will complete by occupancy, first class restoration or adaptive reuse for office space with modern conveniences. If the restoration work is underway or proposed, then architectural plans acceptable to the Contracting Officer shall be submitted as part of the offer. The building shall be compatible with its surroundings. Overall, the building shall project a professional and aesthetically-pleasing appearance including an attractive front and entranceway. The building shall have energy-efficient windows or glass areas consistent with the structural integrity of the building, unless not appropriate for intended use. The facade, downspouts, roof trim, and window casing shall be clean and in good condition.

### 4.2 CONSTRUCTION WASTE MANAGEMENT (SEP 2000)

A. Recycling construction waste means providing all services necessary to furnish construction materials or wastes to organizations which will employ these materials or wastes in the production of new materials. Recycling includes required labor and equipment necessary to separate individual materials from the assemblies of which they form a part.

B. The Offeror shall submit to the Government a proposal to dispose of or recycle construction waste. Where the small quantity of material, the extraordinarily complex nature of the waste disposal method, or prohibitive expense for recycling would represent a genuine hardship, the Government may permit alternative means of disposal. This requirement shall also apply to subsequent alterations under the lease. For those having difficulty finding a list of construction waste haulers, you can refer to GSA web At http://cwm@gsa.gov.

C. The Lessor shall recycle the following items during both the demolition and construction phases of the project, subject to economic evaluation and feasibility:

1. ceiling grid and tile;
2. light fixtures, including proper disposal of any transformers, ballasts, and fluorescent light bulbs;
3. duct work and HVAC equipment;
4. wiring and electrical equipment;
5. aluminum and/or steel doors and frames;
6. hardware;
7. drywall;
8. steel studs;
9. carpet, carpet backing, and carpet padding;
10. wood;
11. insulation;
12. cardboard packaging;
13. pallets;
14. windows and glazing materials;
15. all miscellaneous metals (as in steel support frames for filing equipment); and
16. all other finish and construction materials.

D. If any waste materials encountered during the demolition or construction phase are found to contain lead, asbestos, polychlorinated biphenyls (PCB's) (such as fluorescent lamp ballasts), or other harmful substances, they shall be handled and removed in accordance with federal and state laws and requirements concerning hazardous waste.

E. In addition to providing "one-time" removal and recycling of large-scale demolition items such as carpeting or drywall, the Lessor shall provide continuous facilities for the recycling of incidental construction waste during the initial construction.

F. Construction materials recycling records shall be maintained and shall be accessible to the Contracting Officer. Records shall include materials recycled or landfilled, quantity, date, and identification of hazardous wastes.

### 4.3 EXISTING FIT-OUT, SALVAGED, OR RE-USED BUILDING MATERIAL (SEP 2000)

A. Items and materials existing in the offered space, or to be removed from the offered space during the demolition phase, are eligible for reuse in the construction phase of the project. The reuse of items and materials is preferable to recycling them; however, items considered for reuse shall be in refurbishable condition and shall meet the quality standards set forth by the Government in this SFO. In the absence of definitive quality standards, the Lessor shall ensure that the quality of the item(s) in question shall meet or exceed accepted industry or trade standards for first quality commercial grade applications.

B. The Lessor shall submit a ... ..se plan to the Contracting Officer. The Government w... .iot pay for existing fixtures and other Tenant Improvements accepted in place. However, the Government will reimburse the Lessor, as part of the Tenant Improvement Allowance, the costs to repair or improve such fixtures or improvements identified on the reuse plan and approved by the Contracting Officer.

**4.4 INDOOR AIR QUALITY DURING CONSTRUCTION (SEP 2000)**

A. The Lessor shall provide to the Government material safety data sheets (MSDS) upon request for the following products prior to their installation or use: adhesives, caulking, sealants, insulating materials, fireproofing or firestopping materials, paints, carpets, floor and wall patching or leveling materials, lubricants, clear finish for wood surfaces, and janitorial cleaning products.

B. The Contracting Officer may eliminate from consideration products with significant quantities of toxic, flammable, corrosive, or carcinogenic material and products with potential for harmful chemical emissions. Materials used often or in large quantities will receive the greatest amount of review.

C. All MSDS shall comply with Occupational Safety and Health Administration (OSHA) requirements. The Lessor and its agents shall comply with all recommended measures in the MSDS to protect the health and safety of personnel.

D. To the greatest extent possible, the Lessor shall sequence the installation of finish materials so that materials that are high emitters of volatile organic compounds (VOC) are installed and allowed to cure before installing interior finish materials, especially soft materials that are woven, fibrous, or porous in nature, that may adsorb contaminants and release them over time.

E. Where demolition or construction work occurs adjacent to occupied space, the Lessor shall erect appropriate barriers (noise, dust, odor, etc.) and take necessary steps to minimize interference with the occupants. This includes maintaining acceptable temperature, humidity, and ventilation in the occupied areas during window removal, window replacement, or similar types of work.

F. A final flush-out period of 48 hours to 72 hours shall be provided before occupancy. The Lessor shall ventilate with 100 percent outside air at the recommended air change rate during installation of materials and finishes. Refer to the latest edition of American Society of Heating, Refrigerating, and Air Conditioning Engineers, Inc. ANSI/(ASHRAE) Standard 62, *Ventilation for Acceptable Indoor Air Quality*. If outside air would cause unacceptable inside temperature levels, humidity levels, and/or air quality, an alternate ventilation plan may be submitted to the Contracting Officer for approval.

**4.5 WORK PERFORMANCE (SEP 2000)**

All work in performance of this lease shall be done by skilled workers or mechanics and shall be acceptable to the Contracting Officer. The Contracting Officer retains the right to reject the Lessor's workers 1) if such are either unlicensed, unskilled, or otherwise incompetent or 2) if such have demonstrated a history of either untimely or otherwise unacceptable performance in connection with work carried out in conjunction with either this contract or other Government or private contracts.

**4.6 BUILDING SYSTEMS (JAN 1997)**

Whenever requested, the Lessor shall furnish at no cost to GSA a report by a registered professional engineer(s) showing that the building and its systems as designed and constructed will satisfy the requirements of this lease.

**4.7 SPACE EFFICIENCY (SEP 2000)**

The design of the space offered shall be conducive to efficient layout and good utilization as determined by the Government at its sole discretion.

**4.8 FLOOR PLANS AFTER OCCUPANCY**

Within 30 days after occupancy, as-built mylar reproducible full floor plans, scaled at 1/8" = 1'-0", showing the space under lease, as well as corridors, stairways, and core areas, shall be provided to the Contracting Officer.

**4.9 CAD AS-BUILT FLOOR PLANS (SEP 2000)**

Computer-Aided Design (CAD) files of as-built floor plans showing the space under lease, as well as corridors, stairways, and core areas, shall be provided to the Contracting Officer along with the mylar drawings required in the "Floor Plans After Occupancy" paragraph in the GENERAL ARCHITECTURE section of this SFO. The plans shall have been generated by a CAD program which is compatible with the latest release of AutoCAD. The required file extension is .DWG. Clean and purged files shall be submitted on 3-1/2-inch double-sided, high density diskettes, or, if approved by the Contracting Officer, on CD-ROM or QIC (1/4-inch cartridge) tape. They shall be labeled with building name, address, list of drawing(s), date of the drawing(s), and Lessor's architect and phone number. The Lessor's operator shall demonstrate the submission on GSA equipment, if requested by the Contracting Officer.

**4.10 FLOORS AND FLOOR LOAD (SEP 2000)**

All adjoining floor areas shall be 1) of a common level not varying more than 1/4 inch over a 10-foot, 0-inch horizontal run in accordance with the American Concrete Institute standards, 2) non-slip, and 3) acceptable to the Contracting Officer. Underfloor surfaces shall be smooth and level. Office areas shall have a minimum live load capacity of 50 pounds per ANSI/BOMA Office Area square foot plus 20 pounds per ANSI/BOMA Office Area square foot for moveable partitions. Storage areas shall have a minimum live load capacity of 100 pounds per ANSI/BOMA Office Area square foot including moveable partitions. A report showing the floor load capacity, at no cost to the Government, by a registered professional engineer may be required. Calculations and structural drawings may also be required.

**4.11 EXITS AND ACCESS (SEP 1991)**

The doors at both public and main employee entrances must be heavy duty tempered glass that meets all local codes and NFPA requirements. Vestibule and door arrangements must meet ADA and NFPA requirements. Walk-off mats shall be provided at all exits that open to the

exterior. Mats shall be spot clea... and/or shampooed as required during the term of the le... The Lessor is responsible for the placement, removal, and storage.

4.12 **WINDOWS (SEP 2000)**

A. Office space shall have windows in each exterior bay unless waived by the Contracting Officer.

B. All windows shall be weather-tight. Operable windows that open shall be equipped with locks. Off-street, ground level windows and those accessible from fire escapes, adjacent roofs, and other structures that can be opened shall be fitted with a sturdy locking device.

C. Lessor to provide protective measures against physical damage to the building by automobiles (i.e. bollards, guard rails, etc) to be approved by the Contracting Officer. Site plans will be reviewed by the Government to approve the locations of security blockades.

4.13 **ACCESSIBILITY (SEP 2000)**

The building, leased space, and areas serving the leased space shall be accessible to persons with disabilities in accordance with both the ADAAG (36 CFR Part 1191, App. A) and the UFAS (41 CFR Part 101-19.6, App. A). Where standards conflict, the more stringent shall apply.

4.14 **LANDSCAPING (SEP 2000)**

A. Where conditions permit, the site shall be landscaped for low maintenance and water conservation with plants that are either native or well-adapted to local growing conditions.

B. Landscape management practices shall prevent pollution by:

1. employing practices which avoid or minimize the need for fertilizers and pesticides;
2. prohibiting the use of the 2,4-Dichlorophenoxyacetic Acid (2,4-D) herbicide and organophosphates; and
3. composting/recycling all yard waste.

C. The Lessor shall use landscaping products with recycled content as required by Environmental Protection Agency's (EPA's) Comprehensive Procurement Guidelines (CPG) for landscaping products. Refer to EPA's CPG web site, *www.epa.gov/cpg.*

D. The Contracting Officer shall approve the landscaping to be provided.

## 5.0 ARCHITECTURAL FINISHES

### 5.1 RECYCLED CONTENT PRODUCTS (COMPREHENSIVE PROCUREMENT GUIDELINES) (SEP 2000)

A. The Lessor shall comply to the extent feasible with the Resource Conservation and Recovery Act (RCRA), Section 6002, 1976. The Lessor shall use recycled content products as indicated in this SFO and as designated by the U.S. Environmental Protection Agency (EPA) in the Comprehensive Procurement Guidelines (CPG), 40 CFR Part 247, and its accompanying Recovered Materials Advisory Notice (RMAN). The CPG lists the designated recycled content products. EPA also provides recommended levels of recycled content for these products. The list of designated products, EPA's recommendations, and lists of manufacturers and suppliers of the products can be found at the *www.epa.gov/cpg/products.htm* web site.

B. The Offeror, if unable to comply with both the CPG and RMAN lists, shall submit a request for waiver for each material to the Contracting Officer with initial offers. The request for waiver shall be based on the following criteria:

1. the cost of the recommended product is unreasonable;
2. inadequate competition exists;
3. items are not available within a reasonable period of time; and
4. items do not meet the SFO's performance standards.

### 5.2 ENVIRONMENTALLY PREFERABLE BUILDING PRODUCTS AND MATERIALS (SEP 2000)

A. The Lessor shall use environmentally preferable products and materials where economically feasible. Environmentally preferable products have a lesser or reduced effect on human health and the environment when compared to other products and services that serve the same purpose.

B. Refer to EPA's environmentally preferable products web site, *www.epa.gov/opptintr/epp*. In general, environmentally preferable products and materials do one or more of the following:

1. contain recycled material, are biobased, or have other positive environmental attributes;
2. minimize the consumption of resources, energy, or water;
3. prevent the creation of solid waste, air pollution, or water pollution; and
4. promote the use of non-toxic substances and avoid toxic materials or processes.

### 5.3 LAYOUT, FINISHES, AND COLORBOARDS (SEP 2000)

A. All building finishes shall be for first class, modern space.

B. The Lessor shall consult with the Contracting Officer prior to developing a minimum of **six (6)** color boards to include coordinated samples of finishes for all interior elements such as paint, wall coverings, base coving, carpet, window treatments, laminates, and vinyl flooring. All samples provided shall be in compliance with specifications set forth elsewhere in this SFO. Required color boards shall be provided within **seven (7)** working days from date of lease award. The color boards shall be approved by GSA prior to installation. Upon review with the Tenant Agency(ies), a selection of ONE color board shall be made within 7 working days, and unless otherwise specified prior to lease award, the Offeror may assume that ONE color board will be accepted for all finishes in the entire space under lease. No substitutes may be made by the Lessor after the color selections are made.

### 5.4 WOOD PRODUCTS (SEP 2000)

A. For all new installations of wood products, the Lessor is encouraged to use independently certified forest products. For information on certification and certified wood products, refer to the Forest Stewardship Council United States web site (*www.fscus.org/*) or the Certified Forest Products Council web site (*www.certifiedwood.org/*).

B. New installations of wood products used under this contract shall not contain wood from endangered wood species, as listed by the Convention on International Trade in Endangered Species. The list of species can be found at the following web site: *www.certifiedwood.org/Resources/CITES/CITESContent.html.*

C. Particle board, strawboard, and plywood materials shall comply with Department of Housing and Urban Development (HUD) standards for formaldehyde emission controls. Plywood materials shall not emit formaldehyde in excess of 0.2 parts per million (ppm), and particleboard materials shall not emit formaldehyde in excess of 0.3 ppm.

### 5.5 ADHESIVES AND SEALANTS (SEP 2000)

All adhesives employed on this project (including, but not limited to, adhesives for carpet, carpet tile, plastic laminate, wall coverings, adhesives for wood, or sealants) shall be those with the lowest possible VOC content below 20 grams per liter and which meet the requirements of the manufacturer of the products adhered or involved. The Lessor shall use adhesives and sealants with no formaldehyde or heavy metals.

### 5.6 INSULATION: THERMAL, ACOUSTIC, AND HVAC (SEP 2000)

A. All insulation products shall contain recovered materials as required by EPA's CPG and related recycled content recommendations.

B. No insulation installed with this project shall be material manufactured using chlorofluorocarbons (CFC's), nor shall CFC's be used in the installation of the product.

C. All insulation containing fibr... materials exposed to air flow shall be rated for that expos... or shall be encapsulated.

D. Insulating properties for all materials shall meet or exceed applicable industry standards. Polystyrene products shall meet American Society for Testing and Materials (ASTM) C578-91.

**5.7 CEILINGS (SEP 2000)**

A. Ceilings shall be at least 9 feet and no more than 11 feet measured from floor to the lowest obstruction. Areas with raised flooring shall maintain these ceiling height limitations above the finished raised flooring. Bulkheads and hanging or surface-mounted light fixtures which impede traffic ways shall be avoided. Ceilings shall be uniform in color and appearance throughout the leased space, with no obvious damage to tiles or grid.

B. Ceilings shall have a minimum noise reduction coefficient (NRC) of 0.60 throughout the Government-demised area.

C. Prior to closing the ceiling, the Lessor shall coordinate with the Government for the installation of any items above the ceiling.

D. Should the ceiling be installed in the Government-demised area prior to the Tenant Improvements, then the Lessor shall be responsible for all costs in regard to the disassembly, storage during alterations, and subsequent re-assembly of any of the ceiling components which may be required to complete the Tenant Improvements. The Lessor shall also bear the risk for any damage to the ceiling or any components thereof during the alterations.

E. Ceilings shall be a flat plane in each room and shall be suspended with ample light fixtures and finished as follows unless an alternate equivalent is pre-approved by the Contracting Officer:

1. *Restrooms.* Plaster or pointed and taped gypsum board.

2. *Offices and Conference Rooms.* Mineral and acoustical tile or lay in panels with textured or patterned surface and tegular edges or an equivalent pre-approved by the Contracting Officer. Tiles or panels shall contain recycled content.

3. *Corridors and Eating/Galley Areas.* Plaster or pointed and taped gypsum board or mineral acoustical tile.

**5.8 WALL COVERINGS (SEP 2000)**

A. <u>BUILDING SHELL</u>:

1. *Physical Requirements.*

a. Prior to occupancy, all restrooms within the building common areas of Government-occupied floors shall have 1) ceramic tile in splash areas and 2) vinyl wall covering not less than 13 ounces per square yard as specified in Federal Specification (FS) CCC-W-408C on remaining wall areas or an equivalent pre-approved by the Contracting Officer.

b. Prior to occupancy, all elevator areas which access the Government-demised area and hallways accessing the Government-demised area shall be covered with vinyl wall coverings not less than 22 ounces per square yard as specified in FS CCC-W-408C or an equivalent pre-approved by the Contracting Officer.

2. *Replacement.* All wall covering shall be maintained in "like new" condition for the life of the lease. Wall covering shall be replaced or repaired at the Lessor's expense any time during the Government's occupancy if it is torn, peeling or permanently stained; the ceramic tile in the restrooms shall be replaced or repaired if it is loose, chipped, broken, or permanently discolored. All repair and replacement work shall be done after working hours.

B. <u>TENANT IMPROVEMENT INFORMATION</u>:

1. In the event the Government chooses to install wall covering as part of the Tenant Improvement Allowance, the minimum standard is established as vinyl or polyolefin commercial wall covering weighing not less that 13 ounces per square yard as specified in FS CCC-W-408C or equivalent. The finish shall be pre-approved by the Contracting Officer.

2. All wall covering in the Government-demised area shall be maintained in "like new" condition for the life of the lease. Repair or replacement of wall covering shall be at the Lessor's expense and shall include the moving and returning of furnishings, (except where wall covering has been damaged due to the negligence of the Government), any time during the occupancy by the Government if it is torn, peeling, or permanently stained. All repair and replacement work shall be done after working hours.

C. <u>SAMPLES</u>:
The Lessor shall provide at least six (6) samples of each type of wall covering to be installed for selection by the Contracting Officer within seven (7) working days from date of lease award.

**5.9 PAINTING (SEP 2000)**

A. <u>BUILDING SHELL</u>:

1. The Lessor shall bear the expense for all painting associated with the building shell. These areas shall include all common areas. Exterior perimeter walls and interior core walls within the Government-demised area shall be spackled and prime painted with low VOC primer. If any building shell areas are already painted prior to Tenant Improvements, then the Lessor shall repaint, at the Lessor's expense, as necessary during Tenant Improvements.

2. Public areas shall be painted at least every 3 years.

B. <u>TENANT IMPROVEMENT INFORMATION</u>:

1. Prior to occupancy, all surfaces within the Government-demised area which are designated by GSA for painting shall be newly finished in colors acceptable to GSA.

2. Where feasible, reprocessed or consolidated latex paint with zero or low VOC sha.. be used in accordance with EPA's CPG on all painted surfaces. The type of paint shall be acceptable to the Contracting Officer. The Lessor shall follow the manufacturer's recommendations for the application and maintenance of all paint products.

3. Painted surfaces shall be repainted at the Lessor's expense, including the moving and returning of furnishings, any time during the occupancy by the Government if it is peeling or permanently stained, except where damaged due to the negligence of the Government. All work shall be done after normal working hours as defined elsewhere in this SFO.

4. If the Government desires cyclical repainting during the term of the lease, the cost will be borne by the Tenant Agency.

**5.10 DOORS: EXTERIOR (SEP 2000)**

A. BUILDING SHELL:

1. Exterior doors shall be provided at the Lessor's expense unless explicitly requested by the Government in addition to those provided by the Lessor. Exterior doors shall be weather-tight and shall open outward. Hinges, pivots, and pins shall be installed in a manner which prevents removal when the door is closed and locked.

2. These doors shall have a minimum clear opening of 32" wide x 80" high (per leaf). Doors shall be heavy-duty, flush, 1) hollow steel construction, 2) solid-core wood, or 3) insulated tempered glass. As a minimum requirement, hollow steel doors shall be fully insulated, flush, #16-gauge hollow steel. Solid-core wood doors and hollow steel doors shall be at least 1-3/4 inches thick. Door assemblies shall be of durable finish and shall have an aesthetically pleasing appearance acceptable to the Contracting Officer. The opening dimensions and operations shall conform to the governing building, fire safety, accessibility for the disabled, and energy codes and/or requirements.

**5.11 DOORS: SUITE ENTRY (SEP 2000)**

A. TENANT IMPROVEMENT INFORMATION:

Suite entry doors shall be provided as part of the Tenant Improvements at the Government's expense and shall have a minimum clear opening of 32" wide x 84" high (per leaf). Doors shall meet the requirements of being a flush, solid-core, 1-3/4-inch thick, wood door with a natural wood veneer face or an equivalent pre-approved by the Contracting Officer. Hollow core wood doors are not acceptable. They shall be operable by a single effort and shall be in accordance with *National Building Code* requirements. Doors shall be installed in a metal frame assembly, finished with a semi-gloss oil based paint finish.

**5.12 DOORS: INTERIOR (SEP 2000)**

A. TENANT IMPROVEMENT INFORMATION:

Doors within the Government-demised area shall be provided as part of the Tenant Improvements at the Government's expense and shall have a minimum clear opening of 32" wide x 80" high. Doors shall meet the requirements of being a flush, solid-core, wood door with a natural wood veneer face or an equivalent pre-approved by the Contracting Officer. Hollow core wood doors are not acceptable. They shall be operable with a single effort and shall be in accordance with *National Building Code* requirements. Doors shall be installed in a metal frame assembly, primed and finished with a low VOC semi-gloss oil based paint with no formaldehyde.

**5.13 DOORS: HARDWARE (SEP 2000)**

A. BUILDING SHELL:

Doors shall have door handles or door pulls with heavyweight hinges. All doors shall have corresponding door stops (wall- or floor-mounted) and silencers. All public use doors and toilet room doors shall be equipped with kick plates. Exterior doors and all common area doors shall have automatic door closers. All building exterior doors shall have locking devices installed to reasonably deter unauthorized entry. Properly rated and labeled fire door assemblies shall be installed on all fire egress doors.

B. TENANT IMPROVEMENT INFORMATION:

Doors shall have door handles or door pulls with heavy-weight hinges. All doors shall have corresponding door stops (wall- or floor-mounted) and silencers. All door entrances leading into the Government-demised area from public corridors and exterior doors shall have automatic door closers. Doors designated by the Government shall be equipped with 5-pin, tumbler cylinder locks, and strike plates. All locks shall be master keyed. The Government shall be furnished with at least two master keys for each lock. All office keys must be stamped/marked "Do Not Duplicate."

**5.14 DOORS: IDENTIFICATION (SEP 2000)**

A. BUILDING SHELL:

All signage required in common areas unrelated to tenant identification shall be provided and installed at the Lessor's expense.

B. TENANT IMPROVEMENT INFORMATION:

Door identification shall be installed in approved locations adjacent to office entrances as part of the Tenant Improvement Allowance. The form of door identification shall be approved by the Contracting Officer.

**5.15 PARTITIONS: GENERAL (SEP 2000)**

A. BUILDING SHELL:

Partitions in public areas shall be marble, granite, hardwood, sheetrock covered with durable vinyl wall covering, or an equivalent pre-approved by the Contracting Officer.

**5.16 PARTITIONS: PERMANENT (SEP 2000)**

A. BUILDING SHELL:

Permanent partitions shall extend from the structural floor slab to the structural ceiling slab. They shall be provided by the Lessor at the Lessor's expense as necessary to surround the Government-demised area, stairs, corridors, elevator shafts, toilet rooms, all columns, and

janitor closets. They shall have a flame spread rating of 25 or less and a smoke development rating of 50 or less (ASTM E-84). Stairs, elevators, and other floor openings shall be enclosed by partitions and shall have the fire resistance required by National Fire Protection Association (NFPA) Standard 101, *Life Safety Code*.

**5.17 PARTITIONS: SUBDIVIDING**

A. TENANT IMPROVEMENT INFORMATION:

1. Office subdividing partitions shall comply with applicable building codes and local requirements and shall be provided at the expense of the Government. Partitioning shall extend from the finished floor to the finished ceiling and shall be designed to provide a sound transmission class (STC) of 40. Partitioning shall be installed by the Lessor at locations to be determined by the Government as identified in the design intent drawings. They shall have a flame spread rating of 25 or less and a smoke development rating of 50 or less (ASTM E-84).

2. HVAC shall be rebalanced and lighting repositioned, as appropriate, after installation of partitions.

3. Partitioning requirements may be met with existing partitions if they meet the Government's standards and layout requirements.

**5.18 FLOOR COVERING AND PERIMETERS (SEP 2000)**

A. BUILDING SHELL:

1. Exposed interior floors in primary entrances and lobbies shall be marble, granite, terrazzo, or an equivalent pre-approved by the Contracting Officer. Exposed interior floors in secondary entrances, elevator lobbies, and primary interior corridors shall be high-grade carpet, marble, granite, terrazzo, durable vinyl composite tile, or an equivalent pre-approved by the Contracting Officer. Resilient flooring, or an equivalent pre-approved by the Contracting Officer, shall be used in telecommunications rooms. Floor perimeters at partitions shall have wood, rubber, vinyl, marble, carpet base, or an equivalent pre-approved by the Contracting Officer.

2. Terrazzo, unglazed ceramic tile, recycled glass tile, and/or quarry tile shall be used in all toilet and service areas unless another covering is pre-approved by the Contracting Officer.

3. *Carpet – Repair or Replacement.*
   a. Except when damaged by the Government, the Lessor shall repair or replace carpet at the Lessor's expense at any time during the lease term when:

      i. backing or underlayment is exposed;
      ii. there are noticeable variations in surface color or texture; or
      iii. tears and tripping hazards are present.

   b. Repair or replacement shall include the moving and returning of furnishings. Work shall be performed after normal working hours as defined elsewhere in this SFO.

4. *Resilient Flooring – Repair or Replacement.*
   a. Except when damaged by the Government, the Lessor shall repair or replace resilient flooring at the Lessor's expense at any time during the lease term when:

      i. It has curls, upturned edges, or other noticeable variations in texture.

   b. Repair or replacement shall include the moving and returning of furnishings. Work shall be performed after normal working hours as defined elsewhere in this SFO.

B. TENANT IMPROVEMENT INFORMATION:

1. Floor covering shall be either carpet or resilient flooring, as specified in the Government's design intent drawings. Floor perimeters at partitions shall have wood, rubber, vinyl, carpet base, or an equivalent pre-approved by the Contracting Officer.

2. The use of existing carpet may be approved by the Contracting Officer; however, existing carpet shall be repaired, stretched, and cleaned before occupancy and shall meet the static buildup requirement for new carpet.

3. If the Government requires restrooms and/or shower rooms in the Government-demised area, floor covering shall be terrazzo, unglazed ceramic tile, and/or quarry tile.

4. *Installation.* Floor covering shall be installed in accordance with manufacturing instructions to lay smoothly and evenly.

5. *Samples.* When floor covering is to be newly installed or changed, the Lessor shall provide the Government with a minimum of **six** (6) different color samples of each type of floor covering. The sample and color shall be approved by GSA prior to installation. No substitutes may be made by the Lessor after sample selection.

**5.19 CARPET (SEP 2000)** – TENANT IMPROVEMENT INFO

The government will require new commercial carpet and must meet the following specifications:

1. *Environmental Requirements.* The Lessor shall use carpet that meets the "Green Label" requirements of the Carpet and Rug Institute unless an exception is granted by the Contracting Officer.

2. *Carpet Pile Construction.* Carpet pile construction shall be tufted level loop, level cut pile, or level cut/uncut pile.

3. *Pile Weight.* Pile weight shall be a minimum of 26 ounces per square yard for level loop and cut pile. Pile weight shall be a minimum of 26 ounces per square yard for plush and twist.

4. *Secondary Back.* The secondary back shall be polyvinyl chloride, ethylene vinyl acetate, polyurethane, polyethylene, bitumen, or olefinic hardback reinforced with fiberglass.

5. *Total Weight.* Total weight shall be a minimum of 130 ounces per square yard.

6. *Density.* The density shall be 100 percent nylon (loop and cut pile) with a minimum of 4,000; other fibers, including blends and combinations with a minimum of 4,500.

7. *Pile Height.* The minimum pile height shall be 1/8 inch. The combined thickness of the pile, cushion, and backing height shall not exceed 1/2 inch (13 mm).

8. *Static Buildup.* Static buildup shall be a maximum of 3.5 kilovolt, when tested in accordance with AATCC-134.

9. *Carpet Construction.* Carpet construction shall be a minimum of 64 tufts per square inch.

**5.20 ACOUSTICAL REQUIREMENTS (SEP 2000)**

A. BUILDING SHELL:

1. *Reverberation Control.* Ceilings in carpeted space shall have a noise reduction coefficient (NRC) of not less than 0.55 in accordance with ASTM C-423. Ceilings in offices, conference rooms, and corridors having resilient flooring shall have an NRC of not less than 0.65.

2. *Ambient Noise Control.* Ambient noise from mechanical equipment shall not exceed noise criteria curve (NC) 35 in accordance with the ASHRAE *Handbook of Fundamentals* in offices and conference rooms; NC 40 in corridors, cafeterias, lobbies, and toilets; NC 50 in other spaces.

3. *Noise Isolation.* Rooms separated from adjacent spaces by ceiling-high partitions (not including doors) shall not be less than the following noise isolation class (NIC) standards when tested in accordance with ASTM E-336:

   a. Conference rooms NIC 40

   b. Offices NIC 35

4. *Testing.*

   a. The Contracting Officer may require, at no cost to the Government, test reports by a qualified acoustical consultant showing that acoustical requirements have been met.

   b. The requirements of this paragraph shall take precedence over any additional specifications in this SFO if there is a conflict.

**5.21 WINDOW COVERINGS (SEP 2000)**

A. TENANT IMPROVEMENT INFORMATION:

1. *Window Blinds.* All exterior windows shall be equipped with window blinds in new or like new condition, which shall be provided as part of the Tenant Improvement Allowance. The blinds may be aluminum or plastic vertical blinds or horizontal blinds with aluminum slats of 1-inch width or less or an equivalent pre-approved by the Contracting Officer. The window blinds shall have non-corroding mechanisms and synthetic tapes. Color selection will be made by the Contracting Officer.

## 6.0 MECHANICAL, ELECTRICAL, PLUMBING

**6.1 MECHANICAL, ELECTRICAL, PLUMBING: GENERAL (SEP 2000)**

A. BUILDING SHELL:

The Lessor shall provide and operate all building equipment and systems in accordance with applicable technical publications, manuals, and standard procedures. Mains, lines, and meters for utilities shall be provided by the Lessor. Exposed ducts, piping, and conduits are not permitted in office space.

**6.2 ENERGY COST SAVINGS (SEP 2000)**

A. The Offeror is encouraged to use 1) Energy Savings Performance Contracts (ESPC) or 2) utility agreements to achieve, maintain, and/or exceed the ENERGY STAR Benchmark Score of 75. The Offeror is encouraged to include shared savings in the offer as a result of energy upgrades where applicable. The ENERGY STAR Online Benchmark Tool can be found at the *www.epa.gov/energystar* web site.

B. All new construction shall achieve an ENERGY STAR Building Label within 1 year after reaching 95 percent occupancy and will continue to retain the ENERGY STAR Building Label if the level of performance is maintained.

C. The Offeror may obtain a list of energy service companies qualified under the Energy Policy Act to perform ESPC, as well as additional information on cost-effective energy efficiency, renewables, and water conservation. For the ESPC qualified list, refer to the *www.eren.doe.gov/femp* web site, or call the FEMP Help Desk at 1-800-566-2877.

**6.3 DRINKING FOUNTAINS (SEP 2000)**

A. BUILDING SHELL:

The Lessor shall provide, on each floor of office space, a minimum of one chilled drinking fountain within every 150 feet, 0 inches of travel distance.

**6.4 TOILET ROOMS (SEP 2000)**

A. BUILDING SHELL:

1. Separate toilet facilities for men and women shall be provided on each floor occupied by the Government in the building. The facilities shall be located so that employees will not be required to travel more than 200 feet, 0 inches on one floor to reach the toilets. Each toilet room shall have sufficient water closets enclosed with modern stall partitions and doors, urinals (in men's room), and hot (set in accordance with applicable building codes) and cold water. Water closets and urinals shall not be visible when the exterior door is open.

2. Each main toilet room shall contain the following equipment:

   a. a mirror above the lavatory;

   b. a toilet paper dispenser in each water closet stall, that will hold at least two rolls and allow easy, unrestricted dispensing;

   c. a coat hook on the inside face of the door to each water closet stall and on several wall locations by the lavatories;

   d. at least one modern paper towel dispenser, soap dispenser, and waste receptacle for every two lavatories;

   e. a coin-operated sanitary napkin dispenser in women's toilet rooms with a waste receptacle for each water closet stall;

   f. ceramic tile, recycled glass tile, or comparable wainscot from the floor to a minimum height of 4 feet, 6 inches;

   g. a disposable toilet seat cover dispenser; and

   h. a counter area of at least 2 feet in length, exclusive of the lavatories (however, it may be attached to the lavatories) with a mirror above and a ground fault interrupt-type convenience outlet located adjacent to the counter area.

   i. Floordrains in restrooms

   j. Door Kickplates

B. If newly installed, toilet partitions shall be made from recovered materials as listed in EPA's CPG.

**6.5 TOILET ROOMS: FIXTURE SCHEDULE (SEP 2000)**

A. BUILDING SHELL:

1. The toilet fixture schedule specified below shall be applied to each full floor based on one person for each 135 ANSI/BOMA Office Area square feet of office space in a ratio of __________ percent men and __________ percent women.

2. Refer to the schedule separately for each sex.

| NUMBER OF MEN*/WOMEN | WATER CLOSETS | LAVATORIES |
|---|---|---|
| 1 - 15 | 1 | 1 |
| 16 - 35 | 2 | 2 |
| 36 - 55 | 3 | 3 |
| 56 - 60 | 4 | 3 |
| 61 - 80 | 4 | 4 |
| 81 - 90 | 5 | 4 |
| 91 - 110 | 5 | 5 |
| 111 - 125 | 6 | 5 |
| 126 - 150 | 6 | ** |
| > 150 | *** | |

* In men's facilities, urinals may be substituted for 1/3 of the water closets specified.

** Add one lavatory for each 45 additional employees over 125.

*** Add one water closet for each 40 additional employees over 150.

3. For new installations:

   a. Water closets shall not use more than 1.6 gallons per flush.

   b. Urinals shall not use more than 1.0 gallons per flush.

   c. Faucets shall not use more than 2.5 gallons per minute at a flowing water pressure of 80 pounds per square inch.

SFO NO. GS-05B-17564
10/13/04

INITIALS: GK & __________
LESSOR GOV'T

**6.6 JANITOR CLOSETS (SEP 2000)**

A. BUILDING SHELL:

Janitor closets with service sink, hot and cold water, and ample storage for cleaning equipment, materials, and supplies shall be provided on all floors. Each janitor closet door shall be fitted with an automatic deadlocking latch bolt with a minimum throw of 1/2 inch.

**6.7 HEATING AND AIR CONDITIONING (SEP 2000)**

A. BUILDING SHELL:

1. Temperatures shall conform to local commercial equivalent temperature levels and operating practices in order to maximize tenant satisfaction. These temperatures shall be maintained throughout the leased premises and service areas, regardless of outside temperatures, during the hours of operation specified in the lease.

2. During non-working hours, heating temperatures shall be set no higher than 55° Fahrenheit, and air conditioning shall not be provided except as necessary to return space temperatures to a suitable level for the beginning of working hours. Thermostats shall be secured from manual operation by key or locked cage. A key shall be provided to the GSA Field Office Manager.

3. Simultaneous heating and cooling are not permitted.

4. Areas having excessive heat gain or heat loss, or affected by solar radiation at different times of the day, shall be independently controlled.

5. *Equipment Performance*. Temperature control for office spaces shall be assured by concealed central heating and air conditioning equipment. The equipment shall maintain space temperature control over a range of internal load fluctuations of plus 0.5 W/sq.ft. to minus 1.5 W/sq.ft. from initial design requirements of the tenant.

6. *HVAC Use During Construction*. The permanent HVAC system may be used to move both supply and return air during the construction process only if the following conditions are met:

   a. a complete air filtration system with 60 percent efficiency filters is installed and properly maintained;

   b. no permanent diffusers are used;

   c. no plenum-type return air system is employed;

   d. the HVAC duct system is adequately sealed to prevent the spread of airborne particulate and other contaminants; and

   e. following the building "flush-out," all duct systems are vacuumed with portable high-efficiency particulate arrestance (HEPA) vacuums and documented clean in accordance with National Air Duct Cleaners Association (NADCA) specifications.

7. *Ductwork Re-use and Cleaning*. Any ductwork to be reused and/or to remain in place shall be cleaned, tested, and demonstrated to be clean in accordance with the standards set forth by NADCA. The cleaning, testing, and demonstration shall occur immediately prior to Government occupancy to avoid contamination from construction dust and other airborne particulates.

8. *Insulation*. All insulation shall contain recovered materials as required by EPA's CPG and related recycled content recommendations.

9. The Lessor shall conduct HVAC system balancing after any HVAC system alterations during the term of the lease and shall make a reasonable attempt to schedule major construction outside of office hours.

B. TENANT IMPROVEMENT INFORMATION:

1. *Zone Control*. Individual thermostat control shall be provided for office space with control areas not to exceed 2,000 ANSI/BOMA Office Area square feet. Areas which routinely have extended hours of operation shall be environmentally controlled through dedicated heating and air conditioning equipment. Special purpose areas (such as photocopy centers, large conference rooms, computer rooms, etc.) with an internal cooling load in excess of 5 tons shall be independently controlled. Concealed package air conditioning equipment shall be provided to meet localized spot cooling of tenant special equipment. Portable space heaters are prohibited from use.

**6.8 VENTILATION (SEP 2000)**

A. During working hours in periods of heating and cooling, ventilation shall be provided in accordance with the latest edition of ANSI/ASHRAE Standard 62, *Ventilation for Acceptable Indoor Air Quality.*

and maintained with filters having a minimum efficiency rating as determined by ANSI/ASHRAE
ng *General Ventilation Air Cleaning Devices for Removal Efficiency by Particle Size*. Pre-filters shall be
:. Final filters shall be 80 percent to 85 percent efficient for particles at 3 microns.

the Government shall pay utilities, the following shall apply:

conomizer cycle shall be provided to all air handling equipment, and

a fully functional building automation system capable of control, regulation, and monitoring of all
g equipment. The building automation system shall be fully supported by a service and maintenance

INITIALS: ______ & ______

LESSOR GOV'T

**6.9 VENTILATION: TOILET ROOMS (DEC 1993)**
Toilet rooms shall be properly exhausted, with a minimum of 10 air changes per hour.

**6.10 ELECTRICAL: GENERAL (SEP 2000)**
The Lessor shall be responsible for meeting the applicable requirements of local codes and ordinances. When codes conflict, the more stringent standard shall apply. Main service facilities shall be enclosed. The enclosure may not be used for storage or other purposes and shall have door(s) fitted with an automatic deadlocking latch bolt with a minimum throw of 1/2 inch. Distribution panels shall be circuit breaker (bolt-on) type with 10 percent spare power load and circuits.

**6.11 ELECTRICAL: DISTRIBUTION (SEP 2000)**
A. BUILDING SHELL:
1. Main power distribution switchboards and distribution and lighting panel boards shall be circuit breaker (bolt-on) type with copper buses that are properly rated to provide the calculated fault circuits. All power distribution panel boards shall be supplied with separate equipment ground buses. All power distribution equipment shall be required to handle the actual specified and projected loads plus 10 percent spare load capacity. Distribution panels are required to accommodate circuit breakers for the actual calculated needs plus 10 percent spare circuits that will be equivalent to the majority of other circuit breakers in the panel system. All floors shall have 120/208 V, 3-phase, 4-wire with bond, 60 hertz electric service available.

2. Main distribution for standard office occupancy shall be provided at the Lessor's expense. In no event shall such power distribution (not including lighting and HVAC) for the Government-demised area fall below 7 W per ANSI/BOMA Office Area square foot.

3. Convenience outlets shall be installed in accordance with NFPA Standard 70, *National Electrical Code*, or local code, whichever is more stringent.

B. TENANT IMPROVEMENT INFORMATION:
1. All electrical, telephone, and data outlets within the Government-demised area shall be installed by the Lessor at the expense of the Government in accordance with the design intent drawings. All electrical outlets shall be installed in accordance with NFPA Standard 70, or local code, whichever is more stringent.

2. All tenant outlets shall be marked and coded for ease of wire tracing; outlets shall be circuited separately from lighting. All floor outlets shall be flush with the plane of the finished floor.

3. The Lessor shall ensure that outlets and associated wiring (for electricity, voice, and data) to the workstation(s) shall be safely concealed in partitions, ceiling plenums, in recessed floor ducts, under raised flooring, or by use of a method acceptable to the Contracting Officer. In any case, cable on the floor surface shall be minimized.

**6.12 ELECTRICAL: ADDITIONAL DISTRIBUTION SPECIFICATIONS**
If the Offeror proposes that building maintenance will be the responsibility of the Government, the Lessor shall provide duplex utility outlets in toilets, corridors, and dispensing areas for maintenance purposes at no cost to the Government. Fuses and circuit breakers shall be plainly marked or labeled to identify circuits or equipment supplied through them.

**6.13 TELECOMMUNICATIONS: DISTRIBUTION AND EQUIPMENT (SEP 2000)**
A. BUILDING SHELL:
1. Sufficient space shall be provided on the floor(s) where the Government occupies space for the purposes of terminating telecommunications service into the building. The building's telecommunications closets located on all floors shall be vertically-stacked. Telecommunications switchrooms, wire closets, and related spaces shall be enclosed. The enclosure shall not be used for storage or other purposes and shall have door(s) fitted with an automatic door-closer and deadlocking latch bolt with a minimum throw of 1/2 inch.

2. Telecommunications switchrooms, wire closets, and related spaces shall meet applicable Telecommunications Industry Association (TIA) and Electronic Industries Alliance (EIA) standards. These standards include the following:

   a. TIA/EIA-568A, *Commercial Building Telecommunications Cabling Standard*,

   b. TIA/EIA 569, *Commercial Building Standard for Telecommunications Pathways and Spaces*,

   c. TIA/EIA-570, *Residential and Light Commercial Telecommunications Wiring Standard*, and

   d. TIA/EIA-607, *Commercial Building Grounding and Bonding Requirements for Telecommunications Standard.*

3. Telecommunications switchrooms, wire closets, and related spaces shall meet applicable NFPA standards. Bonding and grounding shall be in accordance with NFPA Standard 70, *National Electrical Code*, and other applicable NFPA standards and/or local code requirements.

B. TENANT IMPROVEMENT INFORMATION:
Telecommunications floor or wall outlets shall be provided as required. At a minimum, each outlet shall house one 4-pair wire jack for voice and one 4-pair wire jack for data. The Lessor shall ensure that all outlets and associated wiring, copper, coaxial cable, optical fiber, or other transmission medium used to transmit telecommunications (voice, data, video, Internet, or other emerging technologies) service to the workstation shall be safely concealed under raised floors, in floor ducts, walls, columns, or molding. All outlets/junction boxes shall be provided with rings and pull strings to facilitate the installation of cable. Some transmission medium may require special conduit, inner duct, or shielding as specified by the Government.

**6.14 TELECOMMUNICATIONS: LOCAL EXCHANGE ACCESS (SEP 2000)**

A. BUILDING SHELL:

1. The Government reserves the right to contract its own telecommunications (voice, video, Internet or other emerging technologies) service in the space to be leased. The Government may contract with one or more parties to have inside wiring (or other transmission medium) and telecommunications equipment installed.

2. The Lessor shall allow the Government's designated telecommunications providers access to utilize existing building wiring to connect its services to the Government's space. If the existing building wiring is insufficient to handle the transmission requirements of the Government's designated telecommunications providers, the Lessor shall provide access from the point of entry into the building to the Government's floor space, subject to any inherent limitations in the pathway involved.

3. The Lessor shall allow the Government's designated telecommunications providers to affix telecommunications antennae (high frequency, mobile, microwave, satellite, or other emerging technologies), subject to weight and wind load conditions, to roof, parapet, or building envelope as required. Access from the antenna(e) to the leased space shall be provided.

4. The Lessor shall allow the Government's designated telecommunications providers to affix antennae and transmission devices throughout its leased space and in appropriate common areas frequented by the Government's employees so as to allow the use of wireless telephones and communications devices necessary to conduct business.

B. TENANT IMPROVEMENT INFORMATION:
Should the Government's security requirements require sealed conduit to house the telecommunications transmission medium, the Lessor shall provide such conduit at the expense of the Government.

**6.15 DATA DISTRIBUTION (SEP 2000)**

A. TENANT IMPROVEMENT INFORMATION:
The Lessor shall ensure that data outlets and the associated wiring used to transmit data to workstations shall be safely concealed in floor ducts, walls, columns, or below access flooring. The Lessor shall provide outlets, which shall include rings and pull strings to facilitate the installation of the data cable. When cable consists of multiple runs, the Lessor shall provide ladder-type cable trays to insure that provided cable does not come into contact with suspended ceilings. Cable trays shall form a loop around the perimeter of the Government-demised area such that they are within a 30-foot, 0-inch horizontal distance of any single drop.

**6.16 ELECTRICAL, TELEPHONE, DATA FOR SYSTEMS FURNITURE (SEP 2000)**

It is understood that the lessor is to provide all data, telecommunications, and electric wiring to the powerpoles distributed throughout the workspace according to the design intent drawings to be supplied later as part of the Tenant Improvement Allowance.

**6.17 ADDITIONAL ELECTRICAL CONTROLS**

If the Offeror proposes that the Government pay separately for electricity, no more than 500 square feet of office may be controlled by one switch or automatic light control for all space on the Government meter, either through a building automation system, time clock, occupant sensor, or other comparable system acceptable to the Contracting Officer.

**6.18 ELEVATORS (SEP 2000)**

A. The Lessor shall provide suitable passenger and freight elevator service to any Government-demised area not having ground level access. Service shall be available during the hours specified in the "Normal Hours" paragraph in the SERVICES, UTILITIES, MAINTENANCE section of this SFO. However, one passenger and one freight elevator shall be available at all times for Government use. The freight elevator shall be accessible to the loading areas. When possible, the Government shall be given 24-hour advance notice if the service is to be interrupted for more than 1-1/2 hours. Normal service interruption shall be scheduled outside of the Government's normal working hours. The Lessor shall also use best efforts to minimize the frequency and duration of unscheduled interruptions.

B. CODE:
Elevators shall conform to the current edition of the American Society of Mechanical Engineers ANSI/(ASME) A17.1, *Safety Code for Elevators and Escalators*, except that elevator cabs are not required to have a visual or audible signal to notify passengers during automatic recall. Elevator lobby smoke detectors shall not activate the building fire alarm system but shall signal the fire department or central station services and capture the elevators. The elevator shall be inspected and maintained in accordance with the current edition of the ANSI/ASME A17.2, *Inspectors' Manual for Elevators*. All elevators shall meet both the ADAAG and the UFAS requirements.

C. SAFETY SYSTEMS:
Elevators shall be equipped with telephones or other two-way emergency signaling systems. The system used shall be marked and shall reach an emergency communication location staffed during normal operating hours when the elevators are in service. When Government occupancy is 3 or more floors above grade, automatic elevator emergency recall is required.

D. SPEED:
The passenger elevators shall have a capacity to transport in 5 minutes 15 percent of the normal population of all upper floors (based on 150 square feet per person). Further, the dispatch interval between elevators during the up-peak demand period shall not exceed 35 seconds.

E. INTERIOR FINISHES:
Elevator cab walls shall be hardwood, marble, granite, or an equivalent pre-approved by the Contracting Officer. Elevator cab floors shall be marble, granite, terrazzo, or an equivalent pre-approved by the Contracting Officer.

**6.19 LIGHTING: INTERIOR AND PARKING (SEP 2000)**

BUILDING SHELL:

The Lessor shall provide interior lighting, as part of the building shell cost, in accordance with the following:

1. The Lessor shall provide deep-cell parabolic louver 2'-0" wide x 4'-0" high or 2'-0" wide x 2'-0" high (or building standard that meets or exceeds this standard) fluorescent lighting fixtures with energy-efficient lamps (T8 or better) and electronic ballasts for standard interior lighting. Such fixtures shall produce 50 average maintained foot-candles at working surface height throughout work spaces, 20 foot-candles in corridors, and 10 foot-candles in other non-working areas.

2. Exterior parking areas, vehicle driveways, pedestrian walkways, and building perimeter shall have a minimum of 1 foot-candle of illumination and shall be designed based on Illuminating Engineering Society of North America (IESNA) standards. Exterior lighting and indoor parking shall be sufficient to accommodate security monitoring (i.e., closed circuit television camera). Indoor parking shall have a minimum of 10 foot-candles and shall be designed based on IESNA standards.

## 7.0 SERVICES, UTILITIES, MAINTENANCE

**7.1 SERVICES, UTILITIES, MAINTENANCE: GENERAL**

Services, utilities, and maintenance shall be provided by the Lessor as part of the rental consideration. The Lessor shall have a building superintendent or a locally designated representative available to promptly correct deficiencies.

**7.2 NORMAL HOURS**

Services, utilities, and maintenance shall be provided daily, extending 7:00 a.m. to 5:30 p.m. except Saturdays, Sundays, and federal holidays.

**7.3 OVERTIME USAGE (SEP 2000)**

A. The Government shall have access to the leased space at all times without additional payment, including the use, during other than normal hours, of necessary services and utilities such as elevators, toilets, lights, and electric power.

B. If heating or cooling is required on an overtime basis, such services will be ordered orally or in writing by the Contracting Officer or the GSA Buildings Manager. When ordered, services shall be provided at the hourly rate established in the contract. Costs for personal services shall only be included as authorized by the Government.

C. When the cost of service is $2,000 or less, the service may be ordered orally. An invoice shall be submitted to the official placing the order for certification and payment. Orders for services costing more than $2,000 shall be placed using GSA Form 300, Order for Supplies or Services. The two clauses from GSA Form 3517, General Clauses, 552.232-75, *Prompt Payment*, and 552.232-70, *Invoice Requirements (Variation)*, apply to all orders for overtime services.

D. All orders are subject to the terms and conditions of this lease. In the event of a conflict between an order and this lease, the lease shall control.

**7.4 UTILITIES**

The Lessor shall ensure that utilities necessary for operation are provided and that all associated costs are included as a part of the established rental rate.

**7.5 UTILITIES: SEPARATE FROM RENTAL (SEP 2000)**

A. The Offeror shall specify which utilities, if any, are excluded from the rental consideration. If any such utilities are excluded, the Offeror shall obtain a statement from a registered professional engineer stating that all HVAC, plumbing, and other energy-intensive building systems can operate under the control conditions stated in this SFO. The statement shall also identify all building systems which do not conform to the system performance values, including the "recommended" or "suggested" values of ANSI/ASHRAE Standard 90.1, *Energy Efficient Design of New Buildings Except Low-Rise Residential Buildings*, or more restrictive state/local codes.

B. The Lessor shall provide separate meters for utilities to be paid for by the Government. The Lessor shall furnish in writing to the Contracting Officer, prior to occupancy by the Government, a record of the meter numbers and verification that the meters measure Government usage only. Proration is not permissible. In addition, an automatic control system shall be provided to assure compliance with heating and air conditioning requirements. Refer to the MECHANICAL, ELECTRICAL, PLUMBING section of this SFO.

**7.6 BUILDING OPERATING PLAN**

If the cost of utilities is not included as part of the rental consideration, the Offeror shall submit a building operating plan with the offer. Such plan shall include a schedule of startup and shutdown times for operation of each building system, such as lighting, HVAC, and plumbing which is necessary for the operation of the building. Such plan shall be in operation on the effective date of the lease.

**7.7 JANITORIAL SERVICES**

A. Cleaning shall be performed during routine business hours of 8:00 a.m. – 4:30 p.m.. The Lessor shall provide daily janitorial services for the leased space, public areas, entrances, and all other common areas and provide replacement of supplies. Cleaning must be completed prior to 4:30 p.m., local time and during normal working hours.

B. SELECTION OF CLEANING . .RODUCTS:
The Lessor shall make careful selection of janitorial cleaning products and equipment to:

1. use products that are packaged ecologically;

2. use products and equipment considered environmentally beneficial and/or recycled products that are phosphate-free, non-corrosive, non-flammable, and fully biodegradable; and

3. minimize the use of harsh chemicals and the release of irritating fumes.

4. Examples of acceptable products may be found at *http://pub.fss.gsa.gov/environ/clean-prod-catalog.html*.

C. SELECTION OF PAPER PRODUCTS:
The Lessor shall select paper and paper products (i.e., bathroom tissue and paper towels) with recycled content conforming to EPA's CPG.

D. The Lessor shall maintain the leased premises, including outside areas, in a clean condition and shall provide supplies and equipment. The following schedule describes the level of services intended. Performance will be based on the Contracting Officer's evaluation of results, not the frequency or method of performance.

1. *Daily*. Empty trash receptacles, and clean ashtrays. Sweep entrances, lobbies, and corridors. Spot sweep floors, and spot vacuum carpets. Clean drinking fountains. Sweep and damp mop or scrub toilet rooms. Clean all toilet fixtures, and replenish toilet supplies. Dispose of all trash and garbage generated in or about the building. Wash inside and out or steam clean cans used for collection of food remnants from snack bars and vending machines. Dust horizontal surfaces that are readily available and visibly require dusting. Spray buff resilient floors in main corridors, entrances, and lobbies. Clean elevators and escalators. Remove carpet stains. Police sidewalks, parking areas, and driveways. Sweep loading dock areas and platforms. Clean glass entry doors to the Government-demised area.

2. *Three Times a Week*. Sweep or vacuum stairs.

3. *Weekly*. Damp mop and spray buff all resilient floors in toilets and health units. Sweep sidewalks, parking areas, and driveways (weather permitting).

4. *Every Two Weeks*. Spray buff resilient floors in secondary corridors, entrance, and lobbies. Damp mop and spray buff hard and resilient floors in office space.

5. *Monthly*. Thoroughly dust furniture. Completely sweep and/or vacuum carpets. Sweep storage space. Spot clean all wall surfaces within 70 inches of the floor.

6. *Every Two Months*. Damp wipe toilet wastepaper receptacles, stall partitions, doors, window sills, and frames. Shampoo entrance and elevator carpets.

7. *Three Times a Year*. Dust wall surfaces within 70 inches of the floor, vertical surfaces and under surfaces. Clean metal and marble surfaces in lobbies. Wet mop or scrub garages.

8. *Twice a Year*. Wash all interior and exterior windows and other glass surfaces. Strip and apply four coats of finish to resilient floors in toilets. Strip and refinish main corridors and other heavy traffic areas.

9. *Annually*. Wash all venetian blinds, and dust 6 months from washing. Vacuum or dust all surfaces in the building of 70 inches from the floor, including light fixtures. Vacuum all draperies in place. Strip and refinish floors in offices and secondary lobbies and corridors. Shampoo carpets in corridors and lobbies. Clean balconies, ledges, courts, areaways, and flat roofs.

10. *Every Two Years*. Shampoo carpets in all offices and other non-public areas.

11. *Every Five Years*. Dry clean or wash (as appropriate) all draperies.

12. *As Required*. Properly maintain plants and lawns. Remove snow and ice from entrances, exterior walks, and parking lots of the building. Provide initial supply, installation, and replacement of light bulbs, tubes, ballasts, and starters. Replace worn floor coverings (this includes the moving and returning of furnishings). Control pests as appropriate, using Integrated Pest Management techniques.

**7.8 SCHEDULE OF PERIODIC SERVICES**
Within 60 days after occupancy by the Government, the Lessor shall provide the Contracting Officer with a detailed written schedule of all periodic services and maintenance to be performed other than daily, weekly, or monthly.

**7.9 LANDSCAPE MAINTENANCE**
Performance will be based on the Contracting Officer's evaluation of results and not the frequency or the method of performance. Landscape maintenance shall be performed during the growing season on a weekly cycle and shall consist of watering, mowing, and policing the area to keep it free of debris. Pruning and fertilization shall be done on an as needed basis. In addition, dead or dying plants shall be replaced.

**7.10 SECURITY (SEP 2000)**
The Lessor shall provide a level of security which reasonably deters unauthorized entry to the space leased during non-duty hours and deters loitering or disruptive acts in and around the space leased. The Lessor shall ensure that security cameras and lighting are not obstructed.

**7.11 SECURITY: ADDITIONAL REQUIREMENTS**

A. The Government reserves the right to require the Lessor to submit completed fingerprint charts and personal history statements for each employee of the Lessor as well as employees of the Lessor's contractors or subcontractors who will provide building operating services of a continuing nature for the property in which the leased space is located. The Government may also require this information for employees of the Lessor, the Lessor's contractors, or subcontractors who will be engaged to perform alterations or emergency repairs for the property.

B. If required, the Contracting Officer shall furnish the Lessor with Form FD-258, Fingerprint Chart, and Form 176, Statement of Personal History, to be completed for each employee and returned by the Lessor to the Contracting Officer (or the Contracting Officer's designated representative) within 10 working days from the date of the written request to do so. Based on the information furnished, the Government will conduct security checks of the employees. The Contracting Officer will advise the Lessor in writing if an employee is found to be unsuitable or unfit for the employee's assigned duties. Effective immediately, such an employee cannot work or be assigned to work on the property in which the leased space is located. The Lessor shall be required to provide the same data within 10 working days from the addition of new employee(s) to the work force. In the event the Lessor's contractor/subcontractor is subsequently replaced, the new contractor/subcontractor is not required to submit another set of these forms for employees who were cleared through this process while employed by the former contractor/subcontractor. The Contracting Officer may require the Lessor to submit Form FD-258 and Form 176 for every employee covered by this paragraph on a 3-year basis.

**7.12 MAINTENANCE AND TESTING OF SYSTEMS (SEP 2000)**

A. The Lessor is responsible for the total maintenance and repair of the leased premises. Such maintenance and repairs include site and private access roads. All equipment and systems shall be maintained to provide reliable, energy-efficient service without unusual interruption, disturbing noises, exposure to fire or safety hazards, uncomfortable drafts, excessive air velocities, or unusual emissions of dirt. The Lessor's maintenance responsibility includes initial supply and replacement of all supplies, materials, and equipment necessary for such maintenance. Maintenance, testing, and inspection of appropriate equipment and systems shall be done in accordance with applicable codes, and inspection certificates shall be displayed as appropriate. Copies of all records in this regard shall be forwarded to the GSA Field Office Manager or a designated representative.

B. Without any additional charge, the Government reserves the right to require documentation of proper operations or testing prior to occupancy of such systems as fire alarm, sprinkler, emergency generator, etc. to ensure proper operation. These tests shall be witnessed by a designated representative of the Contracting Officer.

## 8.0 SAFETY AND ENVIRONMENTAL MANAGEMENT

### 8.1 OCCUPANCY PERMIT (SEP 2000)

The Lessor shall provide a valid occupancy permit for the intended use of the Government and shall maintain and operate the building in conformance with current local codes and ordinances. If the local jurisdiction does not issue occupancy permits, the Offeror shall consult the Contracting Officer to determine if other documentation may be needed.

### 8.2 FIRE AND LIFE SAFETY (SEP 2003)

A. Offered space must meet or be upgraded to meet the applicable egress requirements in NFPA Standard No. 101, *Life Safety Code,* or equivalent prior to occupancy. The space must provide access to a minimum of two remote exits on each floor of Government occupancy. Scissor stairs shall only be counted as one exit stairway and 'open air' exterior fire escapes shall not be counted as an approved exit.

B. If offered space is 3 or more floors above the lowest level of fire department vehicle access, the Offeror must provide written confirmation that the building has a building wide fire alarm system in compliance with either the requirements of NFPA Standard No. 72 (current as of the date of this SFO) or the requirements of the local building and fire codes and ordinances (current as of the date of this SFO) adopted by the jurisdiction in which the building is located.

C. If offered space is 6 or more floors above the lowest level of fire department access, additional fire and life safety requirements will apply.

### 8.3 AUTOMATIC SPRINKLER SYSTEM (SEP 2003)

A. Below-grade space to be occupied by Government and all areas in a building referred to as *"hazardous areas"* in National Fire Protection Association (NFPA) Standard No.101, *Life Safety Code,* shall be protected by an automatic sprinkler system or an equivalent level of safety.

B. Buildings in which any portion of the offered space is on or above the sixth floor, and lease of the offered space will result, either individually or in combination with other Government leases in the offered building, in the Government leasing more than 35,000 ANSI/BOMA Office Area square feet of space in the offered building, then the entire building shall be protected by an automatic sprinkler system or an equivalent level of safety.

C. If an Offeror proposes to satisfy any requirement of the above sub-paragraphs by providing an equivalent level of safety, the Offeror shall submit, for Government review and approval, a fire protection engineering analysis, performed by a qualified fire protection engineer, demonstrating that an equivalent level of safety for the offered building exists. The Offeror shall contact the Contracting Officer for further information regarding Government review and approval of the "equivalent level of safety" analyses. Refer to 41 CFR Part 102-80 for guidance on conducting an equivalent level of safety analysis.

D. DEFINITIONS:

1. "Equivalent level of safety" means an alternative design or system (which may include automatic sprinkler systems), based upon fire protection engineering analysis, which achieves a level of safety equal to or greater than that provided by automatic sprinkler systems.

2. "Automatic sprinkler system" for fire protection purposes means an electronically supervised, integrated system of underground and overhead piping, designed in accordance with NFPA Standard No. 13. The system is usually activated by heat from fire and discharges water over the fire area. The system includes a suitable water supply.

### 8.4 FIRE ALARM SYSTEMS (SEP 2003)

A. Fire alarm systems shall be provided in accordance with the requirements of NFPA Standard NFPA Standard No. 72 (current as of the date of this SFO) or be in compliance with the local building and fire codes, and local ordinances (current as of the date of this SFO) adopted by the jurisdiction in which the offered space is located.

B. The fire alarm system shall be maintained by the lessor in accordance with NFPA Standard No. 72. The fire alarm system wiring and equipment must be electrically supervised and automatically notify the local fire department (NFPA Standard No. 72) or approved central station. Emergency power must be provided in accordance with NFPA Standards 70 and 72.

### 8.5 OSHA REQUIREMENTS (SEP 2000)

The Lessor shall maintain buildings and space in a safe and healthful condition according to OSHA standards.

### 8.6 ASBESTOS (SEP 2000)

A. Offers are requested for space with no asbestos-containing materials (ACM), or with ACM in a stable, solid matrix (e.g., asbestos flooring or asbestos cement panels) which is not damaged or subject to damage by routine operations. For purposes of this paragraph, "space" includes the 1) space offered for lease; 2) common building areas; 3) ventilation systems and zones serving the space offered; and 4) the area above suspended ceilings and engineering space in the same ventilation zone as the space offered. If no offers are received for such space, the Government may consider space with thermal system insulation ACM (e.g., wrapped pipe or boiler lagging) which is not damaged or subject to damage by routine operations.

B. *Definition.* ACM is defined as any materials with a concentration of greater than 1 percent by dry weight of asbestos.

C. Space with ACM of any type or condition may be upgraded by the Offeror to meet the conditions described in subparagraph A by abatement (removal, enclosure, encapsulation, or repair) of ACM not meeting those conditions. If an offer involving abatement of ACM is accepted by the Government, the Lessor shall, prior to occupancy, successfully complete the abatement in accordance with OSHA, EPA, Department of Transportation (DOT), state, and local regulations and guidance.

D. *Management Plan.* If space is offered which contains ACM, the Offeror shall submit an asbestos-related management plan for acceptance by the Government prior to lease award. This plan shall conform to EPA guidance, be implemented prior to occupancy, and be revised promptly when conditions affecting the plan change. If asbestos abatement work is to be performed in the space after occupancy, the Lessor shall submit to the Contracting Officer the occupant safety plan and a description of the methods of abatement and reoccupancy clearance, in accordance with OSHA, EPA, DOT, state, and local regulations and guidance, at least 4 weeks prior to the abatement work.

**8.7 INDOOR AIR QUALITY (SEP 2000)**

A. The Lessor shall control contaminants at the source and/or operate the space in such a manner that the GSA indicator levels for carbon monoxide (CO), carbon dioxide ($CO_2$), and formaldehyde (HCHO) are not exceeded. The indicator levels for office areas shall be: CO - 9 ppm time-weighted average (TWA - 8-hour sample); $CO_2$ - 1,000 ppm (TWA); HCHO - 0.1 ppm (TWA).

B. The Lessor shall make a reasonable attempt to apply insecticides, paints, glues, adhesives, and HVAC system cleaning compounds with highly volatile or irritating organic compounds, outside of working hours. The Lessor shall provide at least 72 hours advance notice to the Government before applying noxious chemicals in occupied spaces and shall adequately ventilate those spaces during and after application.

C. The Lessor shall promptly investigate indoor air quality (IAQ) complaints and shall implement the necessary controls to address the complaint.

D. The Government reserves the right to conduct independent IAQ assessments and detailed studies in space that it occupies, as well as in space serving the Government-demised area (e.g., common use areas, mechanical rooms, HVAC systems, etc.). The Lessor shall assist the Government in its assessments and detailed studies by 1) making available information on building operations and Lessor activities; 2) providing access to space for assessment and testing, if required; and 3) implementing corrective measures required by the Contracting Officer.

E. The Lessor shall provide to the Government material safety data sheets (MSDS) upon request for the following products prior to their use during the term of the lease: adhesives, caulking, sealants, insulating materials, fireproofing or firestopping materials, paints, carpets, floor and wall patching or leveling materials, lubricants, clear finish for wood surfaces, janitorial cleaning products, pesticides, rodenticides, and herbicides. The Government reserves the right to review such products used by the Lessor within 1) the Government-demised area; 2) common building areas; 3) ventilation systems and zones serving the leased space; and 4) the area above suspended ceilings and engineering space in the same ventilation zone as the leased space.

**8.8 RADON IN AIR (SEP 2000)**

A. The radon concentration in the air of space leased to the Government shall be less than EPA's action concentration for homes of 4 picoCuries per liter (pCi/L), herein called "EPA's action concentration." Also refer to Attachment No. 1.

B. INITIAL TESTING:

1. The Lessor shall 1) test for radon that portion of space planned for occupancy by the Government in ground contact or closest to the ground up to and including the second floor above grade (space on the third or higher floor above grade need not be measured); 2) report the results to the Contracting Officer upon award; and 3) promptly carry out a corrective action program for any radon concentration which equals or exceeds the EPA action level.

2. *Testing sequence.* The Lessor shall measure radon by the standard test in subparagraph D.1, completing the test not later than 150 days after award, unless the Contracting Officer decides that there is not enough time to complete the test before Government occupancy, in which case the Lessor shall perform the short test in subparagraph D.2.

3. If the space offered for lease to the Government is in a building under construction or proposed for construction, the Lessor shall, if possible, perform the standard test during buildout before Government occupancy of the space. If the Contracting Officer decides that it is not possible to complete the standard test before occupancy, the Lessor shall complete the short test before occupancy and the standard test not later than 150 days after occupancy.

C. CORRECTIVE ACTION PROGRAM:

1. *Program Initiation and Procedures.*

   a. If either the Government or the Lessor detect radon at or above the EPA action level at any time before Government occupancy, the Lessor shall carry out a corrective action program which reduces the concentration to below the EPA action level before Government occupancy.

   b. If either the Government or the Lessor detect a radon concentration at or above the EPA action level at any time after Government occupancy, the Lessor shall promptly carry out a corrective action program which reduces the concentration to below the EPA action level.

   c. If either the Government or the Lessor detect a radon concentration at or above the EPA residential occupancy concentration of 200 pCi/L at any time after Government occupancy, the Lessor shall promptly restrict the use of the affected area and shall provide comparable temporary space for the tenants, as agreed to by the Government, until the Lessor carries out a prompt corrective action program which reduces the concentration to below the EPA action level and certifies the space for reoccupancy.

   d. The Lessor shall provide the Government with prior written notice of any proposed corrective action or tenant relocation. The Lessor shall promptly revise the corrective action program upon any change in building condition or operation which would affect the program or increase the radon concentration to or above the EPA action level.

2. The Lessor shall perform the standard test in subparagraph D.1 to assess the effectiveness of a corrective action program. The Lessor may also perform the short test in subparagraph D.2 to determine whether the space may be occupied but shall begin the standard test concurrently with the short test.

3. All measures to accommodate delay of occupancy, corrective action, tenant relocation, tenant reoccupancy, or follow-up measurement, shall be provided by the Lessor at no additional cost to the Government.

4. If the Lessor fails to exercise due diligence, or is otherwise unable to reduce the radon concentration promptly to below the EPA action level, the Government may implement a corrective action program and deduct its costs from the rent.

D. TESTING PROCEDURES:

1. *Standard Test.* Place alpha track detectors or electret ion chambers throughout the required area for 91 or more days so that each covers no more than 2,000 ANSI/BOMA Office Area square feet. Use only devices listed in the EPA Radon Measurement Proficiency Program (RMP) application device checklists. Use a laboratory rated proficient in the EPA RMP to analyze the devices. Submit the results and supporting data (sample location, device type, duration, radon measurements, laboratory proficiency certification number, and the signature of a responsible laboratory official) within 30 days after the measurement.

2. *Short Test.* Place alpha track detectors for at least 14 days, or electret ion chambers or charcoal canisters for 2 days to 3 days, throughout the required area so that each covers no more than 2,000 ANSI/BOMA Office Area square feet, starting not later than 7 days after award. Use only devices listed in the EPA RMP application device checklists. Use a laboratory rated proficient in the EPA RMP to analyze the devices. Submit the results and supporting data within 30 days after the measurement. In addition, complete the standard test not later than 150 days after Government occupancy.

**8.9 RADON IN WATER (SEP 2000)**

A. The Lessor shall demonstrate that water provided in the leased space is in compliance with EPA requirements and shall submit certification to the Contracting Officer prior to the Government occupying the space.

B. If the EPA action level is reached or exceeded, the Lessor shall institute appropriate abatement methods which reduce the radon levels to below this action level.

**8.10 HAZARDOUS MATERIALS (OCT 1996)**

The leased space shall be free of hazardous materials according to applicable federal, state, and local environmental regulations.

**8.11 RECYCLING (SEP 2000)**

Where state and/or local law, code, or ordinance require recycling programs for the space to be provided pursuant to this SFO, the successful Offeror shall comply with such state and/or local law, code, or ordinance in accordance with GSA Form 3517, General Clauses, 552.270-8, *Compliance with Applicable Law*. In all other cases, the successful Offeror shall establish a recycling program in the leased space where local markets for recovered materials exist. The Lessor agrees, upon request, to provide the Government with additional information concerning recycling programs maintained in the building and in the leased space.

**9.0 TENANT IMPROVEMENTS**

**9.1 TENANT IMPROVEMENTS PRIOR TO THE GOVERNMENT'S INITIAL ACCEPTANCE OF SPACE (SEP 2000)**

A. The Lessor is required to provide cost or pricing data in conjunction with the Tenant Improvements as specified by the Government in GSA Form 3517, General Clauses.

B. In lieu of submitting detailed cost or pricing data and entering into negotiations to determine a final cost for the subject work, the Government (in accordance with FAR 15.403) is willing to accept a price based upon the results of a competitive proposal process if the following conditions are met:

1. The Lessor shall submit to the Government a proposal for overhead, profit, and architectural-engineering fees, permits, and regulatory fees for all Tenant Improvements.

   a. This will be negotiated and agreed upon prior to the award for the subject improvements (separate from lease award).

2. The scope of work includes the lease, the SFO, all SFO attachments, the construction drawings/documents, and written specifications. In cases of discrepancies, the Lessor shall immediately notify the Contracting Officer for resolution. All differences will be resolved by the Contracting Officer in accordance with the terms and conditions of the lease.

3. No building shell items shall be included in the competitive proposal.

4. A minimum of three qualified contractors shall be invited to participate in the competitive proposal process. Each participant shall compete independently in the process.

5. Each proposal shall be 1) submitted in Construction Specifications Institute (CSI) format by the proposed contractors and 2) reviewed by the Government. The Government reserves the right to determine if bids meet with the scope of work, that the price is reasonable, and that the Offeror is qualified to perform the work. The Government reserves the right to reject all bids, at its sole discretion.

6. The Government shall be represented at all negotiation sessions between the Lessor and potential contractors.

7. The Lessor shall demonstrate to the Government that best efforts have been made to obtain the most competitive prices possible, and the Lessor shall accept responsibility for all prices through direct contracts with all contractors.

8. The Lessor shall complete the competition and the cost proposal process in ____20____ working days or less from the date of issuance of completed construction documents. This will be considered the first ____20____ working days of the ____40____ days allotted to "Review of Working/Construction Drawings." Refer to the "Construction Schedule of Tenant Improvements" paragraph in the MISCELLANEOUS section of this SFO.

9. Once the Government determines that there is adequate competition, and upon the Government's acceptance of the Lessor's cost proposal based upon that competition (provided the Lessor selects the competition's lowest priced bid of a contractor qualified to perform the subject work), the Contracting Officer shall issue to the Lessor a notice to proceed for the subject work.

10. The Lessor shall complete the work within the time frame requirements illustrated in the "Construction Schedule of Tenant Improvements" paragraph in the MISCELLANEOUS section of this SFO.

**Attachment #1**
**SFO No. GS-05B-17564**

## LEASE COSTS BREAKDOWN SUMMARY

The following information should be expressed in terms of an **annual rate per square foot** for each component of the overall rental rate offered. The offered prices should be based upon meeting all the Lessor's obligations as identified in the Solicitation for Offers:

| | FIRM TERM | | FULL TERM | |
|---|---|---|---|---|
| | Years 1-2 ($/Usable sq. ft) | Years 1-2 ($/Rentable sq. ft.) | Years 3-4 ($/Usable sq. ft) | Years 3-4 ($/Rentable sq. ft.) |
| **A. Warm-lit Shell / Base Rent** (Land, Building, Financing, Insurance Costs): | 7.13 | 6.53 | 7.13 | 6.53 |
| **B. Tenant Improvement Allowance** (Amortization to be compounded monthly over the firm term): | 10.52 | 9.63 | $0.00/sf | $0.00/sf |
| **C. Operating Costs** (This equals line 27 of the GSA Form 1217): | 7.10 | 6.49 | 7.10 | 6.49 |
| **D. Real Estate Tax Expense** (Assuming Full Assessment): | 1.10 | 1.00 | 1.10 | 1.00 |
| **E. Other Costs:** | | | | |
| **TOTAL GROSS RENTAL OFFERED PER YEAR** | 25.85 per USF | 23.65 per RSF | 15.33 per USF | 14.02 per RSF |

## OTHER REQUIRED INFORMATION

Annual interest rate to amortize cost of Tenant Improvement 10 %

Amortization period of Tenant Improvement (Months, Years) 24 months

Lumpsum amount of Tenant Improvement (Total Dollar Amount) $ 186,599.00

Common Area Factor (Rentable square feet / Usable square feet) 1.09296

Unamortized cost of land $ ____________

Amortized cost of land $____________

Land parcel size in acres ____________

Land parcel size in sq. ft. ____________

EXHIBIT
tabbies
Kosman 4
RY 7/25/07

INITIALS: Lessor GK & Gov't ________

Page 2 of 2
Attachment #1
GS-05B-17564

| | |
|---|---|
| General Contractor Fee (% of Tenant Improvement Cost) | 15 % |
| Hourly Rate for Overtime HVAC | $ 0 per Hour per Usable sf. |
| Percentage of building occupied by the Government For Real Estate Tax Adjustment purposes | 4.32 % |
| Tax I.D. Number(s): | 46-34-226-005-6<br>46-34-226-006-4<br>14-34-200-002 |
| Adjustment Rate for Vacant Premises | $ N/A per Usable sf. |
| Is deed for proposed property enclosed with offer | Yes XX No |
| Is evidence of ownership enclosed with offer? (i.e. partnership agreement, articles of incorp) | Yes XX No |
| Is ownership taking any exceptions to the SFO | Yes XX No |
| Real Estate Commission (if applicable) | $ 16,000.00 |

INITIALS: Lessor GK & Gov't ______

## ATTACHMENT NO. 2 TO SFO

| Typical Tenant Improvements |
|---|
| Electrical and telephone outlets and wiring from the tenant demised premises to the building core. |
| Carpeting or other floor covering; raised access flooring. |
| Plumbing fixtures within the demised premises and connection to the building core. |
| Partitioning and wall finishes. |
| Doors (including interior suite entry doors to main & employee vestibule area), sidelights and frames, and hardware. |
| Millwork. |
| Fire alarm wiring from building core to tenant space and then within tenant space; pull stations; strobes; annunciators; and, exit signage within the demised premises. |
| Thermostats. |
| Window treatments. |
| Supplemental power, cooling or heating (above the open office plan layout capacities provided in base building) higher rates of air exchanges- (if it entails additional or upgraded air handling equipment); pathogen control systems; and all other special HVAC components required by specific tenant needs. |
| Adjustment or repositioning of sprinkler heads so as not to conflict with tenant's particular office partition layout; additional sprinklers required by local code to meet tenant's layout, or ceiling grid adjustments and consequent repositioning of sprinkler heads to the center of ceiling tiles. |
| Tenant signage in the common corridor and within the tenant's demised area and exterior building signage. (An overall tenant directory in the building lobby is part of building shell.) |
| Changes (moves) or additions to the open plan lighting pattern, or to the open plan HVAC distribution network (e.g., additional ductwork, ceiling diffusers, etc. to accommodate individual office layout). |
| Upgrades or changes to building standard items, such as plaster or vaulted ceilings, specialty lighting, and upgraded ceiling tile. |
| Structural enhancements to base building to support non-conventional floor loads, such as a library. (The cost for structurally changed space is no longer borne by the tenant through a continuing premium rent charge.) |
| Private bathrooms (and associated drinking fountains), private elevators, or staircases within tenant space. |
| Security systems and features within tenant space are part of tenant improvements including exterior fencing |

EXHIBIT
Kosman 5
RY 7/25/07

GK

## ATTACHMENT NO. 2 TO SFO

The **Building Shell** includes the following items for the base building and tenant areas:

| Base Building | Tenant Areas |
|---|---|
| Base structure and building enclosure components (windows with exterior finishes) are complete. | Broom clean concrete floor slab, with level floor not varying more than 1/4 inch over ten (10) foot horizontal run in accordance with American Concrete Institute (ACI) Standards. |
| Base building electrical and mechanical systems (central fire alarm, chiller plant, cooling tower, etc.) are complete and functional. | Gypsum wallboard, spackled and prime painted, on exterior perimeter walls and interior core walls are installed. |
| All common areas, such as lobbies, elevators, fire egress corridors and stairwells, garages, and service areas are complete. (Circulation corridors are provided as part of the base building only on multi-tenanted floors where the corridor is common to more than one tenant. On single tenant floors, only the fire egress corridor necessary to meet code is provided as part of the shell.) | Fully installed 2 X 2 foot suspended acoustical ceiling with 2 X 2 parabolic fluorescent (or other building standard such as 2'-0" X 4'-0" fixtures) installed in the ceiling grid for an open office plan at the rate of one fixture per 80 BOMA usable (100 rentable) square feet, is installed. |
| Building common restrooms are complete and operational. | Common corridor stud walls, without gypsum board on demised tenants' premise side and without suite entry door, are installed. |
| Building cores on each floor with leaseable space contain the following:<br>Tappable domestic water riser, service sanitary drain, sanitary vent, ready for extension to tenant demised area(s).<br><br>Electrical power distribution panels and circuit breakers available in an electrical closet, with capacity at 277/480 volt and 120/208 volt, 3 phases, 4 wiring providing 7 watts per BOMA usable (5 watts per rentable) square foot.<br><br>Designated connection point to the central fire alarm system for extension to tenant demised area(s).<br><br>Distribution backboard within a wire closet for connection to tenant's telephone lines. Vertical conduit (empty sleeve) through building core, available for tenant wiring/cabling. | Central heating, ventilation and air conditioning systems are installed and operational, including, as appropriate, main and branch lines, VAV boxes, dampers, flex ducts and diffusers, for open office layout. Conditioned air through medium pressure ductwork at a rate of .75cfm/square foot of BOMA usable area is provided.<br><br>Sprinkler mains and distribution piping in a protection layout (open plan) with heads turned down, concealed with an escutcheon or trim plate, are installed.<br><br>Interior public restrooms/drinking fountains |

GK

**Attachment No. 3 – GENERAL REQUIREMENTS**
**SFO No. GS-05B-17564**
**Page 1 of 8**

**Parking And Transportation**

Adequate public transportation, within one block, is required to the proposed location in those cities or towns that have a public transportation system.

To accommodate parking needs for visitors and employees, a total of 38 parking spaces are required, preferably on-site. Locations that meet the space requirements and have on-site parking for visitors and employees shall be given priority consideration during the process of evaluating offers.

If on-site parking is not available, employee/visitor parking facilities must be available within two blocks of the proposed location. Parking spaces in commercial lots shall be readily available throughout the day at reasonable commercial rates. Parking spaces, routinely occupied by mid-morning, are not acceptable. Restricted or metered parking of less than two hours within the two-block area of the proposed location will not meet parking requirements.

In those locations where on-site parking is not available, parking for the handicapped must be located within the same block of the proposed location and must comply with the "Parking and Loading Zones" paragraph in the HANDICAPPED ACCESSIBILITY section of this solicitation. The location of parking for the handicapped must also be positioned as to not mandate the disabled from crossing any streets. Additionally, GSA will contact local authorities and request placement of a loading/unloading zone in front of the office for the disable and other visitors. (These parking requirements are in addition to the parking requirements for the handicapped covered in the main body of this solicitation.)

All parking areas shall be hot bituminous pavement or concrete. Parking areas shall be striped and be repainted every three years. They shall be paved with a concrete curb and graded to provide adequate site draining. The lot design must consider snow removal and snow storage requirements.

Building entrances, parking areas and sidewalks to parking areas shall be lighted. Ballasts are to be rapid start, thermally protected, voltage regulated type UL listed, and ETL approved.

**Slab Preparation for Carpet and Vinyl Tile: (Building Shell)**

Floor preparation prior to the initial installation of the carpet must meet the criteria as identified by the Carpet and Rug Institute publication No. CRI 104 (phone: 800-882-8846) and includes, but is not limited to the installation of a moisture barrier prior to pouring of slab (for new construction). If levels reach 7 lbs or more, per 1,000 sq. ft. within 24 hours, a barrier primer coating (per carpet manufacturer's recommendation) must be used prior to carpet installation (i.e. Interface MoistureGard recommends Re:Source Barrier 3300 coating, etc.). Prior to initially installing carpet and vinyl tiles, the Lessor must provide written certification that alkalinity and moisture tests have been

EXHIBIT
Kosman 6
RY 7/25/07

GOR: GK

conducted, and that alkalinity and moisture levels are within the criteria established by Interface Flooring Systems, Inc. for MoistureGard carpet tile (or the manufacturer of approved equal). Included in the certification the Lessor must provide the moisture and alkalinity test data. No tiles are to be laid until written approval is given by the contracting office for another method to be used to make the slab acceptable for the installation of tiles. All costs incurred and any delays in accepting the space by the Government due to the slab not meeting the requirements are the Lessor's responsibility. The Lessor is strongly encouraged, as soon as possible after award, to obtain a copy of the Carpet and Rug Institute publication and to take the necessary steps to prepare the slab to meet the requirements. For new construction, plans to meet the requirements should be in place before the slab is poured.

**Satellite/Telecommunication**

"The Government shall have the right to install, maintain, service, and repair all equipment related to reception of telecommunication signals during the term of the lease. Such equipment would include but is not limited to audio, visual, digital, satellite, and microwave systems. The Government reserves the right to locate such equipment on the rooftop of the building or grounds adjacent to the building, and to utilize building walls, parapet mounts, and alternate mounting, as well as the area above the building ceiling line and office space, at no additional rent. The Government may make modifications to the building necessary for installation of a microwave dish or similar receiving device, cable runs and cable connections. Any such equipment shall be installed and maintained by the Government at its expense and shall remain the property of the Government.

The Government shall have the right to use pathways as necessary to install cable between the receiving equipment and specific office areas. The Government shall have the right to do such work starting 30 days before occupancy and at any time during the term of the lease. The Government shall also have the right to inspect all such equipment. The Government reserves the right to require capability of transmission and reception of additional types of Radio Frequency and microwave signals. The Lessor shall provide the Government access to the premises and any other building areas necessary to exercise its rights hereunder. "Government" as used above shall include representatives of the tenant, the General Services Administration and their contractors. If the Government is not the sole occupant of the property, the Government will cooperate with the Lessor in determining placement of the equipment to minimize interference with any other tenant's equipment position.

The Lessor shall be responsible for snow removal off the roof in the area of the telecommunication system (if applicable)"

**INITIALS: Lessor** GK **& Gov't** ______

**Electrical (Building Shell):**

Electrical Distribution:

The Lessor will provide at least two separate distribution panels.

One panel will be providing for convenience outlets and mechanical and lighting loads. It must be circuit breaker (bolt-on type) with 25 percent spare power load and circuits. This panel shall be provided with an equipment ground bus. The feeder for this panel shall contain an equipment ground conductor. The branch breakers in the panel shall be bolt on type. Under no circumstances will circuits feeding SSA's LAN equipment run through this panel. This panel will also feed convenience outlets in the systems furniture.

The other panel will be dedicated strictly to SSA's LAN system equipment and systems furniture power feeds. Panel capacity shall meet the requirements of the number of LAN workstations, printers, and LAN rack called for in the paragraph "SPECIAL ELECTRICAL: SSA LAN AND FURNITURE SYSTEM" below, and shown on the approved floor plan. The panel shall have a bolt-on main breaker; an isolated ground bus and equipment ground bus for SSA's computer system equipment. The power feed for the panel shall contain two insulated conductors for the two grounds. Minimum size of the equipment ground and isolated ground conductors shall be No. 6 AWG. The isolated ground conductor shall be terminated at either the service or at the neutral ground bond of the transformer feeding the dedicated panel. There shall be no splices in the isolated ground conductor feeding the IG bus. The ampacity of the panel and main breaker shall be sized for 125 percent of the present connected load plus 25 percent growth. The number of circuits will be as calculated below plus 25 percent for future expansion. The branch breakers in the panel shall be bolt on type. The panel shall be located in the ADP room within the SSA occupied space of the building. In the automated data processing (ADP) room and provide code-required working space. The panel shall not be located in the zone identified for the LAN rack. The power for SSA's computer equipment shall be a 208/120-volt, 60 hertz, three phase, four-wire system. It is preferred that electrical cabling be provided overhead in conduit. Overhead cabling must be encased in ¾" conduit.

The Lessor shall provide separate electric junction boxes for the base feed connections to Government-provided modular or systems furniture, when such feeds are supplied via wall outlets or floor penetrations Cluster groups at floor or wall locations shall be provided A set consisting of 1 data junction box, 1 telephone junction box, and 1 electrical junction box shall comprise a cluster group.

Deleted:

**INITIALS: Lessor** GK **& Gov't** ______

Each electrical junction shall contain an 8-wire feed consisting of 3 general-purpose 120-volt circuits with 1 neutral and 1 ground wire, and a 120-volt isolated-ground circuit with 1 neutral and 1 isolated-ground wire. A 20-amp. Circuit shall have no more than 8 general-purpose receptacle or 4 isolated-ground "computer" receptacles. The isolated-ground "computer" circuits shall be installed in accordance with the September 21, 1983 edition of Federal Information procession Standards pub. 94.

Where overhead feeds are used, 2 junction boxes shall be installed for electrical connections, 1 for isolated ground outlets and 1 for convenience outlets. Raceways will be provided throughout the furniture panels to distribute the electrical, telephone, and data cable. The Lessor shall provide all electrical service wiring and connections to the furniture at designated junction points.

Electrical Equipment:

A. Surface strips across public traffic aisles will not be permitted. It is preferred that electrical, computer cabling and telephone cabling be provided overhead in conduits. Only a minimal use of power electrical panels serving other tenants and located outside of SSA's space are to be used for SSA service.

B. Large electrical current feeders installed in the walls, ceiling space or below the floor of SSA office space shall be enclosed in Rigid Galvanizing Steel Conduit (RGC) or Electrical Metallic Tubing (EMT) to lessen possible electromagnetic interference with SSA color terminals.

C. SSA will be responsible for final connection of all agency computer equipment to the cable to be provided and installed by the Lessor.

ELECTRICAL RISER SYSTEM

Within thirty (30) days after lessor receipt of Government's Notice to Proceed to commence construction, Lessor to provide one copy of the Electrical Construction Documents along with the following information:

- Written statement regarding whether or not the ceiling is used as a return air plenum

- Riser Diagram Drawing including:
    a. Service voltage
    b. Service entrance type & service entrance equipment size
    c. Switchboard and panel board schedules including voltage, mains, main circuit size, and number/location of spare/space's available

**INITIALS: Lessor** GK **& Gov't** _______

d. Interconnection of all switchboards, panel_boards, and transformers
e. Sizes of all feeders to switchboards and panel_boards

- Floor Plan(s) which include:
  a. Location of incoming service, utility meter, and service entrance equipment
  b. Location of all switchboards, panel_boards and transformers

Note: SSA's electrical engineering contractor's (SmithGroup) scope of work is to provide electrical and data construction documents for the entire IWS/LAN computer system and the association Systems Furniture, only. The above information is needed prior to submittal of the related sealed construction drawings and specifications.

**REMODELING OR EXPANSION OF GOVERNMENT OCCUPIED**

REMODELING OR EXPANSION OF GOVERNMENT OCCUPIED SPACE, OR WHERE OCCUPIED GOVERNMENT SPACE IS AFFECTED BY REMODELING OR EXPANSION:

Not withstanding any language to the contrary in this SFO: Any offer which proposes to expand or remodel Government occupied space, or where such Government space is affected by remodeling or expansion, must include detailed plans including, but not limited to: drawings, schedules, copies of contracts, and narratives indicating how the work is to proceed, all of which are subject to approval by the Contracting Officer. The Contracting Officer, at his or her sole discretion, may request additional plans, planning materials, narratives and other documentation from the Offeror during negotiations. The detailed planning materials requested by the Contracting Officer are to be submitted prior to termination of negotiations and the call for Best and Final Offer by the Contracting Officer. Detailed Plans not submitted during the time specified, or not approved by the Contracting Officer, in his or her sole judgment, will result in the offer being rejected as non-responsive, with no further consideration being given to the offer. The detailed plans submitted must address the following requirements and show how they are to be met:

(a) How the expansion or remodeling will proceed without disruption to the functioning and mission of the Government agency occupying the space.

(b) All work, interior and exterior, must be done after business hours and such work cannot proceed in the event that the Government agency is working after hours, or on weekends.

(c) No construction debris, barricades, or materials are to be stored in Government occupied space, or stored outside in any manner which disrupts the ingress and egress of staff, visitors, transport vehicles and emergency vehicles.

INITIALS: Lessor GK & Gov't ______

(d) There can be no disruption to any building services and utilities such as HVAC, water, gas, electric, telephone, exterior lighting, or any other essential service.

(e) During construction, the offeror must provide a security guard to ensure against potential loss of, or tampering with, Government property.

(f) Temporary walls must be constructed to enclose work areas and to seal-off expansion space from the Government occupied space. All such walls must be dry walled, taped, finished and painted to avoid airborne particles and irritants. Such walls must be constructed from slab to roof deck to prevent unauthorized entry into the Government space.

(g) No HVAC duct work or plumbing shall be connected to the HVAC ducts or plumbing in he Government occupied space without such duct work or plumbing being cleared of all dust, dirt or other contaminants.

(h) No electrical connections to the current electrical system in the occupied space can occur without the offeror providing assurances that such connections will not affect the IWS-LAN system in place.

(i) The offeror shall supply and maintain HEPA air filter machines in the occupied space to remove any airborne particles, contaminants and irritants from the air during construction. The filters must be changed daily.

(j) No loss of parking is permitted during construction, unless the offeror provides parking that is comparable to the current parking, at no cost to the Government.

(k) Offeror must provide indemnification and hold the Government harmless for any liability due to injury or loss to staff, visitors, contractors, or invitees resulting from the construction process.

(l) In the event that the construction disrupts the Government staff or visitors in anyway, the Contracting Officer may, in his or her sole determination, require that the construction cease until such time that the Offeror has provided the Contracting Officer with an acceptable plan to eliminate the disruption. The Contracting Officer, in his or here sole judgment, will determine if the plan is acceptable.

INITIALS: Lessor GK & Gov't _______

(m) In the event that the expansion or remodel of the occupied space cannot be performed without disruption to the mission or operation of the occupying Government agency, then the offeror must supply temporary space which meets all of the requirements of this solicitation and its attachments. That temporary space must be provided at no additional cost. All costs associated with moving to and from this swing space, including, but not limited to connecting the IWS-LAN system, are to be paid by the offeror. The temporary space must be within the agency's service area boundaries and be approved by the tenant agency and the Contracting Officer.

n) Items and material existing in the offered space or to be removed from the offered space during the demolition phase are eligible for reuse in the construction phase of the project. The reuse of items and materials is preferable to recycling them; however, items considered for reuse must be in re-furbishable condition, and must meet the quality standards set forth by the Government in this SFO, and approved by the Contracting Officer. In the absence of definitive quality standards, the offeror is to ensure that the quality of the item(s) in question will meet or exceed accepted industry or trade standards, as well as Government standards, for first quality commercial grade applications. Lessor shall submit a reuse plan to the Contracting Officer. The Government will not pay for existing fixtures and other Tenant Improvements accepted in place.

(o) All surface materials and fixtures, including, but not limited to: paint, wallpaper, carpet, ceiling tiles, doors, light fixtures, hardware, floor tiles, and vinyl tiles must match in both the currently occupied and expansion space, so as to present a unified, seamless appearance between the currently occupied space and the expansion space.

(p) All exterior surfaces, including, but not limited to: windows, doors, frames, walks, wall coverings, soffits, light fixtures, hardware, etc. must match in both the currently occupied and expansion space, so as to present a unified, seamless appearance between the currently occupied space and the expansion space.

**EVIDENCE OF CAPABILITY TO PERFORM:**

Evidence of ownership or control of site (Lessor may not lease the land and sublet it to the Government)

**INITIALS: Lessor** GK **& Gov't** _______

The Government will assess each offeror's submission of buildings or build-to-suit sites during a market survey to determine if the existing building or build-to-suit sites are acceptable for solicitation. Offerors will be informed in the cover letter accompanying this solicitation, or by a separate letter, which buildings or sites (if any) are acceptable for solicitation. Unacceptable sites cannot be considered for solicitation. In the event an offeror submits more than one acceptable building or build-to-suit site, the offeror must choose which site or building to offer. Only one offer per offeror can be considered for award.

Any space considered for consideration that will be subject to a land lease for a building to be constructed will not be considered for award.

**INITIALS: Lessor** GK **& Gov't** ______

**Attachment No. 4 – Document Security Form**
**SFO No. GS-05B-17564**

**DOCUMENT SECURITY**
**NOTICE TO PROSPECTIVE BIDDERS/OFFERORS**

**This solicitation includes Sensitive But Unclassified (SBU) building information. SBU documents provided under this solicitation are intended for use by authorized users only. In support of this requirement, GSA requires bidders/offerors to exercise reasonable care when handling documents relating to SBU building information per the solicitation.**

**REASONABLE CARE:**
**1. Limiting dissemination to *authorized users*.** Dissemination of information shall only be made upon determination that the recipient is *authorized* to receive it. The criterion to determine authorization is *need-to-know*. Those with a *need-to-know* are those who are specifically granted access for the conduct of business on behalf of or with GSA. This includes all persons or firms necessary to do work at the request of the Government, such as architects and engineers, consultants, contractors, sub-contractors, suppliers, and others that the contractor deems necessary in order to submit an offer/bid or to complete the work or contract, as well as maintenance and repair contractors and equipment service contractors.

NOTE: **It is the responsibility of the person or firm disseminating the information to assure that the recipient is an authorized user and to keep records of recipients.**

Authorized users shall provide identification as set forth below:

Valid identification for non-Government users. Authorized non-Government users shall provide valid identification to receive SBU building information. The identification shall be presented and verified for each dissemination. Valid identification shall be all items (a) through (c), below, and including item (d), as necessary:

(a) **A copy of a valid business license or other documentation granted by the state or local jurisdiction to conduct business.** The license at a minimum shall provide the name, address, phone number of the company, state of incorporation, and the name of the individual legally authorized to act for the company. The business must be of the type required to do the work. A general contractor's license may be substituted for the business license in states that issue such licenses. In the rare cases where a business license is not available from the jurisdiction, the information shall be provided and testified to by the submitter; **and**

(b) **Verification of a valid DUNS Number** against the company name listed on the business license or certification. Verification may be obtained through

http://www.fpdc.gov, or by calling Dun & Bradstreet at 703-807-5078 to set up an account; **and**

GK

EXHIBIT
tabbies
Kosmon 7
7/25/07

**INITIALS: Lessor** GK **& Gov't** ____________



(c) **A Valid IRS Tax ID Number** of the company requesting the information; **and, as necessary,**

(d) **A Valid picture state driver's license** shall be required of person(s) picking up SBU documents. Phone verification must be made to a previously validated authorized user that the individual(s) picking up the documentation is authorized to do so by the company obtaining the documents. SBU documents will not be released to any individual or firm who has not, either previously or at the time of pickup, supplied the required documentation as outlined in paragraphs (a) through (c), above.

**2. Retaining and destroying documents.** The efforts required above shall continue throughout the entire term of the contract and for whatever specific time thereafter as may be necessary. Necessary record copies for legal purposes (such as those retained by the architect, engineer, or contractor) must be safeguarded against unauthorized use for the term of retention. Documents no longer needed shall be destroyed (such as after contract award, after completion of any appeals process or completion of the work). Destruction shall be done by burning or shredding hardcopy, and/or physically destroying CD's, deleting and removing files from the electronic recycling bins, and removing material from computer hard drives using a permanent erase utility or similar software.

**3. Term of Effectiveness.** The efforts required above shall continue throughout the entire term of contract and for what specific time thereafter as may be necessary, as determined by the Government. Necessary record copies for legal purposes (such as those retained by the architect, engineer, or contractor) must be safeguarded against unauthorized use for the term of retention.

**4. Written agreement of disposal.** For all contracts using SBU building information, the contractor shall provide a written statement that he and his subcontractors have properly disposed of the SBU building documents, with the exception of the contractor's record copy, at the time of Release of Claims to obtain final payment. Documents no longer needed shall be destroyed (such as after contract award, after completion of any appeals process or completion of the work). Destruction shall be done by burning or shredding hardcopy, and/or physically destroying CDs, deleting and removing files from the electronic recycling bins, and removing material from computer hard drives using a permanent erase utility or similar software.

**INITIALS: Lessor** GK **& Gov't** ____________

Page 3 of 3
Attachment No. 4 – Document Security Form
SFO No. GS-05B-17564

The recipient acknowledges the requirement to use **reasonable care,** as outlined above, to safeguard the documents and, if not awarded, the contract (and at the completion of any protest/appeal process) will make every reasonable and prudent effort to destroy or render useless all SBU information received during the solicitation.

**I agree that I will abide by this agreement and will only disseminate Sensitive But Unclassified (SBU) building information to other authorized users under the conditions set forth above.**

Signature: [signature] / All Trades Inc

Title: treasurer

Date: 12/16/2004

Copy of business license attached

DUNS Number:

Verified: Yes No

IRS Tax ID Number 38 332 1677

**INITIALS: Lessor** GK **& Gov't** ____________