# EXHIBIT B

989-632-5220

# SSA SPECIAL REQUIREMENTS

## GS-05B-17564

LOCATION: FLINT, MICHIGAN



INITIALS: GK & GO
LESSOR GO

TABLE OF CONTENTS


1. 0 **GENERAL ARCHITECTURAL** .......... 3
1.2 SIGNAGE .......... 3

2. 0 **ARCHITECTURAL FINISHES** .......... 3
2.1. DOORS: HARDWARE (MAR 1999) .......... 3
2.2. DOORS AND LOCKS .......... 3
2.3. DOORS: AUTOMATIC OPENERS (JUNE 1999) .......... 3

3. 0 **TELEPHONE** .......... 4
3.1. TELEPHONE EQUIPMENT .......... 4

4. 0 **ELECTRICAL** .......... 4
4.1. ELECTRICAL DISTRIBUTION .......... 4
4.2 IWS/LAN CONFIGURATION--GENERAL INFORMATION .......... 5

5. 0 **SPECIFIC ROOM INFORMATION** .......... 5
5.1. ADP ROOM .......... 5
5.2. MULTIPURPOSE ROOM .......... 5
5.3. STORAGE ROOM .......... 6
5.4. EMPLOYEE RESTROOMS .......... 6
5.5. RECEPTION AREA .......... 6
6.1 ATTACHMENT No. 1 .......... 7
6.2. ATTACHMENT NO. 2 .......... 8

## 1.0 GENERAL ARCHITECTURAL

**1.1. EXITS AND ACCESS (SEP 1991)**
Walk-off mats shall be provided at all exits that open to the exterior. Mats shall be spot cleaned and/or shampooed as required during the term of the lease. The Lessor is responsible for the placement, removal, and storage.

**1.2 SIGNAGE**
The Lessor shall provide, install, and maintain signage acceptable to the Contracting Officer, on the exterior of the building. The sign shall read "Social Security Administration". The elevation drawings shall show the signage type and location. The total tenat improvement cost shall include the cost for the signage, installation, and connection to electrical, if applicable. Necessary permits will be obtained by the Lessor. Directories and lobby signs will be provided by the Lessor in multi-tenant buildings, which will clearly identify the locations of the SSA office. The Lessor will return to the Government all exterior and interior signs that the Government procured through and/or provided to the Lessor

## 2.0 ARCHITECTURAL FINISHES

**2.1. DOORS: HARDWARE (MAR 1999)**
Doors shall have door handles or door pulls with heavy weight hinges. All doors shall have corresponding door stops (wall or floor mounted). All public use doors and toilet room doors shall be equipped with kick plates. All door entrances from public corridors and exterior doors shall have automatic door closers. All door entrances from public corridors, exterior doors and other doors designated by the Government shall be equipped with 5-pin, tumbler cylinder locks and strike plates. All locks shall be master keyed. The Government shall be furnished with at least two master keys for each lock. All office keys must be stamped/marked "Do Not Duplicate".

**2.2. DOORS AND LOCKS**
All entrance doors will have dead-bolt locks with minimum 1-inch throws. The interior of the door will be equipped with a thumb latch and a sign on the door must state, "This door must remain unlocked while the office is occupied."

In space located on the ground floor level, all rear and side doors will be constructed with solid wood cores or be metal sheathed, equipped with panic hardware with key override. A separate employee entrance providing ingress/egress without going through the reception area is required. A doorbell and peephole located approximately 54 inches from the floor is required for the employee entrance if not a glass door. A doorbell and peephole (180 degree) located approximately 54 inches from the floor is required at all delivery doors (if provided in space occupied by the Government). In case of a door that is only used as an emergency exit and requires no exterior hardware, use "DCI Pannex Series 1200 exit device" or equivalent.

All locks on interior doors except the Data Room and the Managers' office doors, to be keyed alike with two keys provide. The Data Room and the Mangers' door locks to be keyed separately with two keys provided. All exterior doors to be keyed alike with two keys provided. All keys are to be provided to the Tenant Manager upon acceptance of the space.

In space located above ground level, all doors leading into SSA space will be constructed of solid wood cores or be metal sheathed and will have panic hardware.

All outside doors, including the door into the Automated Data Processing (ADP) room should have inaccessible hinge pins or have non-rising fixed-hinge pins.

**2.3. DOORS: AUTOMATIC OPENERS (JUNE 1999)**
Furnish, install, power and maintain approved, automatic, electro-mechanical door entrance system at the public and main employee entrances. Acceptable manufacturer: Stanley Model Magic Access, manufactured by Stanley Access Technologies, a Division of the Stanley Work, Farmington, Connecticut (1-800-722-2377) or equivalent. These must meet handicap accessibility standards.

## 3.0 TELEPHONE

### 3.1. TELEPHONE EQUIPMENT

The Lessor shall ensure that all outlets and associated wiring used to transmit telecommunication (voice) service to the work station will be safely concealed in floor ducts, power poles, walls, ceilings or columns. Wall outlets shall be provided with rings and pull strings to facilitate the installation of cable.

The Government reserves the right to provide its own telecommunication (voice and data) service in the space to be leased. The Government may contract with another party to have inside wiring and telephone equipment installed or use wiring provided by the Lessor, if available. In any case, space for telecommunication equipment shall be provided by the Lessor. Telecommunication switchrooms, wire closets and related spaces shall be enclosed. The enclosure may not be used for storage or other purposes and shall have door(s) fitted with an automatic deadlocking latch bolt with a minimum throw of 1".

A sheet of plywood, 4' x 8' x 3/4" will be mounted on one wall of the area.

The plywood must have a smooth surface (class C or better) and should be treated with at least two coats of flame-retardant paint or sealant. The longest side of the plywood sheet will be installed horizontally with the lowest edge 36" above the floor.

The Lessor shall ensure that all outlets and associated wiring used to transmit telecommunication (voice) service to the workstation will be safely concealed in floor ducts, walls, ceilings, or columns. Wall outlets shall be provided with rings and pull strings to facilitate the installation of cable.

## 4.0 ELECTRICAL

### 4.1. ELECTRICAL DISTRIBUTION

(a) The Lessor will provide at least two separate distribution panels.

One panel to provide for convenience outlets and mechanical and lighting loads (shell costs). It must be circuit breaker type with 25 percent spare power load and circuits. This panel shall be provided with an equipment ground bus. The feeder for this panel shall contain an equipment ground conductor. The branch breakers in the panel shall be bolt on type. Under no circumstances will circuits feeding SSA's LAN equipment run through this panel. This panel will also feed convenience outlets in the systems furniture.

The other panel will be dedicated strictly to SSA's LAN system equipment and systems furniture power feeds (tenant improvement costs). Panel capacity shall meet the requirements of the number of LAN workstations, printers, and LAN cabinet called for in the paragraph "SPECIAL ELECTRICAL: SSA LAN AND FURNITURE SYSTEM" below, and shown on the approved floor plan. The panel shall have a bolt-on main breaker; an isolated ground bus and equipment ground bus for SSA's computer system equipment. The power feed for the panel shall contain two insulated conductors for the two grounds. Minimum size of the equipment ground and isolated ground conductors shall be No. 6 AWG. The isolated ground conductor shall be terminated at either the service or at the neutral ground bond of the transformer feeding the dedicated panel. There shall be no splices in the isolated ground conductor feeding the IG bus. The ampacity of the panel and main breaker shall be sized for 125 percent of the present connected load plus 25 percent growth. The number of circuits will be as calculated below plus 25 percent for future expansion. The branch breakers in the panel shall be bolt on type. The panel shall be located in the ADP room within the SSA occupied space.. In the automated data processing (ADP) room and provide code-required working space. The panel shall not be located in the zone identified for the SSA provided LAN cabinet. The power for SSA's computer equipment shall be a 208/120-volt, 60 hertz, three phase, four-wire system.

(b) It is preferred that electrical cabling be provided overhead in conduit (If underfloor duct systems are proposed by the Lessor, the Lessor must obtain prior approval from the Contracting Officer). Overhead cabling must be encased in ¾" conduit.(c) The Lessor shall provide separate electric junction boxes for the base feed connections to Government-provided modular or systems furniture, when such feeds are supplied via wall outlets or floor penetrations. Cluster groups at floor or wall locations shall be provided on the basis of 1 per _400__ ANSI/BOMA Usable Square Feet. A set consisting of 1 data junction box, 1 telephone junction box, and 1 electrical junction box shall comprise a cluster group.

(c) Each electrical junction shall contain an 8-wire feed consisting of 3 general-purpose 120-volt circuits with 1 neutral and 1 ground wire, and a 120-volt isolated-ground circuit with 1 neutral and 1 isolated-ground wire. A 20-amp. Circuit shall have no more than 8 general-purpose receptacle or 4 isolated-ground "computer" receptacles. The isolated-ground "computer" circuits shall be installed in accordance with the September 21, 1983 edition of Federal Information procession Standards pub. 94.

(d) Where overhead feeds are used, junction boxes shall be installed for electrical connections, for isolated ground outlets and convenience outlets (convenience and IG outlets must be in separate conduit until they feed at the junction boxes). Raceways will be provided throughout the furniture panels to distribute the electrical, telephone, and data cable. The Lessor shall provide all electrical service wiring and connections to the furniture at designated junction points.

4.2 IWS/LAN CONFIGURATION--GENERAL INFORMATION
SEE ATTACHMENT No. 2 of this package

## 5.0 SPECIFIC ROOM INFORMATION

The following paragraphs delineate the specific room type area and any special requirements.

5.1. ADP ROOM
Approximately 340 square feet

A. Architectural
The entry door to the room shall be solid wood core or metal sheathed with hinges mounted inside the room. The room shall be secured with a six-pin tumbler, off master lock with a deadbolt lock having a minimum throw of 1". All keys to the room shall be controlled by SSA. The floor covering shall be smooth vinyl tile. A carbon dioxide fire extinguisher is required. This room must be secure from other than Social Security Administration (SSA) employees; therefore, no equipment other than SSA equipment (data equipment, telephone equipment) can be placed in this room. The IG electrical panel that powers SSA's LAN equipment must be located in the ADP room. An additional sheet of plywood, 4' x 4' will be mounted on one wall per the design intent plans. The plywood must have a smooth surface (Class C or better) and should be treated with at least two coats of flame retardant paint or sealant.

B. Heating, Ventilating and Air Conditioning (HVAC) Requirements
In general, the ADP Room shall be maintained at a temperature range of between 68°F and 78°F during office hours and no less than 55°F nor more than 80°F during non office hours, 24 hours per day, 7 days per week. Relative humidity will be maintained between 20 and 80 percent. The room shall be separately zoned and have its own separate thermostatic control inside the room. The HVAC system shall be designed to supply on the average 6 complete air changes per hour with a minimum of 20 percent fresh air.

Both the telephone system, as described in the "Telephone Equipment" paragraph in the TELEPHONE section of this Solicitation, and the computer equipment will be installed in the ADP Room.

A. Finishes:
1. Walls: Painted
2. Floors: Vinyl floor tile

5.2. MULTIPURPOSE ROOM
Approximately 300 square feet

A. Cabinets and Sink:
Provide a double basin stainless steel (equivalent to Elkay Celebrity GECR-3321) with hot and cold water lines, drain, garbage disposal, paper towel holder and soap dispenser. The sink is to be mounted in wood cabinets with Formica brand (or equivalent) laminate counter with 4" back splash. Cabinets are to be divided into one 48" open cabinet (to meet ADA guidelines) for sink base and two 24" cabinets. The 24" cabinets are to have one adjustable shelf, full depth, one 6" high drawer and two 12" wide doors. Doors and drawers are to be provided with one 4" wire pull each. Upper cabinets are to be 96" in length, divided into 4 equal units and 26" high overall. Each unit is to have two adjustable shelves full depth and two 12" doors full height. Each door is to have one 4" wire pull. All finishes are to be Formica brand laminate (or equivalent). Finishes should be applied pursuant to Manufacturer's specifications to avoid laminate from separating from countertop.

B. Dry Marker Board
Install a 36" high (from the floor), 4' wide x 8' long dry marker board across the length of one wall of the video teleconference room. The dry marker board shall be 3/4" particleboard with 22 gauge face sheet and porcelain writing surface. Butt joints are to be splined. Color DMB-7 (white) with black plastic Tee-edge molding (#551T). The board must have an eraser shelf.

5.3. STORAGE ROOM
Approximately 340 square feet

This room requires both resilient floor covering and painted walls. It should be constructed in accordance with the specifications for general office space.

5.4. EMPLOYEE RESTROOMS (Shell Space)

Both a men's and women's restroom shall be provided for exclusive use by SSA employees. This set of restrooms shall be directly accessible from the employee area and shall conform to all handicapped accessibility standards set forth in this Solicitation. The restrooms shall also conform to the requirements set forth in the "Restrooms" paragraph in the MECHANICAL, ELECTRICAL, PLUMBING section and in the "Wall Covering; Physical Requirements" paragraph in the ARCHITECTURAL FINISHES section of this Solicitation. The female employee's restroom will be equipped with a wall cabinet unit approximately 24" x 2" wide. The cabinet should be hung approximately 5' from the floor.

5.5. RECEPTION AREA

The Lessor is responsible for providing and installing the following reception room items:

A. Finishing Requirements
The reception area requires walk-off mats in entrances and lobbies. The maintenance, cleaning, replacement and storage of these mats, when not in use, is the responsibility of the lessor.

B. Literature Display Cabinet
Provide two wall mounted literature display cabinets 36" wide x 24" high with either no pocket dividers or adjustable width dividers for forms and literature (equivalent or better than Model 436-2P or Model 433P from Peter Pepper Products, Inc. 17929 S. Susana Road, Compton, CA 90224, GSA Contract No: GS-OOF-3875A).

C. Bulletin Board
Provide a wall mounted bulletin board with solid oak frame and 2 windowed doors with total dimensions of 36" high and 48" wide (equal to or better than model QRT-364 from Nationwide Office Supply, 44 Sea Cliff Avenue, Glen Cove, NY 11542) or (equal to or better than Model No. 308-RC from Claridge Company, Palatine, Illinois, telephone: (847) 991-8822).

D. Signs
Provide up to six professionally prepared signs with wording such as "No Smoking," "Take a Number And Be Seated," "Social Security Numbers," etc. Use of universally recognized symbols is encouraged. Exact wording will be provided by local management.

Wording will be either in English, Spanish or possibly another foreign language. The preferred colors for English signs are white lettering on a royal blue background. Preferred colors for Spanish signs are royal blue lettering on a white background.

Signs are to be installed on the wall or hung from the ceiling. They should be at least 12" high and 18" wide and have rounded corners. Signs should be equal to or better than Module 9.1 provided by Innerface Architectural Signage, Inc., 5320 Webb Parkway, Lilburn, Georgia 30247 (770-921-5566).

C. Take a Number System
Lessor shall provide a take a number system in the rececption area.

F. Barrier wall in the reception area
1. A wall painted on both sides in a color to be selected by the government, will enclose the reception area. This wall shall have an approximate one foot opening along the top to aid in balanceing the heat, air and ventilation.

The wall will have at least two doors and one cased opening 42" off the floor, through which three reception work stations can be faciitatied. Additional doors will be added when the space configuration requires them. The door will be standard size and equipped with an automatic door closer, locking panic hardware on the inside, with a five-button combination lock and lever hardware on the reception area side of the door. The door will open toward the reception area and have a vertical light within 10" of the latch side of the door. The light should be 6" wide and 5' long and consist of a non-breakable transparent material.

G. Public Restroom
As part of the tenant improvements, the lessor shall provide a unisex restroom in the reception area that is fully compliant with ADA codes. Walls shall portude through the drop ceiling for sound and odor reduction.

6.1 ATTACHMENT No. 1



6.2. ATTACHMENT NO. 2

SSA INTELLIGENT WORKSTATION/LOCAL AREA NETWORK (IWS/LAN) REQUIREMENTS FOR SITE PREPARATION

8.10.1 IWS/LAN CONFIGURATION--GENERAL INFORMATION

The IWS/LAN components located in the SSA office will consist of Ethernet switches, workstations, and printers. The LAN will consist of an IBM compatible PC file server equipped with fixed disk storage, CD ROM, removable storage and tape back up.

Workstations consist of IBM compatible PC desktop computers with fixed disk storage, floppy disk storage, and Ethernet adapters for connection to the LAN via the Ethernet switch. Laser printers and dot matrix printers will be attached to the LAN either at the file server, workstation, or centrally located to the workstations via Ethernet interface.

All of the critical components of the LAN cabinet will be powered by an Uninterruptable Power Supply (UPS) in case of power failure. The UPS shall be provided by others.

Lessor is not responsible for the installation of the equipment -- only the site preparation.

If the work is to be done in an existing, operating SSA office, the SSA operation must continue the contractor must provide proper phasing of the work so as not to interfere with SSA operations.

8.10.2 HEATING, VENTILATION, AND AIR CONDITIONING (HVAC) REQUIREMENTS

The ADP room shall be maintained between 68 degrees and 78 degrees Fahrenheit. The HVAC system must be capable of maintaining ± 2 degrees F. of the thermostat setting. This condition must be maintained 24 hours a day, 7 days a week. HVAC shall be thermostatically controlled within the room and be independent of the house system. The equipment located in the ADP room will be operational 24 hours a day, 7 days a week.

The IWS/LAN equipment located in the office area will operate in a standard office environment.

8.10.3 MATERIALS AND EQUIPMENT TO BE PROVIDED BY THE LESSOR AS PART OF THE LEASE

DATA CABLE AND ACCESSORIES

1. Category 5E PVC cables, Berktek # 532281 or equivalent in non-plenum ceilings; Mohawk # M56168 or equivalent in plenum ceilings.
2. Category 5E RJ-45 T568A connector; AMP # 1116604-3 or equivalent.
3. Category 5E modular patch panel to be mounted in IWS/LAN cabinet and data outlets as needed to serve IWS/LAN workstations and equipment.
4. Faceplates, AMP SL series mounted in recessed outlet box inside columns or walls. Provide surface mounted box if interior of wall or column cannot be accessed.
5. Free standing single-device housings with a faceplate and a magnetic backing (IBM # 4760486) for all IWS/LAN equipment fed through the modular furniture.
6. A 12" wide wire mesh cable tray, mounted vertically on wall of ADP room behind LAN cabinet extending from 6 inches above the ceiling to 6 inches from the floor for routing the data cables.
7. A No. 6 AWG copper ground conductor with THHN insulation, installed in ¾- inch conduit from the LAN cabinet location to the isolated ground electrical panel (Panel RP-G) that provides power to the LAN cabinet. Terminate one end of the #6 ground conductor at the equipment ground bus in panel RP-G and leave 10 feet of #6 ground conductor neatly coiled at the LAN cabinet end for future connection to the LAN cabinet (by others) terminated with a ground lug.
8. One 4'x8'x1/2" sheet of plywood painted to match ADP room wall color. Mount at the Telephone switch location.

ELECTRICAL EQUIPMENT AND ACCESSORIES

1. One isolated ground panelboard (to be identified as RP-G) with the following features:
   - 208Y/120 volt, 3-phase, 4-wire with fully rated neutral bus and separate copper ground and isolated ground buses.

- Minimum short-circuit rating of 10,000 RMS amperes.
- Main circuit breaker, minimum ampacity equal to 125 percent of the total connected load as called for in this package and shown on the approved floor plans plus 25 percent space capacity based on equipment loads as listed in the table below.
- Bolt-on type, 20 ampere, molded-case branch circuit breakers. Provide 25 percent spare breakers.
- Typed circuit directory card matching the installed circuit layout.

2. General purpose receptacle panelboard (to be identified as RP-A) with the following features:

   - 208Y/120 volt, 3-phase, 4-wire with fully rated neutral bus and separate copper ground bus.
   - Minimum short-circuit rating of 10,000 RMS amperes.
   - Main circuit breaker, minimum ampacity equal to the total load as called for in this package and shown on the approved floor plans, plus 25 percent spare capacity, sized per NEC requirements.
   - One 3 -pole branch circuit breaker to feed panel RP-G sized to match the main circuit breaker in RP-G.
   - Bolt-on type, 20 ampere, molded-case branch circuit breakers. Provide 20 percent spare breakers.
   - Typed circuit directory card matching the installed circuit layout.

3. Isolated ground (IG) duplex receptacles, orange colored, NEMA 5-20R, Hubbell IG 5362, Arrow Hart IG 5362, or equal; orange colored.

4. General purpose duplex receptacles, ivory colored, NEMA 5-20R, Hubbell, Arrow Hart, or equal.

5. Building wire, THHN/THWN insulation, solid or stranded copper wire for No. 10 AWG and smaller; stranded copper wire for sizes No. 8 AWG and larger. Provide minimum size of No. 12 AWG.

**8.10.4 SITE PREPARATION**

1. <u>ELECTRICAL INSTALLATION</u> - GENERAL

A) Install electrical equipment and accessories in accordance with the National Electrical Code and all local codes and ordinances.

B) Install branch circuiting in electrical metallic tubing (EMT), minimum size 3/4". Install no more than three homeruns per conduit. Compression fittings are to be used on all conduit connections.

C) Do not install isolated ground and non-isolated ground circuits in the same conduit.

D) For non-isolated ground circuits provide one equipment ground wire per conduit run.

E) For isolated ground circuits provide one neutral and one isolated ground wire for each circuit. In addition, provide one equipment ground wire per conduit run.

F) Metal-clad cable, Type MC, may be installed recessed in walls if all neutral wires, isolated ground wires and equipment ground wires as listed above are contained in the cable.

G) Provide color coding on 208Y/120 volt feeders and branch circuits as follows:

- Phase A - black
- Phase B - red
- Phase C - blue
- Neutral - white (provide red plastic tape at each splice point for neutral wires originating from the isolated ground panelboard.
- Ground - green
- Isolated Ground - Green with yellow bands or stripes. Solid green wire with yellow tape at splice/termination points is not acceptable.

H) Provide color coding on 480Y/277 volt feeders and branch circuits as follows:

- Phase A - brown
- Phase B - orange
- Phase C - yellow
- Neutral - white
- Ground - green

2. ELECTRICAL INSTALLATION - ISOLATED GROUND POWER

A) Install RP-G in the ADP room, per the location indicated on the design intent plans. Do not locate the panel in the zone identified for the LAN cabinet.

B) Provide a power feeder to the panel, preferably originating from RP-A, consisting of three phase conductors, one full-size neutral, one equipment ground (minimum No. 6 AWG) and one isolated ground conductor (minimum No. 6 AWG).

C) The isolated ground conductor feeding RP-G must originate from either the building service ground or the neutral/ground bond of the local 208Y/120 volt transfomer feeding RP-G and it must be run inside the feeder conduit. Provide one continuous isolated ground conductor from point of origin to RP-G.

D) Provide isolated ground branch circuiting to isolated ground (IG) duplex receptacles in IWS/LAN systems furniture workstations. Connect a maximum of four workstations per 20-amp circuit. Provide an isolated ground (IG) duplex receptacle and isolated ground branch circuiting for each IWS/LAN workstation not associated with systems furniture, such as in the Manager's Office. The approved floor plan will show the location and number of workstations.

E) Provide an IG duplex receptacle and isolated ground branch circuiting for each IWS/LAN printer (LP or DP) or digital copier (DC). The approved floor plan will show the location and quantities.

F) Provide two IG duplex receptacles, and isolated ground branch circuiting for each LAN cabinet shown on the approved floor plan. Connect both receptacles to the same phase but on separate dedicated circuits.

G) All the receptacles for the computer equipment shall be isolated ground (IG) type and shall meet requirements of NEC 250 74 Exception No. 4.

H) Adhere to the following for maximum number of isolated ground receptacles per circuit and connection criteria. Maximum load per circuit is 16 amps.



INITIALS: GK & [signature]

LESSOR GOV'T

| Equipment | Load (Amps) | Maximum Per Circuit | Allowable Connection Criteria |
|---|---|---|---|
| Workstation (IWS) | 4.0 | 4 | Only with other workstations, Not with printers, |
| Laser Printer (LP) | 7.8 | 2 | With other printers, |
| Digital Copier (DC) | 12.0 | 1 | Dedicated circuit |
| Dot Matrix Printer (DP) | 2.5 | 4 | With other printers |
| LAN cabinet (Critical equipment) | 2 | 1 | Dedicated circuit (same phase as LAN cabinet non-critical equipment). |
| LAN cabinet (Non-critical equipment) | 2 | 1 | Dedicated circuit (same phase as LAN cabinetcritical equipment). |

l) Label each isolated ground receptacle with the panel designation and circuit breaker number it is connected to (e.g. "G-14"). Place typed, self-adhesive label on receptacle faceplate. Handwritten labels are not acceptable. Identify each breaker at the panel and the devices it serves on the circuit directory.

3. ELECTRICAL INSTALLATION - GENERAL PURPOSE POWER

A) Install panel RP-A within SSA controlled space preferably in the electrical closet serving the floor SSA occupies.

B) Connect general purpose furniture receptacles to panel RP-A. Provide two circuits of different phases to each workstation telepower pole and connect the number "1" or "a" general purpose receptacles to one phase and the number "2" or "b" receptacles to the other. Connect not more than 10 receptacles per circuit. The same circuits may be used to serve multiple workstation groupings if the maximum number of receptacles per circuit is not exceeded.

C) Provide additional standard electrical circuits and install receptacles as shown on the approved floor plan.

D) Other building general purpose receptacles, mechanical loads and lighting may be connected to RP-A.

4. DATA CABLE INSTALLATION

A) Install cable in neat symmetrical lines parallel to the centerlines of the building construction.

B) Do not splice cable.

C) Install cable in single runs between outlets and IWS/LAN cabinet in ADP room.

D) Leave six inches of slack cable behind each outlet and 15 feet of slack cable as measured from the bottom of the wire mesh cable tray in the ADP room. After termination of cable onto patch panel and installation of patch panel into LAN cabinet coil excess cable in cable tray.

E) Provide modular patch panel(s) and mount in IWS/LAN cabinet provided by SSA's LAN vendor. Provide sufficient ports in patch panel(s) for 10 per cent spare capacity.

F) Data cable is to be a continuous run with no splices or butts and without kinks or sharp turns. The cable must not be laid immediately adjacent to fluorescent light, A/C power lines of motorized devices. Data cable must be installed to maintain the maximum separation from A/C power lines, six inches minimum.

G) Support all cables in ceiling space on adjustable J-hooks rated for Category 5E cable with rolled edges and integral retainer clips. Provide J-hooks at 5 feet on - center.

H) Ground cable tray according to N.E.C.

I) Install cable in modular furniture within internal cable raceways.

J) Terminate data cable at both ends with RJ-45 connector per TIA/EIA 568-A standards, with T568A wiring configuration.

K) Install data connector into patch panel in ADP room and into faceplate at each data outlet as indicated on plans.

L) Faceplates - Wall Mounted

1. Install each faceplate located at columns or walls in separate, recessed, wall-mounted outlet boxes.

M) Identify all the data cables at both ends by self-adhesive machine lettered (not handwritten) labels with the following numbering scheme. Attach labels onto faceplate of each data outlet and patch panels in ADP room.

1. Workstation cables - "C0001", "C0002", etc. (match the numbers with the modular furniture cubicle numbers, followed by workstations not associated with modular furniture, such as the Manager's Office).

1. Workstations in training area - "C" followed by four digit number in continuation of the workstation cable numbers under "1" above.

2. Laser printers - "C" followed by four digit number in continuation of the training workstation cable numbers under "2" above.

3. Digital Copiers – "C" followed by four digit number in continuation of the laser printer cable number under "3" above.

5. Line printers - "C" followed by four digit number in continuation of the digital copier cable number under "4" above (one per office).

N) Cable Bundling

1. Bundle and loosely tie-wrap cables, sequentially in groups of twelve beginning with C0001, in the ADP room.

2. Wrap cables with Velcro-type straps in a manner that allows cables to be connected to LAN ports as needed by SSA. Do not use plastic tie-wraps.

5. CABLE TESTING

A) Per TIA/EIA-TSB67 testing standards.

6. AS-BUILT DRAWINGS

A) Mark up, and provide to the Government, a desk layout drawing to show an "as built" status for electrical and data cabling, including an identification of all electrical and data circuits.

B) Discuss all cabling drawing with the local manager to assure that all marked-up drawings are clear and understood.

B. LESSOR REQUIREMENTS AND RESPONSIBILITIES - PHASE I

1. ELECTRICAL - The lessor shall:

a. Provide additional electrical power requirements such as transformers, power panels RP-A and RP-G, and feeders, as required to meet the anticipated power demands. If the office needs an air-cooled step down transformer, it shall be located a minimum 8 feet away from the ADP room. **This electrical riser information and a diagram of the electrical panels and feeders must be supplied to GSA within 30 days of the completion of lessor's working drawings. This information will be forwarded to SSA's electrical engineering firm to use for construction drawings for IWS/LAN and systems furniture installation.**

b. Determine the type of existing electrical service, e.g., 208Y/120 volts, 3 phase; or 480Y/277 volts, 3 phase; or 120/240 single phase. Verify that building service and transformer are large enough for the additional electric load.

c. Provide Isolated Grounding System as indicated in SSA's Official Policy on the following pages.

d. Provide wall or floor receptacles for IWS/LAN workstations, printers, etc. and IWS/LAN cabinet outside of the modular furniture area. These will be shown on the designer prepared floor plans. An IG duplex receptacle is required for each IWS/LAN workstation, printer, digital copier, fax, scanner, image server, and two IG receptacles are required for the IWS/LAN cabinet. Provide branch circuit wiring from the electrical power panels not to exceed the dedicated circuit requirements listed in paragraph A. 8. above.

e. Provide and install additional electrical outlets and telephone outlets outside of the modular furniture area in accordance with GSA specifications and where shown on the designer prepared floor plan.

f. Furnish and install suitably sized junction boxes, sufficient to handle the load, above the ceiling (with conduit) in the vicinity of the feeding points of the modular furniture panels.

g. Provide branch circuit wiring from power panels to the junction boxes combining circuits in different junction boxes and other IG duplex receptacles so as not to exceed the maximum limits indicated in A. 8. above.

h. Provide grounding wire for the LAN cabinet per "IWS/LAN cabinet Grounding Detail" below. The LAN cabinet will be delivered and installed by SSA's IWS/LAN contractor.

i. Temporarily cap-off the wiring in the junction boxes until modular furniture installation. Make all connections in power panels and keep the circuit breakers off.

j. Mark each circuit with the breaker number and the computer hardware (IWS/LAN workstation, printer, or IWS/LAN cabinet) to be connected to it. Identify each breaker at the panel and the devices it serves. Identify receptacles on the electrical layout drawing with the same standard alpha/numeric marking system. It is especially important that all circuits be clearly identified at the breakers of the power panel, the junction boxes, and on the electrical layout drawing to preclude error and facilitate connections in Phase II of the project.

k. Electrical conductors shall be labeled with a numerical code corresponding to the circuit breaker protecting the circuit.

2. DATA CABLING - The lessor shall:

a. Provide category 5E, unshielded twisted pair data cables from the IWS/LAN cabinet in the ADP room to each of the printers and IWS/LAN workstations. Provide hangers and support for the cables in accordance with industry standards.

The total length of each cable will vary in accordance with the equipment location, office layout, and space configuration. Equipment distribution will generally be uniform throughout the work area.

b. Provide category 5E data connectors, patch panels, and wire mesh cable tray.

c. Identify all data cables at both ends by machine lettered (not handwritten) labels.

3. OTHER CONSTRUCTION

The lessor shall complete all other construction and alterations necessary to comply with this solicitation for offers. As phase II work, which is described below, is being completed the office must be ready for immediate use by SSA Personnel.

C. LESSOR REQUIREMENTS AND RESPONSIBILITIES - PHASE II

1. ELECTRICAL - The lessor shall:

a. Connect the pigtails of the pre-wired furniture panels to the branch circuit wiring in the junction boxes.

b. Turn on the circuit breakers in the power panels for the circuits feeding modular furniture and test each receptacle in the furniture to verify that it is energized and connected properly.

c. Identify each receptacle in the modular furniture by circuit number and the power panel, and update the directory in the power panel. Provide details on the electrical layout schematic to show the "as-built" status for all of the receptacles. A copy of the "as-built" plans shall be provided to the local manager.

d. Provide a grounding wire for the LAN cabinet.

2. DATA CABLING - The lessor shall:

a. Complete installation of the data cables from the IWS/LAN cabinet in the ADP room through the modular furniture panel raceways to each IWS/LAN workstation and each printer. Complete remaining installation of data cables outside of the modular furniture configuration.

b. Install data connectors at both ends of all data cables installed.

b. Make sure that both ends of each of the data cables are properly labeled. Provide details on the electrical layout schematic to show the "as-built" status for all the data cables.

c. Conduct testing of each channel (i.e. from the jack at the office end to the jack at the patch panel in the ADP room) for all data cable runs in accordance with TIA/EIA Testing Standards.

3. The lessor shall certify and submit the final "as-built" drawings, including the modular furniture wiring and cabling, to the local SSA manager.

All electrical/cabling work shall be performed in conformance with local electrical codes.

D. SCHEDULING AND COORDINATION

1. Lessor shall coordinate the access to the office with the local manager where space is currently occupied.

2. SSA may arrange to have the telephone equipment vendor complete the necessary telephone site preparation (precabling) activities during Phase I.

3. Following completion of Phase I site preparation, the office will be ready for furniture installation (Phase II). The agency will schedule a pre-installation meeting with GSA, the furniture installer, the telephone contractor and the lessor and his electrical and

data cabling contractor(s). The meeting agenda will include clarification of Phase II activities, scheduling and determination of the specific Phase II installation start and end dates. Lessor's electrical contract is required to attend this meeting.

4. It shall be necessary for the lessor to have an adequate number of electricians on the job to keep pace with the furniture installers. Work may be required after hours and on the weekend. Once the furniture installation begins on the designated date, the installation will proceed until the entire office has been completed.

5. All electrical/cabling work shall be completed in conformance with local electrical codes. GSA shall make final approval of the work performed.

E. <u>INSPECTION AND AS-BUILT PLAN REQUIREMENTS</u>

1. A pre-occupancy inspection of the completed work is to be made with representatives of the lessor, general contractor, electrical contractor, GSA, and SSA present.

2. The lessor shall furnish to GSA within two weeks of occupancy, as-built drawings of the completed work that shows the following as a minimum:

a. All usual building features such as partitions, doors, electrical panels and receptacles, telephone outlets, fire extinguishers, water fountains and plumbing fixtures.

b. All IWS/LAN component locations and identification markings for the following:

1) Special electrical panels and receptacles.

2) All electrical junction boxes where any IWS/LAN circuit components have been combined.

3) Data cable ends.

4) Intrusion alarm controls, sensors and related devices, where applicable.

5) Any unusual features that may exist in addition to those listed above.

3. **SSA has hired an electrical engineering firm to provide construction drawings for the IWS/LAN and systems furniture electrical** systems. Following completion of all work associated with the installation of the furniture and equipment, a "Pre-Travel Work Verification Form" (to be included in the SSA LAN construction document package) will be completed by the electrical and data contractors. This form (and associated required LAN info) will alert the electrical engineering firm to arrange for an inspection of the work performed to verify that it meets SSA requirements and complies with the construction drawings provided by the engineering firm. This form must be faxed as directed on the form with copy faxed to the Contracting Officer or designated Government representative within five (5) business days upon completion of SSA move.

The following information must also be submitted within 5 business days of Government's request for information along with the "Pre-Travel Verification" form before SSA site inspections can be scheduled:

- Cut sheet for the CAT 5e patch panel
- CAT5E Summary (top sheet) of the testing package (no CAT5 test results are acceptable substitutions for CAT5e test results)
- A testing report of one of the cables tested with a 5E tester
- Data catalogue cut sheet
- Data connector catalogue cut sheet (i.e. photocopy of the product catalogue from the actual cable installed)
- As built drawings (showing any relocated devices; circuit numbers that are different from the SSA provided LAN plans; and anything that has been approved but is different from the design intents)

4. LAN Site Inspection and Testing (SIT) – Lessor's electrical contractor shall attend the scheduled SIT (usually scheduled after receipt of aforementioned LAN information). The Lessor's contractor shall provide on-site supervision throughout the tests (can last ½ - 1 day) and shall correct deficiencies as noted by the SSA engineer. Any noted LAN deficiencies shall be corrected within 10 business days from the SIT. If SIT "failed", Lessor's electrical contractor to correct noted deficiencies within 10 business days of the SIT and shall be required to attend another SIT (re-inspection).

**8.10.6 DEFINITION OF TERMS SSA OFFICIAL POLICY**

Use of the National Electric Code (NEC), Federal Information Processing Standards (FIPS) Publication 94 and SSA Definition of Dedicated Lines, Isolated Ground, Feeders and Branch Circuits, Convenience Receptacle Branch Circuits, and a Description of the Modular Furniture Feeds.

1. <u>NEC & FIPS PUB. 94</u>

The NEC is published by the National Fire Protection Association (NFPA) and is part of most building codes. Compliance with the latest edition of this code is mandatory for electrical installation to safeguard persons and property from hazards arising from the use of electricity. Some local building codes may also have additional requirements. FIPS Publication 94 dated September 21, 1983 and published by the U.S. Department of Commerce/National Bureau of Standards, provides guidelines on electric power for ADP installations. SSA's Division of Realty and Space Management insists upon site installations conforming to both NEC and FIPS 94.

2. Dedicated Line

A dedicated line is a separate branch circuit that runs from an isolated ground (IG) receptacle or series of IG receptacles to the breaker with the same or similar type of equipment plugged into it. A dedicated circuit will not share phase, neutral or ground wires with any other circuits. It does not mean that each electrical device, such as a computer terminal, has its own breaker. This would overtax the quantity of breakers required in each panel board.

Noncompatible devices such as typewriters, coffeepots, printers, controllers, microwave ovens, etc., should not be plugged into the workstation dedicated line. Further, a series of printers should have a separate dedicated line and each Intelligent Workstation/Local Area Network (IWS/LAN) cabinet should have its own dedicated line. This requirement is to reduce line noise and avoid sudden common voltage drops created by noncompatible devices.

A branch circuit can power six convenience receptacles as limited by the NEC. The code states that the continuous current supplied by a branch circuit shall not exceed 80 percent of the branch circuit rating. This would be 16 amps for a 20-amp circuit breaker.

Each receptacle must be marked with the breaker number to which it is connected. This may assure that noncompatible devices are not connected to the same breaker and dedicated line.

3. Isolated Ground (IG) - For Receptacles

An IG in a branch circuit is a separate, insulated grounding wire that runs from an isolated grounding-type receptacle (usually orange in color) to the panel box. It is connected to a special insulated separate ground strip or bus which is in turn connected by an insulated wire to the main building service ground, avoiding any contact with the conduit, electrical boxes, and neutral bus. This grounding conductor may pass through one or more panel boxes without any connection to the panel box grounding terminal.

The main building service ground is a point at the electrical service entrance where the neutral of the incoming service or neutral of the service transformer is bonded to the service equipment ground. An IG should not run to an isolated earth ground or a water pipe.

This installation shall meet the requirements of FIPS PUB. 94 dated September 21, 1983; "Guidelines on Electric Power for ADP Installation" issued by the Bureau of Standards and the article 250-74 exception No. 4 of NEC.

The integrity of the isolated ground is essential to proper operation of the IWS/LAN equipment. The isolated ground is to be provided in addition to the electrical grounding as required by article 250 of the latest edition of the NEC, which is solely a safety requirement.

4. Feeder and Branch Circuit

A feeder is an electric circuit between the service equipment, such as a distribution board or a switchboard, and a panel board.

A branch circuit is an electrical circuit between a breaker in the panel board and receptacles or devices on the floor.

A 4 wire 120 volt branch circuit for IG receptacles will have one phase wire connected to a circuit breaker, one neutral connected to the neutral bus in the panel, and one insulated ground wire connected to the isolated ground bus in the panel and one equipment ground wire connected to the equipment ground bus. In addition, the conduit and all the non-current carrying metallic parts of the system shall be grounded in accordance with the requirements of the NEC.

5. Convenience Receptacles Branch Circuits

One common neutral wire can be provided for two or three phase circuits provided these circuits are connected to circuit breakers of different phases. Consequently, two circuits connected to the same phase shall be provided with two separate neutral wires.

Therefore, a 4-wire 208-volt branch circuit will have two different phase wires, one neutral wire, and one equipment ground wire.

Similarly, a 5-wire 208-volt branch circuit will have three different phase wires, one neutral wire, and one equipment ground wire.

6. Modular Furniture Feed

A 7-wire 120/208-volt feed for the modular furniture will have one dedicated circuit and two convenience receptacle branch circuits. The dedicated circuit will have one phase wire, one neutral wire, and one IG wire. The two convenience receptacle branch circuits will have two phase wires, one neutral wire, and one safety ground wire. This safety ground wire will serve both the dedicated branch circuit and the convenience branch circuit.



INITIALS: GK & [signature]

LESSOR GOV'T

7. IG Receptacle Circuiting Requirement

No more than four IG receptacles for IWS/LAN workstations per circuit.

No more than two IG receptacles for Laser printers per circuit.

Two IG receptacles each on a separate circuit for the IWS/LAN cabinet.

Digital copiers will be placed on a separate IG circuit.

If additional information is desired or you have questions about this policy, you may contact DRSM's electrical engineer, Mr. Rajindar Khanna, 410-966-9528.

8. Provide

The word "provide" signifies that the contractor shall "furnish and install".

9. The latest edition of the NEC shall be used when installing at subject site.

**8.10.7 ATTACHMENTS**

Reference Design Intent drawings for typical receptacle wiring diagrams.

Typical receptacle wiring in system furniture and typical IBM cable installation diagrams are available upon request.

| STANDARD FORM 2<br>FEBRUARY 1965<br>EDITION<br>GENERAL SERVICES<br>ADMINISTRATION<br>FPR (41 CFR) 1-16.601 | U.S. GOVERNMENT<br>LEASE FOR REAL PROPERTY |
|---|---|
| DATE OF LEASE 2/23/05 | LEASE NO.<br>GS-05B-17564 |

THIS LEASE, made and entered into this date by and between

Hallwood Plaza, Inc.
Att: George Kashat

whose address is 20411 W. 12 Mile Road #201
Southfield, MI 48076

and whose interest in the property hereinafter described is that of owner, hereinafter called the Lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:

WITNESSETH: The parties hereto for the consideration hereinafter mentioned, covenant and agree as follows:

1. The Lessor hereby leases to the Government the following described premises:

   9,821 usable square feet (10,734 rentable square feet) of contiguous ground floor office space, in a single story building, along with 43 on-site surface parking spaces, all located at an address to determined on the east side of Hallwood Plaza (previously used as a "Fashion Bug" clothing store) located on the south east corner of Pierson Rd. and Clio Rd, in the city of Flint, MI, to be used for such purposes as determined by the General Services Administration.

2. TO HAVE AND TO HOLD the said premises with their appurtenances for the term beginning on May 1, 2005 through April 30, 2009, subject to termination and renewal rights as may be hereinafter set forth.

3. The Government shall pay the Lessor annual rent of $253,872.84 ($25.85/usf and $23.65/rsf) at the rate of $21,156.07 per Month in arrears for the first twenty-four months of the lease. The Government shall pay the Lessor annual rent of $150,490.68 ($15.32/usf and $14.02/rsf) at a rate of $12,540.89 per Month in arrears for the last twenty-four months of the lease (subject ot operating cost escalation). Initial rent includes $186,599.00 ($10.52/usf, $9.63/rsf) for estimated Tenant Improvements over the first twenty-four months. Initial rent includes $69,707.00 ($7.10/usf, $6.49/rsf) for Operating costs to be adjusted annually per SFO GS-05B-17564 3.6. Rent for a lesser period shall be prorated. In Section 1.9, RENTAL RATE DETERMINATION, the Lessor agrees to provide $186,599.00 ($19.00 per ANSI/BOMA Office Area square foot) toward the cost of the tenant improvements defined in Attachment #2. In the event the tenant improvement cost is less than the amount provided above, Lessor agrees, as outlined in Section 1.11 TENANT IMPROVEMENT ALLOWANCE COST SETTLEMENT, to refund such difference in the form of a reduction of the tenant improvement portion of the rental using a 10% amortization rate over the initial 24 month term of the lease. In the event the tenant improvement cost is more than $186,599.00, the total, not exceeding $417,588.92 ($42.52/usf), shall be amortized over the initial twenty four months using a 10% amortization rate over the initial 24 month term. Any tenant improvemtent cost approved by the Government over $417,588.92 shall be reimbursed to lessor in a lump sum payment. The Government and Lessor agree that the final Tenant Improvement costs will be stated in a Supplemental Lease Agreement. Rent checks shall be made payable to:

   HALLWOOD PLAZA, INC
   20411 W. 12 MILE RD. #201
   SOUTHFIELD MI. 48076

4. The Government may terminate this lease at any time after the initial twenty-four months, by giving at least 90 DAYS NOTICE in writing to the Lessor and no rental shall accrue after the effective date of termination. Said notice shall be computed commencing with the day after the date of mailing.

5. ~~This lease may be renewed at the option of the Government, for the following terms and at the following rentals:~~

   ~~provided notice be given in writing to the Lessor at least ________ days before the end of the original lease term or any renewal term; all other terms and conditions of this lease shall remain the same during any renewal term. Said notice shall be computed commencing with the day after the date of mailing~~

LESSOR: GK

GOV'T: [signature]

6. The Lessor shall furnish to the Government, as part of the rental consideration, all responsibilities and oblilgations as defined in this lease which includes the attachments specified in Paragraph 7 below including the following:

   All services, utilities and maintenance of the building and grounds. Also, as part of the rental consideration, the Lessor shall meet all responsibilities and obligations as defined in the Solicitation of Offers NO. GS-05B-17564 and other attachments to the Lease, including but ot limited to providing at least 43 on site, unreserved, parking spaces as well as meeting all handicapped Accessigbility and Fire/Life Safety Requirements.

7. The following are attached and made a part hereof:

   (A) Paragraphs 12 throurgh 25 of this lease on pages 3 and 4; (B) Solicitation of Offers NO. GS-05B-17564 dated 10/13/04, pages 1 through 38; (C) Attachment #1; (D) Attachment #2; (E) Attachment #3; (F) Attachment #4; (G) Exhibit A, Block Plan; (H) Exhibit B, Site Plan; (I) GSA Form 3517B (REV. 12/99) consisting of 26 pages and (J) GSA Form 3518 (REV. 12/99 consisting of 4 pages.

8. The following changes were made in this lease prior to its execution:
   PARAGRAPH 5 ABOVE WERE DELETED.

9. The date of this lease, is the date this contract was formed as a result of the Government's acceptance of the Lessor's Best and Final Offer dated January 13, 2005, submitted by the Lessor under SFO GS-05B-17564. This lease reflects the terms and conditions of the accepted Best and Final Offer.

10. Cost adjustments and termination rights shall be adjusted to coincide with any revised actual commencement date. The commencement date of May 1, 2005 as stated in Paragraph 2 of the lease is the estimated beginning date. The actual commencement date will be established by Supplemental Lease Agreement to the lease if necessary. The lease will then be in efffect for 4 years, subject to termination rights as specified in the lease. The anniversary date for annual escalations, operating cost adjustments and termination rights shall be adjusted to coincide with any revised actual commencement date.

11. The Lessor will complete the tenant improvements in the space making it ready for occupancy no later than 75 calander days after receiving the Government's Notice to Proceed. Government design intent drawings, and specific requirements, are included with this lease. The lessor is requested to submit his cost proposal for tentant improvements pursuant to SFO section 1.11 as soon as possible.

IN WITNESS WHEREOF, the parties hereto have hereunto subscribed their names as of the date first above written.

LESSOR: HALLWOOD PLAZA, INC

BY George Kashat ____________________

Mr. George Kashat(*Signature*) – PRESIDENT (*Signature*)

IN PRESENCE OF:

Doris C. Mitchell ____________ 1345 BERKSHIRE DR. WESTLAND MI 48186

(*Signature*) DORIS C. MITCHELL (*Address*)

UNITED STATES OF AMERICA GENERAL SERVICES ADMINISTRATION

BY GERALD K. KOSMAN Contracting Officer

(*Signature*) (*Official title*)

12. The total net usable square foot area referred to in Paragraph 1, is subject to adjustment, but may not be less than the minimum 8,928 ANSI/BOMA Ofiice Area square footage offered nor exceed the maximum 9,821 square feet limitation defined in the Solicitation for Offers NO GS-05B-17564. Sould there be any adjustments in the usable square footage delivered, that has been determined through mutural field measurement, the per annum rental referred to above shall be adjusted on the basis of $25.85 minus the final rate for tenant improvement per usable square foot per annum. The lease shall be amended by Supplemental Lease Agreement after actual field measurement to establlish the square footage and rental in compliance with the terms of the lease.

13. The rent is subject to annual operating cost adustments in accordance with Section 3, Paragraph 3.6 (A through E) of Solicitation for Offers NO. GS-05B-17564 within this lease. It is understood and agreed that for operating cost adjustment purposes, the first year's operationg cost will be $69,707.00, which is approximately $7.10 per uasable ($6.49 per rentable) square foot of space.

14. It is understood and agreed that for real estate tax adjustment purposes, in accordance with Paragraph 3.4 (A through G) of Solicitation for Offers NO. GS-05B-17564 within this lease, the Government will occupy 4.32 percent of the rentable square foot area of the building.

15. If heating or cooling is required by the Government on an overtime basis, it shall be provided at an additional cost to the Government of $0.00 per hour.

16. Lessor shall not construct, change, alter, remove, or add to the leased area without prior notification and approval from the General Services Administration (the Contracting Officer or his/her representative).

17. If the property housing the leased premises is sold or transferred, the following information is required before the Government can acknowledge the success in interest and change the payee for rent or other payments:

(I) Evidence of the transfer of title.
(II) A letter from successor Lessor (transferee) assuming, approving and adopting the lease and agreeing to be bound by its terms.
(III) A letter from prior Lessor (transferor) waiving all rights under the lease as against the United States of America, except unpaid ren through a specified date, usually the date of ownership transfer.
(IV) The IRS tax identification number of the new owner.

Where leased premises are transferred by death of the Lessor, a copy of the letters of administration when there is no will, showing the Lessor(s), is required. Unless an interim court order is received, rents will be accrued and paid the new owner(s) upon final settlement of the estate.

18. The Tax Identification Numbers for the real estate parcel occupied under this lease are 46-34-226-005-6, 46-34-226-006-4, 14-34-200-002.

19. All questions pertaining to this lease should be referred to the Contracting Officer of the General Services Administration or his/her designee. The Government occupant is not authorized to administer this lease. The General Services Administration assumes no responsibility for any cost incurred by the Lessor except as provided by the terms of this lease or authorized in writing by the Contracting Officer or his/her designee.

20. All terms and conditions of this Lease as expressly contained herein represents the total obligations of the Lessor and the Government. Any agreements, written or oral between the Lessor and Government prior to the execution of this Lease are not applicable or binding. This agreement may be amended only by written instrument executed by the Lessor and Government.

21. The Lease Common Area Factor is 1.09296 (9,821 usable square feet multiplied by 1.09296 equals 10,734 rentable square feet of space).

22. The Contracting Officer represents that the General Services Administration as an agent with authority to enter into this Lease on behalf of the Government and executes this document in his or her Official capacity only, and not as an individual.

23. The Government has the right of assignment or sublease of the space covered by this lease only with the concent of the Lessor, such concent not to be unreasonably withheld, and with reagard to any exclusivity clauses contained in the leases of other tenants in Hallwood Plaza.

24. Any exterior signage on the building or property shall be approved by Lessor and part of the tenant improvement cost.

25. Any change to the exterior of the front wall of the space, other than the removal of existing security bars (if not desired by the government), the operation of the existing entry doors or the addition of an additional glass employee entry door, shall be at the cost of the government.

*EXHIBIT C*

GSA®

GSA Great Lakes Region

January 14, 2005

Hallwood Plaza, Inc.
Att: George Kashat
20411 W 12 Mile Road #201
Southfield MI 48076

Re: **BEST AND FINAL OFFER**
Solicitation for Offers (SFO) No. GS-05B-17564
Social Security Administration (SSA)
Flint, MI

Dear Mr. Kashat:

Pursuant to our conversations and correspondence with Eric Olson, you are hereby requested to submit your **Best and Final Offer** in response to the above referenced SFO. Responses to this call for best and final offer must be received by 4:00 p.m., Central Time, on Friday, **January 21, 2005**. Your response should be sent to the following address:

General Services Administration
ATT: Jerry Kosman
230 S. Dearborn suite 3622
Chicago, IL

**This is your final opportunity to change your offer. Negotiations will close as of the due date for your Best and Final Offer. If there is any excess cost in your prior offer as summarized below, now is the time to adjust the financial aspects of your best offer as award will be based on this information.**

## A. SUMMARY OF OFFER

The major components of your offer, as of this date are summarized below. The item(s) followed by an asterisk (*) require correction and/or clarification and are discussed in the various sections of this letter.

| | |
|---|---|
| Offer Open Until: | 1/25/05* |
| Offered Space: | Space in Hallwood Plaza, Flint MI. Exact mailing address to be supplied. |
| Offered Space to be Completed: | Within 60 days calendar days after the Government gives notice to proceed with construction of tenant improvements. |
| Usable Square Feet Offered: | 9,821 BOMA Square Feet |
| Rentable Square Feet Offered: | 10,734 |

**U.S. General Services Administration**
230 South Dearborn Street
Chicago, IL 60604-1696
www.gsa.gov

| | |
|---|---|
| Common Area Factor (CAF): | 1.09296 |
| Lease Term: | 4 years/2 years firm. Government has the option to cancel anytime after the firm term by giving lessor 90 day written notice. |
| Rent Annual Total: | $253,859.00, which is $25.85 per usable square foot ($23.65 per rentable square foot) including base rent, base operating rent, base real estate taxes, and estimated tenant improvement allowance of $186,599.00. |
| Operating Rent Estimated for the first year, Subject to Annual CPI Adjustments: | $69,707.00, which is approximately $7.10 per usable square foot ($6.49 per rsf). |
| Fully Serviced Lease: | Yes |
| Real Estate Taxes Share Estimated for first year, fully assessed and subject to annual adjustments: | $10,734, which is approximately $1.10 per usable square foot ($1.00/rsf). |
| Percent of Building Leased by the Government for Tax Purposes: | 4.32% |
| HVAC Overtime Charge: | N/A |
| Handicapped Accessibility: | All terms of the SFO will be met |
| Offeror Acceptance of **all** Terms and Conditions of SFO #GS-05B-17564, The General Clauses and Attachments excepting: | Delivery date will be 60 days after government's notice to proceed.<br>Any assignment or subletting of the space will be with lessor's approval, not to be unreasonably withheld, subject to other center tenant's lease exclusive agreements.<br>Any changes to the façade of the space, other than doors, will be at the cost of the government. |
| Amortized Tenant Improvement: | Amount matching $19.00/usf in SFO at 10% interest. This is an estimate only and will be adjusted for actual cost upon the government agreement of the amount being of a fair market value. |

**B. ESTIMATED ANNUAL COST OF SERVICES AND UTILITIES (GSA FORM 1217)**

If you need another blank form to be used in submitting your best and final offer let me know. If there are no changes from your form #1217 dated 1/13/05 you need not resubmit one.

**C. PROPOSAL TO LEASE SPACE (GSA FORM 1364 AND ATTACHMENTS)**

If you need a new form 1364 to change your offer of 1/13/05 I will fax you a new one. If there is no change to the offer previously presented please state in a return letter that your offer dated 1/13/05 summarized above is still in effect without change by signing and returning this letter.

In summary, the amounts estimated for operating rent and real estate taxes must be consistent with the Government share of these expenses, as listed on lines 27 and 28 of Form 1217. The annual rent entered on page 1 of Form 1364, when divided by the usable and rentable square footage being offered, should equal the annual usable and rentable per square foot rates shown on the top of Form 1364. Of course, accepted rounding practices should be applied.

**This is your final opportunity to make sure the information you provide is accurate and consistent. Revisions will not be permitted after the date and time specified above, only clarifications of terms and conditions given.**

**D. REQUIRED DOCUMENTATION**

A statement from your lending institution showing the ability to finance the estimated $186,599. As the tenant improvements anticipated are not that extensive this is considered a high estimate. For example, if the actual cost of TIs is $94,300 the TI rate in the first two years will be decreased accordingly at your 10% rate of interest.
I previously sent Eric Olson a "Fire Protection, Life Safety" form. I enclosed this to be submitted with your best and final offer.

**E. ADDITIONAL INFORMATION**

GSA forms 1364, 1217, and an Attachment #1 breakdown can be obtained to make any changes to your offer dated 1/13/05 if you need them. I think Eric has a new set of any form you may need. Please initial and resubmit fresh copies of the SFO (your copy is not standard size), Attachment 2 (needs initials) General Clauses (your copy is blue and the last page is not initialed) and Representations and Certifications (last page not signed). .

We remind you again that your offer will be evaluated on a net usable per square foot basis as outlined in section 1.12 titled "Price Evaluation (Present Value)" of the SFO. As this is the call for best and final offers, you should review your annual rental rate, ensuring it is all inclusive of the SFO requirements, takes into account any adjustments requested above and, finally, that it reflects your best price.

Unless you state otherwise, all terms previously agreed to remain in force. At this time you should address any final changes you wish to make to your offer. However, you are cautioned that changes to your offer that are not in compliance with the SFO may result in your offer being unacceptable. Changes will not be allowed after receipt of your Best and Final Offer.

It is the intent to award this lease within the time frame of your offer. As time is short I request that you at lease extend the deadline of your offer by a few weeks.

If you have any questions, or wish to discuss any aspect of your offer, please contact me at 312-353-8754.
If there are no changes to your offer other than the missing submittals noted above. Your signature on this letter below will state that the last offer remains unchanged.

Sincerely,

Gerald K. Kosman
Contracting Officer
General Services Administration

I confirm that my offer dated 1/13/05 is my best and final offer:

George Kashat 1/18/05

George Kashat, Hallwood Plaza, Inc. Date

Enclosures

**SFO PRELEASE CHECKLIST**
**FIRE PROTECTION, LIFE SAFETY & ENVIRONMENTAL EVALUATION FOR A BUILDING 5 OR LESS STORIES IN HEIGHT**

The Offeror represents and agrees, as part of this offer, that the proposed space/building is as described below and that the information provided is accurate. In addition, the Offeror agrees all features and devices described below are in operating order and properly maintained. **THIS SFO PRELEASE CHECKLIST WILL BE COMPLETED BY THE OFFEROR OR THE OFFEROR'S REPRESENTATIVE.** Should this form not provide sufficient space to respond adequately to any question, additional pages should be attached.

| **BUILDING ADDRESS** |
|---|
| BUILDING NAME: |
| BUILDING ADDRESS: |
| CITY: |
| STATE: |
| **SIZE AND LAYOUT** |
| The following information applies to (check one): _____ an existing building<br>_____ a building planned for construction |
| Space offered to Government (By Floor): |
| Approximate gross area of typical floor (identify atypical floors individually) |
| No. Stories Above Grade: |
| No. Stories Below Grade: |
| |
| |
| **OTHER OCCUPANCIES IN BUILDING (Check All That Apply)** |
| Restaurants: _______<br>Laboratories: _______<br>Storage: _______<br>Retail: _______<br>Other, list: ______________________________________________ |
| |
| **BUILDING CONSTRUCTION TYPE (Check One)** |
| Fire resistive: ______<br>Unprotective non-combustible: ______<br>Ordinary: _______<br>Wood Frame: ______<br>Heavy Timber: _______ |

| VERTICAL OPENINGS (Check One)<br>Between two or more floors | | | | |
|---|---|---|---|---|
| Stairs: | ______ | open | ______ | enclosed with doors, describe |
| Shafts: | ______ | open | ______ | enclosed, describe |
| Atrium: | ______ | open | ______ | enclosed, describe |
| Other: | ______ | open | ______ | enclosed, describe |
| None: | ______ | | | |

| ELECTRICAL SYSTEM | | | |
|---|---|---|---|
| **Please Check "Yes"or"No" to the following question:** | **YES** | **NO** | **NA** |
| The building electrical system appears to comply with the National Electrical Code in that there are no obvious deficiencies (e.g., temporary wiring, use of extension cords, deteriorated equipment, missing equipment, etc.). If potential problems are noted, describe on an attached sheet. | | | |

| BUILDING EGRESS AND EXITING | | | |
|---|---|---|---|
| **Please Check "Yes","No"or "NA" to the following questions:** | **YES** | **NO** | **NA** |
| Access to a minimum of two exits on each floor (scissor stairs count as only one exit). | | | |
| Exit remoteness in accordance with the requirements of NFPA 101 or the Model Building Code. | | | |
| Travel distance to exit stairways are in accordance with the requirements of NFPA 101. | | | |
| Exit doors swing in the direction of exit travel | | | |
| All fire doors are in proper working order. | | | |
| All exit stairway doors are self closing and self latching. | | | |
| For space 3 or more stories above grade, ALL means of egress requirements are in accordance with the requirements of NFPA 101. | | | |
| | | | |

| AUTOMATIC SPRINKLER PROTECTION | | | |
|---|---|---|---|
| **Please Check "Yes","No"or "NA" to the following questions:** | **YES** | **NO** | **NA** |
| Automatic sprinkler protection is provided in the building. | | | |
| Automatic sprinkler protection is provided throughout the building. | | | |
| Automatic sprinkler protection is provided in all below grade space. | | | |
| Automatic sprinkler protection is provided in corridors only. | | | |
| Automatic sprinkler protection is provided in all Hazardous Areas. Hazardous Areas as defined by NFPA 101. | | | |
| Automatic sprinkler protection is provided in other spaces (describe locations on additional sheet) | | | |
| Central Sprinkler Company's Omega line of sprinklers are installed in the building (describe location(s), model(s), no. of sprinklers, date installed, etc. on additional sheet). | | | |
| | | | |

| SMOKE DETECTORS | | | |
|---|---|---|---|
| **Please Check "Yes","No"or "NA" to the following questions:** | **YES** | **NO** | **NA** |
| Smoke detectors are provided in the building. | | | |
| Smoke detectors are provided throughout the building. | | | |
| Smoke detectors are provided in corridors only. | | | |
| Smoke detectors are provided in elevator lobbies only. | | | |
| Smoke detectors are provided in all Hazardous Areas. Hazardous Areas as defined by NFPA 101. | | | |
| Smoke detectors are provided in other spaces (describe locations on additional sheet) | | | |
| | | | |

| HEAT DETECTORS | | | |
|---|---|---|---|
| **Please Check "Yes","No"or "NA" to the following questions:** | **YES** | **NO** | **NA** |
| Heat detectors are provided in the building. | | | |
| Heat detectors are provided throughout the building. | | | |
| Heat detectors are provided in corridors only. | | | |
| Heat detectors are provided in all Hazardous Areas. Hazardous Areas as defined by NFPA 101. | | | |
| Heat detectors are provided in other spaces (describe locations on additional sheet) | | | |
| | | | |

| FIRE ALARM SYSTEM | | | |
|---|---|---|---|
| **Please Check "Yes","No"or "NA" to the following questions:** | **YES** | **NO** | **NA** |
| A fire alarm system is provided in building. | | | |
| The fire alarm system has automatic fire department or central station service notification. | | | |
| The fire alarm system evacuation alarms sound automatically in the building. | | | |
| For space 3 or more stories above grade, the fire alarm system is installed in accordance with the requirements NFPA 72. | | | |
| For space 3 or more stories above grade, the fire alarm system is maintained in accordance with the requirements NFPA 72. | | | |
| | | | |

| STANDPIPES AND PORTABLE FIRE EXTINGUISHERS | | | |
|---|---|---|---|
| **Please Check "Yes","No"or "NA" to the following questions:** | **YES** | **NO** | **NA** |
| Standpipes are provided in building. | | | |
| Portable fire extinguishers are provided in building. | | | |
| | | | |

| HAZARDOUS AREAS<br>**Hazardous Areas as defined by NFPA 101** | | | |
|---|---|---|---|
| **Please Check "Yes","No"or "NA" to the following questions:** | **YES** | **NO** | **NA** |
| Hazardous Areas are located in the building. | | | |
| List locations of all Hazardous Areas (describe locations on additional sheet) | | | |
| | | | |
| **ELEVATORS** | | | |
| **Please Check "Yes","No"or "NA" to the following question:** | **YES** | **NO** | **NA** |
| Elevators have a current certificate of elevator inspection from the local jurisdiction. | | | |
| | | | |
| **EXIT SIGNS AND EMERGENCY LIGHTING** | | | |
| **Please Check "Yes","No"or "NA" to the following questions:** | **YES** | **NO** | **NA** |
| Illuminated exit signs are provided along exit paths in accordance with the requirements of NFPA 101. | | | |
| Emergency lighting is provided along exit paths in accordance with the requirements of NFPA 101. | | | |
| Emergency power is provided for exit signs and emergency lighting in accordance with the requirements of NFPA 101; powered by batteries or an emergency generator (circle one). | | | |
| | | | |
| **INTERIOR FINISH** | | | |
| **Please Check "Yes","No"or "NA" to the following questions:** | **YES** | **NO** | **NA** |
| Offered space has cork board on walls. | | | |
| Offered space has carpet on walls. | | | |
| Offered space has wood paneling. | | | |
| | | | |
| | | | |

| ASBESTOS | | | |
|---|---|---|---|
| **Please Check "Yes","No"or "NA" to the following questions:** | **YES** | **NO** | **NA** |
| Building has asbestos containing materials. | | | |
| Building has asbestos fire proofing or surfacing material. | | | |
| Building has undamaged asbestos floor tile. | | | |
| Building has asbestos containing pipe or boiler insulation in good condition. | | | |
| Building has other undamaged asbestos containing materials (describe on additional sheets). | | | |
| Building has damaged asbestos containing materials (describe on additional sheets). | | | |
| | | | |
| **INDOOR AIR QUALITY** | | | |
| **Please Check "Yes","No"or "NA" to the following questions:** | **YES** | **NO** | **NA** |
| Building has indoor air quality problems. | | | |
| | | | |
| **RADON IN AIR** | | | |
| **Please Check "Yes","No"or "NA" to the following questions:** | **YES** | **NO** | **NA** |
| Radon in air problems exist in space offered up to and including the 2nd floor above grade | | | |
| GSA space is offered on the 3rd floor or above. | | | |
| | | | |
| **RADON IN WATER** | | | |
| **Please Check "Yes","No"or "NA" to the following questions:** | **YES** | **NO** | **NA** |
| Water in the building is provided from a non-public source. | | | |
| The building has radon in its water. | | | |
| | | | |

**hp officejet 7130**
**printer/fax/scanner/copier**

**Fa.. .listory Report** for
George Kashat
(248) 352-0035
Jan 17 2005 12:51pm

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Jan 17 | 12:49pm | Fax Sent | 12483803463 | 2:11 | 9 | OK |

# *EXHIBIT D*

**PRICE NEGOTIATION MEMORANDUM**
**LEASE NO. GS-05B-17564**
**SOCIAL SECURITY ADMINISTRATION**
**FLINT (NORTH), MI**

## BACKGROUND

The building housing the leased space for LMI 16160 at 4413 Dupont St. Flint had a fire starting in a grocery store in the building on 8/19/04. The 9,130 usf SSA space was not habitable after that and it was decided to terminate the lease and find temporary space as soon as possible to get SSA back in operation. The lease was terminated by notification to the Lessor 8/30/04.

## FLYERS AND MARKET SURVEY

The manager of the SSA office, Chris Coleman of the SSA regional office and Dan Fenner of the GSA field office looked for potential temporary space right away. Gerald Kosman was assigned the space action for the temporary space. Interest came from news articles about the fire, the mayor's office and driving off the area. The mayor's office still wanted the office located within Flint city limits so available existing space of any quality was limited.
A market survey was conducted by Kosman, Coleman and local SSA personnel on 9/16/04. Space was reviewed at

1. 1515 N. Saginaw
2. 2315 N. Saginaw
3. 3615 N. Saginaw
4. 2320 W Pierson
5. Hallwood Plaza
6. 432 S Saginaw in the North Bank Blg.

The North Bank building was considered for expediency due the fact that ATF had just vacated that building and we were familiar with it. The total space needed would have to be on two different floors. It would require substantial build out and it was only a few blocks away from the other SSA office in the downtown area. Although we may have gotten SSA back in business sooner at this location, SSA decided that the location would be too confusing to the public.

Only the space in Hallwood Plaza was determined to be a viable option. It was felt that a short lease of only 2 years firm would be needed while a space action began for a long term location. SSA was originally prepared to compromise much of their requirements to get operational as soon as possible. The Hallwood Plaza space was the right size and had an open floor plan. With a 40' wall across the front end, keeping the public separate from the employees, it was estimated SSA could get in quickly.

## SOLICITATION FOR OFFERS

The Solicitation for Offers No. GS-05B-17564 (rev 10/13/04) was issued on November 1, 2004. The initial return date was November 29, 2004. The shopping center owner was in Ohio with a local leasing representative Eric Olson. Prior to the return of the initial offer, the center was sold to Hallwood Plaza Inc. out of Southfield MI. Because the new owner wanted the lease, no big delay happened because Eric Olson was still the leasing representative for the new owner too.

This was on Other than Full and Open Competition (unknown to Hallwood Plaza Inc) so full effort was given to making the Hallwood space work as soon as possible. After allowing for a delay due the sale of the property, Hallwood's initial offer was submitted dated 1/4/05. Upon receipt of all documents making the offer responsive, ie proof of ownership etc. a call for best and final offers was made

## BEST AND FINAL OFFERS

A Final Offer from Hallwood was requested January 14,2005 to be due by January 29, 2005.

The following is a summary of the three best and final offer arriving on time.

9,821 usf – 10,743 rsf
$25.85/usf full service for two years firm including an estimated tenant improvement amount of $186,600 amortized at 10% over 24 months firm. The lease would be for four years with the government having the option to cancel anytime during the final 24 months. The TI payback would drop out after two years making the final two years of the lease at $15.32/usf.

The offer is outside the SIOR Market Range of $6.75 – 18.75/usf but only because of the short term of amortization of the tenant improvements.

**The NPV of their final offer is $18.71 per usf.**

**RECOMMENDATION AND SUMMARY**

It is the decision of the Contracting Officer that the award shall go to Hallwood Plaza Inc as a responsive valued offer. The space meets the requirements given by SSA for temporary space. All of the minimum requirements of the SFO would be met. We are confident that the objectives of the agency will be met by this action.

SSA will still have two locations within the City limits of Flint acceptable to the mayor and congressman's office. The proposed building represents a fair and reasonable rate for a full service lease for the area.

A request for agency approval with the new OA was sent to SSA for signature on 1/19/05.

It is the decision of the Contracting Officer that the award of this lease represents sound business judgment made in the Government's best interest. The award of this contract is based on relevant findings and determinations of pertinent fact, market conditions and time constraints. This contract meets the requirements of law, executive orders, regulations and applicable procedures.

APPROVED BY:

[signature] 1/21/05

Gerald K. Kosman
Contracting Officer

DATE

*EXHIBIT E*

| | | | |
|---|---|---|---|
| Date: | January 24, 2005 | | |
| Reply to: | 5PC6 Room 3622 | | |
| Subject: | Acceptance of Offer: | Lease No.<br>Project Number:<br>Building Number: | GS-05B-17564<br>4MI0265<br>MI2180 |

To: Hallwood Plaza, Inc.
ATT: Mr. George Kashat
20411 W 12 Mile Road #201
Southfield, MI 48076

Your offer to satisfy the Government's space requirement is hereby accepted. This acceptance establishes a binding award of contract under the provisions of Paragraph 7, "Lease Award," in the "Solicitation Provisions" (GSA Form 3516A) attached to the SFO. The following details concern both the space and terms of this awarded contract.

| | |
|---|---|
| Date of Offer: Initial offer dated: January 4, 2005<br>Best and Final dated: January 18, 2005 | |
| Name and Address of Building: Exact address to be determined (Space vacated by Fashion Bug) At Hallwood Plaza, located on the SE corner of Pierson and Clio Rds. | |
| Amount and location of net usable square feet of space:<br>9,821 BOMA usable square feet (10,734 rentable square feet) of contiguous office space on the first floor (ground level) of a one story building, along with 43 on-site surface parking spaces at no additional cost, as specified in the plans accompanying the offer. | |
| Annual Rental:<br>Years 1&2, $253,872.84<br>Years 3&4 $150,490.68<br>annually for a full service lease. | Est. Eff. Date: May 1, 2005<br>Term of Lease: 4 years, 2 years firm. Government has the right to cancel anytime after the initial 24 months with 90 day notice. |

Two copies of the SF-2 lease document are enclosed for signature. Please complete the actions below. Government Drawings and Specific Requirements are enclosed to prepare your Tenant Improvement bid.

1. Owners shall execute (and witnessed) the lease on behalf of the Lessor. Sign page 2 and initial pages of the SF-2 lease form. I have all other lease parts cited in paragraph 7 with your initials already.
2. Return **both** signed and witnessed copies to: Jerry Kosman, Realty Specialist, General Services Administration, 5PC6, Room 3622, 230 South Dearborn Street, Chicago, IL 60604. After signature on behalf of the Government, one full copy will be returned to you for your records.
3. Also enclosed is a copy of the Special Requirements that will become a part of the lease. Please return **both** copies of this also. Enclosed are the Government drawings referred to in the SFO to complete your construction cost of tenant improvements. Please supply this cost for approval as soon as possible so it can be approved and your notice to proceed with the construction can be given.
4. Mr. Mark McCready, GSA Property Manager, Grand Rapids Field Office, or his designated staff member, Dan Fenner, will monitor construction and will conduct the acceptance inspection at or before occupancy. Mr. McCready is located in the GSA Field Office at G.R. Ford FBCT, 110 Michigan Street, Room 180, Grand Rapids, MI. This office is delegated authority to enter into Supplemental Lease Agreements for alterations and services consistent with current delegations. Only the Grand Rapids GSA Field Office or the GSA Regional Office in Chicago may authorize any construction changes. The lease cannot be altered unless approved by the Chicago GSA Regional Office.

Sincerely,

Gerald K. Kosman
Contracting Officer
Enclosures

EXHIBIT
Kashat # 15
9/21/07

*EXHIBIT F*

EXCEL CONSTRUCTION

24225 W. 9 Mile Rd
Suite #212
Southfield, MI
48034

Tel (248)356-6466
Fax (248)356-6467

## Proposal for Social Security Administration Office in Hallwood plaza . City of Flint

Project Location ; Hallwood Plaza- 4909 Clio Rd Flint,MI.

Date; Feb.20 2005
To; General Services Administration Region 5
PBS, Realty Services Division
230 S. Dearborn street Chicago, IL 60604
Re; Gerald Kosman (G.S.A.)

Thank you for give us chance to bid Federal S.S.A. office construction project.
This estimations included all labor, materials, and equipment to complete finish project.
We here by estimate, as follows,;

**Site preparetion (Demolition work)**

| | | |
|---|---|---|
| 02225-320 | Metal stud demo. | $ 572- |
| 02225-340 | Door (Int.& Ext.) | $ 396- |
| 02225-380 | Carpet | $ 3,102- |
| 02200-400 | general clean up | $ 5,500- |
| 02200-730 | Dumster rental | $ 2,145- |
| 02200-840 | Drywall demo. | $ 480- |
| 02200-850 | Window demo. | $ 495- |
| 02200-550 | concrete slab cut. | $ 5,693- |

**Concrete work**

| | | |
|---|---|---|
| 03310 | 4" conc. Slab patch up | $ 495- |

**Metal framing work**

| | | |
|---|---|---|
| 05400-7400 | metal framing (stud) | $ 3,707- |

**Wood work**

| | | |
|---|---|---|
| 06050-720 | Plastic laminite countertop | $ 880- |
| 06200-500 | Plywood 3/4" Floor ramp | $ 385- |
| 06100-900 | underlayment ramp | $ 93- |
| 06410 | Kitchen cabinet | $ 1,760- |
| 06410 | Countertop | $ 2,200- |

**Thermal &Moisture protection**

| | | |
|---|---|---|
| 07210 | Sound insulation 1 1/2 thk | $ 2,867- |

**Door & Windows**

| | | |
|---|---|---|
| 08100 | Alum door & Frame 3ea. | $ 5,445- |
| 08110 | 3'x7' solid core door (4ea) | $ 1,254- |
| 08400 | Frame w/ Transom (3x7) 1ea. | $ 1,017- |
| 08710 | Hardware | $ 2,035- |
| 08800 | Glass ( tempered) door | $ 1,980- |

General Contractor
Construction Management
Custom Homes
Licensed / Insured

BUILDING INDUSTRY ASSOCIATION
PROFESSIONAL MASTER BUILDER

3page EXHIBIT
Kashat #17
9B 9/21/07

EXCEL CONSTRUCTION

24225 W. 9 Mile Rd
Suite #212
Southfield, MI
48034

Tel (248)356-6466
Fax (248)356-6467

**Finishes**

| | | |
|---|---|---|
| 09100 | wall partitions replacement | $ 3,186- |
| 09130 | Ceiling (2x2) susp grid refil | $ 1,205- |
| 09260 | Metal stud work | $14,325- |
| 09200 | Drywall work | $ 6,246- |
| 09500 | Ceiling tile patch work (2'x2') | $ 1,687- |
| 09510 | susp ceiling comp s system (repair) | $ 3,278- |
| 09510-760 | bath room ceiling (2x2) | $ 495- |
| 09658 | vinyl base 4" | $ 1,818- |
| 09658 | Vinyl tile 1/8"thk (12x12) | $ 3,283- |
| 09680 | Carpet install | $24,650- |
| 09900 | Paint work (one prime two coat) | $ 6,484- |

**Specialities**

| | | |
|---|---|---|
| 10400 | Exterior sign work | $ 3,520- |
| 10820-1000 | 30" Grab bar (1) | $ 68- |
| 10820-1100 | 36" Grab bar (1) | $ 80- |
| 10820-2300 | Hand D ryer (1) | $ 688- |
| 10820-3100 | Mirror (1) | $ 158- |
| 10820-4200 | Napkin Dispenser (1) | $ 495- |
| 10820-6100 | Tissue Dispenser (1) | $ 30- |
| 10820-8000 | Waste Receptacle (1) | $ 270- |
| 10820-4600 | Soap Disp. (1) | $ 70- |

**Mechanical**

| | | |
|---|---|---|
| 15412-200 | Drinking Fountain (1) | $ 1,821- |
| 15418-450 | Sink (Lav) (1) | $ 385- |
| 15418-600 | One sink (S.S) | $ 682- |
| 15418-900 | One Water Closet | $ 677- |
| 15480-200 | Water Heater (10 gal) | $ 1,897- |
| 15100--320 | 4" cast iron pipe | $ 3,300- |
| 15100-420 | 1" Copper pipe (Water line ) | $ 1,023- |
| 15155-160 | Drainage | $ 246- |
| 15155--170 | Clean out | $ 265- |
| 15155-780 | P- trap | $ 94- |
| 15155-940 | Vent | $ 40- |
| 15055 | Demolition Existing water heater | $ 220- |
| 15055-600 | Plumbing pipe demo. (existing) | $ 880- |

**Electrical work**

| | | |
|---|---|---|
| 16056 | Demolition work | $ 4,200- |
| 16060 | Grounding & Bonding | $ 2,558- |
| 16120 | Conductor & Cables | $ 3,511- |
| 16100-900 | Wiring | $ 1,800- |
| 16132 | Conduit & Tubing | $11,009- |
| 16133 | Multi-outlet Assemblis | $ 1,462- |
| 16136 | Boxes | $ 5,045- |
| 16140 | Wiring [ Divices | $ 3,464- |
| 16220 | Motor & Generator | $ 430- |
| 16280 | Conditioneers (hook-up) | $ 756- |
| 16400 | Low Voltage Distribution | $ 1,025- |

General Contractor
Construction Management
Custom Homes
Licensed / Insured

BUILDING INDUSTRY ASSOCIATION
PROFESSIONAL MASTER BUILDER

EXCEL CONSTRUCTION

24225 W. 9 Mile Rd
Suite #212
Southfield, MI
48034

Tel (248)356-6466
Fax (248)356-6467

| | | |
|---|---|---|
| 16440 | Switch bd. Panel & Cont centers | $ 2,020- |
| 16500 | Lighting | $ 480- |
| 16530 | Emergency Lighting | $ 1,480- |
| 01500 | Temp. Facility controls | $ 800- |
| 01559 | Equipment Rental | $ 2,000- |
| 01107 | architectural as built drawing fee | $ 6,612- |
| 01107-300 | Electrical as built drawing fee | $ 1,200- |
| 01250 | Contingencies (10%) | $ 16,530- |
| 01300-600 | Over Head & Profit (15%) | $ 24,796- |
| | **Total Bid.** | **$217,245-** |

Authorized signature [signature] 2/21/05
Excel construction co. Date

Acceptance of proposal George Kashat 2/21/05
Owners signature Date

General Contractor
Construction Management
Custom Homes
Licensed / Insured



BUILDING INDUSTRY ASSOCIATION PROFESSIONAL MASTER BUILDER

# *EXHIBIT G*

# HALLWOOD PLAZA, INC.

GEORGE KASHAT – PRESIDENT
20411 W. TWELVE MILE ROAD, SUITE #201
SOUTHFIELD, MI 48076
Tel: (248) -352-5520 Fax: (248) 352-0035

*February 24, 2005*

*General Services Administration*
*Client Service Team-5PC6*
*230 South Dearborn Street*
*Room 3622*
*Chicago, Illinois 60604*

*Attn: Jerry Kosman*

*Dear Mr. Kosman:*

*After a careful deliberation and evaluation of the proposed improvement costs, I am adding seven (7%) per cent as administrative costs in the amount of fifteen thousand two hundred seven dollars fifteen cents ($15,207.15) ($237,245.00 X 7% = $15,207.15).*

*I hope for immediate approval of these administrative costs.*

*Very truly yours,*

George Kashat

*GEORGE KASHAT – PRESIDENT OF*
*HALLWOOD PLAZA, INC.*

Tot. TI
232,452.15
10,726.49/mo
128,717.88/yr
9821 USF / 10734 R.
13.11/USF 11.99/R

EXHIBIT
Kashat # 20
9/21/07