# *EXHIBIT K*

**_Liberty Total Comfort Systems_**

Division of Diamond Detection Services, Inc.

25550 Grand River • Redford, Michigan 48240 • 1-800-245-9080 • 1-313-255-9080

Fax 1-313-255-1172

RE: **Hallwood Plaza Social Security Administration Office, Flint, Michigan H.V.A.C Retrofit Project Proposal**

To Whom It May Concern:

The specifications set forth by the GSA in their S.F.O. executed with the landlord of the above-captioned property indicates compliance with ANSI standards with regard to the heating, cooling and ventilation system for a 9,500 square foot office proposed for this location. The existing HVAC system is comprised of two rooftop units, one being 15 ton cooling capacity, the second being a 7.5 ton cooling capacity. There are two thermostats which control the temperature in this building which is approximately 206' in length. The current zones run the length of the 206' dimension (front to back).

In a retail environment this system bay be adequate, however, in an office environment, this system will not accommodate the necessary temperature variations created by people, lighting, solar gain and equipment-generated heat. In order to properly control the building to meet with the governmental and industry standards, we are proposing to install 3 (three) new roof top units, two of which are replacements for current equipment and the third is an entirely new unit to control the temperature at the front of the building along a full glass wall and entrance vestibule. The two existing units will have multiple zone characteristics allowing one unit to control temperature in several areas. A total of 6 (six) zones will be utilized for this building. Additionally, a separate unit with cooling only is proposed for the LAN computer room. This will provide lower temperatures to offset the heat gain from equipment located in this space. A split system cooling system will be utilized for this purpose.

As a result of the installation of the replacement and new rooftop units, new ductwork will be necessary to distribute the air. Zone dampers and supply and return air registers for each zone will have to be installed above the existing acoustical grid ceiling system. It is not practical to leave this ceiling in place to install such a system and as such we are requesting the ceiling be removed and replaced after our work is completed on the ductwork portion of the project.

Respectfully,

William (Mickey) McEvoy

# PROPOSAL

**LIBERTY TOTAL COMFORT**
**25550 Grand River**
**Redford, MI 48240**
**313-255-9080**
**313-255-1172 Fax**

**Date: 04-08-05**

| PROPOSAL SUBMITTED TO | WORK TO BE PERFORMED AT |
|---|---|
| Name: Hallwood Plaza Inc. | Job: Social Security Office |
| Street: 20411 w. 12 Mile | Street: 4109 Clio |
| City: Southfield Suite 201 | City: Flint |
| State: Mich | State: Mich 48504 |
| Telephone Number: 248-352-5520 Fax 248-352-0035 | Date of plans: |

**We are pleased to quote the above project per plans & specifications:**

Accepted 4/8/05

**TOTAL QUOTE $ 58,000.00**

To provide labor and material for the following ,to remove 2 existing rooftop units and install 2 adapter curbs, also install 1 new curb for front of office area. To install 3 new Carrier rooftop units 1- 15 ton 1- 7 ½ ton 1- 8 ½ ton. To install one 3 zone duct system from the 15 ton unit install one 2 zone duct system from the 71/2 ton. Also to install one new duct system from 8 ½ ton system. To install 3 economizer, 3 smoke detectors, 6 heating and cooling thermostats, one 3 zone control panel, one 2 zone control panel. all necessary grilles registers and diffusers To provide and install all necessary gas piping for 3 roof top units. To provide all necessary low voltage wiring for equipment installed by Liberty total comfort. To provide Crane truck to left 3 roof top units on roof and remove 2 existing units. To provide all necessary mechanical drawings and calculations for city approval. This contract includes all zone dampers and bypass dampers.

**H.V.A.C.**

- Gas Piping
- Roof Cut / Patch
- Roof Top Units
- Service & Maint Existing
- Roof Opening Steel
- Unit Support Curbs
- Hydronic Piping
- Refrigeration Piping
- Condensate Drain Piping
- Sound Traps
- Pumps, Heating
- B-Vent
- Exhaust Fans
- VAV Boxes
- Duct Heaters
- Unit Heaters
- Exhaust Fans-Piping
- Fire Dampers
- Smoke Detectors
- Motor Operated Damper
- Metal Duct
- Flex Duct
- Fin Tube Radiation
- Infra Red Heaters
- Furnaces
- Condensers
- Duct Board
- Duct Insulation
- Diffusers-Grills
- Control Wiring
- Air Balance-Report-Certified
- Demolition
- Return Air Duct
- Pipe Insulation
- Water Heater
- Taxes/Permits Included
- Smoke Dampers
- Energy Recovery Units
- HRV Units

**EXCLUSIONS:** **No line voltage wiring , no fire dampers.**

Thank You for the opportunity to quote this project.
Respectfully,
Liberty Total Comfort

Customer Signature George Kashat

# PROPOSAL

**LIBERTY TOTAL COMFORT**
**25550 Grand River**
**Redford, MI 48240**
**313-255-9080**
**313-255-1172 Fax**

Date: 03-09-05

| PROPOSAL SUBMITTED TO | WORK TO BE PERFORMED AT |
|---|---|
| Name: Hallwood Plaza, Inc. | Job: |
| Street: 20411 W. 12 Mile Rd | Street: |
| City: Southfield Suite 201 | City: |
| State: Mich, 48076 | State: |
| Telephone Number: 248-352-5520 Fax 248-352-0035 | Date of plans: |

We are pleased to quote the above project per plans & specifications:

TOTAL QUOTE $ 15,600.00

Prior to revised Plan. Landlord Cost

To provide and install one carrier 15 ton rooftop heating and cooling unit with economizer.
To provide and install one curb adapter to adapt new unit to existing curb.
To provide and install to new heating and cooling thermostats and to smoke detectors.
To provide labor and material to tie electrical and gas pipe from existing to new unit.
To provide Crane to remove existing unit and install new rooftop.
All materials and equipment have a warranty for one year from date of installation.

## H.V.A.C.

- Gas Piping
- Roof Cut / Patch
- Roof Top Units
- Service & Maint Existing
- Roof Opening Steel
- Unit Support Curbs
- Hydronic Piping
- Refrigeration Piping
- Condensate Drain Piping
- Sound Traps
- Pumps, Heating
- B-Vent
- Exhaust Fans
- VAV Boxes
- Duct Heaters
- Unit Heaters
- Exhaust Fans-Piping
- Fire Dampers
- Smoke Detectors
- Motor Operated Damper
- Metal Duct
- Flex Duct
- Fin Tube Radiation
- Infra Red Heaters
- Furnaces
- Condensers
- Duct Board
- Duct Insulation
- Diffusers-Grills
- Control Wiring
- Air Balance-Report-Certified
- Demolition
- Return Air Duct
- Pipe Insulation
- Water Heater
- Taxes/Permits Included
- Smoke Dampers
- Energy Recovery Units
- HRV Units

EXCLUSIONS: Any electrical at units not to code will have to be brought to code at additional cost. Any additional repairs to existing unit will be an additional cost.

Thank You for the opportunity to quote this project.
Respectfully,
Liberty Total Comfort

Customer Signature George Kashat 3/9/05
President of Hallwood Plaza, Inc.

EXCEL CONSTRUCTION

24225 W. 9 Mile Rd
Suite #212
Southfield, MI
48034

Tel (248)356-6466
Fax (248)356-6467

**Extra work for social security administration office in Flint**
**Renovation work**

porject location : Hallwood Plaza, -4909 Clio Rd Flint, MI.

Date ; June 7 05

To. George Kashat (owner)

Re: Additional work for city requirement

This estimations are additional cost for fire proofing and handicap code requirement from city building inspectors.

1. fire wall requirement ( 2hour) both tenant space and rear building area all around exterior wall (Approx 440feet )
   Demolition existing plaster ceiling and drop ceiling and install firewall (2hour) install concrete block 8" and four ply drywall with stud and fire stop insulation and seal from existing wall to under the roof deck.
   $ 12,800- 11,000

2. Garage area ; rear side wall and door area patch with8" solid concrete block
   $ 860- 860

3. Garage area fire wall; 2layers 5/8" drywall instaaed and fire seal under the roof deck
   $ 1,820- 1,500

4. rearangement existing electrical conduit pipe above ceiling (rewiring , hanging, fix, all ceiling area electrical inspector wanted)
   $ 2,800- 2500

5. rear storage area drop ceiling at rear entrance door approx 840 sf. install suspended metal w/ 2x4 drop ceiling
   $ 1280- 1280

6. employee bath room city required one uni sex bath room one toilet one sink, dispensers (towel, tissue, napkin) mirror, grab bars handicap door auto system. Handicap sink. plumbing, electrical, mechanical work and partition work relocate existing junction box, one new door, and hardware.
   $ 9,740-

7. relocate wall at corridor for clear space (44") demo. Existing wall and install new wall ( 8'x13'high )
   $ 600-

8 Rear entrance door replacement w/ hard ware
   $ 1,200- 1200

Total $ 31,100- #18340-

George Kashat
6/7/05

General Contractor
Construction Management
Custom Homes
Licensed / Insured

BUILDING INDUSTRY ASSOCIATION
PROFESSIONAL MASTER BUILDER

DESIGN ENGINEERING GROUP, LLC.
4908 MAC STREET
MIDLAND, MICHIGAN 48640

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 05/06/'05 | 85234 |

| BILL TO |
|---|
| Kashat Accounting and Tax Service<br>Attn: Mr. George Kashat<br>Southfield, MI 48034 |

| TERMS | DUE DATE | PROJECT |
|---|---|---|
| Net Cash | 05/06/'05 | Social Sec. Office, Flint |

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| Design services for renovation to Social Security office, Hallwood Plaza, Flint, MI<br>Provide additional services to comply with City of Flint building official's request for complete design documentation for the renovation of existing retail space. | 19,875.00 | 19,875.00 |

ck 1194
5/6/05
$ 19875.00

| | |
|---|---|
| **Total** | $19,875.00 |

EXCEL CONSTRUCTION

24225 W. 9 Mile Rd
Suite #212
Southfield, MI
48034

Tel (248)356-6466
Fax (248)356-6467

**Extra work for SSA office Renovation work in Hallwood Plaza City of Flint.**

1 Roof curb work for two new roof top units & several stak (vent) on rubber roofing Inv. Attached.
$1,000

2 Glass replace work (ballet hole) and one bended mullion outside replacement work $ 680-

3 Three roof top unit electrical work connect from rocp unit to main panel connection
Inv.# 6696 $6,891

4 Drainage sewer line clean up for building over to main line.
inv.#25140 $ 250-

Total $ 8,821-

General Contractor
Construction Management
Custom Homes
Licensed / Insured

000

0·00G+

C

1,000·00 +
6,891·00 +

002

7,891·00G+

000

0·00G+

**HERBERT ROOFING & INSULATION, INC.**

3952 Robin Court
Saginaw, MI 48601
(989) 754-8000 FAX (989) 754-2357
1-800-526-8080

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| Verbal-Young | 248-835-8370 | 7-5-05 |

NAME: Excel Construction Co

ADDRESS: 24225 W. 9 mi. STE # 212
Southfield Mi. 48034

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| JM | | | X | | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Retro Fit 2 Curbs | | |
| | + Several Stax on | | |
| | Rubber Roofing @ | | |
| | Hallwood Plaza | | |
| | Pierson Rd. Flint | | 1000 00 |
| | Paid in Full ✓ # 2362 | | 1000 00 |
| | Thank! Jake | | |

Payment on receipt, 18% per annum interest will be charged on all accounts past due.

| | |
|---|---|
| TAX | |
| TOTAL | Ø |

RECEIVED BY

5697 All claims and returned goods MUST be accompanied by this bill. THANK YOU

# Invoice

North River Electric Co.
42842 Mound Road
Sterling Heights, MI 48314

| | |
|---|---|
| Invoice # | 6696 |
| Invoice Date: | 7/28/2005 |
| Payment Due: | 7/28/2005 |
| Terms | |
| Project | 1088-807-2 S.S. A/C Units |
| P.O. No. | |

**Bill To**

Mr. George Kashat
20411 W 12 Mile
Suite 201
Southfield, MI 48076

**Work Performed**

***EXTRA***
--Wire (3) Roof Top Units

| Description | Quantity |
|---|---|
| Man Hours | 52.5 |
| See Attached Material List | |

This is a change to your original contract.

Total: $6,891.00

Phone # 586-731-8710

Fax # 586-731-0118

# ***MATERIAL LIST***

Page 1 of 1

1088

Invoice#: 6696
Invoice Date: 07/28/2005
Due Date: 08/27/2005
Customer ID: 1088

Job: 1088-6696
Job#: 1088

| Item | Description | Quantity |
|---|---|---|
| 2419 | 2G WP Alum "Bell" Box-(3)1/2" Hubs | 3.00 |
| 3706 | 50A 3P 277V Plug-In Circuit Breaker | 1.00 |
| 3701 | 20A 3P 277V Plug-In Circuit Breaker | 1.00 |
| T100 | Panel Breaker Blanks | 9.00 |
| 3702 | 25A 3P 277V Plug-In Circuit Breaker | 1.00 |
| 1000 | 1/2" EMT | 1.00 |
| 1003 | 1-1/4" EMT | 60.00 |
| 1001 | 3/4" EMT | 160.00 |
| 1439 | 1-1/4" RT Steel Conn. | 8.00 |
| 1438 | 1" RT Steel Conn | 6.00 |
| 1437 | 3/4" RT Steel Conn | 2.00 |
| 1387 | 3/4" SS Die Cast Conn | 16.00 |
| 1528 | 1" RT Die Cast Cplg | 7.00 |
| 2125 | 1" 1-Hole Strap | 18.00 |
| 2124 | 3/4" 1-Hole Strap | 24.00 |
| 3090 | 20A 600V RK5 Time Delay Fuse | 3.00 |
| 1632 | 1/2" Offset Nipple | 1.00 |
| 4128 | 15A/125V Comp Grade GFI Dup Rcpt (5-15R) | 3.00 |
| 1685 | 1" Threadless Conduit Coupling | 1.00 |
| 1684 | 3/4" Threadless Conduit Coupling | 1.00 |
| 1143 | 1/2" LT Flex | 1.00 |
| 1145 | 1" LT Flex | 22.00 |
| 1854 | 1" 90D LT Flex Conn | 1.00 |
| 1834 | 1" LT Flex Conn | 5.00 |
| 2599 | #12 THHN CU Stranded Wire | 740.00 |
| 2600 | #10 THHN CU Stranded Wire | 1,330.00 |
| 2601 | #8 THHN CU Stranded Wire | 160.00 |
| T101 | ITE 18Space 3phase MLO 480V Panel Set | 1.00 |
| 4372 | 1G WP Alum Sgl Rcpt/Sw Cover | 3.00 |
| 5814 | 12x12x8" Screw Cover Pull Box-Nema 3R | 1.00 |
| 5772 | 8x8x4" Screw Cover Pull Box-Nema 1 | 1.00 |
| 7346 | #6 1-Hole Copper/Alum Lug | 5.00 |
| 1144 | 3/4" LT Flex | 26.00 |
| 2010 | 3/4" L/T Flexible PVC Connector | 5.00 |
| 2058 | 3/4" L/T Flexible PVC Elbow | 3.00 |
| 1329 | 1-1/4" EMT Elbow | 2.00 |
| 1509 | 1-1/4" SS Die Cast Cplg | 4.00 |
| T102 | 4X4X8 Pressure Treated Post | 4.00 |
| 3016 | 60A/3P 600V HD Fus Safety Sw-Nema 3R | 1.00 |
| 3015 | 30A/3P 600V HD Fus Safety Sw-Nema 3R | 2.00 |
| 3091 | 25A 600V RK5 Time Delay Fuse | 3.00 |
| 3096 | 50A 600V RK5 Time Delay Fuse | 3.00 |

Customer Copy

... Continental Dr.
Chesterfield Twp., MI 48047
Voice: 586-948-2822
Fax. 586-948-2826

# Invoice

25140
Invoice Date:
8/14/05
Page:
1

Bill To:
EXCEL [redacted]
24225 [redacted]
SUITE 212
SOUTHFIELD, MI 48034

Job Site:
YOUNG PARK
CLIO
FLINT, MI

Customer ID: EXCCON-

| Date Of Service | Payment Terms | Technician | Due Date |
|---|---|---|---|
| 08/08/05 | Net 30 Days | DAN | 9/13/05 |

| Description | Amount |
|---|---|
| - Drain clean main sewer approx 60' to clear blockage in existing building sewer pipe to eliminate problem in new system. | 250.00 |

Check No:

| | |
|---|---|
| Total Invoice Amount | 250.00 |
| Payment Received | 0.00 |
| TOTAL | 250.00 |

# SALES AGREEMENT

between STANLEY ALARM SYSTEMS, INC., State License # 3601201796, AO-138, 51-03035, 3183 East Wheeler Rd, Bay City, MI. 48708, 989-686-3194, Saginaw 989-755-0689, Midland 989-496-3233 Toll Free 1-800-875-3194, Fax 989-686-2623. •Serving Michigan Since 1940,• U.L. Listed Central Station •Twenty-four Hour Emergency Service

**Mailing Address:**
P.O. Box 628,
Kawkawlin, MI. 48631

Page # 1 of 1
Date: 07/10/05

**And Purchaser:** Hallwood Plaza, Inc. ~~Design Group~~
C/O Geo Kashat
Flint Social Security Office

Phone
Fax
Cell
Work

**Equipment will be installed at:**

Stanley Alarm Systems, Inc. agrees to install the system described below. Any variation from the description which would require additional labor or materials will be performed only on written order and at additional charges. Contact the office for changes: Please do not give changes to the installer. Prices are guaranteed for thirty days, unless extended in writing.

Stanley Alarm Systems, Inc. will install CLIO @ PIERSON ROAD as follows:

FIRE ALARM SYSTEM (ADA COMPLIANT)

1-FS1004G 10 Zone Edwards fire alarm control at guard post
1-DLD 2 Channel UL dialer
14-Spot smoke detectors throughout
11-604 heat detectors, bathrooms & attic areas
7-Genesis horn/strobe devices throughout
6-Genesis strobe only devices in bathrooms and select offices
3-270 manual pull stations at exits
2-RJ 31X telephone couplers
Cost for the above system installed is ~~$4,675.00~~ $4,300 —

(REVISED 6-10-05)

Joe Tel 989-686-3194 FAX 989-686-2623
Cell 989-233-0426

Monthly Monitoring at Stanley Alarm Systems, Inc. U.L. Listed Central Monitoring Station will be $
All Prices are subject to additional charges for any required permits or licenses for installation.

### TERMS AND CONDITIONS

**Contractor's Warranty:** All materials are guaranteed to be as specified above. The system will be installed in a neat, workmanlike manner. The system is warranted for one full year from date of installation, including both parts and labor. This warranty covers only equipment purchased or leased from and installed by Stanley Alarm Systems, Inc. Failures caused by abuse, lighting, fire, flooding or structural failures are not covered by the warranty.
**Insurance:** Workman's Compensation and public liability insurance are carried by Stanley Alarm Systems, Inc., during the installation. The purchaser is responsible for fire, wind and extended insurance coverage as he or she may desire. This installation is not offered as a complete fire/security system.
**Payment:** A deposit is due upon signing this agreement, cost of pre-wire shall be due & payable forthwith upon completion of pre-wire. Balance of installation is due and payable upon completion of the installation of the security and or fire system. Equipment installed remains the property of Stanley Alarm Systems, Inc., until paid in full. Upon final payment all equipment becomes property of the purchaser except for the monitoring PROM chip which is and shall remain the property of Stanley Alarm Systems, Inc. Partial payments received are applied first to monitoring and service charges. Further, Purchaser hereby gives Stanley Alarm Systems, Inc. a lien on the equipment to secure amounts owed for future monitoring and services to be rendered. Purchaser agrees to pay one and one-half percent (1 ½) monthly late charges on amounts 30 days or more past due, which is an annual rate of 18% applied to the last month's balance. The Purchaser agrees to pay any legal charges on the balance due, together with any collection costs and reasonable attorney fees incurred to effect collection of this account or future outstanding accounts.

**Deposit Paid Upon Signing Agreement $** 2000.00 **Pre-wire due and payable upon completion. Balance on Install due upon completion**

**Purchaser's Agreement:** The above price, specifications and terms are accepted and the work is authorized. **Purchaser's Right to Cancel:** If this agreement was solicited for my residence and I do not want the goods or services, I may cancel this agreement by mailing a notice to Stanley Alarm Systems, Inc. This notice must say that I do not want the goods or services and must be mailed before midnight on the third business day after I signed this agreement. The notice must be mailed to Stanley Alarm Systems, Inc. at the address indicated above.

Salesman JOE LADRIG Date 6-10-05

Signature of Purchaser George Kashat Date 6/15/05

Final approval of sales agreement is pending upon credit verification, price and management acceptance.

Print Name: GEORGE KASHAT

Social Security # ______

By signing this agreement I agree to allow Stanley Alarm Systems, Inc. to conduct a credit verification check.

______ ______
Approved Date

**DESIGN ENGINEERING GROUP, LLC.**
**4908 MAC STREET**
**MIDLAND, MICHIGAN 48640**

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 04/21/05 | 85234 |

| BILL TO |
|---|
| Excel Construction Company<br>Mr. Young Park<br>Mr. George Kashat |

| TERMS | DUE DATE | PROJECT |
|---|---|---|
| Pmt. upon compl | 04/21/05 | Social Sec., Flint, MI |

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| Design services for Social Security Administration office, Flint, MI<br>Plans complete and submitted | 19,850.00 | 19,850.00 |
| PLANS SENT TO CITY OF FLINT 4-21-05 THIS INVOICE IS NOW DUE. | | 0.00 |

| | |
|---|---|
| **Total** | $19,850.00 |

Design
ENGINEERING GROUP
4908 MAC STREET MIDLAND, MICHIGAN 48640
(989) 832-5210 (Voice) (989) 832-5220 (Telefax)
DESIGNENG@CHARTER.NET (E-Mail)

# MEMORANDUM

*VIA FACSIMILE TRANSMISSION*

| | |
|---|---|
| TO: | Young Park |
| FROM: | Ramsay Sadek |
| RE: | Social Security office, Flint, MI |
| SUBJECT: | Completed plans |
| DATE: | 21April, 2005 |
| FAX: | 248-000-0000 356-6467 |
| CC: | GEORGE KASHAT 248-352-0035 |

The plans for the Social Security Administration office were completed, sealed and sent to the City of Flint building official, Mike Reiter, this morning, April 21, 2005.

I have sent you under separate cover five (5) sets of completed plans.

I have sent Mr. Kashat one (1) set of completed plans for his reference.

Attached is our final invoice for services on this project. I need to receive payment in full as soon as possible. Usually I receive a 50% retainer however it was waived, but now that the plans are completed the invoice is due. Thanks

# STANLEY ALARM SYSTEMS, INC.

*SERVING MID-MICHIGAN SINCE 1940*

3183 E. WHEELER ROAD
BAY CITY, MICHIGAN 48706

SAGINAW 755-0689 BAY CITY 686-3194 MIDLAND 695-6121

FAX 686-2623

UNDERWRITERS APPROVED CERTIFICATES ISSUED
State License No. BA0051

MEMBER BURGLAR AND FIRE ALARM ASSOCIATION OF MICHIGAN

NAME: GEORGE KASHAT

COMPANY:

CITY, STATE:

FROM: JOE LADRIG

NUMBER OF PAGES INCLUDING COVER: 2

DATE: 6-8-5 REVISED 6-10-05

PLEASE CONTACT OUR OFFICE IF YOU DO NOT RECEIVE ALL PAGES OR HAVE PROBLEMS WITH THIS TRANSMISSION.

TELEPHONE NUMBER ~~( 989 ) 686-3194~~
FAX NUMBER ( 989 ) 686-2623 OUR FAX

RAMSEY INDICATED YOU WISH TO GET THIS PROJECT STARTED. IF SO PLEASE SIGN & DATE THE CONTRACT & REFAX TO ME ASAP. I CAN BE REACHED AT 989-233-0426, MY CELL.

Thanx. Joe –

# STANLEY ALARM SYSTEMS, INC.

*SERVING MID-MICHIGAN SINCE 1940*

3183 E. WHEELER ROAD
BAY CITY, MICHIGAN 48706

SAGINAW 755-0689 | BAY CITY 686-3194 | MIDLAND 695-6121

FAX 686-2623

UNDERWRITERS APPROVED
CERTIFICATES ISSUED
State License No. BA0051

MEMBER BURGLAR AND
FIRE ALARM ASSOCIATION
OF MICHIGAN

NAME: GEORGE KASHAT

COMPANY:

CITY, STATE:

FROM: JOE LA DRIG

NUMBER OF PAGES INCLUDING COVER: 2

DATE: 6-8-5

PLEASE CONTACT OUR OFFICE IF YOU DO NOT RECEIVE ALL PAGES OR HAVE PROBLEMS WITH THIS TRANSMISSION.

TELEPHONE NUMBER ~~(989) 686-3194~~
FAX NUMBER (989) 686-2623 — OUR FAX

RAMSEY INDICATED YOU WISH TO GET THIS PROJECT STARTED. IF SO PLEASE SIGN & DATE THE CONTRACT & REFAX TO ME ASAP. I CAN BE REACHED AT 989-233-0426, MY CELL.

Thanx. Joe -

AEGIS Concepts

# INVOICE

| Date | Invoice # |
| --- | --- |
| 9/9/2005 | 2785 |

16950 Nineteen Mile Rd.
Office Suite 6-A
Clinton Twp., MI 48038

| Bill To | Ship To |
| --- | --- |
| Excel Construction<br>Attn: Young K. Park<br>24225 W. 9 Mile Rd.<br>Suite #212<br>Southfield, MI 48034 | Excel Construction<br>Attn: Young K. Park<br>24225 W. 9 Mile Rd.<br>Suite #212<br>Southfield, MI 48034 |

| Service Order # | P.O. Number | Terms | Due Date |
| --- | --- | --- | --- |
| SO 05-1826 Additional Cabling 2 drops | Young Park | Due on receipt | 9/9/2005 |

| Description | Qty/Unit | Amount |
| --- | --- | --- |
| Install 2 new data drops that were not on the orginal scope of work.<br>New Drops Labeled C0054 and C0055 | | |
| CAT 5 E Data Jack- Special Ortronic Jacks to Fit Raceway | 2 | 13.98 |
| CAT 5 E Plenum Data Cable | 300 | 78.00 |
| Cable Tec Labor | 6 | 420.00 |

All work is complete!

| | |
| --- | --- |
| **Total** | $511.98 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $511.98 |

We value the continuing pursuit and achievement of excellence in all we do. Being flexible and adapting to change. Eliminating the need to do things twice. Eliminating things that do not add value. AEGIS Concepts, Inc does it better, smarter, and faster! When quality matters, it is AEGIS Concepts, Inc.

9/16/05

To: GEORGE KASHAT
From: Young PARK (EXCEL Const)
RE: Addtional WORK From
my Low Voltage contractor
(GSA Requirement New Computer Line)

I'm Sending new Invoice
From GSA required new 2 computer
Line after opening date.
Inspector DAN Required w/ New GEOC
§ Low Voltage Line at guest Area
please add This for GSA addition
Extra WORK request.

Thank you
Young PARK.

# EXHIBIT L

EXCEL CONSTRUCTION

24225 W. 9 Mile Rd
Suite #212
Southfield, MI
48034

Tel (248)356-6466
Fax (248)356-6467

**Proposal for Social Security Administration Office Renovation work Hallwood Plaza - City of Flint Michigan**

Project Location: Hallwood Plaza - 4909 Clio Rd Flint, MI.

Date : March 29th 2005
To. General Services Administration Region 5
PBS, Realty Services Division
230 S. Dearborn street Chicago, Il. 60604
Re: Gerald Kosman (G.S.A.)

This estimations are additional cost we discussed at pre-construction meeting (GS-05B-17564) on march16 2005.

Also, we are going to submitted more additional cost items based on SSA special requirements, and Solicitation for offers. (document on march 16th 2005) sending to you for budget approval.
We here by estimate, as follows,;

**1. Vestibule ( includ s set of power assist double doors w/push button)**

| | | |
|---|---|---|
| 08460- | set of power assist double doors w/ hardware. | $ 6,480- |
| 08520-100 | Anodized alum. Sash 430 sf. | $10,750- |
| 08800- | Glass | $ 4,320- |
| | **total** | **$21,550-** ✓ ok |

**2. second public bath room (at front space)**

| | | |
|---|---|---|
| 05410-400 | metal studs 3 1/2" @16"o'c | $ 1,280- |
| 09250-200 | 5/8"thk x rated drywall | $ 980- |
| 09900- | paint work (primer w/ two coat paint fin) | $ 880- |
| 07210- | Insulation (sound) work | $ 480- |
| 09130- | ceiling grid refill | $ 242- |
| 09500- | ceiling tile replacement | $ 378- |
| 09658- | Vinyl base (4" high) work | $ 320- |
| 09658- | Vinyl tile work (12"x12"x1/8") | $ 420- |
| 06132- | Conduit and piping work | $ 540- |
| 06136- | Boxes | $ 48- |
| 06100- | Electrical wiring | $ 480- |
| 06440- | switches | $ 40- |
| 06500- | light fixtures (2'x4' flourscent tube ) | $ 320- |
| 10820-110 | 30" grab bar (1) | $ 60- |
| 10820-1100 | 36" grab bar (1) | $ 80- |
| 10820-2300 | hand dryer (1) | $ 688- |
| 10820-3100 | mirror (1) | $ 158- |
| 10820-6100 | tissue dispenser (1) | $ 30- |
| 10820-8000 | waste receptacle (1) | $ 270- |
| 10820-4600 | soap dispenser (1) | $ 70- |

General Contractor
Construction Management
Custom Homes
Licensed / Insured

EXCEL CONSTRUCTION

24225 W. 9 Mile Rd
Suite #212
Southfield, MI
48034

Tel (248)356-6466
Fax (248)356-6467

| | | |
|---|---|---|
| 15418-450 | lav sink (1) | $ 385- |
| 15418-900 | water closet (1) | $ 677- |
| 15100-320 | 4" drain pipe | $ 580- |
| 15100-420 | 1" copper pipe | $ 340- |
| 15155-160 | Drainage | $ 246- |
| 15155-170 | clean out | $ 265- |
| 15155-760 | P- trap | $ 94- |
| 15155-940 | vent pipe | $ 68- |
| 15830- | ceiling fan (1) | $ 240- |
| | Total | $10,659- ✓ok |

**3. Wall extending from the restrooms upfront as drawn by the homeland security ( Lshaped)**

| | | |
|---|---|---|
| 05410-400 | metal stud work 3 1/2" @ 16" o.c. | $ 1,880- |
| 09250-200 | 5/8" dry wall X rated | $ 980- |
| 09900- | paint work ( primer w/ two coat paint finish ) | $ 580- |
| | Total | $ 3,440- ✓ ok |

**4. Ballards installed on the sidewalk in front of lease premises to prevent vehicles from crash into storefront.**

6" dia. 48" above ground, 42" underground w/schedule 40 plastic on steel pipe. 12 each reqd. @ 5'-0" O.C. 12dia concrete fill underground for solid anchor. **$ 5,680-** ✓ ok.

**5. Wire mesh Installation; wall in corridor at backof the leased space leading to the rear emergency/delivery exit.**

10 gage expended wire mesh 4'x11' reinforcing structure. **$ 4,260-** ✓ ok

**6. Two offices for manager and assistant manager; approx. 150 sf each as drawn in on the plans.**

8' high louver cut door.

| | | |
|---|---|---|
| 05410-400 | Metal stud work | $ 3,520- |
| 09250-200 | Drywall work | $ 2840- |
| 09900- | paint work | $ 960- |
| 08110- | doors w/ louver | $ 780- |
| 08400- | door frames | $ 180- |
| 16100- | electrical wiring work | $ 420- |
| 08710- | Hardware | $ 680- |
| | Total | $ 9,380- ✓ ok |

**7. storefront sign work;**

Social Security Administration sign work **$ 3,400-** ✓ ok

**8. Extra electrical outlets ; rear break room/multi purpose room.**

three outlets required. **$ 240-** ✓ ok.

**9. HVAC system for computer room temperatures;**

| | | |
|---|---|---|
| 15700- | Equipment (2 ton air con.) | $ 1,880- |
| 15800- | Duct work | $ 2,320- |
| 15820- | duct accessary | $ 160- |
| 16100- | electrical wiring work | $ 320- |
| | Total | $ 4,680- ✓ ok |

**10. Push button door opener:**

**continue next page**

General Contractor
Construction Management
Custom Homes
Licensed / Insured

EXCEL CONSTRUCTION

24225 W. 9 Mile Rd
Suite #212
Southfield, MI
48034

Tel (248)356-6466
Fax (248)356-6467

3 doors mech lock 26D keyover 5 button mechanical lock w/ Best IC key override. 3 locations. $ 1,490- ✓ok

11. handicap sign on Parking space :
two standing sign on concrete block ( ADA standard sign ) $ 480- ✓ok

12. rear entrance door replacement
3'x7' 13/4" thk 18 gage steel door w/ frame and hardware
(special hinge and lock system) homeland security requirement $ 1,200- No ... SPD

13. Install submersible Sewage Pump system.

| | | |
|---|---|---|
| 02315- | Excavation & backfill | $ 3,400- |
| 02320- | hauling | $ 620- |
| 02225-380 | Floor demo and saw cut concrete 6"thk | $ 2,200- |
| 155440-800 | Pump swage ejector system (6'high 3'dia meter) | $ 9,640- |
| 15155- | Drainage work (plumbing work ) | $ 4,840- |
| 16150- | Electrical wiring. | $ 1,880- |
| 16440- | Motor control system | $ 1,460- |
| | Total | $24,040- ok |

14. ceiling demolition work and install new ceiling (10,000 sf )

| | | |
|---|---|---|
| 02950- | Demo. Ceiling | $ 7,800- |
| 02320- | hauling | $ 480- |
| 09500- | new drop ceiling system (2'x4') suspended. | $ 14,420- |
| | Total | $22,700- No SPD |

15. Replace electrical light fixtures $ 6,400- in SPD

16. Complete new duct work for individual zone control system ( content 6-7 ) for tenant improvement $ 55,000- SPD – no

17. Fire alarm system $ 4,000- no
included pull stations and strobes.

18. City requirement additional drawings
city building dept. need more details mechnical, plan and building
Engineering and architectural drawing, reproduction required. $ 20,000- NO

19. Roofing, new electrical to HVAC unit at front of building, gas line, roofcurb cut. $ 7,600- NOT ... Shell HVAC no

? 20. Electrical system deficiencies, moving transformer; ( option ) $ 11,000- ?

21. Contingency: $ 10,000-

Total Cost $ 227,199-

Authorized Signature [signature] 3/29/05
Excel construction co. Date

Acceptance of Proposal ______________________
Owners Signature Date

General Contractor
Construction Management
Custom Homes
Licensed / Insured

# *EXHIBIT M*

# Hallwood Plaza, Inc.

GEORGE KASHAT - PRESIDENT
20411 W. Twelve Mile Road, Suite 201
Southfield, MI 48076
(248) 352-5520 Fax (248) 352-0035

April 5,. 2004

Jerry Kosman
US General Services Administration
230 S. Dearborn Street
Room 3622
Chicago, IL 60604

Dear Mr. Kosman:

Please review the following additional items requested during the meeting in accordance with new specs given to us the same date on March 16, 2005.

| ITEM | | |
|---|---|---|
| 12 | Rear Door Replacement – Home Land Security requested to replace the door & special hardware | $ 1,200 |
| 13 | Install submersible sewage pump system for the front public toilet – Sewage slope problem . | $ 24,040 OK |
| 14 | Complete Ceiling demolition and new ceiling for new duct System because of six zoning temperature requirement | $ 22,700 |
| 15 | Replace electrical light fixtures for all demolition and replacement (because of new ceiling and duct work). | $ 6,400 |
| 16 | Complete new duct work for individual zone control System (6-7 Spec) | $ 55,000 |
| 17 | Fire alarm system | $ 4,000 |
| 18 | City requirement additional drawing (for additional items for plumbing and mechanical and electrical system change) | $ 20,000 |
| 19 | Roofing new electrical to HVAC at front of building and gas line connection and roof curb | $ 7,600 |

EXHIBIT 289
Kashat #24
9/21/07

| | | |
|---|---|---|
| 20 | Contingency | $ 10,000 |
| 22 | Administration @ 7% of approved additional costs | 130,940 |
| | | 9166 |
| | | 140,106 |

Very truly yours,

George Kashat

GEORGE KASHAT – PRESIDENT
HALLWOOD PLAZA, INC.

# *EXHIBIT N*

Subj: **Fw: Flint North Build Out**
Date: 04/05/05 1:05:39 P.M. Eastern Daylight Time
From: gerald.kosman@gsa.gov
To: kashat3@aol.com, eolson@olsonretail.com
CC: chris.k.coleman@ssa.gov, dave.dawson@ssa.gov, selena.haavig@gsa.gov, dan.fenner@gsa.gov

4/05/04

Item 13, if necessary for the public restrooms, is a TI cost to be considered in the change order items along with items 1-11 below.

Jerry Kosman
312-353-8754
gerald.kosman@gsa.gov

Cost ~~over~~ overrun & Drawing

----- Forwarded by Gerald K. Kosman/5PC6/R05/GSA/GOV on 04/05/2005 12:00 PM -----

**Gerald K. Kosman/5PC6/R05/GSA/GOV**

04/04/2005 02:28 PM

To George Kashat, Eric J Olson
cc selena.haavig@gsa.gov@GSA, Danny B. Fenner/5PM3G/R05/GSA/GOV, chris.k.coleman@ssa.gov, paul.schmitt@gsa.gov@GSA, dave.dawson@ssa.gov
Subject Flint North Build Out

Ramsay Design 989-832-~~6466~~ 5210

I got your list of items not included in the previously agreed to Tenant Improvements.

The following is a list of items that are to be included in the shell price comprising of your initial offer using the SFO you were sent. I see no need to address the following as they are to be provided in the initial offer:

12. Rear door replacement. (SFO 5.10)
14. Ceiling (SFO 1.9B)
15 Replace light fixtures. 123 included in shell ceiling. I had okayed the use of the current fixtures. Any additional to 123 are a TI. How many do you need to maintain the average lighting cited in SFO 6.19 1?
16. HVAC needed pursuant to SFO 6.7 is a shell related item.
17. If a fire alarm system is needed per code, it is at the cost of the lessor (SFO 8.4) in the shell rate.
18. All drawings needed to get construction permits is part of the shell cost (SFO 1.09 B1 (d)
19. See item 16
20. I do not know what you are required to do. We did not ask to have a transformer moved.

Based on your list, I will ask SSA if they would like to fund the following change order items.

1. Vestibule $21,550
2 Second public bathroom $10,659
3 Modesty wall blocking public rest room doors $3,440
4 Bollards $5,680
5. Demising wall security enhancement over that of SFO 5.16 $4,260
6 Two 150 sf office areas $9,380
7. Sign lettering installed on building facade $3,400
8. Added outlets (3) $240
9. HVAC for ADP room to maintain 24x7 temperature control $4,680
10. 3 mechanical code door locks $1,490
11. Handicap parking for SSA Employees only (2) $480
13 sewage pump system for public restroom $24,040

89,399-

Jerry Kosman
312-353-8754
gerald.kosman@gsa.gov

Ramsay Design Eng.
FAX 989-832-5220
Tel 989-832-5210
Young Park
FAX 248-356-6467
Tel 248-356-6466

Subj: **Flint North Build Out**
Date: 04/04/05 3:29:14 P.M. Eastern Daylight Time
From: gerald.kosman@gsa.gov
To: kashat3@aol.com, eolson@olsonretail.com
CC: selena.haavig@gsa.gov, dan.fenner@gsa.gov, chris.k.coleman@ssa.gov, paul.schmitt@gsa.gov, dave.dawson@ssa.gov

4/04/05

I got your list of items not included in the previously agreed to Tenant Improvements.

The following is a list of items that are to be included in the shell price comprising of your initial offer using the SFO you were sent. I see no need to address the following as they are to be provided in the initial offer:

12. Rear door replacement. (SFO 5.10)
14. Ceiling (SFO 1.9B)
15 Replace light fixtures. 123 included in shell ceiling. I had okayed the use of the current fixtures. Any additional to 123 are a TI. How many do you need to maintain the average lighting cited in SFO 6.19 1?
16. HVAC needed pursuant to SFO 6.7 is a shell related item.
17. If a fire alarm system is needed per code, it is at the cost of the lessor (SFO 8.4) in the shell rate.
18. All drawings needed to get construction permits is part of the shell cost (SFO 1.09 B1 (d)
19. See item 16
20. I do not know what you are required to do. We did not ask to have a transformer moved.

Based on your list, I will ask SSA if they would like to fund the following change order items.

1. Vestibule $21,550
2 Second public bathroom $10,659
3 Modesty wall blocking public rest room doors $3,440
4. Bollards $5,680
5. Demising wall security enhancement over that of SFO 5.16 $4,260
6 Two 150 sf office areas $9,380
7. Sign lettering installed on building facade $3,400
8. Added outlets (3) $240
9. HVAC for ADP room to maintain 24x7 temperature control $4,680
10. 3 mechanical code door locks $1,490
11. Handicap parking for SSA Employees only (2) $480

65,259 —

Jerry Kosman
312-353-8754
gerald.kosman@gsa.gov

| | |
|---|---|
| 000 | |
| | 0·00G+ |
| | 215·50 + |
| | 106·59 + |
| | 34·40 + |
| | 56·80 + |
| | 42·60 + |
| | 93·80 + |
| | 34·00 + |
| | 2·40 + |
| | 46·80 + |
| | 14·90 + |
| | 4·80 + |
| 011 | |
| | 652·59 ◊ |
| 011 | |
| | 652·59G+ |
| 000 | |
| | 0·00G+ |

Eric Olson
Tel 248-340-6011
FAX 248-340-8998

Young Park Excel
Tel 248-356-6466
FAX 248-356-6467
Cell 248-390-2999

Subj: **Social Security Office renovation, Flint MI**
Date: 04/06/05 3:03:03 P.M. Eastern Daylight Time
From: designeng@charter.net
To: gerald.kosman@gsa.gov
CC: kashat3@aol.com

Mr. Kosman:

At the request of Mr. George Kashat, landlord of Hallwood Plaza Shopping Center, Flint, MI, I am sending you comments regarding unforseen and unscheduled costs associated with the construction of the office build out at the above-captioned project.

Specifically, the landlord's concerns center around the modifications required to provide temperature control to the office tenants within the ANSI specifications for business space. Utilizing your SFO and baseline data from ANSI, approximately five (5) control zones were necessary to provide the space conditioning mandated by the documents and standards. This does not include the LAN room for which you agree to the additional cooling-only split system unit. I do not believe Mr. Kashat had any reason to believe the HVAC system at his property would not function for your use and as such did not consider the technical details of the design when taking into account the build-out expense for this renovation. Additionally, in order to make the proposed HVAC system adequate, the installation of a new multi-zone damper and ductwork system is necessary. Because of this, the existing acoustical grid ceiling system would require removal and replace in order to facilitate the ductwork installation. I believe these costs may have been inadvertently overlooked as a lay-person would not have understood the ramifications of the requirements. In order to make this space comfortable for your tenant's use, a six zone system utilizing three rooftop heating and cooling units with multi-zone dampers will provide the highest degree of response and control of the indoor environment. Along with the change of use from a retail space to an office space, the number of occupants and visitors increases the cooling load as does the requirement for fresh air which needs to be brought into the space. The addition of a fire alarm system would be necessary from two standpoints; first, the size of the rooftop heating and cooling units requires automatic shut-down in the event of a fire and this is done through the use of duct mounted smoke detectors tied to a fire alarm control panel. Second, the change of use from Occupancy Group "M" to Occupancy Group "B" would require such a system, I believe, under NFPA 72.
In closing, I would ask you consider the situation which the landlord faces and provide your kind assistance to work with him to promote the completion of this renovation process in a manner which meets both parties objectives.
I would be happy to answer any questions you may have by contacting me at 989-832-5210

Ramsay Sadek
Design Engineering Group
Midland, Michigan

*EXHIBIT O*

| GENERAL SERVICES ADMINISTRATION<br>PUBLIC BUILDING SERVICE<br>SUPPLEMENTAL LEASE AGREEMENT | Supplemental Lease Agreement No. 2 | Date:<br>April 20, 2005 |
|---|---|---|
| | | To Lease No.: GS-05B-17564 |

ADDRESS OF PREMISES 4909 Clio Road, Flint, MI 48504

THIS AGREEMENT, made and entered into this date by and between

Whose address is Hallwood Plaza, Inc
ATT: George Kashat
20411 W. 12 Mile Road #201
Southfield, MI 48076

OCT 2 8 2005

4/08/05

hereinafter called the lessor, and the UNITED STATES OF AMERICA, hereinafter called the Government:
WHEREAS, the parties hereto desire to amend the above Lease.

NOW THEREFORE, Supplemental Lease Amendment 1 is issued to amend the lease GS-05B-17564 effective April 8, 2005 as follows: The purpose of Supplemental Lease Amendment No.2 is to re-establish the correct rent amount, as a result of the final Tenant Improvement costs to be amortized over the term of the lease. The Lease provisions affected by this Supplemental Lease Agreement are amended herein an incorporated into Lease No. GS-05B-17564. The following lease paragraphs shall be changed in their entirety as follows:

- The lessor shall provide two handicap parking spaces close to the employee entry with signs that read "reserved for handicapped SSA employees only.
- Change order items on page 2 of this Amendment shall be incorporated into the total Tenant Improvements amortized over the firm two years of the lease, at 10% interest. The new Tenant improvement amount of $330681.05 amortized over the initial 24 months of the lease, at 10% interest adds $15,259.25 per month to the overall rent payment.

2. The Government shall pay the Lessor annual rent of $333,619.32 ($33.97/usf and $31.05/rsf) at the rate of $27,801.61 per Month in arrears for the first twenty-four months of the lease. The Government shall pay the Lessor annual rent of $150,555.96 ($15.33/usf and $14.01/rsf) at a rate of $12,546.33per Month in arrears for the last twenty-four months of the lease (subject to operating cost escalation) Initial rent includes a total $330,681.05 ($18.64/usf, $17.04/rsf) for Tenant Improvements amortized over the first twenty-four months at 10% interest. Initial rent also includes $69,707.00 ($7.10/usf, $6.49/rsf) for Operating costs to be adjusted annually per SFO GS-05B-17564 section 3.6. Rent for a lesser period shall be prorated.
The change in total tenant improvements to be provided by the lessor (over the amount stated in SLA #1) is a result of the attached list of change orders to be included in the final space.
Rent checks shall be made payable to:

HALLWOOD PLAZA, INC
20411 W. 12 MILE RD. #201
SOUTHFIELD MI. 48076

All other terms and conditions of the lease shall remain in force and effect.
Page 1 of 2

IN WITNESS WHEREOF, the parties subscribed their names as of the above date.

LESSOR: HALLWOOD PLAZA, INC

BY: George Kashat — GEORGE (Signature) KASHAT — President (Title)

IN PRESENCE OF:
Doris C. Mitchell — DORIS C. (Signature) MITCHELL — 20411 W. Twelve Mile Road, Suite #201 Southfield, (Address) MI 48076

UNITED STATES OF AMERICA: GENERAL SERVICES ADMINISTRATION

BY: ______ GERALD K. KOSMAN (Signature) — CONTRACTING OFFICER (Official Title)

EXHIBIT
Kosman
Dep # 11 for id
7-26-07 AMC

The following changes are incorporated into the tenant improvement cost:

1. Vestibule at the public entry of aluminum and glass with a matching set of double doors with a power assist handicap door opener on one side. $21,550.00
2. A second public restroom, identical to the one in the prior submitted government drawings, needed per local code, at a cost of $10,659.00
3. A L shaped privacy wall in front of the public restrooms painted like the rest of the waiting area. $3,440.00
4. 12 Bollards installed on the sidewalk in front of the lease premises $5,680.00
5. Wire mesh installation in rear wall interior demising wall (10 gage) $4,260.00
6. Two offices of approximately 150 square feet $9,380.00
7. Store front sign. 18" individual metal letters "Social Security Administration" $3,400.00
8. Three additional outlets in rear multi purpose room. $240.00
9. HVAC system for computer room $4,680.00
10. 3 doors mechanical lock 26D key over 5 button lock w/Best IC key override, 3 locations $1,490.00
11. 2 standing sign on concrete block ("Handicap parking for SSA Employees Only") $480.00
12. Submersible Sewage Pump system needed for public restrooms. $24,040.00
13. 10% administration fee to provide the above items. $8,929.90

TOTAL $98,228.90

INITIALS: ____________ & ____________
LESSOR GOVERNMENT

# *EXHIBIT P*

# TENANT STATEMENT

The Undersigned ("Tenant") is the United States of America under Lease No. GS-05B-17564 which will become effective after the Tenant Improvements are finished and the Government accepts the space, for a premises located at in Hallwood Plaza, 4909 Clio Rd. Flint MI. That lease, together with any and all amendments thereto, are collectively referred to herein as the "Lease". Hallwood Plaza Inc. is the landlord under the Lease. Tenant accordingly states the following:

1. Tenant has yet to accept possession of the said premises which is to consist of 10,743 rentable square feet of office and related space (the "Premises"). The actual size of the space will be field measured upon acceptance of the space. Rent at that time will be altered if the size of the space alters. The lease is in full force and effect. At the present time, no notice of default under the lease has been issued or received by the tenant.

2. The term of the lease will commence upon completion of the tenant improvements and acceptance of the space to the satisfaction of the Government (except punch list items), and will run for 48 months. However, the Government may terminate the lease at any time after the initial 24 months , by giving at least 90 days written notice to the landlord.

3. The amount of $27,801.61 is the present monthly rental. Monthly rental is paid in arrears. The initial retro-active rent due from the effective date (tbd) will be processed after the government accepts the space and sets the lease term by executing a supplemental lease document.

4. That no advance rental or other payment has been made in connection with the lease, there is no "free rent" or other concessions under the remaining term of the lease.

5. That no security is being held by the landlord.

6. That, as of this date, the lease is a valid lease and in full force and effect and represents the entire agreement between the parties, that, to the knowledge of the tenant, there is no existing default on the part of the landlord or the tenant in any of the terms and conditions thereof and no event has occurred which would constitute an event of default; and that said lease has been amended, modified and supplemented, by the following described agreement:

    Supplemental Lease Agreement Number 1
    Supplemental Lease Agreement Number 2

The foregoing information is furnished upon the information and belief of the undersigned that it is accurate and upon the condition that, and received with the understanding that, if it is inaccurate or incomplete for any reason, said error or deficiency cannot be used as the basis for any claim against the United States or its agents, including the undersigned, nor can it be used as a basis for estopping the United States from enforcing its rights or performing its obligations under said lease in accordance with the terms thereof.

Date: 5/25/05

Tenant: United States of America
General Services Administration

By: ______________________

Gerald K. Kosman
Contracting Officer
General Services Administration

# EXHIBIT Q

**CITY OF FLINT**
**DEVELOPMENT DIVISION**
*(Formerly Building & Safety Inspection)*
**1101 S. SAGINAW ST RM# S106**
**FLINT, MI 48502**

July 29, 2005

Subject: Social Security Building on Clio Rd

To Whom It May Concern:

This building was considered a use group type "M". It was renovated into a use group "B". Whenever a change of use occurs, construction documents must be submitted to our office for full review. These documents must include the total code upgrade including all barrier free issues. This particular instance included a fire separation between the use groups "M" and "B" which was quite a detailed process.

If I can provide any further information, please contact my office at 810.766.7284. Thank you.

Sincerely;

Mike Reiter
City of Flint Building Inspector

Design ENGINEERING GROUP
4908 Mac Street Midland, MI 48640
989-832-5210 (phone) 989-832-5220 (fax) designeng@charter.net (e-mail)

July 25, 2005

Mr. George Kashat, President
Hallwood Plaza, Inc.
4901 Clio Road
Flint, Michigan 48502

RE: Flint, Michigan Social Security North Office Renovation

Dear Mr. Kashat:

In response to your request, I am furnishing you with this letter describing the conditions under which we were called upon to provide architectural design services for renovation of the above-captioned space.

Your shopping center, Hallwood Plaza, was constructed as a retail sales building. As such, the design of the building is tailored to meet the general needs of retail sales including lighting, electrical, heating and cooling, primary and emergency access/egress. When the Social Security offices were proposed for the space and the lease agreement was issued, several items which would normally not be included in the lease requirements for a retail space were mandated for the SSA offices. Apparently these items were overlooked by your representative and subsequently not included in the projected cost to complete the work. I am sure you are aware of the number of specific stipulations contained in the GSA's SFO and how this affected the ultimate construction budget. The major areas which were not included were zoned heating and cooling and electrical wiring and lighting. Associated costs also included removal and replacement of the acoustical lay-in ceiling and more extensive architectural design work to meet with the City of Flint Building Department's requirements for documentation and plan approval. I am sure had this information been more apparent it would have created a heightened awareness and hence there would not have been any need to address these matters. I believe you acted in a fashion that was not uncommon given your area of expertise however the anomalies of leasing office space and not retail space came to light during this process. I hope the General Services Administration may see their way toward assisting you to cover the necessary and required additional expenses you incurred during the construction of this project.

Very truly yours,
DESIGN ENGINEERING GROUP, LLC

Ramsay P. Sadek

RPS:slf

*EXHIBIT R*

Hallwood Plaza, Inc.
GEORGE KASHAT - PRESIDENT
20411 W. Twelve Mile Road, Suite 201
Southfield, MI 48076
(248) 352-5520 Fax (248) 352-0035

September 15, 2005

Paul M. Schmitt & Jerry Kosman
US General Services Administration
230 S. Dearborn Street
Room 3622
Chicago, IL 60604

Dear Mr. Schmitt & Mr. Kosman:

As you are no doubt aware, my organization entered into a lease agreement with the General Services Administration which included making certain improvements to an existing retail tenant space in Hallwood Plaza, 4909 Clio Rd., Flint, Michigan. There were a number of items contained within the SFO Lease Agreement which were uncharacteristic of a retail tenant space of which we are used to dealing with in our daily activities. As such, certain features required by the lease were not interpreted by us and therefore not included in the contractor's original cost estimates. Those items were significant to the dollar value of the construction contract and integral to the proper operation of the SSA's activities. Upon a closer review of the documentation we became aware of many items which required inclusion in the construction program. Those items are listed separately and account for unallocated expenditures in the amount of $142,926.86.

We are very aware of the need to adequately satisfy the design and construction requirements of the SSA's offices and specifically Flint North. It is because of this that we modified our scope of work to include many items not apparent to us upon first reading of the SFO Lease Agreement. Additionally, a meeting on March 16, 2005 between yourselves, Homeland Security and our design and construction team yielded several additional items which were added to enhance the project further.

9/15

THE FOLLOWING PRESENTATION EXPLAINS THE REASONS AND CALCULATIONS OF THE REQUESTED UNDERSTATEMENT OF CONTRACT COSTS AND COSTS OF ADDITIONAL WORK WORK AND COST OVERRUN.

| ITEM | DESCRIPTION | COST | COST APPROVED BY GSA | UNDERSTATEMENT OF CONTRACT COSTS AND COST OF ADDITIONAL WORK | |
|---|---|---|---|---|---|
| 12 | Rear entrance door replacment | $ 1,200.00 | $ - | $ 1,200.00 | A |
| 14 | Ceiling demolition work and install new ceiling as a result of changes requested by GSA | $ 22,700.00 | $ - | $ 22,700.00 | B |
| 15 | Replace electrical light fixtures | $ 6,400.00 | $ - | $ 6,400.00 | C |
| 16 | Complete new duct work for individual zone system | $ 59,363.00 | $ 15,600.00 | $ 43,763.00 | D |
| 17 | Fire alarm system | $ 4,300.00 | $ - | $ 4,300.00 | E |
| 18 | City requirement of additional drawings due to changes requested by GSA | $ 19,875.00 | $ 6,612.00 | $ 13,263.00 | F |
| 19 | Roofing, new electrical to HVAC unit at front of building | $ 7,891.00 | $ - | $ 7,891.00 | G |
| 21 | Extra work requested by Inspector Dan Fenner - GSA | $ 10,000.26 | | $ 10,000.26 | H |
| 22 | Additional work for city requirement as a result of changes requested by GSA | $ 18,340.00 | $ - | $ 18,340.00 | I |
| | TOTAL | $ 150,069.26 | 22,212.00 | $ 127,857.26 | |
| 23 | Administration @ 10% of additional cost | $ 15,069.60 | | $ 15,069.60 | |
| | Understated contract costs and cost of additional work AND COSTS OVERRUN | 165,138.86 | 22,212.00 | $ 142,926.86 | |

EXHIBIT
tabbies
Def#12 for Id
7-26-07

# Hallwood Plaza, Inc.

GEORGE KASHAT - PRESIDENT

20411 W. Twelve Mile Road, Suite 201
Southfield, MI 48076
(248) 352-5520 Fax (248) 352-0035

A. Homeland Security Department indicated at a March 16, 2005 meeting that the door be changed to provide for a more secure condition.

B. As a result of extensive heating and air conditioning work which took place above the acoustical ceiling, the entire ceiling was removed to allow unfretted access to the plenum area above. The HVAC modifications were done per the lease agreement stipulations which required a new ductwork system. Attempting to patch or replace ceiling tile would have been unsightly and improper. The removal and replacement of the ceiling system was the most prudent answer.

C. Existing lighting fixtures were primarily placed and chosen to provide illumination for retail for retail environments. Having changed the use of this space to an office-type use, the replacement of old and out-dated lighting fixtures with less efficient ballasts was a proper move not only from an energy savings standpoint but from an illumination aspect.

D. HVAC system. Unlike a retail environment, offices generate different internal temperature conditions requiring a more elaborate and responsive heating and cooling system. As a result, an entirely new heating, cooling and ventilation system which includes fresh air and multiple zones for even temperature control was added. This system required the replacement of all existing rooftop heating and cooling unite and the addition of a damper control system, new ductwork, registers and sensing devices. In order to accomplish this, the existing acoustical lay-in ceiling and the lighting fixtures had to be removed and replaced.

E. The fire alarm system was not only required by the lease agreement but by local code based on the use of the space. It was previously unclear as to whether a system of this nature would be required and upon a plan review by the local jurisdiction it was deemed to be necessary to include it in the building. It provides a high degree of advance warning and life safety for the occupants as well as the contents within the offices.

F. Our interpretation of the design drawings provided by GSA indicated this was a complete set of documents which could be used for bidding, construction and permitting. After submitting them to the local building official, it was noted that deficiencies in the plans, modifications required per the job site meeting of

# Hallwood Plaza, Inc.

GEORGE KASHAT - PRESIDENT

20411 W. Twelve Mile Road, Suite 201
Southfield, MI 48076
(248) 352-5520 Fax (248) 352-0035

March 16, 2005 and for the clarification of several matters involving barrier-free access and design-related issues that new and more extensive plans needed to be obtained to secure a building permit and make the necessary corrections and additions to the plans, This expense was never programmed into the cost factors.

G. As a result of the addition of new rooftop mounted heating and cooling equipment to meet the temperature requirements of the SSA offices an additional new unit was required and subsequently installed. It required placement on the roof, new flashing, roof penetrations and electrical wiring in order to make it function. This was again a cost which was not comtemplated in the original lease negotiation.

H. Extra work requested by Inspector Dan Fenner after the acceptance of the leased space.

I. During construction of the improvements there was found to be a lack of adequate fire resistance above the acoustical ceiling which, under some circumstances, could have led to conditions which would have been unfavorable in the event of a fire in another tenant space in the shopping center. As a result of this revelation,and the request of the City of Flint Building official, this situation was remedied which creates a safer environment for both the employees and visitors to the SSA Flint North offices.

Finally, I would like to mention <u>the concept of Reasonableness.</u>

The purpose of any lease is to collect a reasonable and market rent for the rented space. If the tenant (GSA) does not pay for the reasonable additional cost incurred in the amount of $142,926.86, <u>it means that the tenant will be using the rented premises Rent Free for the duration of the lease.</u> <u>Is this Fair or Reasonable?</u>

I request you strongly consider the request <u>to fund the modifications and changes as noted herein.</u> It was with the most sincere desire to provide you with all the necessary improvements that leads us to our request for you to consider absorbing the actual costs of the improvements to this space in order to allow us to break even on our expenditures which are necessary for a functional work environment for your employees and the citizens who will visit this site every day.

Sincerely yours,

George Kashat

GEORGE KASHAT - PRESIDENT

# *EXHIBIT S*

GSA®

GSA Great Lakes Region

October 13, 2005

**Via FedEx #853401642808**

George Kashat, President
Hallwood Plaza, Inc.
20411 W. Twelve Mile Road, Suite 201
Southfield, MI 48076

Re: GSA Lease No. GS-05B-17564 dated February 23, 2005, for the Premises occupied by the Social Security Administration ("SSA") located at 4909 Clio Road Flint, MI, owned by Hallwood Plaza, Inc. ("Lessor"), and leased to the United States of America ("Government") acting by the General Services Administration ("GSA")

Dear Sir,

This is in response to your September 15, 2005 letter (attached), in which you request a lump sum payment in the amount of $142,926.86 for additional construction costs you incurred in producing an office space pursuant to GSA Lease No. GS-05B-17564 ("Lease). Your claim is denied in its entirety.

After carefully reviewing your claim, the Lease, Supplemental Lease Agreements1,2&3, correspondence, notes and change orders, GSA has determined that the added costs you are requesting are for items that were, either part of the Solicitation For Offers GS-05B-17564 (SFO) requirements mandatory to make your offer responsive, and then included in the required rent of your best and final offer dated January 18, 2005, or those Tenant Improvement (TI) costs agreed to in the Supplemental Lease Agreements #1 dated March 15, 2005 and #2 dated April 20, 2005.

**Narration of Items A – I**

The components of your claim have not been substantiated as justifiable added costs to your offer, and therefore, are not approved for payment. The below item lettering corresponds to the lettering used in your claim request letter dated September 15, 2005

A. Rear Door Replacement – The basic requirements for an exterior door is spelled out in the SFO section 5.10. The existing door was noted as not meeting the basic requirements. No upgrade to the door other than what was required in the SFO was given. Hardware was included in the TI negotiations.

B. Ceiling demolition and new ceiling. Any demolition work needed to provide a warm lit shell is the cost of the lessor per SFO 1.09. I also stipulates that a ceiling grid be a part of the shell rate of the offer and not a tenant improvement cost. It was originally thought that most of the existing ceiling could be used in the final government design. Changes to the ceiling grid were caused by a need to alter the mechanicals (HVAC) of the space which are also shell items of the

offer (SFO 6.7). The government space design attempted to maintain the original ceiling grid by not requiring partition walls to go through the grid and using existing partitions where possible.

C. Existing light fixtures were approved for use. The shell cost of the offer includes 1 fixture per 80 usable square feet, in this case 123 fixtures. Any additional fixtures needed would be included in the TI Cost bid which the lessor submitted and was accepted by Notice to Proceed letter dated February 28, 2005.

D. New duct work for HVAC: As stated above, all HVAC climate control specifications of the SFO are requirements of the shell space offered. Only the unit servicing the SSA data equipment room (ADP), needing to maintain a temperature range at all times, is considered an extra Tenant improvement cost per 5.1 of the Special Requirements. These specifications accompanied the government drawings showing the tenant improvements that the lessor presented a cost for and was accepted (see item G below).

E. The Fire alarm requirements are stated in SFO 8.4.

F. Added Drawing cost for changes: The lessor is responsible for all construction drawings required to obtain an occupancy permit (SFO 1.9 B (d)). There were changes in the government tenant improvements following a pre-construction meeting held on March 16, 2005 but changes requested by GSA were minor. Added TI costs $98,228.90, approved on SLA #2, included the $32,209.00 for an added public restroom and public entry vestibule. Any construction drawing costs incurred by the lessor should be included in that submitted amount.

The City of Flint required construction drawing changes by the lessor due to the need to conform to local fire codes and ADA regulations, not tenant improvement changes. This is stated in the memo from the Lessor's contractor, Excel Construction, dated 6/7/05. Examples of the construction required for permit were improved fire walls between tenant's spaces and the need for a second restroom for the amount of public traffic. Note: since separate restrooms for the public are considered to be a TI item, the government agreed to pay for its construction.

G. Electric to HVAC: As stated above, HVAC is the responsibility of the lessor and the cost to produce climate control was included in the shell rate offered. There was an addition of $4,680.00 added to the amount of Tenant Improvement costs incorporated into the final rent documented in SLA #2. This was to add supplemental HVAC, considered to be a TI item, to maintain the ADP room cool, as stated in item D above.

H. Dan Fenner is a property manager of GSA. During monitoring visits to the space during construction, he discovered conditions that did not meet the requirements of the lease. These corrective measures were mandatory for lease compliance and not recommendations or added requests of the government. Items noted include: Conduit to bring phone service to the space is the responsibility of the lessor (SFO Attachment No. 2). There is no added cost to improve the janitor room because this room is not a part of the leased space under contract but needed to supply necessary janitorial service of the lease. Data wiring, electrical wiring and door hardware are all tenant improvements that were included in the special requirements and noted on the government drawings that the lessor gave a cost for (SLA #1 added $232,452.15, later increased in SLA #2) and agreed to in the government's Notice to Proceed dated 2/28/05.

I. As stated above, work demanded by the city in order to obtain a building or occupancy permit is the responsibility of the lessor not the government as stated above.

In the claim letter, it is apparent that the basis of this claim is not justifiable construction change order items, required by the government, over the original requirements of the SFO or documented Tenant Improvements but that of the lessor's error in making the rent determination in his offer to lease space. The argument that "items contained within the SFO Lease Agreement which were uncharacteristic of a retail tenant space of which we are used to dealing with in our daily activities" is not valid. The SFO is clear in a request for office space. No misrepresentation through out the process was ever given to representatives of Hallwood Plaza Inc. regarding what was expected. All questions asked during negotiations were answered in good faith. Mr. Kashat made the statement on several occasions that his offer was based on taking bad advice from others. Needing to modify the lessor's scope to include "items not apparent to us upon first reading of the SFO Lease Agreement" should have been done prior to the best and final offer given at the close of negotiations and not after the contract was awarded upon obtaining funding.

It is unfortunate that the lessor incurred added build out costs due to his negligence, however granting added funds for construction cost over-runs as a result of mistaken understanding of the requirements is denied. Negotiations and clarifications with Hallwood Plaza, Inc. prior to the submittal of their final offer were done in a good faith.

Pursuant to Section 33.211 of the Federal Acquisition Regulation (FAR), this is the final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 41 U.S. C. 603, regarding Maritime Contracts) within 12 months of the date you receive this decision.

Please call me at 312-353-8754 if you have any questions.

Sincerely,

Gerald K. Kosman
Contracting Officer
Client Services Team

Attachment

# EXHIBIT T

# Hallwood Plaza, Inc.

GEORGE KASHAT - PRESIDENT
20411 W. Twelve Mile Road, Suite 201
Southfield, MI 48076
(248) 352-5520 Fax (248) 352-0035


October 19, 2005

Dan Fenner
Assistant Property Manager
U. S. General Services Administration
110 Michigan Street NW
Room 188
Grand Rapids, MI 49503

Dear Sirs:

We request reimbursement for the attached invoices in the amount of ten thousand five hundred twelve dollars twenty four cents ($10,512.24) for the work requested by Dan Fenner and Chris Coleman which were not on the original scope of work.

Very truly yours,

George Kashat

GEORGE KASHAT – PRESIDENT
HALLWOOD PLAZA, INC.

Copy mailed to Jerry Kosman

Included in claim
$10,000.26
in claim
9/15/06