IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HALLWOOD PLAZA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06-589C |
| | ) (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S APPENDIX TO ITS RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

TIMOTHY W. MIZEROWSKI
MIZEROWSKI & ASSOCIATES, P.C.
131 Ferland Street
Walled Lake, MI 48390
(248) 926-9205

Attorneys for Plaintiff

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HALLWOOD PLAZA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-589C |
| | ) | (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S APPENDIX TO ITS RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

A. 11/1/04 GSA SFO with Attachments 1, 2, 3, and 4

B. 12/7/04 SSA Special Requirements

C. 1/14/07 Hallwood's Best & Final Offer

D. 1/21/05 Price Negotiation Memorandum

E. 1/24/05 GSA's Award of Lease Letter to Hallwood

F. 2/20/05 Hallwood's Bid for Tenant Improvements ("TI")

G. 2/24/05 GSA Correspondence Regarding Hallwood's Bid for TI

H. 2/23/05 Lease Between GSA and Hallwood

I. 2/28/05 Notice to Proceed

J. 3/15/05 SLA #1

K. Supplier Documents for Additional Tenant Improvements

L. 3/29/05 Excel Construction Change Order

M. 4/5/05 Correspondence from Hallwood Regarding Tenant Improvements

N. Miscellaneous Correspondence Regarding Tenant Improvements

O. 4/20/05 SLA #2

P. 5/25/05 Tenant Statement

Q. 7/29/05 Information from City of Flint, Michigan

R. 9/15/05 Hallwood's Certified Claim

S. 10/13/05 GSA Denial Letter

T. 10/19/05 Supplemental GSA Denial Letter

U. Deposition Transcript of Gerald Kosman

V. Deposition Transcript of Dan Fenner

W. Deposition Transcript of George Kashat

/s/ TIMOTHY W. MIZEROWSKI
MIZEROWSKI & ASSOCIATES, P.C.
131 Ferland Street
Walled Lake, MI 48390
(248) 926-9205

Attorneys for Plaintiff

January 4, 2008

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this ___ day of January, 2008, the foregoing "PLAINTIFF'S APPENDIX TO ITS RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT", was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Timothy W. Mizerowski
TIMOTHY W. MIZEROWSKI