IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HALLWOOD PLAZA, INC. | ) | |
| | ) | No. 06-589 |
| Plaintiff, | ) | (Judge Christine O.C. Miller) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED
MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant United States respectfully requests An eight-day enlargement of time, to and including January 30, 2008, to file a reply to plaintiff's opposition to the Government's motion for summary judgment. Our response is currently due on January 22, 2006. No previous requests for enlargement of time have been made. On January 11, 2008, counsel for defendant spoke with Timothy Mizerowski, counsel for the plaintiff, who indicated he does not oppose this motion.

The additional time is necessary because counsel for the Government was out of the office the week of January 7, and will be out the week of January 14, conducting discovery in another matter. This brief enlargement is requested for counsel to prepare a thorough response, and to obtain the necessary supervisory review of the Government's response.

For this reason, defendant respectfully requests the Court to grant this motion for enlargement of time of eight days, to and including January 30, 2008 within which to file a reply to the plaintiff's opposition to the Government's motion for summary judgment.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Joan M. Stentiford by s/ E.Lynch
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

January 17, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 17th day of January, 2008, the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME", was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Ellen M. Lynch
ELLEN M. LYNCH