IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HALLWOOD PLAZA, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-589C |
| | ) | (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT PROPOSED PRE-TRIAL DATES**

In accordance with the Court's order dated May 14, 2008, the parties propose the following schedule:

Settlement Conference: August 5, 2008.

Final Pre-trial Conference: October 15, 2008.

Trial: October 22-23, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Timothy W. Mizerowski
Timothy Mizerowski, Esq.
Mizerowski & Associates, P.C.
873 N. Mill Street
Plymouth, Michigan 48170
Phone (734) 656-1500
Fax (734) 656-1505

Attorney for Plaintiff

s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

Attorneys for Defendant