# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * 

**HALLWOOD PLAZA, INC.,** *

Plaintiff, *

v. * No. 06-589C

**THE UNITED STATES**, * (Filed Aug. 6, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * 

## ORDER

Pursuant to the notice of Joint Proposed Pre-Trial Dates filed on June 30, 2008, and subsequent conversations and e-mails between the court's Judicial Assistant and counsel,

**IT IS ORDERED**, as follows:

1. A settlement conference shall commence at 9:30 a.m. on Wednesday, August 28, 2008, in the Howard T. Markey National Courts Building. The parties and court understand that this date may change. By August 20, 2008, the parties may submit directly to chambers any materials that they want the court to consider.

2. If the case cannot be resolved informally, counsel shall file by October 8, 2008, their witness and exhibit lists pursuant to RCFC Appendix A ¶¶ 15 and 16. All other pretrial filings are waived.

3. The pretrial conference, if necessary, shall be held at 3:00 p.m. on Wednesday, October 15, 2008, in the Howard T. Markey National Courts Building. Counsel for plaintiff shall notify the court if he wishes to participate by telephone conference call to be placed by the court.

4. Trial, if necessary, not to exceed two days, shall commence at 10:00 a.m. on Wednesday, October 22, 2008, in the Howard T. Markey National Courts Building.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge