# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **HALLWOOD PLAZA, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 06-589C |
| **THE UNITED STATES,** | * | (Filed Aug. 29, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Due to the necessity of rescheduling the settlement conference, counsel have agreed to convene on the morning of the pretrial conference. The court therefore modifies the order entered on August 6, 2008. Accordingly,

**IT IS ORDERED**, as follows:

1. Counsel shall file by October 8, 2008, their witness and exhibit lists pursuant to RCFC Appendix A ¶¶ 15 and 16. All other pretrial filings are waived.

2. Paragraph 1 of the order entered on August 6, 2008, is modified insofar as the settlement conference shall commence at 10:00 a.m. on Wednesday, October 15, 2008, in the Howard T. Markey National Courts Building. By October 11, 2008, the parties may submit directly to chambers any other materials for the court to consider.

3. The pretrial conference shall be held at 3:00 p.m. on Wednesday, October 15, 2008, in the Howard T. Markey National Courts Building.

4. Trial, if necessary, not to exceed two days, shall commence at 10:00 a.m. on Wednesday, October 22, 2008, in the Howard T. Markey National Courts Building.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge